**Fill in this information to identify the case:**

United States Bankruptcy Court for the:

_____ District of   New Jersey
                                 (State)

Case number (*If known*): _____   Chapter 11

☐ Check if this is an amended filing

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy   04/25

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | |
|---|---|---|
| 1. Debtor's name | **Francesca's Acquisition, LLC** | |
| 2. All other names debtor used in the last 8 years  Include any assumed names, trade names, and *doing business as* names | | |
| 3. Debtor's federal Employer Identification Number (EIN) | **86-1353616** | |

4. Debtor's address

| **Principal place of business** | **Mailing address, if different from principal place of business** |
|---|---|
| **8760 Clay Rd** | |
| Number    Street | Number    Street |
| **Suite 100** | |
| | P.O. Box |
| **Houston, TX 77080** | |
| City    State    ZIP Code | City    State    ZIP Code |
| | **Location of principal assets, if different from principal place of business** |
| County | Number Street |
| | |
| | City    State    ZIP Code |

5. Debtor's website (URL)    https://francescas.com/

Company Code:

Debtor    Francesca's Acquisition, LLC                                      Case Number *(if known)* _____

| | | |
|---|---|---|
| **6.** | **Type of debtor** | ☒ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))<br>☐ Partnership (excluding LLP)<br>☐ Other. Specify: _____ |
| **7.** | **Describe debtor's business** | A. *Check one:*<br>☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))<br>☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))<br>☐ Railroad (as defined in 11 U.S.C. § 101(44))<br>☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))<br>☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))<br>☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))<br>☒ None of the above<br><br>A. *Check all that apply:*<br>☐ Tax-exempt entity (as described in 26 U.S.C. § 501)<br>☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. § 80a-3)<br>☐ Investment advisor (as defined in 15 U.S.C. § 80b-2(a)(11))<br><br>B. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes .<br>**4481** |
| **8.** | **Under which chapter of the Bankruptcy Code is the debtor filing?** | *Check one:*<br>☐ Chapter 7<br>☐ Chapter 9<br>☒ Chapter 11. *Check all that apply*:<br>   ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,424,000 (amount subject to adjustment on 4/01/28 and every 3 years after that).<br>   ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).<br>   ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and it chooses to proceed under Subchapter V of Chapter 11.<br>   ☐ A plan is being filed with this petition.<br>   ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).<br>   ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.<br>   ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.<br>☐ Chapter 12 |
| **9.** | **Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**<br>If more than 2 cases, attach a separate list. | ☒ No<br>☐ Yes.  District _____ When _____ Case number _____<br>                                            MM / DD / YYYY<br>         District _____ When _____ Case number _____<br>                                            MM / DD / YYYY |

Debtor   Francesca's Acquisition, LLC                                    Case Number *(if known)* _____

| | |
|---|---|
| **10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**<br>List all cases. If more than 1, attach a separate list. | ☐ No<br>☒ Yes.  Debtor  See Schedule 1                    Relationship  See Schedule 1<br>District  District of New Jersey                    When  ___ / ___ / _____<br>                                                                              MM / DD / YYYY<br>Case number, if known  _____ |
| **11. Why is the case filed in *this district*?** | *Check all that apply:*<br>☐ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.<br>☒ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district. |
| **12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?** | ☒ No<br>☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.<br>**Why does the property need immediate attention?** *(Check all that apply.)*<br>☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.<br>   What is the hazard?  _____<br>☐ It needs to be physically secured or protected from the weather.<br>☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).<br>☐ Other  _____<br><br>**Where is the property?**  _____<br>                                   Number      Street<br>_____<br>_____                _____<br>City                                        State ZIP Code<br><br>**Is the property insured?**<br>☐ No<br>☐ Yes. Insurance agency  _____<br>         Contact name        _____<br>         Phone                   _____ |

### Statistical and administrative information

| | |
|---|---|
| **13. Debtor's estimation of available funds (Consolidated)** | *Check one:*<br>☒ Funds will be available for distribution to unsecured creditors.<br>☐ After any administrative expenses are paid, no funds will be available for distribution to unsecured creditors. |
| **14. Estimated number of creditors (Consolidated)** | ☐ 1-49                ☒ 1,000-5,000        ☐ 25,001-50,000<br>☐ 50-99              ☐ 5,001-10,000      ☐ 50,001-100,000<br>☐ 100-199          ☐ 10,001-25,000    ☐ More than 100,000<br>☐ 200-999 |

