## CONSULTING AGREEMENT

This Consulting Agreement, dated as of January 14, 2026 (this "Agreement") is made by and between Francesca's Acquisition, LLC (together with its subsidiaries) (the "Company") and a contractual joint venture among and Tiger Capital Group, LLC ("Tiger") and SB360 Capital Partners, LLC ("SB360") (SB360 and Tiger, collectively, "Consultant").

## R E C I T A L S:

WHEREAS, Company desires to retain Consultant to provide consulting services to Company with respect to the disposition of the Merchandise and Owned FF&E (each as defined below) in the context of a "Going out of Business", "Store Closing Sale", "Everything On Sale" or similar themed sales at Company's retail store locations identified on **Exhibit A** attached hereto (each individually, a "Store", and collectively, the "Stores") (referred herein individually or collectively, as the context so requires, as the "Sale").

WHEREAS, Consultant is willing to serve as Company's consultant for the purpose of providing such consulting services, upon the terms and conditions and in the manner set forth in this Agreement.

NOW, THEREFORE, in consideration of the mutual covenants and agreements hereinafter set forth and other good and valuable consideration, the receipt and sufficiency of which are hereby acknowledged, the parties hereto agree as follows:

1.   **Definitions**

For the purposes of this Agreement, the terms listed below shall have the respective meanings indicated:

"Additional Merchandise Proceeds" shall mean the aggregate of (i) the total amount (in dollars) of all sales of Additional Merchandise during the Sale Term, exclusive of sales taxes; (ii) all proceeds of  insurance for loss or damage to Additional Merchandise arising from events occurring during the Sale Term relating to the Additional Merchandise; and (iii) the amount of honored customer deposits, store credits, gift certificates, loyalty program benefits and frequent shopper certificates, exclusive of all applicable sales taxes, utilized during the Sale Term relating to Additional Merchandise. Consultant shall make all records and reports pertaining to Additional Merchandise Proceeds available to Company during regular business hours upon reasonable notice.

"Advertising Expenses" means the costs and expenses incurred in connection with advertising the Sale, including, without limitation, direct media costs, agency fees, production costs and Signage Costs.

"Central Services" shall mean those central administrative services provided by Company that are necessary or appropriate for the conduct and support of the Sale, including, but not limited to, use and/or access to Company's: (i) inventory control system, (ii) payroll system, (iii) accounting system, (iv) office facilities (including use of reasonably sized offices located at

Company's central office facility to effect the Sale), (v) central administrative services and personnel to process and perform sales audit, banking, accounting, sale and expense reconciliation, and other normal course administrative services customarily provided to or for the benefit of operating the Stores, (vi) weekly email messages targeted to the customers of the Stores which email messages will be designed by Consultant (and approved by Company) and sent by Company or Company's existing service provider, (vii) website use and maintenance, and (viii) such other central office services reasonably necessary or appropriate for the Sale.

"Consultant Incurred Expenses" shall mean, as set forth in the Budget (as defined below), the aggregate amount related to the Sale of (i) Supervisor Costs, (ii) Advertising Expenses, (iii) necessary and reasonable corporate travel, and (iv) Consultant's reasonable and documented legal fees incurred in connection with the Sale.

"Gross Proceeds" shall mean, in aggregate, all proceeds received by Company and derived from the sale of Merchandise made in each Store during such Store's respective Sale Term (excluding amounts paid for sales, excise, or gross receipts taxes); plus (i) all proceeds of fire, flood or other insurance covering the Merchandise, and (ii) the amount of any gift cards or merchandise credits redeemed at each Store during such Store's respective Sale Term.

"Gross Recovery" shall mean aggregate Gross Proceeds divided by the aggregate Retail Value of the Merchandise sold during the Sale based upon Gross Rings and expressed as a percentage.

"Gross Rings" shall have the meaning set forth in Section 3.2(c).

"Merchandise" shall mean all inventory that is owned by Company and is located at or in transit to or from the Company's warehouse or a Store as of the Sale Commencement Date; provided, however, the Company and the Consultant agree that "Merchandise" shall expressly exclude: (1) goods which belong to sublessees, licensees or concessionaires of Company; (2) goods held by the Company on memo or consignment, unless otherwise agreed to by Company and Consultant; and (3) Owned FF&E.

"Retail Value of the Merchandise" shall mean, with respect to each item of Merchandise sold, the lower of the price reflected for such item in the file provided by Company and the lowest ticketed price.

"Sale Commencement Date" shall mean the date as agreed between the parties hereto, anticipated to be no later than January 16, 2026.

"Sale Expenses" shall mean, in aggregate, all expenses incurred in connection with and attributable to the Sale and the operation of each Store during such Store's Sale Term (including, without limitation, all Consultant Incurred Expenses and all other store-level and corporate expenses associated with the Sale, including, but not limited to (i) payroll (including any store-level commissions) and related employee benefits and payroll taxes, (ii) security costs associated with the Sale, (iii) credit card processing fees for Merchandise, (iv) Store-level employee bonuses mutually approved by Company and Consultant which shall not exceed ten percent (10%) of base payroll and shall take into consideration any employee compensation plan, (v) insurance amounts,

(vi) telephone charges, (vii) costs of transferring Merchandise between Stores and (viii) e-commerce and digital advertising expenses).

"<u>Sale Guidelines</u>" shall mean the Sale Guidelines annexed hereto as **<u>Exhibit B</u>**, which shall serve as the guidelines under which the Sale shall be conducted.

"<u>Sale Term</u>" shall mean, with respect to each Store, the period of time beginning with such Store's Sale Commencement Date and ending on such Store's Sale Termination Date.

"<u>Sale Termination Date</u>" shall mean the date as agreed between the parties hereto, as may be extended or accelerated upon mutual written agreement by the Company and Consultant.

"<u>Services</u>" shall mean the services to be performed by Consultant pursuant to Section 2.2 of this Agreement.

"<u>Signage Costs</u>" shall mean all the interior and exterior signage, banners and sign walkers used in connection with the Sale, in each case to the extent approved by Consultant.

"<u>Store Employees</u>" shall mean those employees of the Company retained by Company to conduct the Sale following consultation with Consultant.

"<u>Supervisor(s)</u>" shall mean the individual(s) whom Consultant may engage to provide Services in the Stores to Company in connection with the Sale in accordance with Section 2.3, below.

"<u>Supervisor Costs</u>" shall mean the following customary costs and expenses incurred by Consultant with respect to Supervisors as preapproved by the Company in accordance with the Budget: (i) the weekly compensation paid during the Sale Term per Supervisor (which in each case represents Consultant's actual costs); (ii) reasonable and documented travel expenses of the Supervisors between Stores during the term of the Sale, and to and from the Sale locations at the commencement and conclusion of the Sale (and reasonable travel to and from the Supervisors' homes during the Sale Term as is typical and customary in the liquidation industry given the nature of the Merchandise, the length of the Sale, and the actual results of the Sale); and (iii) reasonable Supervisor deferred compensation as agreed pursuant to Section 2.3(b) below.

## 2.    <u>Consulting Services</u>

2.1    Company hereby retains Consultant, and Consultant hereby agrees to serve, as the exclusive independent consultant to the Company in connection with the conduct of the Sale as set forth herein. Consultant shall serve as the sole and exclusive consultant to the Company relative to the conduct of the Sale at the Stores.

2.2    On the terms and conditions set forth herein, commencing as of the Sale Commencement Date, Consultant shall provide the Company with the following Services with respect to the conduct of the Sale:

(i)    provide qualified Supervisors to supervise and assist Company in its conduct of the Sale as further described in Section 2.3 below, including such lead, regional,

financial, and field Supervisors as needed (after consultation with Company) to assist Company in conducting the Sale and oversee the Sale process;

(ii)     provide the Company with such oversight, supervision and guidance with respect to the conduct of the Sale and the liquidation and disposal of the Merchandise and Owned FF&E from the Stores as may be required to maximize Gross Proceeds and proceeds from Owned FF&E;

(iii)     recommend and implement appropriate point of purchase, point of sale, website and external advertising to effectively sell the Merchandise and Owned FF&E during the Sale Term, consistent with the theme of the Sale and the Sale Guidelines, it being understood that the Sale will be advertised as specified by the Company on a per store basis as a "Going out of Business", "Store Closing", "Everything on Sale" or similar handles throughout the Sale Term;

(iv)     advise the Company regarding appropriate discounting of Merchandise, appropriate staffing levels for the Stores, and appropriate deferred compensation and incentive programs for Store Employees;

(v)     oversee the display of Merchandise in the Stores;

(vi)     assist Company in the formulation and implementation of a loss prevention program designed to protect the Merchandise from theft or other shortages;

(vii)     assist Company with accounting functions for the Stores, including evaluation of sales of Merchandise by category, sales reporting and monitoring of expenses, in each case using Company's existing infrastructure and IT systems;

(viii)     recommend and implement the transfer and balancing of Merchandise between and among the Stores to maximize Gross Proceeds during the Sale;

(ix)     coordinate with the Company regarding an advertising and signage program;

(x)     provide any Additional Merchandise to be procured by Consultant; and

(xi)     provide any such other related services deemed necessary or prudent by the Company and the Consultant, or as reasonably requested by the Company under the circumstances giving rise to the Sale.

2.3     (a)     In connection with the Sale, Consultant may directly or indirectly retain and engage the Supervisors. The Supervisors are engaged by Consultant and are not and shall not be deemed to be employees or agents of Company in any manner whatsoever; nor do the Supervisors have any relationship with Company by virtue of this Agreement or otherwise which creates any liability or responsibility on behalf of Company for the Supervisors.  During the Sale Term, the Supervisors shall perform Services during normal Store operating hours and for the period of time prior to the Stores' opening and subsequent to the Stores' closing, as required in connection with the Sale, in Consultant's discretion.

(b)     In consideration of Consultant's engagement of the Supervisors, Company agrees to reimburse Consultant, as a Consultant Incurred Expense in accordance with the Budget, for the actual Supervisor Costs paid by Consultant for services rendered by the Supervisors in connection with the Sale.  Company shall reimburse Consultant for all Supervisor Costs weekly, based upon invoices or other documentation reasonably satisfactory to Company.  Company shall not be obligated to pay Supervisor Costs and/or Supervisor deferred compensation that have not been included in, or provided for, in the Budget.

2.4     Title to all Merchandise shall remain with Company at all times during the Sale Term until such Merchandise is sold.  Although Consultant shall undertake its obligations under this Agreement in a manner designed to maximize the benefits to Company, Company expressly acknowledges that Consultant is not guaranteeing the results of the Sale or insuring the Merchandise.  All sales of Merchandise in the Stores shall be made on behalf of Company. Company further agrees that responsibility for the handling of any goods, inventory or other merchandise held by Company and located in the Stores under any consignment, sale or return, or other similar agreement shall lie exclusively with Company, and Consultant shall have no responsibility with respect thereto.

