<table>
<tr><td>

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
**MANDELBAUM BARRETT PC**
3 Becker Farm Road, Suite 105
Roseland, New Jersey 07068
(973) 736-4600
(973) 325-7467 Facsimile
Jeffrey M. Rosenthal
jrosenthal@mblawfirm.com
Vincent J. Roldan
vroldan@mblawfirm.com
Katie F. Warren
KWarren@mblawfirm.com
*Proposed Counsel for Francesca's Acquisition,
LLC, et al.*

</td><td>

Hearing date: **March 12, 2026 at 2:00 PM**
Objection deadline: **March 5, 2026**


Chapter 11

Case No.  26-11312 (MEH)

</td></tr>
<tr><td>

In re

FRANCESCA'S ACQUISITION, LLC, *et al.*,[1]

　　　　　　　　　　　　　　Debtors.

</td><td></td></tr>
</table>

## NOTICE OF HEARING

PLEASE TAKE NOTICE that on the 12th day of March, 2026 at 2:00 PM, the undersigned, proposed counsel for Francesca's Acquisition, LLC ("Debtor"), shall move before the Honorable Mark E. Hall, United States Bankruptcy Judge, at the United States Bankruptcy Court for the District of New Jersey, 50 Walnut Street, 3rd Floor, Newark, NJ 07102, Courtroom 3E, for entry of an order granting the following motion (the "Motion"):

1. Second Omnibus Motion for Entry Of Order Authorizing (i) Rejection Of Certain (A) Unexpired Leases Of Nonresidential Real Property and (B) Executory Contracts, Effective As Of February 28, 2026, And (ii) Abandonment Of Personal Property

PLEASE TAKE FURTHER NOTICE that all papers relating to the Motion can be obtained by contacting the undersigned.

---

[1] The Debtor entities in these chapter 11 cases, along with the last four digits of each Debtor entity's federal tax identification number, are: Francesca's Acquisition, LLC (3616); Francesca's Operations, Inc. (6872); Francesca's Administrative Management, Inc. (5788); and Francesca's IP Company, Inc. (9588).  The Debtors' service address is 8760 Clay Road, Suite 100, Houston, TX 77080.

4921-1999-2976, v. 1

PLEASE TAKE FURTHER NOTICE that objections, if any, to the relief requested in the Motion shall: (i) be in writing, (ii) state with particularity the basis of the objection; and (iii) be filed with the Clerk of the United States Bankruptcy Court electronically by attorneys who regularly practice before the Bankruptcy Court in accordance with the General Order Regarding Electronic Means for Filing, Signing, and Verification of Documents dated March 27, 2002 (the "General Order") and the Commentary Supplementing Administrative Procedures dated as of March 2004 (the "Supplemental Commentary") (the General Order, the Supplemental Commentary and the User's Manual for the Electronic Case Filing System can be found at www.njb.uscourts.gov, the official website for the Bankruptcy Court) and, by all other parties-in-interest, on CD-ROM in Portable Document Format (PDF), and shall be served in accordance with the General Order and the Supplemental Commentary, so as to be received no later than **March 5, 2026 at 4:00 PM**.

PLEASE TAKE FURTHER NOTICE that unless objections are timely filed and served, the Motion may be decided on the papers in accordance with D.N.J. LBR 9013-3(d), and the relief requested may be granted without further notice or hearing.

PLEASE TAKE FURTHER NOTICE that the undersigned requests oral argument on the return date of the Motion if objections are timely filed.

Dated:  Roseland, NJ
February 17, 2026

MANDELBAUM BARRETT PC

By: /s/ Vincent J. Roldan
3 Becker Farm Road, Suite 105
Roseland, New Jersey 07068
(973) 736-4600
(973) 325-7467 Facsimile
Jeffrey M. Rosenthal
jrosenthal@mblawfirm.com
Vincent J. Roldan

2

vroldan@mblawfirm.com
Katie F. Warren
KWarren@mblawfirm.com
*Proposed Counsel for Francesca's Acquisition, LLC, et al.*

4921-1999-2976, v. 1