Debtor   Francesca's Acquisition, LLC                                    Case Number *(if known)* _____

| 15. **Estimated assets** (Consolidated) | ☐ $0-$50,000<br>☐ $50,001-$100,000<br>☐ $100,001-$500,000<br>☐ $500,001-$1 million | ☐ $1,000,001-$10 million<br>☒ $10,000,001-$50 million<br>☐ $50,000,001-$100 million<br>☐ $100,000,001-$500 million | ☐ $500,000,001-$1 billion<br>☐ $1,000,000,001-$10 billion<br>☐ $10,000,000,001-$50 billion<br>☐ More than $50 billion |
|---|---|---|---|
| 16. **Estimated liabilities** (Consolidated) | ☐ $0-$50,000<br>☐ $50,001-$100,000<br>☐ $100,001-$500,000<br>☐ $500,001-$1 million | ☐ $1,000,001-$10 million<br>☐ $10,000,001-$50 million<br>☒ $50,000,001-$100 million<br>☐ $100,000,001-$500 million | ☐ $500,000,001-$1 billion<br>☐ $1,000,000,001-$10 billion<br>☐ $10,000,000,001-$50 billion<br>☐ More than $50 billion |

### Request for Relief, Declaration, and Signatures

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  2/5/2026
             MM / DD / YYYY

✗ /s/ Curt Kroll                                         **Curt Kroll**
Signature of authorized representative of debtor          Printed name

Title  **Chief Financial Officer**

**18. Signature of attorney**

✗ /s/ Vincent J. Roldan                         Date   2/5/2026
Signature of attorney for debtor                       MM / DD / YYYY

**Vincent J. Roldan**
Printed name
**Mandelbaum Barrett PC**
Firm name
**3 Becker Farm Road, Suite 105**
Number        Street
**Roseland, NJ 07068**
City      State     ZIP Code

**973-736-4600**                                **vroldan@mblawfirm.com**
Contact phone                                    Email address

**045371998**                                    **NJ**
Bar number                                       State

Official Form 201          Voluntary Petition for Non-Individuals Filing for Bankruptcy          page **4**

**Fill in this information to identify the case and this filing:**

Debtor Name __Francesca's Acquisition, LLC__

United States Bankruptcy Court for the: _____  District of __New Jersey__
                                                                    (State)

Case number (*If known*): _____

---

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors     12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date.  Bankruptcy Rules 1008 and 9011.

**WARNING -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.  18 U.S.C. §§ 152, 1341, 1519, and 3571.**

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- ☐ *Schedule A/B: Assets-Real and Personal Property* (Official Form 206A/B)
- ☐ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
- ☐ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
- ☐ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
- ☐ *Schedule H: Codebtors* (Official Form 206H)
- ☐ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
- ☐ Amended *Schedule* ____
- ☒ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 30 Largest Unsecured Claims and Are Not Insiders* ( Form 204)
- ☒ Other document that requires a declaration  _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on __2/5/2026__         ✗ __/s/ Curt Kroll_____
             MM / DD / YYYY         Signature of individual signing on behalf of debtor

                                    __Curt Kroll__
                                    Printed name

                                    __Chief Financial Officer__
                                    Position or relationship to debtor

Official Form 202         **Declaration Under Penalty of Perjury for Non-Individual Debtors**

# JOINT WRITTEN CONSENT
# OF THE SOLE MEMBER AND BOARD OF MANAGERS
# OF
# FRANCESCA'S ACQUISITION, LLC
## A Delaware Limited Liability Company

The undersigned, being the sole member (the "<u>Sole Member</u>") and all of the members of the Board of Managers (the "<u>Board</u>") of Francesca's Acquisition, LLC, a Delaware limited liability company (the "<u>Company</u>"), pursuant to the provisions of Sections 18-302(d) and 18-404(d of the Delaware Limited Liability Company Act and the Second Amended and Restated Limited Liability Company Operating Agreement of the Company, as amended (the "<u>LLC Agreement</u>"), does hereby consent to, approve and adopt the following recitals, resolutions and actions as of February 4, 2026:

**WHEREAS**, the Sole Member and the Board have previously approved the creation of a restructuring committee (the "<u>Restructuring Committee</u>") to address the Company's financial challenges;

**WHEREAS** the Sole Member and the Board have reviewed and considered the written recommendations of the Restructuring Committee of the Company dated February 4, 2026 (the "<u>Written Recommendations</u>") recommending (i) the filing of voluntary petitions for relief for the Company under the provisions of chapter 11 of title 11 of the United States Code, 11 U.S.C. § 101 *et seq.* (as amended, the "<u>Bankruptcy Code</u>") pursuant to applicable law and in accordance with the requirements of the Company's governing documents and applicable law (the "<u>Restructuring Matters</u>"); and (ii) the retention on behalf of the Company of the following professionals: (i) Mandelbaum Barrett PC; (ii) Lochrie Capital Partners, LLC; (iii) Lombard Group LLC; (iv) SierraConstellation Partners LLC; (v) Hilco IP Services LLC (d/b/a Hilco Streambank); (vi) Stretto, Inc.; (vii) GetEmails LLC; each to represent and assist the Company in carrying out its duties and responsibilities and exercising its rights under the Bankruptcy Code and any applicable law;

**WHEREAS**, the Sole Member and the Board have reviewed and considered the materials presented by the Restructuring Committee, and the Company's financial and legal advisors, and has had adequate opportunity to consult such persons regarding the materials presented, obtain additional information, and to fully consider each of the strategic alternatives available to the Company;

**WHEREAS**, the Sole Member and the Board have determined, in their business judgement, that the following resolutions are advisable and in the best interest of the Company, its creditors, other stakeholders, and other parties in interest;

**NOW, THEREFORE, IT IS HEREBY RESOLVED**, that, pursuant to the applicable governing documents of the Company, the undersigned does hereby adopt the following resolutions:

37460026.1

**Chapter 11 Filing**

**RESOLVED**, in the business judgment of the Sole Member and the Board, it is desirable and in the best interests of the Company, the creditors, other stakeholders, and other parties in interest, that the Company files or causes to be filed a voluntary petition for relief (the "Bankruptcy Petition") under the provisions of chapter 11 of the Bankruptcy Code in the United States Bankruptcy Court for the District of New Jersey, and any other petition for relief or recognition or other order that may be desirable under applicable law in the United States, and, in accordance with the requirements in the Company's governing documents and applicable law, hereby consents to, authorizes and approves, the filing of the Bankruptcy Petition;

**FURTHER RESOLVED** that any director or other duly appointed officer of the Company, and any duly appointed successor thereto or any person holding any similar position, (such persons collectively, the "Authorized Persons"), shall be, and each of them individually hereby is, authorized and directed for and on behalf of the Company to take all actions (including, without limitation, to negotiate and execute any documents, certificates, supplemental agreements, and instruments) to act as signatory and attorney on behalf of the Company in respect of the Restructuring Matters and/or any persons to whom such Authorized Persons and/or officers delegate certain responsibilities, be, and hereby are, authorized to execute and file on behalf of the Company all petitions, schedules, lists, and other motions, papers, or documents, and to take any and all action that they deem necessary or proper to obtain such relief, including, but not limited to, any action necessary or proper to maintain the ordinary course operations of the Company's or any of its subsidiary's businesses;

**FURTHER RESOLVED** that each Authorized Person be, and hereby is, authorized, empowered, and directed, together with the financial and legal advisors to the Company, to take all actions or to not take any action in the name of the Company, as such Authorized Persons shall deem necessary or desirable in such Authorized Persons' reasonable business judgment;

**FURTHER RESOLVED**, that each Authorized Person be, and hereby is, authorized, empowered, and directed to execute and file on behalf of the Company all other petitions, schedules, lists, and other motions, papers, or documents, and to take any and all action that they deem necessary or proper to obtain such relief, including, without limitation, any action necessary to maintain the ordinary course operation of the Company's businesses.