**3.     Expenses; Consultant's Fees**

3.1     Sale Expenses.

(a) Consultant and the Company shall agree on a pro forma budget of the Consultant Incurred Expenses relating to the Sale for the Stores (the "Budget") to be made a part hereof as **Exhibit C**.  In connection with the Sale and subject to the limitations set forth in the Budget, the Company shall be responsible for the payment of all expenses incurred in connection with the Sale, including without limitation all Sale Expenses (and Consultant shall not be responsible for any such expenses or Sale Expenses except as expressly provided for in Section 10.1 below). Consultant Incurred Expenses shall not exceed the aggregate amount set forth on the Budget without the prior written consent of the Company; all such Consultant Incurred Expenses in excess of the preapproved Consultant Incurred Expenses shall be the sole responsibility of Consultant. The Company shall reimburse Consultant for any reasonable and documented Consultant Incurred Expense on a weekly basis in connection with the weekly settlement provided for in Section 4.1 hereof upon presentation of invoices and statements for such expenses, which reimbursement or payment shall be in addition to any Base Fee, Incentive Fee and/or FF&E Fee (each as defined below) earned and payable hereunder.

(b)     Upon execution of this Agreement and before the Sale Commencement Date, the Company shall pay directly or reimburse Consultant for Signage Costs and related costs in accordance with the Budget prior to Consultant ordering signs (estimated to be $600,000). Before the Sale Commencement Date, the Company shall fund to Consultant a deposit in the amount of $350,000 (the "Deposit"), which shall be held by Consultant until the Final Settlement in accordance with Section 4.2 and to be used to offset any unreimbursed and undisputed Consultant Incurred Expenses, Base Fee, Incentive Fee or FF&E Fee. In the event that any portion of the Deposit is utilized to fund such undisputed amounts prior to the Final Settlement, the Company shall replenish the Deposit for the amounts expended upon five (5) days' notice from

the Consultant.  The unused portion of the Deposit shall be repaid to the Company as part of the Final Settlement.

3.2     Consultant's Compensation.

(a)     Base Fee and Incentive Fee. In consideration of Consultant's provision of the Services provided for hereunder, Company shall pay a fee to Consultant equal to two percent (2.0%) of Gross Proceeds from the sale of Merchandise (the "Base Fee") plus an additional fee of one-half of one per cent (0.50%) (2.5% total) of Gross Proceeds (calculated from dollar one) to the extent that the Gross Recovery from the sale of the Merchandise exceeds forty five percent (45%) (the "Incentive Fee").

(b)     The Company shall retain an amount equal to seven and one-half percent (7.5%) percent of the Additional Merchandise Proceeds from the sale of the Additional Merchandise (the "Additional Merchandise Fee"), and Consultants shall be paid by Company all remaining amounts from the sale of the Additional Merchandise.

(c)     For purposes of calculating Gross Proceeds, the Company shall keep (i) a strict count of gross register receipts less applicable sales taxes, and (ii) cash reports of sales within each Store.  Register receipts shall show for each item sold the retail price (as reflected on Company's books and records) for such item, and the markdown or other discount granted by Consultant in connection with such sale ("Gross Rings"). The Company, after consultation with Consultant, shall have the right to decide the amount and duration of markdowns and discounts. The Company shall make all such records and reports available to Consultant during regular business hours upon reasonable notice.

3.3     Fixtures Disposition. (a)  In addition to the consulting Services provided for herein with respect to the sale of Merchandise, with respect to furniture, fixtures and equipment owned by Company and located at the Stores, in the Company's corporate offices and at the warehouse (collectively, the "Owned FF&E"), Consultant shall sell the Owned FF&E for the Company's benefit. Consultant shall advertise in the context of advertising for the Sale that items of Owned FF&E at Stores are available for sale and shall contact and solicit known purchasers and dealers of furniture and trade fixtures.  In consideration of providing such services, Consultant shall retain twenty percent (20%) of the gross receipts (net only of applicable sales taxes and budgeted sale expenses, if any and without duplication, established by mutual agreement of the Company, and the Consultant) from all sales of Owned FF&E (the "FF&E Fee").  In addition, Company shall reimburse Consultant for Consultant's reasonable and documented out–of–pocket expenses incurred in connection with the sale or other disposition of the Owned FF&E pursuant to a budget established by mutual agreement of the Company and the Consultant (the "FF&E Budget").

(b)     Consultant shall have no liability to Company or any third party for its failure to sell any or all of the Owned FF&E, and shall have the right to abandon such unsold Owned FF&E at the Stores on the applicable Sale Termination Date, provided that such abandonment shall be done in a neat and orderly fashion.

**4.**     **Sale Proceeds; Weekly Settlement**

4.1     The Company shall collect all proceeds from the sale of Merchandise, Additional Merchandise and Owned FF&E (including all Gross Proceeds) and deposit the same in deposit accounts established by Company for the deposit thereof consistent with Company's existing cash management system (which may be Company's existing Store-level deposit accounts) (the "Sale Accounts"). The Company shall, upon request, deliver to Consultant account statements and such other information relating to the sale of Merchandise, Additional Merchandise and Owned FF&E (including the Gross Proceeds and the Sale Accounts) reasonably requested by Consultant.  On Wednesday of each week, commencing on the first Wednesday following the first Sale Commencement Date, the Company and the Consultant shall reconcile the results of the Sale for the prior week, including, without limitation, Gross Proceeds, sales of Owned FF&E, Additional Merchandise Proceeds, Sale Expenses, Owned FF&E sale-related expenses, and all fees payable hereunder including the Base Fee, Incentive Fee and the FF&E Fee. The Company shall promptly pay all amounts due to Consultant for the previous week (subject to the limitations set forth in the Budget and the FF&E Budget) including the Additional Merchandise Proceeds.

4.2     No later than ten (10) business days following the end of the final Sale Term, the Company and Consultant shall complete a settlement of all amounts contemplated by this Agreement (the "Final Settlement"), including, without limitation, the settlement of the Additional Merchandise Proceeds, the determination and payment of any further fees, including any Base Fee and Incentive Fee due to the Consultant, and all reimbursements and payments contemplated hereby (subject to the limitations set forth in the Budget and the FF&E Budget).

**5.**     **Store Employees**

5.1     The Company and Consultant shall cooperate to retain employees of the Company, as mutually agreed, to be utilized to conduct the Sale at the Stores during the Sale Term.  Such employees shall remain employees of the Company, and, except as set forth in Section 8.2, Consultant shall have no liability to such employees (including, without limitation, all the Store Employees and any of Company's former employees) of any kind or nature whatsoever, including, without limitation, with respect to severance pay, termination pay, vacation pay, pay in lieu of reasonable notice of termination, WARN Act payments, or any other costs, expenses, obligations, or liabilities arising from Company's employment of such Store Employees prior to, during, and subsequent to the Sale Term.  Other than advising the Company that Consultant no longer desires to utilize the services of any employee in connection with the Sale, Consultant shall not have the right to change the terms of employment of any Store Employees.

5.2     At the request of the Company, in the event that any Store Employees discontinue their services during the Sale Term, Consultant agrees to supplement or replace such Store Employees as deemed necessary upon approval by the Company.  Any such incremental expenses arising therefrom shall be deemed to be Sale Expenses.

**6.**     **[Intentionally Omitted]**

7.     **Representation And Warranties**

7.1     Representation And Warranties of Consultant**:** Consultant hereby represents, warrants and covenants in favor of Company as follows:

(a)     Each member of Consultant is a company duly organized, validly existing, and in good standing under the laws of its state of organization, with full power and authority to execute and deliver this Agreement and to perform its obligations hereunder, and Consultant has taken all necessary action required to authorize the execution, performance and delivery of this agreement, and to consummate the transactions contemplated hereby.

(b)     Upon execution by the parties hereto, this Agreement is a valid and binding obligation of Consultant enforceable in accordance with its terms.

(c)     No action or proceeding has been instituted or, to Consultant's knowledge, threatened, affecting the consummation of this Agreement or the transactions contemplated herein.

(d)     Except as provided in the Sale Guidelines, Consultant will comply with and act in accordance with any and all applicable state and local laws, rules and regulations and other legal obligations of all governmental authorities and the terms/restrictions of the underlying Store leases.

7.2     Representations And Warranties Of Company: The Company hereby represents, warrants and covenants in favor of Consultant as follows:

(a)     Company is a company duly organized, validly existing, and in good standing under the laws of its state of organization, with full power and authority to execute and deliver this Agreement and to perform its obligations hereunder, and Company has taken all necessary action required to authorize its execution, performance and delivery of this Agreement, and to consummate the transactions contemplated hereby.

(b)     Upon execution by the parties hereto, this Agreement is a valid and binding obligation of the Company enforceable in accordance with its terms, subject only to any applicable bankruptcy, insolvency or similar laws affecting the rights of creditors generally, including the approval or assumption of the agreement by the bankruptcy court in the event of any bankruptcy filing by the Company, and the availability of equitable remedies.

(c)     No action or proceeding has been instituted or, to Company's knowledge, threatened, affecting the consummation of this Agreement or the transactions contemplated herein.

(d)     Company has maintained its pricing files pertaining to the Sale in the ordinary course of business, and prices charged to the public for goods pertaining to the Sale are the same in all material respects as set forth in such pricing files for the periods indicated therein, and all pricing files, records, and information received by Consultant are true and accurate in all material respects.

## 8.    **Affirmative Duties Of Consultant**

8.1    To the extent necessary, Consultant shall assist Company in obtaining any required permits and governmental consents required in order to conduct the Sale, and shall ensure that the Sale is conducted in accordance with all applicable laws, regulations and ordinances.

8.2    Consultant shall indemnify and hold Company and its affiliates, and their respective officers, directors, employees, agents, lenders and independent contractors (collectively, "Company Indemnified Parties"), harmless from and against all claims, demands, penalties, losses, liability or damage, including, without limitation, reasonable attorneys' fees and expenses, directly or indirectly asserted against, resulting from, or related to:

(i)    Consultant's material breach or material failure of or failure to comply with any of its agreements, covenants, representations or warranties contained herein or in any written agreement entered into in connection herewith;

(ii)    any harassment or any other unlawful, tortious or otherwise actionable treatment of any employees or agents of Company (including, without limitation, any Store Employees) by Consultant or any of Consultant's representatives (including, without limitation, any Supervisor);

(iii)    any claims by any party engaged by Consultant as an employee or independent contractor (including, without limitation, any Supervisor) arising out of such employment or engagement; except where due to the negligence or willful misconduct of Company or Company Indemnified Parties or from a breach of the terms hereof by Company;

(iv)    any consumer warranty or products liability claims relating to any Additional Merchandise; and

(v)    the gross negligence, willful misconduct or unlawful acts of Consultant or any Supervisor or any of their respective officers, directors, employees, agents or representatives; provided that Consultant shall not be obligated to indemnify any Company Indemnified Party from or against any claims, demands, penalties, losses, liability or damages arising primarily from any Company Indemnified Party's gross negligence, willful misconduct or unlawful act.

8.3    Consultant shall comply with applicable federal, state and local laws, rules and regulations.

8.4    Consultant shall conduct the Sale in accordance with the terms of this Agreement and the Sale Guidelines.

8.5    Consultant will not take any disciplinary action against any employee of the Company.

9.    <u>**Additional Merchandise**</u>.