**Retention of Professionals**

**RESOLVED**, each of the Authorized Persons, be, and hereby are, authorized, empowered, and directed to retain on behalf of the Company: (i) Mandelbaum Barrett PC; (ii) Lochrie Capital Partners, LLC; (iii) Lombard Group LLC; (iv) SierraConstellation Partners LLC; (v) Hilco IP Services LLC (d/b/a Hilco Streambank); (vi) Stretto, Inc.; (vii) GetEmails LLC; and (viii) any other legal counsel, accountants, financial advisors, tax advisors, restructuring advisors or other professionals the Authorized Persons deem necessary, appropriate or advisable; each to represent and assist the Company in carrying out its duties and responsibilities and exercising its rights under the Bankruptcy Code and any applicable law (including, but not limited to, the law firms filing any pleadings or responses); and in connection therewith, the Authorized Persons, be, and hereby are

2

4932-7847-2333, v. 5

authorized, empowered and directed, in accordance with the terms and conditions hereof, to execute appropriate retention agreements, pay appropriate retainers, and to cause to be filed appropriate applications for authority to retain such services; and

**FURTHER RESOLVED**, each of the Authorized Persons, be, and hereby are, authorized, empowered and directed to execute and file all petitions, schedules, motions, lists, applications, pleadings, and other papers, and to perform such further actions and execute such further documentation that the Authorized Persons in their absolute discretion deem necessary, appropriate or desirable in accordance with these resolutions.

**General Resolutions**

**RESOLVED**, that any and all actions heretofore taken by the Company, the Sole Member or the Board in connection with the matters set forth in the foregoing recitals and resolutions are hereby ratified, approved and confirmed in all respects;

**RESOLVED FURTHER**, that each Manager of the Company is hereby authorized to perform any acts, including the payment of any and all expenses, and to execute and deliver any and all documents, he or she deems necessary or appropriate in his or her opinion to carry out any or all of the foregoing resolutions; and

**RESOLVED FURTHER**, that this Joint Written Consent may be executed in two or more counterpart signature pages, all of which together shall constitute one and the same instrument, and may be transmitted by facsimile or electronic portable document format (.pdf), and copies thereof so executed and delivered shall have the same force and effect as originals.

*[Signature page follows]*

**IN WITNESS WHEREOF**, the undersigned, being the Sole Member and all of the members of the Board of Managers of the Company, has executed this Joint Written Consent, effective as of the date first written above.

<u>**SOLE MEMBER**</u>:

MAS ACQUISITIONS, LLC,
a Delaware limited liability company

By: *Simon Barlava*
Name: Simon Barlava
Title: Manager

<u>**BOARD OF MANAGERS**</u>:

*Simon Barlava*
Simon Barlava

*Morris Barlava*
Morris Barlava

*Bridgit Lombard*
Bridgit M. Lombard

*[signature]*
Drew A. Baird

*Francesca's Acquisition, LLC – Joint Written Consent of the Sole Member and Board
re Chapter 11 Filing*

4932-7847-2333, v. 5

Debtor name: Francesca's Acquisition, LLC, et al.
United States Bankruptcy Court for the: District of New Jersey (State)
Case number (If known): _____

☐ Check if this is an amended filing

Official Form 204

# Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 30 Largest Unsecured Claims and Are Not Insiders

12/15

A list of creditors holding the 30 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an *insider,* as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 30 largest unsecured claims.