(a)    Upon execution hereof, Consultant shall have the right, at Consultant's sole cost and expense, to supplement the Merchandise in the Sale at the Stores with additional goods procured by Consultant which are of like kind, and no lesser quality, to the Merchandise at the Stores ("Additional Merchandise").    The Additional Merchandise shall be purchased by Consultant as part of the Sale and delivered to the Stores at Consultant's sole expense (including as to freight, insurance and shipping relative to shipping such Additional Merchandise to the Stores).    In consideration for payment of the Additional Merchandise Fee to the Company, Consultant may utilize the Company's warehouse for the receipt, processing, handling and distribution of such Additional Merchandise.    Sales of Additional Merchandise shall be run through Company's cash register systems and identified in a manner so as to distinguish the sale of Additional Merchandise from the sale of Merchandise. To the extent that items of Additional Merchandise are the same items as items of the Company's on hand Merchandise ("Same Units"), as each such item of Same Units is sold, for purposes of identifying and allocating such sale as a sale of Merchandise or Additional Merchandise, until such time as the number of such Same Units that were on hand as of the Sale Commencement Date is sold, such sales shall be allocated to the Sale of Merchandise.    Once the sale of Same Units totals the total on hand Same Units contained in Merchandise for such items has been reached, then all future sales of such Same Units shall be allocated to the sale of Additional Merchandise.

(b)    Consultant and the Company intend that the transactions relating to the Additional Merchandise are, and shall be construed as, a true consignment from Consultant to Company in all respects and not a consignment for security purposes.    At all times and for all purposes the Additional Merchandise and their proceeds shall be the exclusive property of Consultant, and no other person or entity shall have any claim against any of the Additional Merchandise or their proceeds.    The Additional Merchandise shall at all times remain subject to the exclusive control of Consultant.

(c)    The Company shall, at Consultant's request and at Consultant's sole cost and expense, insure the Additional Merchandise and, if required, promptly file any proofs of loss with regard to same with the Company's insurers.    Consultant shall be responsible for payment of any deductible under any such insurance in the event of any casualty affecting the Additional Merchandise.

(d)    The Company acknowledges that the Additional Merchandise shall be consigned to Company as a true consignment under Article 9 of the Code.    Consultant is hereby granted a first priority security interest in and lien upon (i) the Additional Merchandise and (ii) the Additional  Merchandise proceeds, which security interest shall be deemed perfected pursuant to the Approval Order, if any, and Consultant shall file UCC financing statements or providing notifications to any prior secured parties. Consultant is hereby authorized to deliver all required notices and file all necessary financing statements and amendments thereof under the applicable UCC identifying Consultant's interest in the Additional Merchandise as consigned goods thereunder and the Company as the consignee therefor, and Consultant's security interest in and lien upon such Additional Merchandise and Additional Merchandise proceeds.

(e)     Upon execution hereof, the Company consents to Consultant contacting the Company's vendors regarding the purchase of merchandise for the Sale and any such merchandise procured by Consultant from the Company's vendors shall be treated as Additional Merchandise hereunder.

## 10.    Affirmative Duties Of Company

10.1    The Company shall be solely liable for, and shall pay when due (except as provided in this Section 10.1) the following: (i) all Store-level operating expenses, Central Service expenses, and related expenses (including, without limitation, Sale Expenses and Owned FF&E sale-related expenses (subject to the FF&E Budget), but excluding (x) Consultant Incurred Expenses in excess of the amounts set forth in the Budget (unless otherwise agreed to by the Company in writing) and (y) FF&E expenses in excess of the amounts set forth on the FF&E Budget (unless otherwise agreed to by the Company in writing), which are necessary to conduct, or incurred in the conduct of, the Sale or the Company's businesses, including, without limitation, all taxes, costs, expenses, accounts payable and other liabilities relating to the Sale, the Stores, Store Employees, any other agents and representatives of the Company, and/or the Company's businesses; and (ii) Consultant's Base Fee, Incentive Fee and FF&E Fee.

10.2    The Company shall collect all sales, excise, or gross receipts taxes and shall be solely responsible for reporting and paying the same to the appropriate taxing authorities in accordance with applicable law.  The Company shall prepare and process all reporting forms, certificates, reports and other documentation required in connection with the payment of all applicable taxes to the appropriate taxing authorities; and the Company shall pay the same when due. Consultant shall provide all assistance reasonably required or requested by the Company in connection with the preparation and processing of any such reporting forms, certificates, reports and other documentation required in connection with the payment of all applicable taxes to the appropriate taxing authorities.

10.3    Without limiting any other term or provision of this Agreement, during the Sale Term, the Company shall provide Consultant, with (i) Central Services; (ii) employees at the Stores necessary or appropriate to implement and conduct the Sale, subject to Section 5.2 above, and (iii) peaceful use and occupancy of, and reasonable access (including reasonable before and after hours access and normal utilities/phone service) to, the Stores and the Company's corporate offices for the purpose of preparing for, conducting, and completing the Sale as contemplated hereby.

10.4    During the first thirty (30) days of the Sale Term, the Company and Consultant shall honor gift cards and merchandise credits at the Stores in accordance with store-level operation procedures to be mutually agreed upon between the Company and Consultant.  No gift cards shall be sold from the Stores during the Sale Term.

10.5     [Intentionally Omitted]

10.6    During the first thirty (30) days of the Sale Term, the Company and Consultant shall accept returns of inventory ("Returned Merchandise") sold and delivered to customers prior to the Sale Commencement Date in a manner consistent with Company's customary practices and policies in effect on the Sale Commencement Date.  All customer requests for cash refunds or

merchandise credits with regard to sales completed prior to the Sale Commencement Date shall be processed exclusively through the Company's point of sale system.  All Returned Merchandise, to the extent it is not defective, shall be included as Merchandise.  No returns shall be accepted or allowed after the thirty (30th) day of the Sale Term.

10.7    The Company shall indemnify and hold the Consultant and its affiliates, and their respective officers, directors, employees, agents and independent contractors (collectively, "Consultant Indemnified Parties"), harmless from and against all claims, demands, penalties, losses, liability or damage, including, without limitation, reasonable attorneys' fees and expenses, directly or indirectly asserted against, resulting from, or related to:

(i)    the Company's material breach or material failure of or failure to comply with any of its agreements, covenants, representations or warranties contained herein or in any written agreement entered in connection herewith;

(ii)    any failure of the Company to pay to its employees any wages, salaries or benefits due to such employees during the Sale Term;

(iii)    any consumer warranty or products liability claims relating to any Merchandise;

(iv)    any liability or other claims asserted by customers, any of Company's employees, or any other person against any Consultant Indemnified Party (including, without limitation, claims by employees arising under collective bargaining agreements, worker's compensation or under the WARN Act); except where due to the negligence, willful misconduct or unlawful acts of Consultant or from a breach of the terms hereof by Consultant;

(v)    any harassment or any other unlawful, tortious or otherwise actionable treatment of any employees, agents, or representatives of Consultant (including, without limitation, any Supervisors) by Company or any of Company's employees, agents, or representatives (including, without limitation, any Company employees); and

(vi)    the gross negligence, willful misconduct or unlawful acts of the Company or any of its officers, directors, employees, agents or representatives; provided that Company shall not be obligated to indemnify any Consultant Indemnified Party from or against any claims, demands, penalties, losses, liability or damages arising primarily from any Consultant Indemnified Party's gross negligence, willful misconduct or unlawful act.

10.8    In the event a petition for reorganization is filed by or against the Company, the Company shall file a motion pursuant to Section 363 and 365 of the Bankruptcy Code (the "Store Closing Sale Motion") seeking entry of an order (the "Approval Order") which shall be in form and substance reasonably acceptable to the Company and Consultant: (a) approving the Company's assumption of, and authorizing the Company to perform under, this Agreement; (b) authorizing the Company to pay all fees and expenses contemplated by and accruing under this Agreement without further order of the Bankruptcy Court, free and clear of all liens, claims and encumbrances;;  (c) approving of the inclusion of the Additional Merchandise in the Sale; (d) providing that the payment of the Base Fee, the Incentive Fee and FF&E Fee, the repayment of

the Additional Merchandise Proceeds (minus the Additional Merchandise Fee) and reimbursement of Consultant Expenses and FF&E expenses shall be (x) made out of proceeds as collected, (y) made without regard to any budget restrictions agreed to by the Company with its lenders and need not be in adherence with any such budget, and (z) included in and approved by debtor-in-possession, cash collateral, or other post-petition financing budget and/or approval order; (e) authorizing Consultant to terminate this Consulting Agreement without liability in the event that payments to Consultant are not timely made and Consultant is not in material breach of this Agreement; (f) authorizing Company's conduct of the Sale, without necessity to comply with state and local laws, rules and regulations, including, but not limited to, licensing requirements, purporting to restrict the conduct of the Sale; (g) authorizing Company's conduct of the Sale notwithstanding any restrictive provisions in any Store lease or occupancy agreement that purport to preclude or restrict the conduct of the Sale at the Stores or the necessity of obtaining any third-party consents; and (h) such other terms and provisions as may be necessary or appropriate to facilitate the conduct of the Sale consistent with the terms set forth herein.

## 11.    <u>Insurance; Risk of Loss</u>

11.1    The Company shall maintain throughout the Sale Term (i) insurance with respect to the Merchandise at the Stores and any storage facility in amounts and on such terms and conditions as are consistent with the Company's ordinary course operations and (ii) casualty and liability insurance policies (including, but not limited to, product liability, comprehensive public liability insurance, auto liability insurance on an occurrence basis in an amount of at least $1,000,000 per occurrence and $2,000,000 in the aggregate, and umbrella coverage of at least $5,000,000 covering injuries to persons and property in or in connection with the operation of the Stores), and shall cause Consultant to be listed as an additional insured with respect to all such policies.  The Company shall be responsible for the payment of all deductibles, self-insurance and other amounts payable in connection with any claim asserted under such policies, except for any claims arising directly from the negligence, willful misconduct or unlawful acts of Consultant or Supervisors, or their employees, representatives, or agents.  Additionally, throughout the Sale Term, the Company shall maintain, in such amounts as it currently has in effect, workers' compensation insurance in compliance with all applicable statutory requirements.

11.2    Consultant shall maintain, throughout the Sale Term, casualty and liability insurance policies (including, but not limited to, comprehensive public liability insurance, auto liability insurance and workers' compensation, statutory disability and employer's liability insurance) covering injuries to persons and property in or in connection with the operation of the Stores on an occurrence basis in an amount of at least $1,000,000 per occurrence and $2,000,000 in the aggregate and umbrella coverage of at least $5,000,000, and shall cause the Company to be named an additional insured with respect to such policies .

11.3    Except as set forth in Section 8.2, the Company and the Consultant agree that Company shall bear all responsibility for liability claims (product liability and otherwise) of customers, employees and other persons arising from events occurring at the Stores before, during and after the Sale Term, except to the extent any such claim arises from the negligence, willful misconduct, or unlawful acts of the Consultant or any Supervisor engaged by Consultant under the terms of this Agreement.