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim  If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 1 | **Trixxi Clothing Company\*\***<br>6817 E. Acco St.<br>Commerce, CA 90040 | Kevin Cho<br>P: 323-585-4200 x242<br>kevin@trixxi.net | Inventory | | | | $9,448,575. 28 |
| 2 | **Arc Textiles Inc**<br>110 E 9th St, Suite C757<br>Los Angeles, CA 90079 | Ruben Leon<br>P: 323-371-1873<br>ruben@arctextile.com | Inventory | | | | $5,001,840.99 |
| 3 | **Star Style Apparel LLC**<br>530 7th Ave, Suite 1403<br>New York, NY 10018 | David Orland<br>P: 212-575-2732<br>David@starstyleapparel.com | Inventory | | | | $2,559,486.40 |
| 4 | **K & K Clothing LLC\*\***<br>PO Box 730718<br>Dallas, TX 75373-0718 | Sohaila Hussaini<br>P: 323-277-9200 x217<br>Sohaila@designcollection.com | Inventory | | | | $2,542,421.13 |
| 5 | **Winning Intl Trading Dev Ltd**<br>147 W 35th Street Suite 105<br>New York, NY 10001 | Kat Badillo<br>P: 917-273-1967<br>kat@thesweaterdepartment.com | Inventory | | | | $2,452,365.32 |
| 6 | **MTO Jewelry LLC**<br>30910 Spanish Moss Crossing<br>Fulshear, TX 77441 | Myung Kim<br>P: 972-333-7123<br>myung@mytinyobsessions.com | Inventory | | | | $1,632,995.62 |
| 7 | **Valjean International Inc**<br>36 W 37th St, 9th Floor<br>New York, NY 10018 | Daniel Yoon<br>P: 212-563-4648<br>daniel@valjean.com | Inventory | | | | $1,400,145.13 |
| 8 | **Dovel & Luner**<br>*Stacey Rogers vs Francesca's Operations Inc.*<br>201 Santa Monica Blvd, Suite 600<br>Santa Monica, CA 90401 | Simon Franzini<br>P: 310-656-7066<br>simon@dovel.com | Class Action Suit | | | | $1,375,000.00 |

Debtor   Francesca's Acquisition, LLC, et
Name

Case number (*if known*)_____

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim — If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 9 | **Roxberi LLC**<br>127 E 9th St, Suite 1111<br>Los Angeles, CA 90015 | Connie Franko<br>P: 310-259-9035<br>connie@roxberi.com | Inventory | | | | $918,260.76 |
| 10 | **Esung New York LLC**<br>132 Rockaway Ave<br>Valley Stream, NY 11580 | Eric Sung<br>P: 559-717-8889<br>eric@esungnewyork.com | Inventory | | | | $829,857.96 |
| 11 | **Andrew Clarke**<br>1507 Kipling Street<br>Houston, TX 77006 | Andrew Clarke<br>P: 415-509-9269<br>andrew.clarkeusa@gmail.com | Former Employee | | | | $659,838.24 |
| 12 | **Google Inc**<br>1600 Amphitheatre Pkwy<br>Mountain View, CA 94043 | Dept 33654 | Marketing | | | | $658,350.08 |
| 13 | **Meta Platforms, Inc**<br>1 Meta Way<br>Menlo Park, CA 94025 | P: 650-543-4800<br>ar@meta.com | Marketing | | | | $550,902.65 |
| 14 | **Oz Jewelry Corp**<br>12900 Valley Branch, Suite 400<br>New York, NY 10001 | P: 212-967-3857<br>ar@oznewyork.com | Inventory | | | | $550,620.74 |
| 15 | **26 International Inc**<br>1500 S Griffen Ave<br>Los Angeles, CA 90021 | Bob Acampora<br>P: 212-575-7960<br>bob@26international.com | Inventory | | | | $521,318.42 |
| 16 | **Simon Property Group LP**<br>225 W. Washington St<br>Indianapolis, IN 46204 | Pervis Bearden<br>P: 317-531-2042<br>pbearden@simon.com | Landlord | | | | $500,196.21 |
| 17 | **Amazon Capital Services Inc**<br>410 Terry Ave N<br>Seattle, WA 98109 | Derek Krug<br>derekkru@amazon.com | Supplies | | | | $498,983.20 |
| 18 | **Design Clique Inc**<br>191 Race St<br>Denver, CO 80206 | Pam Hatcher<br>P: 720-979-9794<br>pam@thedclique.com | Inventory | | | | $497,958.80 |
| 19 | **Cafferty Clobes Meriwether & Sprengel LLP**<br>*Doherty, et al. vs Francesca's Acquisition, LLC*<br>135 S. LaSalle St, Suite 3210<br>Chicago, IL 60603 | Nickolas Hagman<br>P: 312-782-4880<br>nhagman@caffertyclobes.com | Class Action Suit | | | | $467,674.42 |
| | **Siri & Glimstad LLP**<br>*Doherty, et al. vs Francesca's Acquisition, LLC*<br>745 Fifth Avenue, Suite 500<br>New York, NY 10151 | Tyler Bean<br>P: 929-677-5144<br>tbean@sirillp.com | Class Action Suit | | | | **(Same as above)** |