12.    **Miscellaneous**

12.1    Any notice or other communication under this Agreement shall be in writing and may be delivered personally or sent by electronic mail, addressed as follows:

If to the Company:

Francesca's Acquisition, LLC
Attn:  Curt Kroll, Chief Restructuring Officer
Email: ckroll@scpllc.com

With a copy to (which shall not considered notice):

Marc Carmel, Esq.
mcarmel@mcdonaldhopkins.com

and

Nicholas Miller, Esq.
nmiller@mcdonaldhopkins.com

If to Consultant:
TIGER CAPITAL GROUP, LLC
Attn:  Mark Naughton
Email: mnaughton@TigerGroup,com

SB360 CAPITAL PARTNERS, LLC
Attn: Siegfried Schaffer
Email: Zschaffer@SB360.com

12.2    <u>Governing Law</u>.  This Agreement shall be governed by and interpreted in accordance with the internal laws of the State of Delaware, without reference to any conflict of law's provisions.

12.3    <u>Severability</u>.  In the event any term or provision contained within this Agreement shall be deemed illegal or unenforceable, then such offending term or provision shall be considered deleted from this Agreement and the remaining terms shall continue to be in full force and effect.

12.4    <u>Entire Agreement</u>.  This Agreement constitutes the entire agreement between the parties hereto with respect of the subject matter hereof and supersedes all prior negotiations and understandings and can only be modified by a writing signed by the Company and Consultant.

12.5    <u>Assignment</u>.  Neither the Company nor Consultant shall assign this Agreement without the express written consent of the other.  This Agreement shall inure to the benefit of, and be binding upon, the parties hereto and their respective successors and permitted assigns. Notwithstanding the foregoing, Consultant is authorized to utilize subcontractors in performing

the Services; provided, however, Consultant shall remain responsible for the performance of all Services.  Moreover, Consultant shall have the right, in its sole discretion, to syndicate such transaction with (and to add as part of Consultant hereunder) one or more additional national inventory liquidation firms.

12.6    <u>Counterparts</u>.  This Agreement may be executed in several counterparts, each of which when so executed shall be deemed to be an original, and such counterparts, together, shall constitute one and the same instrument.  Delivery by electronic mail of a .pdf of this Agreement or an executed counterpart hereof shall be deemed a good and valid execution and delivery hereof or thereof.

12.7    <u>Independent Contractor</u>.  Nothing contained herein shall be deemed to create any relationship between the Company and Consultant other than that of an independent contractor.  It is stipulated that the parties hereto are not partners or joint ventures.

12.8    <u>Termination</u>.  This Agreement shall terminate upon the completion and approval of the Final Settlement (as provided in Section 4.2 above); <u>provided</u>, <u>however</u>, that either party may terminate this Agreement in the event that the other commits a material breach or material failure of its obligations hereunder (including the Company's failure to make payments to Consultant as required hereby).  If either party seeks to terminate this Agreement by reason of a claim of a material breach or material failure, such party shall provide the other party with at least five (5) business days' prior written notice, stating with specificity the nature of the claimed material breach or material failure, and the party receiving such notice shall have five (5) business days within which to cure such material breach or material failure, failing which this Agreement shall be deemed terminated.  In the event this Agreement is terminated by Consultant on account of a material breach or material failure by the Company, including the failure of the Company to make payments to Consultant as required hereby, Consultant shall be entitled to be paid any Base Fee, Incentive Fee and FF&E Fee earned and accrued through the date of termination, together with reimbursement of any Sale Expenses or FF&E sale-related expenses incurred in conformity with the Budget and FF&E Budget, respectively, through the date of such termination, and the Company shall pay the proceeds received from the sale of Additional Merchandise to Consultant.

12.9    <u>Confidentiality</u>.  All information of a business nature relating to the pricing, sales, promotions, marketing, assets, liabilities or other business affairs of the Company, its customers, parent, subsidiary or other affiliated entities (for purposes of this section 12.9, all such entities are included within each reference to "Company") is the Company's confidential, trade secret information ("<u>Company Confidential Information</u>"), which is and shall remain the exclusive intellectual property of Company.  Consultant shall not divulge, furnish, make available or in any other manner disclose such information to any third party other than to Consultant's officers, employees, representatives and agents.  Consultant shall take and shall cause its officers, employees, representatives and agents to take such action as shall be reasonably necessary or advisable to preserve and protect the confidentiality of Company Confidential Information.  Consultant agrees to maintain strict confidentiality and agrees that it may use Company Confidential Information only as reasonably necessary to the performance of its obligations related to the Sale.  Notwithstanding the foregoing, the Company hereby agrees that Consultant may identify the Company as a Consultant customer for which Consultant has provided services for purposes of promoting its business.

12.10  <u>Force Majeure</u>. If any casualty, pandemic or act of God, war, or terrorism or acts of violence substantially inhibits the conduct of business in the ordinary course at any Store(s), then the subject location(s) and the remaining Merchandise located thereat shall be eliminated from the Sale and considered to be deleted from this Agreement as of the date of such event, and Consultant shall have no further rights or obligations hereunder with respect thereto; <u>provided</u>, <u>however</u>, that the proceeds of any insurance attributable to Merchandise or proceeds from business interruption insurance shall constitute proceeds of the Sale hereunder for purposes of calculating Gross Proceeds and the Base Fee and the Incentive Fee.

12.11  The Company consents to Consultant's use of the Company's name and logo listing the Company as a client on Consultant's website and other marketing materials.

12.11  <u>Disclosure</u>.   SB360 is an affiliate of Second Avenue Capital Partners, LLC ("SACP") the Funding Agent under a Revolving Credit Agreement with the Company dated as of February 20, 2024.  Tiger Finance, LLC, an affiliate of Tiger, is the Administrative Agent and Collateral Agent under that facility. Tiger Finance, LLC and SACP are lenders under that facility. Tiger was party to the Amended and Restated Asset Purchase Agreement by and among the Company and its predecessor, Francesca's Holdings Corporation ("Holdings"), dated as of January 19, 2021 pursuant to which the Company acquired the assets from Holdings as part of Holdings bankruptcy case[1]. TerraMar Capital, LLC was the majority owner of the Company, and a Tiger affiliate and SB360 were minority owners.  Pursuant to the APA, in January, 2021, Tiger and SB360 entered into an agency agreement with Holdings to close certain stores. Tiger was also party to a Consulting Agreement dated December 3, 2020 with Holdings. In September, 2024, the current owner of the Company, MAS Acquisitions, LLC, purchased all of the equity in the Company from TerraMar, Tiger and SB360.  Affiliates of SB360 and Tiger, Tower Hill Advisory Services LLC and Tiger Valuation Services, LLC, have provided strategic collateral advisor services to SACP and Tiger Finance in connection with the Company.

[SIGNATURES APPEAR ON NEXT PAGE]

---

[1] In re Francesca's Holdings Corporation, et al., Case No. 20-13076 (Bankr. D. Del.)

IN WITNESS WHEREOF, the Company and the Consultant have executed this Agreement or caused this Agreement to be executed by their respective officers thereunto duly authorized as of the date first written above.

**Francesca's Acquisition, LLC**

By: _____

Name:  Curt Kroll

Its: Chief Financial Officer

**Tiger Capital Group, LLC**

By:

Name:  Mark P. Naughton

Its: Senior General Counsel

**SB360 Capital Partners, LLC**

By: _____

Name: Aaron S. Miller

Its: President

**<u>Exhibit A</u>**
**Store Closing Stores**

| Loc Number | Location Name | Location Address | Location City | Location State | Postal Code |
|---|---|---|---|---|---|
| 11 | Geneva Commons | 1520 Commons Dr. | Geneva | IL | 60134 |
| 13 | Manhattan Village | 3200 N Sepulveda | Manhattan Beach | CA | 90266 |
| 14 | Alamo Quarry Market | 255 E Basse Rd | San Antonio | TX | 78209 |
| 19 | Girard Avenue | 7886 Girad Avenue | La Jolla | CA | 92037 |
| 20 | Southlake Town Square | 214 State St | Southlake | TX | 76092 |
| 21 | The Forum at Carlsbad | 1923 Calle Barcelona | Carlsbad | CA | 92009 |
| 22 | The Shops at Green Valley Ranch | 2260 Village Walk | Henderson | NV | 89052 |
| 26 | Victoria Gardens | 7839 Kew Ave | Rancho Cucamonga | CA | 91739 |
| 31 | Village Pointe SC | 17151 Davenport | Omaha | NE | 68118 |
| 34 | The Summit | 200 Summit Blvd | Birmingham | AL | 35243 |
| 37 | Woodbury Lakes | 9020 Hudson Rd | Woodbury | MN | 55125 |
| 40 | Easton Town Center | 108 Easton Town Center | Columbus | OH | 43219 |
| 41 | Crestview Hills TC | 2868 Town Center Blvd | Crestview Hills | KY | 41017 |
| 43 | The Shoppes at EastChase Shopping Center | 6830 Eastchase Pkwy | Montgomery | AL | 36117 |
| 45 | The Promenade Shops at Centerra | 5855 Sky Pond Dr | Loveland | CO | 80538 |
| 47 | The Town Center at Levis Commons | 3195 Levis Commons Blvd. | Perrysburg | OH | 43551 |
| 48 | Hamilton Corner | 2115 Gunbarrel Rd | Chattanooga | TN | 37421 |
| 54 | Market Street | 9595 Six Pines | The Woodlands | TX | 77380 |
| 55 | Branson Landing | 319 Branson Landing | Branson | MO | 65616 |
| 56 | Beachcliff Market Square SC | 19344 Detroit Rd | Rocky River | OH | 44116 |
| 59 | The Shops at Friendly Center | 3326 W Friendly | Greensboro | NC | 27410 |
| 60 | Galleria at Tyler | 1240 Galleria At Tyler | Riverside | CA | 92503 |
| 63 | The Promenade Shops at Saucon Valley | 2960 Center Valley Parkway | Center Valley | PA | 18034 |
| 69 | Mount Pleasant Towne Centre | 1237 Belk Drive | Mount Pleasant | SC | 29464 |
| 70 | Blakeney | 9830 Rea Road | Charlotte | NC | 28277 |
| 71 | Arlington Highlands | 3900 Arlington Highlands Blvd | Arlington | TX | 76018 |
| 72 | La Palmera | 5488 South Padre Island | Corpus Christi | TX | 78411 |
| 73 | The Shops at Highland Village | 1400 Shoal Creek | Highland Village | TX | 75077 |
| 74 | Village at Stone Oak | 22702 Us 281 | San Antonio | TX | 78259 |
| 75 | Town Center Plaza | 5256 W 119Th St | Leawood | KS | 66209 |
| 77 | The Avenue Murfreesboro | 2615 Medical Center Pkwy | Murfreesboro | TN | 37129 |
| 79 | Mayfaire Town Center | 6823 Main Street | Wilmington | NC | 28405 |
| 81 | Hill Country Galleria | 12821 Hill Country Blvd | Bee Cave | TX | 78738 |
| 82 | The Shops at Pembroke Gardens | 505 Sw 145Th Terrace | Pembroke Pines | FL | 33027 |
| 83 | Perkins Rowe | 10156 Perkins Rowe | Baton Rouge | LA | 70810 |
| 85 | Bridge Street Town Centre | 340 The Bridge Street | Huntsville | AL | 35806 |
| 86 | The Streets of Indian Lake | 300 Indian Lake Blvd | Hendersonville | TN | 37075 |