Official Form 204    Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 30 Largest Unsecured Claims    page 2

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| | **Migliaccio & Rathod LLP** *Doherty, et al. vs Francesca's Acquisition, LLC* 412 H Street NE Washington, DC 20002 | Jason Rathod P: 202-470-3520 jrathod@classlawdc.com | Class Action Suit | | | | (Same as above) |
| 20 | **Decorware International Inc** 10220 Fourth St Rancho Cucamonga, CA 91730 | Brendon Cheng P: 909-614-1651 Brendon.Cheng@decorwareinc.com | Inventory | | | | $434,563.50 |
| 21 | **United Parcel Service Inc** 55 Glenlake Pkwy NE Atlanta, GA 30328 | Michael Barrueta P: 281-804-0407 mbarrueta@ups.com | Freight | | | | $420,304.48 |
| 22 | **Oncall Staffing Inc** PO Box 55569 Houston, TX 77255 | Michelle Sanchez P: 832-239-0900 msanchez@oncallstaffinginc.com | Contract Labor | | | | $402,565.56 |
| 23 | **Marcus Adler Glove Co** 32 W 39th St, 15th Fl New York, NY 10018 | Andrew Zineman P: 212-840-8652 andrew@marcusadlergloves.com | Inventory | | | | $393,800.40 |
| 24 | **FedEx** PO Box 660481 Dallas, TX 75266-0481 | Adam West P: 425-495-482 adam.west2@fedex.com | Freight | | | | $381,926.07 |
| 25 | **Windstream Enterprise** PO Box 9001013 Louisville, KY 40290-1013 | Mary Jane Shaw P: 203-985-3485 mary.shaw@uniti.com | Phone/Internet | | | | $353,808.38 |
| 26 | **Premium Outlet Partners** 225 W. Washington St Indianapolis, IN 46204 | Pervis Bearden P: 317-531-2042 pbearden@simon.com | Landlord | | | | $345,408.07 |
| 27 | **Tanger Properties LP** 3200 Northline Ave Suite 360 Greensboro, NC 27408 | Dan Seabaugh P: 423-490-8656 dan.seabaugh@tanger.com | Landlord | | | | $335,408.07 |
| 28 | **Topson Downs of California** 3840 Watseka Ave Culver City, CA 0232 | Daniel Abramovitch P: 310-558-0300 DanielAbramovitch@topsondowns.com | Inventory | | | | $323,817.73 |
| 29 | **Attentive Mobile Inc** 221 River St, Suite 9047 Hoboken, NJ 7030 | Geoff Winchell gwinchell@attentive.com | Marketing | | | | $314,162.95 |
| 30 | **RSM US LLP** 331 W 3rd St, Suite 200 Davenport, IA 52801 | David Abrams P: 515-558-6618 David.Adams@rsmus.com | Professional Fees | | | | $305,005.00 |
| 31 | **Newmark Partners LP** 5201 Tennyson Pkwy, Suite 200 Plano, TX 75024 | Chris Leehy P: 817-371-9090 Chris.Leehy@nmrk.com | Professional Fees | | | | $301,051.11 |

Official Form 204   **Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 30 Largest Unsecured Claims**   page 3

| 32 | **CBL & Associates**<br>2030 Hamilton Blvd Suite 500<br>Chattanooga, TN 37421 | Gary Roddy<br>P: 423-490-8656<br>Gary.Roddy@cblproperties.com | Landlord | | | | $298,418.367 |
|---|---|---|---|---|---|---|---|

**These are Affiliated entities but we're unsure of common ownership structure with MAS Acquisitions