| Loc Number | Location Name | Location Address | Location City | Location State | Postal Code |
|---|---|---|---|---|---|
| 89 | The Village at Arrowhead | 20022 North 67Th Ave | Glendale | AZ | 85308 |
| 93 | Watters Creek at Montgomery Farm | 843 Watters Creek Boulevard | Allen | TX | 75013 |
| 96 | Birkdale Village | 16845-B Birkdale Commons Pkwy | Huntersville | NC | 28078 |
| 99 | Cameron Village Shopping Center | 424 Woodburn Ave | Raleigh | NC | 27605 |
| 101 | The Promenade at Sagemore | 500 Route 73 South | Marlton | NJ | 08053 |
| 104 | The Market Common at Myrtle Beach | 3323 Reed Ave | Myrtle Beach | SC | 29577 |
| 106 | Memorial City Mall | 303 Memorial City Mall | Houston | TX | 77024 |
| 108 | Westroads Mall | 10000 California St | Omaha | NE | 68114 |
| 109 | Crabtree Valley Mall | 4325 Glenwood Ave. | Raleigh | NC | 27615 |
| 110 | Pinnacle Hills Promenade | 2203 Promenade Blvd | Rogers | AR | 72758 |
| 111 | Thruway Shopping Center | 284 South Stratford Rd | Winston Salem | NC | 27103 |
| 112 | The Promenade at Coconut Creek | 4425 Lyons Rd | Coconut Creek | FL | 33073 |
| 114 | Greenville Center | 3801 Kennett Pike | Greenville | DE | 19807 |
| 116 | La Encantada | 2905 E. Skyline Dr. | Tucson | AZ | 85718 |
| 118 | Baybrook Mall | 500 Baybrook Mall | Friendswood | TX | 77546 |
| 119 | Destin Commons | 4138 Legendary Dr. | Destin | FL | 32541 |
| 120 | Penn Square Mall | 1901 Nw Expressway | Oklahoma City | OK | 73118 |
| 121 | The Falls | 8888 Sw 136 St. | Miami | FL | 33176 |
| 124 | Country Club Plaza | 4724 Broadway | Kansas City | MO | 64112 |
| 126 | Woodland Hills Mall | 7021 South Memorial Dr. | Tulsa | OK | 74133 |
| 127 | Oak Park Mall | 11445 W 95Th St. | Overland Park | KS | 66214 |
| 128 | Eastview Mall | 180 Eastview Mall | Victor | NY | 14564 |
| 130 | Oxmoor Center Mall | 7900 Shellbyville Rd. | Louisville | KY | 40222 |
| 131 | Bridgewater Commons | 400 Bridgewater Commons | Bridgewater | NJ | 08807 |
| 132 | Bradley Fair Shopping Center | 2000 North Rock Rd. | Wichita | KS | 67206 |
| 135 | Rosedale Center | 1595 Highway 36 W | Saint Paul | MN | 55113 |
| 138 | North Point Mall | 1190 North Point Circle | Alpharetta | GA | 30022 |
| 140 | West County Mall | 80 West County Center | Saint Louis | MO | 63131 |
| 141 | Castleton Square | 6020 East 82Nd Street | Indianapolis | IN | 46250 |
| 142 | Park City Center | 220 Park City Center | Lancaster | PA | 17601 |
| 143 | West Towne Mall | 42 West Towne Mall | Madison | WI | 53719 |
| 147 | Danbury Fair Mall | 7 Backus Avenue | Danbury | CT | 06810 |
| 148 | Paramus Park | 700 Paramus Park | Paramus | NJ | 07652 |
| 149 | Providence Place | 1 Providence Place | Providence | RI | 02903 |
| 150 | Paddock Shops | 4262 Summit Plaza Dr | Louisville | KY | 40241 |
| 151 | The Village of Rochester Hills | 160 N. Adams Road | Rochester | MI | 48309 |
| 152 | Scottsdale Fashion Square | 7014 E Camelback Rd | Scottsdale | AZ | 85251 |

| Loc Number | Location Name | Location Address | Location City | Location State | Postal Code |
|---|---|---|---|---|---|
| 159 | Polaris Fashion Place | 1500 Polaris Parkway | Columbus | OH | 43240 |
| 160 | Short Pump Town Center | 11800 West Broad St | Richmond | VA | 23233 |
| 161 | Rockaway Townsquare | 301 Mt Hope Ave | Rockaway | NJ | 07866 |
| 163 | Westfield Annapolis | 2002 Annapolis Mall | Annapolis | MD | 21401 |
| 164 | Columbiana Centre | 100 Columbiana Circle | Columbia | SC | 29212 |
| 168 | Haywood Mall | 700 Haywood Rd. | Greenville | SC | 29607 |
| 169 | Menlo Park Mall | 100 Menlo Park | Edison | NJ | 08837 |
| 170 | South Shore Plaza | 250 Granite St. | Braintree | MA | 02184 |
| 171 | Mall of America | 116 South Ave | Bloomington | MN | 55425 |
| 174 | Westfield Old Orchard | 4999 Old Orchard Ctr. | Skokie | IL | 60077 |
| 177 | Natick Mall | 1245 Worcester St | Natick | MA | 01760 |
| 178 | Lakeside Shopping Center | 3301 Veterans Memorial Boulevard | Metairie | LA | 70002 |
| 179 | Rivertown Crossings | 3700 Rivertown Pkwy Sw | Grandville | MI | 49418 |
| 180 | Garden City Shopping Center | 37 Hillside Dr. | Cranston | RI | 02920 |
| 183 | The Greene | 73 Plum Street | Beavercreek | OH | 45440 |
| 186 | CoolSprings Galleria | 1800 Galleria Blvd. | Franklin | TN | 37067 |
| 188 | Riverchase Galleria | 2000 Riverchase | Birmingham | AL | 35244 |
| 190 | Westfield Oakridge | 925 Blossom Hill Road | San Jose | CA | 95123 |
| 191 | The Maine Mall | 364 Maine Mall Rd. | South Portland | ME | 04106 |
| 194 | Altamonte Mall | 451 East Altamonte Dr | Altamonte Springs | FL | 32701 |
| 195 | Alderwood Mall | 3000 184Th St Sw | Lynnwood | WA | 98037 |
| 197 | Cherry Hill Mall | 2000 Route 38 | Cherry Hill | NJ | 08002 |
| 198 | Crocker Park | 161 Main Street | Westlake | OH | 44145 |
| 199 | Westfield North County | 200 E Via Rancho Pkwy | Escondido | CA | 92025 |
| 200 | Deerbrook Mall | 20131 Hwy 59 N | Humble | TX | 77338 |
| 202 | Lynnhaven Mall | 701 Lynnhaven Pkwy | Virginia Beach | VA | 23452 |
| 204 | Coral Ridge Mall | 1451 Coral Ridge Ave. | Coralville | IA | 52241 |
| 205 | Del Monte Center | 690 Del Monte Center | Monterey | CA | 93940 |
| 206 | Twelve Oaks Mall | 27220 Novi Road | Novi | MI | 48377 |
| 207 | The Oaks Mall | 6391 Newberry Rd. | Gainesville | FL | 32605 |
| 208 | Galleria at Roseville | 1151 Galleria Blvd. | Roseville | CA | 95678 |
| 211 | Westfield Valencia | 24201 Valencia Blvd. | Valencia | CA | 91355 |
| 212 | Fashion Valley Mall | 7007 Friars Road | San Diego | CA | 92108 |
| 213 | First Colony Mall | 16535 Southwest Frwy. | Sugar Land | TX | 77479 |
| 214 | 1235 Burlingame Avenue | 1235 Burlingame Ave | Burlingame | CA | 94010 |
| 215 | Arden Fair | 1689 Arden Way | Sacramento | CA | 95815 |
| 216 | Meadowood | 5365 Meadowood Mall Circle | Reno | NV | 89502 |

| Loc Number | Location Name | Location Address | Location City | Location State | Postal Code |
|---|---|---|---|---|---|
| 219 | The Shoppes at Farmington Valley | 110 Albany Turnpike | Canton | CT | 06019 |
| 222 | The Quarter at Tropicana Casino and Resort | 2801 Pacific Avenue | Atlantic City | NJ | 08401 |
| 224 | Destiny USA | 9090 Carousel Center Drive | Syracuse | NY | 13290 |
| 226 | The Oaks | 548 N Hillcrest Dr | Thousand Oaks | CA | 91360 |
| 228 | Del Amo Fashion Center | 3525 Carson Street | Torrance | CA | 90503 |
| 229 | Barefoot Landing | 4816 Highway 17 South | North Myrtle Beach | SC | 29582 |
| 230 | LaPlaza Mall | 2200 South 10Th Street | Mcallen | TX | 78503 |
| 231 | The Mall at Partridge Creek | 17360 Hall Road | Clinton Township | MI | 48038 |
| 233 | Connecticut Post | 1201 Boston Post Road | Milford | CT | 06460 |
| 234 | Ridgedale Center | 12323 Wayzata Blvd | Minnetonka | MN | 55305 |
| 235 | North East Mall | 1101 Melbourne St | Hurst | TX | 76053 |
| 237 | Fox River Mall | 4301 West Wisconsin Avenue | Appleton | WI | 54913 |
| 238 | Irvine Spectrum Shopping Center | 752 Spectrum Center Drive | Irvine | CA | 92618 |
| 239 | Freehold Raceway Mall | 3710 Rt. 9 H106 | Freehold | NJ | 07728 |
| 240 | Towson Town Center | 825 Dulaney Valley Road | Towson | MD | 21204 |
| 241 | Cape Cod Mall | 769 Iyannough Rd | Hyannis | MA | 02601 |
| 242 | Ocean County Mall | 1201 Hooper Avenue | Toms River | NJ | 08753 |
| 243 | Smith Haven Mall | 313 Smith Haven Mall | Lake Grove | NY | 11755 |
| 245 | Fashion Centre at Pentagon City | 1100 South Hayes Street | Arlington | VA | 22202 |
| 246 | Westfield Citrus Park | 7949 Citrus Park Center | Tampa | FL | 33625 |
| 249 | Perimeter Mall | 4400 Ashford Dunwoody Road | Atlanta | GA | 30346 |
| 250 | Glenbrook Square | 4201 Coldwater Road | Fort Wayne | IN | 46805 |
| 251 | Mayfair | 2500 N. Mayfair Road | Milwaukee | WI | 53226 |
| 254 | Fayette Mall | 3401 Nicholasville Road | Lexington | KY | 40503 |
| 255 | The Mall of Acadiana | 5725 Johnston Street | Lafayette | LA | 70503 |
| 256 | Battlefield Mall | 2825 S. Glenstone | Springfield | MO | 65804 |
| 257 | Westgate Mall | 7701 W Interstate 40 | Amarillo | TX | 79121 |
| 259 | Willowbrook Mall | 1400 Willowbrook Mall | Wayne | NJ | 07470 |
| 260 | The Shops at Long Wharf | 15 Long Wharf Mall | Newport | RI | 02840 |
| 261 | Coastland Center | 1766 Tamiami Trail | Naples | FL | 34102 |
| 262 | The Shops at Mission Viejo | 906 Shoppes At Mission Viejo | Mission Viejo | CA | 92691 |
| 264 | Pheasant Lane Mall | 310 Daniel Webster Highway | Nashua | NH | 03060 |
| 265 | Chesterfield Towne Center | 11500 Midlothian Turnpike | Richmond | VA | 23235 |
| 266 | Tysons Corner Center | 7962L Tysons Corner Center | Mc Lean | VA | 22102 |
| 269 | The Mall at Rockingham Park | 99 Rockingham Park Blvd. | Salem | NH | 03079 |
| 270 | Hamilton Town Center | 13170 Harrell Parkway | Noblesville | IN | 46060 |
| 271 | Ross Park Mall | 1000 Ross Park Mall Drive | Pittsburgh | PA | 15237 |

| Loc Number | Location Name | Location Address | Location City | Location State | Postal Code |
|---|---|---|---|---|---|
| 272 | White Marsh Mall | 8200 Perry Hall Blvd | Baltimore | MD | 21236 |
| 274 | Boise Towne Square | 350 N. Milwaukee | Boise | ID | 83704 |
| 277 | Woodland Mall | 3195 28Th Se | Grand Rapids | MI | 49512 |
| 279 | The Longmeadow Shops | 704 Bliss Rd. | Longmeadow | MA | 01106 |
| 281 | Downtown Palm Springs | 175 North Palm Canyon Dr. | Palm Springs | CA | 92262 |
| 285 | Westfield Garden State Plaza | One Garden State Plaza | Paramus | NJ | 07652 |
| 286 | Orland Square | 317 Orland Square | Orland Park | IL | 60462 |
| 290 | The Promenade at Chenal | 17725 Chenal Parkway | Little Rock | AR | 72223 |
| 291 | Westfield Santa Anita | 400 Baldwin Ave. | Arcadia | CA | 91007 |
| 293 | The Shoppes at River Crossing | 5080 Riverside Drive | Macon | GA | 31210 |
| 294 | Festival at Woodholme | 1809 Reisterstown Rd | Baltimore | MD | 21208 |
| 295 | Cordova Mall | 5100 North 9Th Avenue | Pensacola | FL | 32504 |
| 299 | Kingsgate Center | 8201 Quaker Avenue | Lubbock | TX | 79424 |
| 302 | Treasure Coast Square | 3194 Nw Federal Hwy. | Jensen Beach | FL | 34957 |
| 304 | Crossgates Mall | 1 Crossgates Mall Road | Albany | NY | 12203 |
| 305 | Stoneridge SC | 1336 Stoneridge Mall Rd | Pleasanton | CA | 94588 |
| 306 | Chandler Fashion Center | 3111 W Chandler Blvd | Chandler | AZ | 85226 |
| 307 | Carolina Place | 11025 Carolina Place Parkway | Pineville | NC | 28134 |
| 308 | Mall of Georgia | 3333 Buford Dr. | Buford | GA | 30519 |
| 309 | Town Center at Cobb | 400 Ernest Barrett Pkwy. | Kennesaw | GA | 30144 |
| 310 | South Hills Village | 301 S Hills Vlg | Pittsburgh | PA | 15241 |
| 312 | University Mall SC | 575 East University Parkway | Orem | UT | 84097 |
| 314 | Crossroads Center | 4201 West Division Street | Saint Cloud | MN | 56301 |
| 316 | Apache Mall | 333 Apache Mall | Rochester | MN | 55902 |
| 317 | Columbia Mall | 2300 Bernadette Drive | Columbia | MO | 65203 |
| 320 | Market Place Shopping Center | 2000 N. Neil Street | Champaign | IL | 61820 |
| 321 | Suburban Square | 33 Coulter Avenue | Ardmore | PA | 19003 |
| 323 | White Oaks Mall | 2501 Wabash Avenue | Springfield | IL | 62704 |
| 324 | Miller Hill Mall | 1600 Miller Trunk Highway | Duluth | MN | 55811 |
| 325 | Northwest Arkansas Mall | 4201 N. Shiloh Drive | Fayetteville | AR | 72703 |
| 326 | Central Mall | 5111 Rodgers Ave. | Fort Smith | AR | 72903 |
| 327 | Greenwood Park Mall | 1251 Us Highway 31 N | Greenwood | IN | 46142 |
| 328 | The Shops at Legacy | 7201 Bishop Road | Plano | TX | 75024 |
| 329 | University Park Mall | 6501 N. Grape Rd. | Mishawaka | IN | 46545 |
| 333 | Bay Park Square | 645 Bay Park Square | Green Bay | WI | 54304 |
| 337 | The Shoppes at Montage | 2451 Shoppes Blvd. | Moosic | PA | 18507 |
| 339 | Westfield Southpark | 500 Southpark Ctr | Cleveland | OH | 44136 |

| Loc Number | Location Name | Location Address | Location City | Location State | Postal Code |
|---|---|---|---|---|---|
| 341 | Fair Oaks | 11750 Fair Oaks Mall | Fairfax | VA | 22033 |
| 346 | The Mall in Columbia | 10300 Little Patuxent Parkway | Columbia | MD | 21044 |
| 348 | Hillsdale Shopping Center | 158 Hillsdale Mall | San Mateo | CA | 94403 |
| 350 | Willow Grove Mall | 2500 West Moreland Road | Willow Grove | PA | 19090 |
| 353 | The Crossroads | 6650 South Westnedge Avenue | Portage | MI | 49024 |
| 358 | 25 W. Jefferson | 25 W Jefferson Ave. | Naperville | IL | 60540 |
| 359 | Quail Springs Mall | 2501 West Memorial Rd. | Oklahoma City | OK | 73134 |
| 365 | Post Oak Mall | 1500 Harvey Road | College Station | TX | 77840 |
| 370 | Pearland Town Center | 11200 Broadway | Pearland | TX | 77584 |
| 373 | Miracle Mile Mall Shops | 3663 Las Vegas Boulevard South | Las Vegas | NV | 89109 |
| 374 | Firewheel Town Center | 265 Cedar Sage Dr. | Garland | TX | 75040 |
| 375 | Promenade at Briargate | 1645 Briargate Parkway | Colorado Springs | CO | 80920 |
| 377 | Midtown Village | 1800 Mcfarland Blvd | Tuscaloosa | AL | 35401 |
| 378 | 2nd Street District | 241 W 2Nd St | Austin | TX | 78701 |
| 379 | Clocktower | 3569 Mt Diablo Blvd | Lafayette | CA | 94549 |
| 381 | Glen Eagle Square | 535 Wilmington West Chester Pike | Glen Mills | PA | 19342 |
| 382 | Parkway Place | 2801 Memorial Pkwy South | Huntsville | AL | 35801 |
| 386 | Tippecanoe Mall | 2415 Sagamore Parkway South | Lafayette | IN | 47905 |
| 387 | Greenwood Mall | 2625 Scottsville Road | Bowling Green | KY | 42104 |
| 389 | Old Mill District | 520 Southwest Powerhouse Dr. | Bend | OR | 97702 |
| 391 | Barnes Crossing | 1001 Barnes Crossing Rd. | Tupelo | MS | 38804 |
| 396 | Shops at Wiregrass | 28210 Paseo Dr | Wesley Chapel | FL | 33543 |
| 397 | Hunt Valley Center | 118 Shawan Road | Hunt Valley | MD | 21030 |
| 400 | Park Meadows | 8505 Park Meadows Center Drive | Lone Tree | CO | 80124 |
| 402 | Morgantown | 9707 Mall Road | Morgantown | WV | 26501 |
| 409 | Mall of New Hampshire | 1500 South Willow Street | Manchester | NH | 03103 |
| 414 | River Hills Mall | 1850 Adams Street | Mankato | MN | 56001 |
| 417 | Vancouver Mall | 8700 Ne Vancouver Mall Drive | Vancouver | WA | 98662 |
| 419 | Eden Prairie Mall | 8251 Flying Cloud Drive | Eden Prairie | MN | 55344 |
| 428 | Galleria Dallas | 13350 Dallas Parkway | Dallas | TX | 75240 |
| 433 | Summit Fair | 860 Nw Blue Parkway | Lees Summit | MO | 64086 |
| 436 | The Roosevelt Collection | 1127 S. Delano Court East | Chicago | IL | 60605 |
| 438 | Prien Lake Mall | 456 West Prien Lake Rd. | Lake Charles | LA | 70601 |
| 446 | Montgomery Mall | 7101 Democracy Blvd. | Bethesda | MD | 20817 |
| 447 | West Acres Mall | 3902 13Th Ave S | Fargo | ND | 58103 |
| 450 | La Centerra at Cinco Ranch | 23501 Cinco Ranch Blvd | Katy | TX | 77494 |
| 456 | Oakwood Mall | 4800 Golf Road | Eau Claire | WI | 54701 |

Exhibit A
Store List

| Loc Number | Location Name | Location Address | Location City | Location State | Postal Code |
|---|---|---|---|---|---|
| 460 | River Park Square | 808 W. Main Ave. | Spokane | WA | 99201 |
| 470 | Village at Meridian | 3540 East Longwing Lane | Meridian | ID | 83646 |
| 472 | Promenade at Temecula | 40820 Winchester Rd. | Temecula | CA | 92591 |
| 473 | Manhattan Town Center | 100 Manhattan Town Center | Manhattan | KS | 66502 |
| 478 | Bel Air Mall | 3217-B Bel Air Mall | Mobile | AL | 36606 |
| 481 | Melbourne Square | 1700 West New Haven Ave | Melbourne | FL | 32904 |
| 486 | Kirkwood Mall | 744 Kirkwood Mall | Bismarck | ND | 58504 |
| 488 | Dakota Square | 2400 10Th Street Sw | Minot | ND | 58701 |
| 489 | Dartmouth Mall | 142 Dartmouth Mall | Dartmouth | MA | 02747 |
| 492 | Fox Run Mall | 50 Fox Run Road | Newington | NH | 03801 |
| 495 | Rushmore Mall | 2200 N. Maple Ave. | Rapid City | SD | 57701 |
| 498 | York Galleria | One York Galleria | York | PA | 17402 |
| 499 | Capital City Mall | 3564 Capital City Mall Drive | Camp Hill | PA | 17011 |
| 500 | Christiana Mall | 132 Christiana Mall | Newark | DE | 19702 |
| 501 | Lehigh Valley | 107 Lehigh Valley Mall | Whitehall | PA | 18052 |
| 504 | Promenade at Virginia Gateway | 14009 Promenade Commons St. | Gainesville | VA | 20155 |
| 505 | Empire Mall | 4001 West 41St Street | Sioux Falls | SD | 57106 |
| 506 | Tyrone Square | 6901 Tyrone Square | Saint Petersburg | FL | 33710 |
| 507 | Bel Aire Plaza | 3634 Bel Aire Plaza | Napa | CA | 94558 |
| 508 | Valley View Mall | 4802 Valley View Blvd. | Roanoke | VA | 24012 |
| 513 | Sikes Center | 3111 Midwestern Pkwy | Wichita Falls | TX | 76308 |
| 515 | Belden Village | 4230 Belden Village Mall | Canton | OH | 44718 |
| 517 | Brook 35 | 2150 Hwy. 35 | Sea Girt | NJ | 08750 |
| 518 | King of Prussia | 160 North Gulph Road | King Of Prussia | PA | 19406 |
| 519 | Rimrock Mall | 300 S. 24Th Street W. | Billings | MT | 59102 |
| 521 | Brandon Town Center | 406 Brandon Town Center | Brandon | FL | 33511 |
| 522 | Downtown Summerlin | 2010 Festival Plaza Dr. | Las Vegas | NV | 89135 |
| 523 | Paddock Mall | 3100 Sw College Rd | Ocala | FL | 34474 |
| 527 | University Town Center | 140 University Town Center Drive | Sarasota | FL | 34243 |
| 530 | Biltmore Park | 19 Town Square Blvd | Asheville | NC | 28803 |
| 534 | Annapolis Harbour Center | 2506 Solomons Island Road | Annapolis | MD | 21401 |
| 535 | Edgewater Mall | 2600 Beach Boulevard | Biloxi | MS | 39531 |
| 537 | Mall of Louisiana | 6401 Bluebonnet Blvd | Baton Rouge | LA | 70836 |
| 538 | Princeton Marketfair | 3535 Us Highway 1 | Princeton | NJ | 08540 |
| 540 | West Ridge Mall | 1801 Sw Wanamaker Rd | Topeka | KS | 66604 |
| 542 | 5 West 8th Street | 5 West 8Th Street | Holland | MI | 49423 |
| 543 | Turtle Creek Mall | 1000 Turtle Creek Drive | Hattiesburg | MS | 39402 |

| Loc Number | Location Name | Location Address | Location City | Location State | Postal Code |
|---|---|---|---|---|---|
| 546 | Sooner Mall | 3301 W. Main Street | Norman | OK | 73072 |
| 547 | Yorktown Center | 203 Yorktown Center | Lombard | IL | 60148 |
| 548 | Harford Mall | 688 Bel Air Road | Bel Air | MD | 21014 |
| 549 | Mall at Robinson | 100 Robinson Centre Dr. | Pittsburgh | PA | 15205 |
| 551 | Burlington Mall | 75 Middlesex Turnpike | Burlington | MA | 01803 |
| 555 | Northpark Mall | 101 North Range Line Rd | Joplin | MO | 64801 |
| 557 | Mall of Abilene | 4310 Buffalo Gap Rd | Abilene | TX | 79606 |
| 558 | Governor's Square | 2801 Wilma-Rudolph Blvd. | Clarksville | TN | 37040 |
| 559 | Valley View | 3800 State Highway 16 | La Crosse | WI | 54601 |
| 561 | Pinecrest Plaza | 4 Pinecrest Plaza | Southern Pines | NC | 28387 |
| 562 | Kingwood Commons | 732 Kingwood Dr. | Kingwood | TX | 77339 |
| 563 | Mesa Mall | 2424 Highway 6 | Grand Junction | CO | 81505 |
| 565 | Shelter Cove Town Center | 32 Shelter Cove Lane | Hilton Head Island | SC | 29928 |
| 567 | Grand Traverse Mall | 3200 W South Airport Rd | Traverse City | MI | 49684 |
| 570 | 985 Farmington Ave | 985 Farmington Avenue | West Hartford | CT | 06107 |
| 571 | Fashion Square Mall | 14006 Riverside Dr | Sherman Oaks | CA | 91423 |
| 575 | Lakeside Village | 1437 Town Center Dr | Lakeland | FL | 33803 |
| 576 | Lima Mall | 2400 Elida Road | Lima | OH | 45805 |
| 578 | Walden Galleria | One Walden Galleria | Buffalo | NY | 14225 |
| 579 | Shoppes at Chino Hills | 13855 City Center Drive | Chino Hills | CA | 91709 |
| 580 | Zona Rosa | 7250 Nw 86Th Terrace | Kansas City | MO | 64153 |
| 589 | Liberty Center | 7567 Bales Street | Liberty Township | OH | 45069 |
| 591 | Spotsylvania Town Center | 160 Spotsylvania Mall Drive | Fredericksburg | VA | 22407 |
| 592 | Rivercenter | 849 E. Commerce St. | San Antonio | TX | 78205 |
| 593 | 318 Washington Street | 318 Washington St | Hoboken | NJ | 07030 |
| 595 | Golden Triangle Mall | 2201 S Interstate 35 E | Denton | TX | 76205 |
| 596 | West Park Mall | 3049 William Street | Cape Girardeau | MO | 63703 |
| 597 | Pacific City | 21028 Pacific Coast Hwy | Huntington Beach | CA | 92648 |
| 600 | 2515 University Ave | 2515 University Blvd. | Houston | TX | 77005 |
| 604 | Westview Promenade | 5251 Buckeyestown Pike | Frederick | MD | 21704 |
| 608 | Eastwood Mall | 5555 Youngstown-Warren Rd. | Niles | OH | 44446 |
| 611 | Chico Mall | 1950 E 20Th St. | Chico | CA | 95928 |
| 612 | First and Main | 96 First St. | Hudson | OH | 44236 |
| 613 | Disney Springs | 1668 E Buena Vista Dr. | Orlando | FL | 32830 |
| 614 | Galleria at Sunset | 1300 W Sunset Rd. | Henderson | NV | 89014 |
| 617 | The Pinnacle | 546 Pinnacle Parkway | Bristol | TN | 37620 |
| 618 | Valley Hills Mall | 1960 Us Hwy 70 Se | Hickory | NC | 28602 |

| Loc Number | Location Name | Location Address | Location City | Location State | Postal Code |
|---|---|---|---|---|---|
| 620 | Mashpee Commons | 24 Central Square | Mashpee | MA | 02649 |
| 625 | Denver Pavilions | 500 16Th Street | Denver | CO | 80202 |
| 627 | Richland Mall | 6001 West Waco Drive | Waco | TX | 76710 |
| 630 | The Domain Phase II | 11010 Domain Drive | Austin | TX | 78758 |
| 632 | Perry Crossing | 351 Marketplace Mile | Plainfield | IN | 46168 |
| 634 | Victoria Mall | 7800 N. Navarro | Victoria | TX | 77904 |
| 636 | Barton Creek Square | 2901 Capital Of Texas Hwy | Austin | TX | 78746 |
| 637 | Lakeline Mall | 11200 Lakeline Mall Dr. | Cedar Park | TX | 78613 |
| 638 | Monterey Street | 846 Monterey Street | San Luis Obispo | CA | 93401 |
| 639 | Johnson City Mall | 2011 N Roan St. | Johnson City | TN | 37601 |
| 641 | Sundance Square | 400 Commerce St. | Fort Worth | TX | 76102 |
| 642 | The Mall at Wellington Green | 10300 W. Forest Hills Blvd. | Wellington | FL | 33414 |
| 648 | Southland Mall | 5953 West Park Avenue | Houma | LA | 70364 |
| 650 | Town & Country Village | 12850 Memorial Dr. | Houston | TX | 77024 |
| 651 | Holyoke Mall | 50 Holyoke Street | Holyoke | MA | 01040 |
| 653 | The Galleria | 5135 West Alabama | Houston | TX | 77056 |
| 655 | Kentucky Oaks Mall | 5101 Hinkleville Road | Paducah | KY | 42001 |
| 656 | Kennedy Mall | 555 Jfk Road | Dubuque | IA | 52002 |
| 658 | Parkdale Mall | 6155 Eastex Freeway | Beaumont | TX | 77706 |
| 659 | Shops on Main | 79 Us Highway 41 | Schererville | IN | 46375 |
| 661 | Vintage Park | 126 Vintage Park Blvd. Building D | Houston | TX | 77070 |
| 662 | Redmond Town Center | 7330 164Th Ave Ne | Redmond | WA | 98052 |
| 669 | Algonquin Commons | 1920 S. Randall Rd. | Algonquin | IL | 60102 |
| 670 | Woodfield Mall | 5 Woodfield Mall | Schaumburg | IL | 60173 |
| 671 | Shops at Clearfork | 5240 Marathon Ave. | Fort Worth | TX | 76109 |
| 672 | Stonebriar Centre | 2601 Preston Rd. | Frisco | TX | 75034 |
| 675 | Countryside Mall | 27001 Us Hwy 19N | Clearwater | FL | 33761 |
| 676 | Broadway Market Lofts | 327 N. Broadway | Milwaukee | WI | 53202 |
| 679 | Huntington Mall | 500 Mall Rd. | Barboursville | WV | 25504 |
| 682 | The Shoppes at Carlsbad | 2525 El Camino Real | Carlsbad | CA | 92008 |
| 683 | Block 37 | 108 North State | Chicago | IL | 60602 |
| 686 | Glade Park | 1200 Chisholm Trail | Euless | TX | 76039 |
| 687 | West Village | 3699 Mckinney Ave. | Dallas | TX | 75204 |
| 691 | Conway Commons | 774 Elsinger Blvd. | Conway | AR | 72032 |
| 695 | The Shoppes at Valley Square | 1572 Main St. | Warrington | PA | 18976 |
| 696 | American Dream | 1 American Dream Way | East Rutherford | NJ | 07073 |
| 697 | Foothills Mall | 215 E Foothills Pkwy | Fort Collins | CO | 80525 |

| Loc Number | Location Name | Location Address | Location City | Location State | Postal Code |
|---|---|---|---|---|---|
| 700 | Cherry Creek | 3000 E 1St Ave. | Denver | CO | 80206 |
| 701 | West Farms | 1500 New Britain Ave | West Hartford | CT | 06110 |
| 702 | Seekonk Square | 7 Commerce Way | Seekonk | MA | 02771 |
| 703 | Marketplace at Augusta | 197 Civic Center Dr | Augusta | ME | 04330 |
| 704 | Gateway Mall | 6100 O Street | Lincoln | NE | 68505 |
| 705 | International Plaza | 2223 N Westshore Blvd | Tampa | FL | 33607 |
| 707 | Meridian Mall | 1982 W Grand River Ave | Okemos | MI | 48864 |
| 2001 | Houston Premium Outlet | 29300 Hempstead Rd | Cypress | TX | 77433 |
| 2002 | Galveston Outlet | 5885 Gulf Freeway | Texas City | TX | 77591 |
| 2003 | San Marcos Outlet | 3939 Interstate Highway 35 S | San Marcos | TX | 78666 |
| 2004 | Mebane Outlets | 4000 Arrowhead Blvd | Mebane | NC | 27302 |
| 2005 | Outlet Shops at Oklahoma City | 7638 W Reno | Oklahoma City | OK | 73127 |
| 2006 | Charleston Outlets | 4840 Tanger Outlet Blvd | Charleston | SC | 29418 |
| 2007 | Sevierville Outlets | 1645 Parkway | Sevierville | TN | 37862 |
| 2009 | Charlotte Outlets | 5410 New Fashion Way | Charlotte | NC | 28278 |
| 2010 | Jersey Shore Outlet | One Premium Outlets Blvd | Tinton Falls | NJ | 07753 |
| 2011 | The Outlet Shoppes at Bluegrass | 1155 Buck Creek Road | Simpsonville | KY | 40067 |
| 2013 | Paragon Outlets | 3925 Eagan Outlets Pkwy | Eagan | MN | 55122 |
| 2015 | Nebraska Outlets | 21355 Nebraska Crossing Drive | Gretna | NE | 68028 |
| 2016 | Foley Outlets | 2601 S Mckenzie | Foley | AL | 36535 |
| 2018 | Deer Park Outlets | 316 The Arches Circle | Deer Park | NY | 11729 |
| 2019 | Tanger Outlets - Savannah | 200 Tanger Outlet Blvd. | Pooler | GA | 31322 |
| 2020 | Pittsburgh Outlet | 2200 Tanger Blvd. | Washington | PA | 15301 |
| 2021 | Rehoboth Beach III Outlet | 36454 Seaside Outlet Dr | Rehoboth Beach | DE | 19971 |
| 2022 | Riverhead Outlet | 404 Tanger Mall Dr | Riverhead | NY | 11901 |
| 2023 | Foxwoods Outlet | 455 Trolley Line Blvd | Mashantucket | CT | 06338 |
| 2024 | Concord Mills | 8111 Concord Mills Boulevard | Concord | NC | 28027 |
| 2027 | Philadelphia Premium Outlet | 18 West Lightcap Road | Pottstown | PA | 19464 |
| 2028 | Grand Rapids Outlet | 350 84Th Street Sw | Byron Center | MI | 49315 |
| 2029 | Gloucester Premium Outlets | 100 Premium Outlets Drive | Blackwood | NJ | 08012 |
| 2037 | Outlets at Castle Rock | 5050 Factory Shops Blvd. | Castle Rock | CO | 80108 |
| 2039 | Legends Outlet | 1847 Village West Pkwy | Kansas City | KS | 66111 |
| 2041 | Columbus Outlet | 400 South Wilson Road | Sunbury | OH | 43074 |
| 2043 | Asheville Outlets | 800 Brevard Rd. | Asheville | NC | 28806 |
| 2044 | The Outlet Shoppes at Atlanta | 915 Ridgewalk Parkway | Woodstock | GA | 30188 |
| 2046 | Hershey Outlet | 46 Outlet Square | Hershey | PA | 17033 |
| 2047 | Myrtle Beach 17 Outlet | 10835 Kings Rd. | Myrtle Beach | SC | 29572 |

| Loc Number | Location Name | Location Address | Location City | Location State | Postal Code |
|---|---|---|---|---|---|
| 2048 | Opry Mills | 310 Opry Mills Dr. | Nashville | TN | 37214 |
| 2053 | Freeport Village Station | 1 Freeport Village Station | Freeport | ME | 04032 |
| 2057 | Kensington Valley Outlets | 1475 N. Burkhart Rd. | Howell | MI | 48855 |
| 2058 | Lancaster Outlet | 1227 Stanley K Tanger Blvd | Lancaster | PA | 17602 |
| 2059 | Outlets of Des Moines | 801 Bass Pro Dr. Nw | Altoona | IA | 50009 |
| 2060 | Fort Worth Outlet | 15837 North Freeway | Fort Worth | TX | 76177 |
| 2064 | Outlet at Settlers Green Streetside | 1699 White Mountain Highway | North Conway | NH | 03860 |
| 2066 | Merrimack Premium Outlets | 80 Premium Outlets Blvd | Merrimack | NH | 03054 |
| 2067 | Allen Premium Outlets | 820 Stacy Rd. | Allen | TX | 75013 |
| 2068 | Miromar Outlets | 10801 Corkscrew Rd. | Estero | FL | 33928 |
| 2069 | Orlando International Premium Outlets | 4969 International Drive | Orlando | FL | 32819 |
| 2070 | Gilroy Premium Outlets | 8300 Arroyo Circle | Gilroy | CA | 95020 |
| 2071 | Chicago Premium Outlets | 1650 Premium Outlet Blvd. | Aurora | IL | 60502 |
| 2072 | Woodburn Premium Outlets | 1001 Arney Road | Woodburn | OR | 97071 |
| 2073 | Round Rock Premium Outlets | 4401 N. Ih 35 | Round Rock | TX | 78664 |
| 2074 | Silver Sands Premium Outlets | 10406 Emerald Coast Parkway West | Destin | FL | 32550 |
| 2076 | St. Louis Premium Outlets | 18517 Outlet Blvd. | Chesterfield | MO | 63005 |
| 2077 | Williamsburg Premium Outlets | 5715-56 Richmond Rd. | Williamsburg | VA | 23188 |
| 2078 | Cincinnati Premium Outlets | 816 Premium Outlets Dr. | Monroe | OH | 45050 |
| 2080 | The Outlet Collection Riverwalk | 500 Port Of New Orleans Pl. | New Orleans | LA | 70130 |
| 2082 | Wrentham Premium Outlets | 1 Premium Outlets Blvd. | Wrentham | MA | 02093 |
| 2085 | Leesburg Premium Outlets | 241 Fort Evans Rd. Ne | Leesburg | VA | 20176 |
| 2086 | Pleasant Prairie Premium Outlets | 11211 120Th Ave. | Pleasant Prairie | WI | 53158 |
| 2087 | The Crossings Premium Outlets | 1000 Premium Outlets Dr. | Tannersville | PA | 18372 |
| 2089 | San Francisco Premium Outlets | 2774 Livermore Outlets Dr. | Livermore | CA | 94551 |
| 2090 | Grove City Premium Outlets | 1911 Leesburg Grove City Rd. | Grove City | PA | 16127 |
| 2091 | Clinton Crossing Premium Outlets | 20-A Killingworth Turnpike | Clinton | CT | 06413 |
| 2092 | Aurora Farms Premium Outlets | 549 S. Chillicothe Rd. | Aurora | OH | 44202 |
| 2095 | Folsom Premium Outlets | 13000 Folsom Blvd | Folsom | CA | 95630 |
| 2096 | Seattle Premium Outlets | 10600 Quil Ceda Blvd | Tulalip | WA | 98271 |
| 2098 | Phoenix Premium Outlets | 4976 Premium Outlets Way | Chandler | AZ | 85226 |
| 2099 | Sawgrass Mills | 12801 W Sunrise Blvd | Sunrise | FL | 33323 |
| 2100 | Ellenton Premium Outlets | 5419 Factory Shops Blvd. | Ellenton | FL | 34222 |
| 2101 | The Outlets at Grand River | 6200 Grand River Blvd E | Leeds | AL | 35094 |
| **404** | **Subtotal: Stores** | | | | |

Exhibit A
Store List

| Loc Number | Location Name | Location Address | Location City | Location State | Postal Code |
|---|---|---|---|---|---|
| 65 | francescas.com | 8760 Clay Road | Houston | TX | 77080 |
| **1** | **Subtotal: Ecommerce** | | | | |
| 940 | Main DC | 8760 Clay Road | Houston | TX | 77080 |
| 1988 | HOME OFFICE | 8760 Clay Road | Houston | TX | 77080 |
| **2** | **Subtotal: DC(s)** | | | | |

## **Exhibit B**
## **Sale Guidelines**

# **Exhibit B**
## **SALE GUIDELINES**

A.      The Sale shall be conducted so that the Stores in which sales are to occur will remain open no longer than during the normal hours of operation provided for in the respective leases for the Stores.

B.      The Sale shall be conducted in accordance with applicable state and local "Blue Laws", where applicable, so that no Sale shall be conducted on Sunday unless the Company had been operating such Store on a Sunday.

C.      On "shopping center" property, Consultant shall not distribute handbills, leaflets or other written materials to customers outside of any Stores' premises, unless permitted by the lease or unless distribution is customary in the "shopping center" in which such Store is located; provided, however, that Consultant may solicit customers in the Stores themselves. On "shopping center" property, Consultant shall not use any flashing lights or amplified sound to advertise the Sale or solicit customers, except as permitted under the applicable lease or agreed to by the landlord.

D.      At the conclusion of the Sale, Consultant shall vacate the Stores in broom clean condition subject to the right to abandon unsold FF&E, and shall leave the Stores in the same condition as on Sale Commencement Date, ordinary wear and tear excepted, provided, however, that the Company and Consultant hereby do not undertake any greater obligation than as set forth in an applicable lease with respect to a Store.

E.      Consultant shall be permitted to utilize display, hanging signs, and interior banners in connection with the Sale; provided however that such display, hanging signs, and interior banners shall be professionally produced and hung in a professional manner. Consultant may advertise the Sale as a "going out of business", "store closing", "everything must go", "sale on everything", or similar themed sale. Consultant shall not use neon or day-glo on its display, hanging signs, or interior banners.  Furthermore, with respect to enclosed mall locations, no exterior signs or signs in common areas of a mall shall be used unless otherwise expressly permitted in these Sale Guidelines or pursuant to the terms of the applicable lease with respect to a Store.  Nothing contained herein shall be construed to create or impose upon Consultant any additional restrictions not contained in the applicable lease agreement.  In addition, Consultant shall be permitted to utilize exterior banners at (i) non-enclosed mall Stores and (ii) enclosed mall Stores to the extent the entrance to the applicable Store does not require entry into the enclosed mall common area; provided, however, that such banners shall be located or hung so as to make clear that the Sale is being conducted only at the affected Store and shall not be wider than the storefront of the Store.  In addition, Consultant shall be permitted to utilize sign walkers in a safe and professional manner.

F.      Conspicuous signs shall be posted in the cash register areas of each of the affected Stores to effect that "all sales are final."

G.      Except with respect to the hanging of exterior banners, Consultant shall not make any alterations to the storefront or exterior walls of any Stores.

H.      Consultant shall not make any alterations to interior or exterior Store lighting. No property of the landlord of a Store shall be removed or sold during the Sale. The hanging of exterior banners or in-store signage and banners shall not constitute an alteration to a Store.

I.      Consultant shall keep Store premises and surrounding areas clear and orderly consistent with present practices.

J.      Consultant shall have the right to sell all furniture, fixtures, and equipment located at the Stores (the "FF&E").  Consultant may advertise the sale of the FF&E in a manner consistent with these guidelines at the Stores.  The purchasers of any FF&E sold during the sale shall be permitted to remove the FF&E either through the back-shipping areas at any time, or through other areas after store business hours.

**<u>Exhibit C</u>**
**Budget**

**Exhibit C**

<u>**Consultant Expenses:**</u>

| | |
|---|---:|
| Advertisement | $2,063,975 |
| Supervision | 4,012,630 |
| Miscellaneous | 60,000 |
| **Total Consultant Exp.** | **$6,136,605** |

<u>Note(s):</u>

(1) Assumes a 10.9-week Sale from Thu, 01/15 -
Tue, 03/31.