**MANDELBAUM BARRETT PC**
3 Becker Farm Road, Suite 105
Roseland, New Jersey 07068
(973) 736-4600
(973) 325-7467 Facsimile
Jeffrey M. Rosenthal
jrosenthal@mblawfirm.com
Vincent J. Roldan
vroldan@mblawfirm.com
Katie F. Warren
kwarren@mblawfirm.com
*Proposed Counsel for Francesca's Acquisition, LLC, et al.*

## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| In re: | Chapter 11 |
| FRANCESCA'S ACQUISITION, LLC, *et al.*,[1] | Case No. 26 -11312 (MEH) |
| Debtors. | (Jointly Administered) |

## DEBTORS' SECOND OMNIBUS MOTION FOR ENTRY OF ORDER, AUTHORIZING (I) REJECTION OF CERTAIN (A) UNEXPIRED LEASES OF NONRESIDENTIAL REAL PROPERTY AND (B) EXECUTORY CONTRACTS, EFFECTIVE AS OF FEBRUARY 28, 2026, AND (II) ABANDONMENT OF PERSONAL PROPERTY

**Pursuant to Rule 6006(f)(1), parties receiving this Motion should locate their names and their contracts or leases listed alphabetically in the proposed order attached to this Motion.**

The above-captioned debtors and debtors in possession (collectively, the "Debtors"), by

and through their proposed attorneys Mandelbaum Barrett PC, as and for their Second Omnibus

Motion ("Motion") for Entry Of Order Authorizing (i) Rejection Of Certain (A) Unexpired Leases

---

[1] The Debtor entities in these chapter 11 cases, along with the last four digits of each Debtor entity's federal tax identification number, are: Francesca's Acquisition, LLC (3616); Francesca's Operations, Inc. (6872); Francesca's Administrative Management, Inc. (5788); and Francesca's IP Company, Inc. (9588). The Debtors' service address is 8760 Clay Road, Suite 100, Houston, TX 77080.

1

Of Nonresidential Real Property and (B) Executory Contracts, Effective As Of February 28, 2026, And (ii) Abandonment Of Personal Property, respectfully represent as follows:

## Relief Requested

1.      The Debtors seek entry of an order, substantially in the form attached hereto as **Exhibit A** (the "Proposed Order"), authorizing, but not directing, the Debtors to (a) reject, effective as of February 28, 2026 (the "Rejection Date"), those certain burdensome (i) unexpired leases for non-residential real property, including, without limitation, any amendments, modifications, subleases, termination agreements, or other ancillary documents related thereto, set forth on **Schedule 1** to the Proposed Order (such leases, collectively, the "Rejected Leases"), and (ii) executory contracts set forth on **Schedule 2** to the Proposed Order (such contracts, collectively, the "Rejected Contracts" and, together with the Rejected Leases, the "Rejected Agreements"), and (b) abandon any burdensome personal property of the Debtors, including, but not limited to, furniture, fixtures, and equipment (collectively, the "Personal Property") that remains, as of the Rejection Date, in any of the Debtors' locations they previously leased pursuant to the Rejected Leases (collectively, the "Rejected Premises") to the extent the Rejected Agreements were not already terminated as of the Rejection Date and are subject to assumption or rejection under section 365 of the Bankruptcy Code.

## Jurisdiction and Venue

2.      This Court has jurisdiction to consider this matter pursuant to 28 U.S.C. §§ 157(a)-(b) and 1334(b) the Standing Order of Reference to the Bankruptcy Court Under Title 11 of the United States District Court for the District of New Jersey, dated September 18, 2012 (Simandle, C.J.). This is a core proceeding pursuant to 28 U.S.C. § 157(b). The Debtors confirm their consent to the Court entering a final order in connection with this Motion to the extent that it is later

2

37416228.6
4916-3003-7136, v. 1

determined that the Court, absent consent of the parties, cannot enter final orders or judgments in connection herewith consistent with Article III of the United States Constitution.

3.        Venue is proper pursuant to 28 U.S.C. §§ 1408 and 1409.

4.        The bases for the relief requested herein are sections 105(a) and 365(a) of title 11 of the United States Code (the "Bankruptcy Code"), rule 6006 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), and rule 9013-1 of the Local Bankruptcy Rules for the District of New Jersey (the "Local Rules").

## Background
### I.    General

5.        On February 5, 2026 (the "Petition Date"), the Debtors each commenced a case by filing a petition for relief under chapter 11 of the Bankruptcy Code.  These cases are being be jointly administered.

6.        The Debtors are authorized to continue to operate their businesses and manage their properties as debtors and debtors in possession pursuant to sections 1107(a) and 1108 of the Bankruptcy Code.

7.        No trustee, examiner, or statutory committee of creditors has been appointed in the Chapter 11 Cases.

8.        A detailed description of the Debtors and their businesses, including the facts and circumstances giving rise to the Debtors' Chapter 11 Cases, is set forth in the *Declaration of Curt Kroll, Chief Restructuring Officer of Francesca's Acquisition, LLC, in Support of Debtors' Chapter 11 Petitions and First Day Motions* (the "First Day Declaration") filed on the Petition Date [Dkt 4].[2]

---

[2]    Capitalized terms used but not otherwise defined in this Motion have the meanings ascribed to them in the First Day Declaration.

## II.      The Rejected Agreements

9.      The Debtors are a retailer of fashion forward women's clothing, jewelry, accessories, and gifts which they sell both online and at their stores throughout the United States. The Debtors operate one main e-commerce website and more than 400 brick and mortar boutiques across 45 states.

10.      The Debtors operate a substantial majority of their store locations pursuant to real property lease agreements between the Debtors and the applicable landlords. After careful review, the Debtors have determined that the Rejected Premises are no longer necessary for their business operations, are not beneficial to their estates, and the Rejected Leases subject the Debtors to unnecessary and burdensome rent and related liabilities.  The Debtors are in the process of surrendering the Rejected Premises to the underlying landlords, and will vacate each by the Rejection Date.   Therefore, the Debtors have determined that rejecting the Rejected Leases, effective as of the Rejection Date, is an appropriate exercise of their business judgment and in the best interest of their estates.

11.      In addition to the Rejected Leases, after consulting their books and records, the Debtors have identified the Rejected Contracts as contracts that are non-essential to their go-forward business operations and uneconomic, including, but not limited to, (a) certain technology and software agreements, (b) agreements that pertain to marketing, brand, and commerce arrangements, and (c) employment agreements that would hereafter be burdensome and not beneficial to the Debtors' estates or long term business plan.  Under the Rejected Contracts, the Debtors incur costs on account of services that no longer provide them with commensurate benefits.  As a result, the Debtors have determined that maintaining the Rejected Contracts would be burdensome to their estates.

37416228.6
4916-3003-7136, v. 1

### III.  Remaining Personal Property at the Rejected Premises

12.  In connection with the rejection of the Rejected Leases, it is possible that some Personal Property will remain on the Rejected Premises as of the Rejection Date.  The Debtors expect that any remaining Personal Property at the Rejected Premises will be difficult or expensive to remove and/or store, such that the economic benefits of removal of the Personal Property will be exceeded by the attendant costs.  Therefore, in connection with abandoning and surrendering the Rejected Premises as of the Rejection Date, the Debtors intend to abandon the burdensome Personal Property and request the Court's approval, but not direction, to do so.

### Basis For Relief

### I.  Rejection of the Rejected Agreements is a Sound Exercise of the Debtors' Business Judgment.

13.  Section 365(a) of the Bankruptcy Code provides that a debtor in possession, "subject to the court's approval, may . . . reject any executory contract or unexpired lease of the debtor." 11 U.S.C. § 365(a). The decision to assume or reject executory contracts or unexpired leases is a matter within the "business judgment" of the debtor. *See NLRB v. Bildisco & Bildisco (In re Bildisco)*, 682 F.2d 72, 79 (3d Cir. 1982) aff'd, 465 U.S. 513 (1984) ("The usual test for rejection of an executory contract is simply whether rejection would benefit the estate, the 'business judgment' test." (citation omitted)); *see also Glenstone Lodge, Inc. v. Buckhead Am. Corp. (In re Buckhead Am. Corp.)*, 180 B.R. 83, 88 (D. Del. 1995). Application of the business judgment standard requires a court to approve a debtor's business decision unless the decision is the product of bad faith, whim, or caprice. *See, e.g., In re HQ Glob. Holdings, Inc.*, 290 B.R. 507, 511–12 (Bankr. D. Del. 2003). Further, "[t]his provision allows a trustee to relieve the bankruptcy

37416228.6
4916-3003-7136, v. 1

estate of burdensome agreements which have not been completely performed." *Stewart Title Guar. Co. v. Old Republic Nat'l Title Ins. Co.*, 83 F.3d 735, 741 (5th Cir. 1996) (citation omitted).

14.    Rejection of a contract or unexpired lease is appropriate where such rejection would benefit the estate. *See Sharon Steel Corp. v. Nat'l Fuel Gas Distrib. Corp.*, 872 F.2d 36, 39–40 (3d Cir. 1989). Upon finding that a debtor has exercised its sound business judgment in determining that rejection of certain contracts or leases is in the best interests of its creditors and all parties in interest, a court should approve the rejection under section 365(a). *See, e.g., In re Fed. Mogul Glob., Inc.*, 293 B.R. 124, 126 (D. Del. 2003); *Westbury Real Estate Ventures, Inc. v. Bradlees, Inc. (In re Bradlees Stores, Inc.)*, 194 B.R. 555, 558 n.1 (Bankr. S.D.N.Y. 1996), *appeal dismissed*, 210 B.R. 506 (S.D.N.Y. 1997); *In re Summit Land Co.*, 13 B.R. 310, 315 (Bankr. D. Utah 1981) (holding that absent extraordinary circumstances, court approval of a debtor's decision to assume or reject an executory contract "should be granted as a matter of course").

15.    Rejection of the Leases is well within the Debtors' business judgment and is in the best interests of their estates. The Debtors seek to reject the Leases as of the Rejection Date, pursuant to section 365(a) of the Bankruptcy Code, to avoid the incurrence of any additional unnecessary expenses related to the Leases and the maintenance of the Rejected Premises. The Debtors have concluded that the costs of maintaining the Rejected Premises outweigh any revenue that such Rejected Premises currently generate or that they are likely to generate in the near future as the liquidation sales at such stores will have concluded by the Rejection Date. Absent rejection, the Leases will continue to burden the Debtors' estates with meaningful administrative rent and related expenses, without sufficient marginal revenue to justify the incurrence of such costs.

37416228.6
4916-3003-7136, v. 1

Rejecting the Leases will help increase the Debtors' liquidity and otherwise facilitate the efficient administration of the Debtors' estates.[3]

16.     Moreover, the Debtors have determined that there is no net benefit likely to be realized from efforts to market the Leases for potential assignment or sublease, and that there is little if any likelihood that the Debtors will be able to realize value from the Leases. Accordingly, the Debtors have determined that the Leases constitute an unnecessary drain on the estates' resources and, therefore, rejection of the Leases reflects the Debtors' exercise of sound business judgment and is in the best interests of the Debtors' estates, creditors, and other parties in interest.

**II.     Authorizing the Debtors to Abandon Any Personal Property Remaining at the Rejected Premises as of the Rejection Date Is Appropriate.**

17.     Section 554(a) of the Bankruptcy Code provides that, "[a]fter notice and a hearing, the [debtor] may abandon any property of the estate that is burdensome to the estate or that is of inconsequential value and benefit to the estate." 11 U.S.C. § 554(a); *see also In re Wilson*, 94 B.R. 886, 888 (Bankr. E.D. Va. 1989) ("It is well settled, however, that a trustee is not obligated to accept onerous or unprofitable property surrendered as part of the estate, and may abandon property that is 'burdensome' or 'of inconsequential value and benefit' under § 554 of the Code.") (internal citations omitted). The right to abandon property is virtually unfettered, unless: (a)

---

[3] To the extent necessary, the Court should grant retroactive rejection of the Leases to ensure that the Debtors are able to preserve liquidity and do not incur expenses for rent and other costs at Rejected Premises which they have vacated. Many courts have held that bankruptcy courts may, in their discretion, authorize rejection retroactively to a date prior to entry of the order authorizing such rejection where the balance of equities favor such relief. *See, e.g., In re Virginia Packaging Supply Co., Inc.*, 122 B.R. 491, 493 (Bankr. E.D. Va. 1990) (allowing retroactive rejection of a lease where the debtor timely filed a motion for rejection); *see also, e.g., In re Philadelphia Newspapers, LLC*, 424 B.R. 178, 185 (Bankr. E.D. Pa. 2010) (granting retroactive rejection where equitable considerations did not weigh against it); *BP Energy Co. v. Bethlehem Steel Corp.*, 2002 WL 31548723, at *3 (S.D.N.Y. Nov. 15, 2002) ("[W]e cannot conclude . . . that a bankruptcy court's assignment of a retroactive rejection date falls outside of its authority when the balance of the equities favors this solution."); *In re At Home Corp.*, 392 F.3d 1064, 1065–66 (9th Cir. 2004) *cert. denied sub nom.*, 546 U.S. 814 (2005) (affirming bankruptcy court's approval of retroactive rejection); *In re Thinking Machs., Corp.*, 67 F.3d 1021, 1028 (1st. Cir. 1995) ("[B]ankruptcy courts may enter retroactive orders of approval, and should do so when the balance of equities preponderates in favor of such remediation.")

37416228.6
4916-3003-7136, v. 1

abandonment of the property will contravene laws designed to protect public health and safety; or

(b) the property poses an imminent threat to the public's welfare. *See In re Midlantic Nat'l Bank*, 474 U.S. 494, 501 (1986). Neither of these limitations is relevant under the instant facts.

18.     The Debtors submit that any Personal Property left at the Rejected Premises is of inconsequential value to the Debtors' estates, or the costs to the Debtors of retrieving, marketing, and reselling the Personal Property will exceed the recoveries, if any, that the Debtors and their estates could reasonably obtain in exchange for such property. Accordingly, the Debtors have determined, in the exercise of their sound business judgment, that abandonment of any Personal Property will be in the best interests of the Debtors and their estates.

19.     The Debtors submit that the foregoing procedure sufficiently notifies counterparties of the Rejected Premises of the proposes abandonment.  Thus, the Debtors request that Local Rule 6007-1(a) be deemed satisfied.

### III.     The Motion Satisfies the Requirements of Bankruptcy Rule 6006(f).

20.     Under Bankruptcy Rule 6006(f), motions to reject multiple executory contracts or unexpired leases must satisfy six procedural requirements; namely, they must:

1.  state in a conspicuous place that the parties' names and their contracts or leases are listed in the motion;

2.  list parties alphabetically and identify the corresponding contract or lease;

3.  specify the terms, including how a default will be cured, for each requested assumption or assignment;

4.  specify the terms, including the assignee's identity and the adequate assurance of future performance by each assignee, for each requested assignment;

5.  be numbered consecutively with other omnibus motions to reject, assume, or assign executory contracts or unexpired leases; and

6.  be limited to no more than 100 executory contracts or unexpired leases.

Fed. R. Bankr. P. 6006(f). This Motion, together with the schedules of Rejected Agreements attached to the Proposed Order, satisfies the procedural requirements of Bankruptcy Rule 6006(f).[4] Accordingly, the omnibus rejection of the Rejected Agreements should be approved.

### **Waiver of Bankruptcy Rule 6004(a) and 6004(h)**

21.    The Debtors request that the Court enter an order providing that notice of the relief requested satisfies Bankruptcy Rule 6004(a) and that the Debtors have established cause to exclude such relief from the 14-day stay period under Bankruptcy Rule 6004(h).

### **Reservation of Rights**

22.    Nothing contained herein is intended or should be construed as: (a) an admission as to the validity or priority of any claim or lien against the Debtor; (b) a waiver of the Debtors' rights to subsequently dispute such claim or lien on any grounds; (c) a promise or requirement to pay any prepetition claim; (d) an implication or admission that any particular claim is of a type specified or defined in this Motion or the proposed Order; (e) a request or authorization to assume any prepetition agreement, contract, or lease pursuant to section 365 of the Bankruptcy Code; or (f) a waiver of the Debtors' or any other party in interest's rights under the Bankruptcy Code or any other applicable law.

### **Notice**

23.    The Debtors will provide notice of this Motion to the following parties or their respective counsel:  (a) the Office of the U.S. Trustee for the District of New Jersey, Attn: Jeffrey Sponder, Esq. (jeffrey.m.sponder@usdoj.gov) and Samantha Lieb, Esq. (Samantha.lieb2@usdoj.gov); (b) the holders of the 30 largest unsecured claims against the Debtors (on a consolidated basis); (c) counsel for Prepetition Agent; (d) the United States

---

[4] Bankruptcy Rules 6006(f)(3) and 6006(f)(4) are inapplicable to the relief requested in this Motion because the Debtors do not seek to assume any of the contracts or leases listed on the schedules of Rejected Agreements.

37416228.6
4916-3003-7136, v. 1

Attorney's Office for the District of New Jersey; (e) the Internal Revenue Service; (f) the offices of the attorneys general for the states in which the Debtors operate; (g) the National Association of Attorneys General; (h) counterparties to Rejected Agreements; and (i) any party that is entitled to notice pursuant to Bankruptcy Rule 2002. In light of the nature of the relief requested, no other or further notice need be given.  The Debtors request that the Court enter the Order granting the relief requested herein and such other relief as the Court deems appropriate under the circumstances.

Dated:  Roseland, New Jersey
February 17, 2026                                MANDELBAUM BARRETT PC

By: */s/ Vincent J. Roldan*
3 Becker Farm Road, Suite 105
Roseland, New Jersey 07068
Jeffrey M. Rosenthal
(N.J. Bar No. 008231982)
jrosenthal@mblawfirm.com
Vincent J. Roldan
(N.J. Bar No. 045371998)
vroldan@mblawfirm.com
Katie F. Warren
(N.J. Bar No. 540842025)
kwarren@mblawfirm.com
Counsel *for Francesca's Acquisition, LLC, et al*

10

**<u>Exhibit A</u>**


**Proposed Order**

37416228.6
4916-3003-7136, v. 1

**MANDELBAUM BARRETT PC**
3 Becker Farm Road, Suite 105
Roseland, New Jersey 07068
(973) 736-4600
(973) 325-7467 Facsimile
Jeffrey M. Rosenthal
jrosenthal@mblawfirm.com
Vincent J. Roldan
vroldan@mblawfirm.com
Katie F. Warren
kwarren@mblawfirm.com
*Proposed Counsel for Francesca's Acquisition, LLC, et al.*

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| In re: | Chapter 11 |
| FRANCESCA'S ACQUISITION, LLC, *et al.*,[5] | Case No. 26 -11312 (MEH) |
| Debtors. | (Jointly Administered) |

**ORDER APPROVING SECOND OMNIBUS MOTION AUTHORIZING DEBTORS TO (I) REJECT CERTAIN (A) UNEXPIRED LEASES OF NONRESIDENTIAL REAL PROPERTY, AND (B) EXECUTORY CONTRACTS, EFFECTIVE AS OF FEBRUARY 28, 2026; AND (II) ABANDON PERSONAL PROPERTY**

The relief set forth on the following pages, numbered one (1) through five (5), is hereby

**ORDERED**

---

[5] The Debtor entities in these chapter 11 cases, along with the last four digits of each Debtor entity's federal tax identification number, are: Francesca's Acquisition, LLC (3616); Francesca's Operations, Inc. (6872); Francesca's Administrative Management, Inc. (5788); and Francesca's IP Company, Inc. (9588). The Debtors' service address is 8760 Clay Road, Suite 100, Houston, TX 77080.

4916-3003-7136, v. 1

Debtors:                FRANCESCA'S ACQUISITION, LLC, *et al.*

Case No.:              26-11312 (MEH)

Caption of Order:   Order Approving Second Omnibus Motion Authorizing Debtors To (i) Reject Certain (A) Unexpired Leases of Nonresidential Real Property, and (B) Executory Contracts, As of February 28, 2026 and (ii) Abandon Personal Property

Upon the Second Omnibus Motion (the "Motion")[1] of the above-captioned debtors and debtors in possession  (collectively, the "Debtors") for entry of an order (this "Order"), (a) authorizing, but not directing, the Debtors  to  (a)  reject certain (i) unexpired leases for non-residential real property, set forth on **Schedule 1** hereto (such leases, collectively, the "Rejected Leases"), and (ii) executory contracts set forth on **Schedule 2** hereto (such contracts, collectively, the "Rejected Contracts" and, together with the Rejected Leases, the "Rejected Agreements"), and (b) abandon any burdensome personal property of the Debtors that remains, as of February 28, 2026 (the "Rejection Date"), in any of the Debtors' locations they previously leased pursuant to the Rejected Leases (collectively, the "Rejected Premises") to the extent the Rejected Agreements were not already terminated as of the Rejection Date and are subject to assumption or rejection under section 365 of the Bankruptcy Code; and this Court having jurisdiction over this matter pursuant to 28 U.S.C. § 1334; and this Court having found that this is a core proceeding pursuant to 28 U.S.C. § 157(b)(2); and this Court having found that it may enter a final order consistent with Article III of the United States Constitution; and this Court having found that venue of this proceeding and the Motion in this district is permissible pursuant to 28 U.S.C. §§ 1408 and 1409; and this Court having  found that the relief requested in the Motion is in the best interests of the Debtors' estates, their creditors, and other parties in interest; and this Court having found that the Debtors' notice of the Motion and opportunity for a hearing on the Motion were appropriate under the circumstances and no other notice need be provided; and this Court having determined that the legal and factual bases set forth in support of the Motion establish just cause for the relief

---

[1]  Capitalized terms used but not defined herein have the meanings ascribed to them in the Motion.

2

Debtors:        FRANCESCA'S ACQUISITION, LLC, *et al.*
Case No.:       26-11312 (MEH)
Caption of Order:   Order Approving Second Omnibus Motion Authorizing Debtors To (i)
                Reject Certain (A) Unexpired Leases of Nonresidential Real Property, and
                (B) Executory Contracts, As of February 28, 2026 and (ii) Abandon
                Personal Property

granted herein; and upon all of the proceedings had before this Court; and after due deliberation and sufficient cause appearing therefor, it is HEREBY ORDERED THAT,

1.      The Motion is GRANTED as set forth herein.

2.      To the extent the Rejected Agreements were not already terminated as of the Rejection Date and are subject to assumption or rejection under section 365 of the Bankruptcy Code, pursuant to sections 105(a) and 365(a) of the Bankruptcy Code and Bankruptcy Rule 6006, the Rejected Leases and Rejected Contracts set forth on **Schedule 1** and **Schedule 2** hereto, respectively, shall be deemed rejected by the Debtors effective as of the Rejection Date.

3.      Pursuant to sections 105(a) and 554(a) of the Bankruptcy Code and Bankruptcy Rule 6007, as of the Rejection Date any Personal Property remaining on the Rejected Premises is hereby abandoned by the Debtors free and clear of all liens, claims, encumbrances, interests, and rights of third parties effective as of the Rejection Date.  Landlords of the Rejected Premises may dispose of any and all abandoned Personal Property remaining on the Rejected Premises without further notice or liability to any third party. The automatic stay, to the extent applicable, is modified solely to allow for such disposition.

4.      If the Debtors have deposited monies with a counterparty to a Rejected Agreement as a security deposit or other arrangement, such counterparty may not setoff or recoup or otherwise use such deposit without the prior authority of this Court.

5.      Any person or entity that holds a claim arising from the rejection of the Rejected Agreements must file a proof of claim for rejection damages claims, if any, on or before the later of:  (a) the general deadline established for filing proofs of claim for these Chapter 11 Cases and (b) thirty days after the entry of this Order, or else be forever barred from asserting such claim.

3

4916-3003-7136, v. 1

Page 4

Debtors:          FRANCESCA'S ACQUISITION, LLC, *et al.*

Case No.:         26-11312 (MEH)

Caption of Order: Order Approving Second Omnibus Motion Authorizing Debtors To (i) Reject Certain (A) Unexpired Leases of Nonresidential Real Property, and (B) Executory Contracts, As of February 28, 2026 and (ii) Abandon Personal Property

6.      All rights and defenses of the Debtors are preserved, including all rights and defenses of the Debtors with respect to a claim for damages arising from the rejection of a Contract, including any right to assert an offset, recoupment, counterclaim, or deduction. In addition, nothing in this Order or the Motion shall limit the Debtors' ability to subsequently assert that any particular Contract is terminated and is no longer an executory contract.

7.      Notwithstanding the relief granted herein and any actions taken pursuant to such relief, nothing in this Order shall be deemed: (a) an admission as to the amount of, basis for, or validity of any claim against a Debtor entity under the Bankruptcy Code or other applicable nonbankruptcy law; (b) a waiver of the Debtors' or any other party in interest's right to dispute any claim on any grounds; (c) a promise or requirement to pay any claim; (d) an implication or admission that any particular claim is of a type specified or defined in the Motion or any order granting the relief requested by the Motion or a finding that any particular claim is an administrative expense claim or other priority claim; (e) a request or authorization to assume or adopt any agreement, contract, or lease pursuant to section 365 of the Bankruptcy Code; (f) an admission as to the validity, priority, enforceability, or perfection of any lien on, security interest in, or other encumbrance on property of the Debtors' estates; (g) a waiver or limitation of the Debtors', or any other party in interest's, rights under the Bankruptcy Code or any other applicable law; or (h) a concession by the Debtors that any liens (contractual, common law, statutory, or otherwise) that may be satisfied pursuant to the relief requested in the Motion are valid, and the rights of all parties in interest are expressly reserved to contest the extent, validity, or perfection or seek avoidance of all such liens.

8.      The requirements in Bankruptcy Rules 6006, 6007, and LBR 6007-1 are satisfied.

4

Debtors:      FRANCESCA'S ACQUISITION, LLC, *et al.*
Case No.:     26-11312 (MEH)
Caption of Order:   Order Approving Second Omnibus Motion Authorizing Debtors To (i)
Reject Certain (A) Unexpired Leases of Nonresidential Real Property, and
(B) Executory Contracts, As of February 28, 2026 and (ii) Abandon
Personal Property

9.      Notice of the Motion as provided therein shall be deemed good and sufficient and satisfies the requirements of Bankruptcy Rule 6004(a) and the Bankruptcy Local Rules.

10.      Notwithstanding any applicability of Bankruptcy Rule 6004(h), the terms and conditions of this Order shall be effective and enforceable immediately upon its entry.

11.      The Debtors are authorized to take all actions necessary to effectuate the relief granted in this Order in accordance with the Motion.

12.      This Court retains jurisdiction with respect to all matters arising from or related to the implementation, interpretation, and enforcement of this Order.

4916-3003-7136, v. 1

**Schedule 1- List of Rejected Leases**

| NO. | DEBTOR | COUNTERPARTY | COUNTERPARTY ADDRESS | DESCRIPTION/TITLE | REJECTION DATE |
|---|---|---|---|---|---|
| 1 | Francesca's Operations, Inc. | 108 North State St (Chicago) Owner LLC | 108 North State Street Chicago, IL 60602 | Block 37 108 North State Suite 186 Chicago, IL 60602 Boutique #683 | 2/28/26 |
| 2 | Francesca's Operations, Inc. | AMLI Retail | 5057 Keller Springs Road Suite 250 Addison, TX 75001 | 2nd Street District 241 W 2nd St Austin, TX 78701 Boutique #378 | 2/28/26 |
| 3 | Francesca's Operations, Inc. | Annapolis Harbour Center Assoc | 2000 Tower Oaks Blvd. Rockville, MD 20852 | Annapolis Harbour Center 2506 Solomons Island Road Annapolis, MD 21401 Boutique #534 | 2/28/26 |
| 4 | Francesca's Operations, Inc. | Bel Air Realty Holding LLC | 1909 Tyler Street Suite 401 Hollywood, FL 33020 | Bel Air Mall 3217-B Bel Air Mall Mobile, AL 36606 Boutique #478 | 2/28/26 |
| 5 | Francesca's Operations, Inc. | Belden Mall LLC | 2029 Century Park East Suite 1550 Los Angeles, CA 90067 | Belden Village 4230 Belden Village Mall Suite D7 Canton, OH 44718 Boutique #515 | 2/28/26 |
| 6 | Francesca's Operations, Inc. | BK PlazaAmericas LTD | 3700 Buffalo Speedway Suite 400 Houston, TX 77098 | Plazamericas Mall 201 Sharpstown Center Houston, TX 77036 Boutique #1997 | 2/28/26 |
| 7 | Francesca's Operations, Inc. | Bluegrass Outlet Shoppes CMBS LLC | 131 West Seaway Drive Suite 220 Muskegon, MI 49444 | The Outlet Shoppes at Bluegrass 1155 Buck Creek Road Suite H-812 Simpsonville, KY 40067 Boutique #2011 | 2/28/26 |
| 8 | Francesca's Operations, Inc. | Bradley Fair Properties LLC | 400 Atlantic Avenue Boston, MA 02110 | Bradley Fair Shopping Center 2000 North Rock Rd. Suite 134 Wichita, KS 67206 Boutique #132 | 2/28/26 |
| 9 | Francesca's Operations, Inc. | BVAGlade SPE LLC | 6723 Weaver Road Suite 108 Rockford, IL 61114 | Glade Park 1200 Chisholm Trail Suite 700 Euless, TX 76039 Boutique #686 | 2/28/26 |
| 10 | Francesca's Operations, Inc. | Capital Augusta Properties LLC | 33 Boylston Street Suite 3000 Chestnut Hill, MA 02467 | The Marketplace at Augusta 2 Stephen King Dr. Suite 3 Augusta, ME 04330 Boutique #703 | 2/28/26 |
| 11 | Francesca's Operations, Inc. | Carousel Center Company LP | 4 Clinton Square Syracuse, NY 13202 | Carousel Center 9090 Carousel Center Drive | 2/28/26 |

| NO. | DEBTOR | COUNTERPARTY | COUNTERPARTY ADDRESS | DESCRIPTION/TITLE | REJECTION DATE |
|---|---|---|---|---|---|
| | | | | Syracuse, NY 13290<br>Boutique #224 | |
| 12 | Francesca's Operations, Inc. | Castleton Square LLC | 225 West Washington St.<br>Indianapolis, IN 46204 | Castleton Square<br>6020 East 82nd Street<br>Suite 878<br>Indianapolis, IN 46250<br>Boutique #141 | 2/28/26 |
| 13 | Francesca's Operations, Inc. | CBL & Associates LP | 2030 Hamilton Place Blvd.<br>Suite 500<br>Chattanooga, TN 37421 | Kirkwood Mall<br>744 Kirkwood Mall<br>Bismarck, ND 58504<br>Boutique #486 | 2/28/26 |
| 14 | Francesca's Operations, Inc. | CBL & Associates LP | 2030 Hamilton Place Blvd.<br>Suite 500<br>Chattanooga, TN 37421 | Valley View Mall<br>4802 Valley View Blvd.<br>Roanoke, VA 24012<br>Boutique #508 | 2/28/26 |
| 15 | Francesca's Operations, Inc. | CBL & Associates LP | 2030 Hamilton Place Blvd.<br>Suite 500<br>Chattanooga, TN 37421 | Parkway Place<br>2801 Memorial Pkwy South<br>Suite 166<br>Huntsville, AL 35801<br>Boutique #382 | 2/28/26 |
| 16 | Francesca's Operations, Inc. | CBL & Associates LP | PO Box 955607<br>Saint Louis, MO 63195-5607 | Northpark Mall<br>101 North Range Line Rd<br>Suite 154<br>Joplin, MO 64801<br>Boutique #555 | 2/28/26 |
| 17 | Francesca's Operations, Inc. | CBL-T-C LLC | 2030 Hamilton Place Blvd.<br>Suite 500<br>Chattanooga, TN 37421 | CoolSprings Galleria<br>1800 Galleria Blvd.<br>Franklin, TN 37067<br>Boutique #186 | 2/28/26 |
| 18 | Francesca's Operations, Inc. | Centennial VTC LLC | 8750 N Central Expressway<br>Dallas, TX 75231 | Westfield Valencia<br>24201 Valencia Blvd.<br>Suite 3537<br>Valencia, CA 91355<br>Boutique #211 | 2/28/26 |
| 19 | Francesca's Operations, Inc. | Champaign Market Place LLC | 350 N. Orleans St.<br>Suite 300<br>Chicago, IL 60654 | Market Place Shopping Center<br>2000 N. Neil Street<br>Champaign, IL 61820<br>Boutique #320 | 2/28/26 |
| 20 | Francesca's Operations, Inc. | Chicago Premium Outlets LLC | 225 West Washington St.<br>Indianapolis, IN 46204-3438 | Chicago Premium Outlets<br>1650 Premium Outlet Blvd.<br>Suite 1237<br>Aurora, IL 60502<br>Boutique #2071 | 2/28/26 |
| 21 | Francesca's Operations, Inc. | Citrus Park Mall Owner LLC | 1190 Interstate Parkway<br>Augusta, GA 30909 | Citrus Park<br>7949 Citrus Park Center<br>Tampa, FL 33625<br>Boutique #246 | 2/28/26 |
| 22 | Francesca's Operations, Inc. | Columbia Village District SPE LLC | One Independent Drive<br>Suite 114<br>Jacksonville, FL 32202 | Cameron Village Shopping Center<br>424 Woodburn Ave<br>Raleigh, NC 27605<br>Boutique #99 | 2/28/26 |

| NO. | DEBTOR | COUNTERPARTY | COUNTERPARTY ADDRESS | DESCRIPTION/TITLE | REJECTION DATE |
|---|---|---|---|---|---|
| 23 | Francesca's Operations, Inc. | Columbus Outlets LLC | 3200 Northline Avenue Suite 360 Greensboro, NC 27408 | Columbus Outlet 400 South Wilson Road Suite 650 Sunbury, OH 43074 Boutique #2041 | 2/28/26 |
| 24 | Francesca's Operations, Inc. | Coral Ridge Mall LLC | 350 N. Orleans St. Suite 300 Chicago, IL 60654 | Coral Ridge Mall 1451 Coral Ridge Ave. Suite 402 Coralville, IA 52241 Boutique #204 | 2/28/26 |
| 25 | Francesca's Operations, Inc. | Crawfish LLC | 1701 River Run Suite 500 Fort Worth, TX 76107 | Perkins Rowe 10156 Perkins Rowe Baton Rouge, LA 70810 Boutique #83 | 2/28/26 |
| 26 | Francesca's Operations, Inc. | Crossroads Mall Realty Holding LLC | 1350 Avenue of the Americas, 19th Floor Suite 1925 New York, NY 10019 | The Crossroads 6650 South Westnedge Avenue Suite 216 Portage, MI 49024 Boutique #353 | 2/28/26 |
| 27 | Francesca's Operations, Inc. | CSHV HCG Retail LLC | 2001 Ross Avenue Dallas, TX 75201 | Hill Country Galleria 12821 Hill Country Blvd Suite C2-115 Bee Cave, TX 78738 Boutique #81 | 2/28/26 |
| 28 | Francesca's Operations, Inc. | Day Jay Associates | 350 N. Orleans St. Suite 300 Chicago, IL 60606 | Quail Springs Mall 2501 West Memorial Rd. Oklahoma City, OK 73134 Boutique #359 | 2/28/26 |
| 29 | Francesca's Operations, Inc. | Del Amo Fashion Center | 225 West Washington St. Indianapolis, IN 46204-3438 | Del Amo Fashion Center 3525 Carson Street Suite 175 Torrance, CA 90503 Boutique #228 | 2/28/26 |
| 30 | Francesca's Operations, Inc. | Denver Pavilions Owner Co LLC | 299 Milwaukee Street, Denver, CO 80206 | Denver Pavilions 500 16th Street Suite 211 Denver, CO 80202 Boutique #625 | 2/28/26 |
| 31 | Francesca's Operations, Inc. | Dream Big Partners LLC | 1801 SW Wanamaker Rd Topeka, KS 66604 | West Ridge Mall 1801 SW Wanamaker Rd Suite E01B Topeka, KS 66604 Boutique #540 | 2/28/26 |
| 32 | Francesca's Operations, Inc. | Eden Prairie Center LLC | Po Box 713880 Cincinnati, OH 45271-3880 | Eden Prairie Mall 8251 Flying Cloud Drive Eden Prairie, MN 55344 Boutique #419 | 2/28/26 |
| 33 | Francesca's Operations, Inc. | Ethan Conrad (ECT/TPB1 LLC) | 1300 National Drive Ste 100 Sacramento, CA 95834 | Chico Mall 1950 E 20th St. Suite G-701 Chico, CA 95928 Boutique #611 | 2/28/26 |

| NO. | DEBTOR | COUNTERPARTY | COUNTERPARTY ADDRESS | DESCRIPTION/TITLE | REJECTION DATE |
|---|---|---|---|---|---|
| 34 | Francesca's Operations, Inc. | Fashion Centre Associates LLC | PO Box 402792 Atlanta, GA 30384-2792 | Fashion Centre at Pentagon City 1100 South Hayes Street Suite Q-7 Arlington, VA 22202 Boutique #245 | 2/28/26 |
| 35 | Francesca's Operations, Inc. | Federal Realty OP LP | 909 Rose Avenue Suite 200 North Bethesda, MD 20852 | Town Center Plaza 5256 W 119th St Suite 2000 Leawood, KS 66209 Boutique #75 | 2/28/26 |
| 36 | Francesca's Operations, Inc. | FHR Main Retail Center LLC | 1 East Wacker Drive Suite 3110 Chicago, IL 60601 | Redmond Town Center 7330 164th Ave NE Suite E133 Redmond, WA 98052 Boutique #662 | 2/28/26 |
| 37 | Francesca's Operations, Inc. | Forward Wichita Falls | 3111 Midwestern Parkway Suite 280 Wichita Falls, TX 76308 | Sikes Center 3111 Midwestern Pkwy Suite 680 Wichita Falls, TX 76308 Boutique #513 | 2/28/26 |
| 38 | Francesca's Operations, Inc. | Galveston Outlets LLC | 3200 Northline Avenue Suite 360 Greensboro, NC 27408 | Galveston Outlet 5885 Gulf Freeway Suite 375 Texas City, TX 77591 Boutique #2002 | 2/28/26 |
| 39 | Francesca's Operations, Inc. | Geneva Retail LLC | 695 Route 46 Suite 210 Fairfield, NJ 07849 | Geneva Commons 1520 Commons Dr. Geneva, IL 60134 Boutique #11 | 2/28/26 |
| 40 | Francesca's Operations, Inc. | Ggcal LLC | 3904 Boston St. Suite 402 Baltimore, MD 21224 | Hunt Valley Center 118 Shawan Road Hunt Valley, MD 21030 Boutique #397 | 2/28/26 |
| 41 | Francesca's Operations, Inc. | GGP LP | 350 N. Orleans St. Suite 300 Chicago, IL 60654 | Oxmoor Center Mall 7900 Shellbyville Rd. Suite E04 Louisville, KY 40222 Boutique #130 | 2/28/26 |
| 42 | Francesca's Operations, Inc. | Gilroy Premium Outlets LLC | 225 West Washington St. Indianapolis, IN 46204 | Gilroy Premium Outlets 8300 Arroyo Circle Suite B050 Gilroy, CA 95020 Boutique #2070 | 2/28/26 |
| 43 | Francesca's Operations, Inc. | Gloucester Premium Outlets | 225 West Washington St. Indianapolis, IN 46204-3438 | Gloucester Premium Outlets 100 Premium Outlets Drive Suite 725 Blackwood, NJ 8012 Boutique #2029 | 2/28/26 |
| 44 | Francesca's Operations, Inc. | Greene Town Center LLC | 600 Madison Avenue 14th Floor New York, NY 10022 | The Greene 73 Plum Street Beavercreek, OH 45440 Boutique #183 | 2/28/26 |

| NO. | DEBTOR | COUNTERPARTY | COUNTERPARTY ADDRESS | DESCRIPTION/TITLE | REJECTION DATE |
|---|---|---|---|---|---|
| 45 | Francesca's Operations, Inc. | Greenville Center SC LLC | 234 N. James Street Newport, DE 19804 | Greenville Center 3801 Kennett Pike Greenville, DE 19807 Boutique #114 | 2/28/26 |
| 46 | Francesca's Operations, Inc. | Greenwood Park Mall, LLC | 225 West Washington St. Indianapolis, IN 46204-3438 | Greenwood Park Mall 1251 Us Highway 31 N Suite D11B Greenwood, IN 46142 Boutique #327 | 2/28/26 |
| 47 | Francesca's Operations, Inc. | Grove City Factory Shops LP | 225 West Washington St. Indianapolis, IN 46204-3438 | Grove City Premium Outlets 1911 Leesburg Grove City Rd. Suite 1035 Grove City, PA 16127 Boutique #2090 | 2/28/26 |
| 48 | Francesca's Operations, Inc. | GTM Denton | 3100 Maple Avenue, Dallas, TX 77080 | Golden Triangle Mall 2201 S Interstate 35 E Suite P-12 Denton, TX 76205 Boutique #595 | 2/28/26 |
| 49 | Francesca's Operations, Inc. | Hamilton Corner CMBS II LLC | 2030 Hamilton Place Blvd. Suite 500 Chattanooga, TN 37421 | Hamilton Corner 2115 Gunbarrel Rd Suite C Chattanooga, TN 37421 Boutique #48 | 2/28/26 |
| 50 | Francesca's Operations, Inc. | Hamilton TC LLC | 225 West Washington St. Indianapolis, IN 46204-3438 | Hamilton Town Center 13170 Harrell Parkway Suite 400 Noblesville, IN 46060 Boutique #270 | 2/28/26 |
| 51 | Francesca's Operations, Inc. | Harford Mall | 2030 Hamilton Place Blvd. Suite 500 Chattanooga, TN 37421 | Harford Mall 688 Bel Air Road Suite 15 Bel Air, MD 21014 Boutique #548 | 2/28/26 |
| 52 | Francesca's Operations, Inc. | Hudson Village Finance Company | 1138 W. 9th Street Cleveland, OH 44113 | First and Main 96 First St. Suite 320 Hudson, OH 44236 Boutique #612 | 2/28/26 |
| 53 | Francesca's Operations, Inc. | Kennedy Mall LTD | 5577 Youngstown-Warren Road Niles, OH 44446 | Kennedy Mall 555 JFK Road Suite 438 Dubuque, IA 52002 Boutique #656 | 2/28/26 |
| 54 | Francesca's Operations, Inc. | Kentucky Oaks Mall Company | 5577 Youngstown-Warren Road Niles, OH 44446 | Kentucky Oaks Mall 5101 Hinkleville Road Suite 670 Paducah, KY 42001 Boutique #655 | 2/28/26 |
| 55 | Francesca's Operations, Inc. | La Encantada | La Encantada Shopping Center | La Encantada 2905 E. Skyline Dr. Suite 143 | 2/28/26 |

| NO. | DEBTOR | COUNTERPARTY | COUNTERPARTY ADDRESS | DESCRIPTION/TITLE | REJECTION DATE |
|---|---|---|---|---|---|
| | | | Space #143<br>Tucson, AZ 85701-8577 | Tucson, AZ 85718<br>Boutique #116 | |
| 56 | Francesca's Operations, Inc. | Lafayette Clocktower LLC | 208 Vintage Way<br>Novato, CA 94945 | Clocktower<br>3569 Mt Diablo Blvd<br>Lafayette, CA 94549<br>Boutique #379 | 2/28/26 |
| 57 | Francesca's Operations, Inc. | Leeds Retail Center LLC | 6200 Grand River Blvd. East<br>Suite 446<br>Leeds, AL 35092 | The Outlets at Grand River<br>6200 Grand River Blvd E<br>Suite 630<br>Leeds, AL 35094<br>Boutique #2101 | 2/28/26 |
| 58 | Francesca's Operations, Inc. | Liberty Center LLC | 2200 Magnolia Avenue South<br>Suite 101<br>Birmingham, AL 35205 | Liberty Center<br>7567 Bales Street<br>Liberty Township, OH 45069<br>Boutique #589 | 2/28/26 |
| 59 | Francesca's Operations, Inc. | Lima Mall Realty Holding LLC | 1010 Northern Boulevard<br>Suite 234<br>Great Neck, NY 11021 | Lima Mall<br>2400 Elida Road<br>Suite 354<br>Lima, OH 45805<br>Boutique #576 | 2/28/26 |
| 60 | Francesca's Operations, Inc. | LS Howell LLC | 3200 Northline Avenue<br>Suite 360<br>Greensboro, NC 27408 | Kensington Valley Outlets<br>1475 N. Burkhart Rd.<br>Suite B120<br>Howell, MI 48855<br>Boutique #2057 | 2/28/26 |
| 61 | Francesca's Operations, Inc. | Mall at White Oaks LLC | 225 West Washington St.<br>Indianapolis, IN 46204-3438 | White Oaks Mall<br>2501 Wabash Avenue<br>Suite H05B<br>Springfield, IL 62704<br>Boutique #323 | 2/28/26 |
| 62 | Francesca's Operations, Inc. | Mashpee Commons II LLC | PO. Box 1530<br>Mashpee, MA 02649 | Mashpee Commons<br>24 Central Square<br>Suite Bldg 10 Suite 101<br>Mashpee, MA 2649<br>Boutique #620 | 2/28/26 |
| 63 | Francesca's Operations, Inc. | Mayflower Cape Cod LLC | 225 West Washington St.<br>Indianapolis, IN 46204-3438 | Cape Cod Mall<br>769 Iyannough Rd<br>Suite 184<br>Hyannis, MA 2601<br>Boutique #241 | 2/28/26 |
| 64 | Francesca's Operations, Inc. | Merrimack Premium Outlets Center LLC | 225 West Washington St.<br>Indianapolis, IN 46204 | Merrimack Premium Outlets<br>80 Premium Outlets Blvd<br>Suite 673<br>Merrimack, NH 3054<br>Boutique #2066 | 2/28/26 |
| 65 | Francesca's Operations, Inc. | Mill Shops LLC | 15 SW Colorado Avenue<br>Bend, OR 97702 | Old Mill District<br>520 Southwest Powerhouse Dr.<br>Suite 601<br>Bend, OR 97702<br>Boutique #389 | 2/28/26 |

| NO. | DEBTOR | COUNTERPARTY | COUNTERPARTY ADDRESS | DESCRIPTION/TITLE | REJECTION DATE |
|---|---|---|---|---|---|
| 66 | Francesca's Operations, Inc. | MNH Mall LLC | 225 West Washington St. Indianapolis, IN 46204-3438 | Mall of New Hampshire 1500 South Willow Street Manchester, NH 3103 Boutique #409 | 2/28/26 |
| 67 | Francesca's Operations, Inc. | NE Gateway Mall PROPCO LLC | 4900 East Dublin Granville Road, Columbus, OH 43081 | Gateway Mall 6100 O Street Suite 208 Lincoln, NE 68505 Boutique #704 | 2/28/26 |
| 68 | Francesca's Operations, Inc. | Oakwood Hills Mall LLC | 350 N. Orleans St. Suite 300 Chicago, IL 60654 | Oakwood Mall 4800 Golf Road Suite 332 Eau Claire, WI 54701 Boutique #456 | 2/28/26 |
| 69 | Francesca's Operations, Inc. | Omaha Outlets SPE LLC | 21209 Nebraska Crossing Drive Suite #C - 100 Gretna, NE 68028 | Nebraska Outlets 21355 Nebraska Crossing Drive Suite F105 Gretna, NE 68028 Boutique #2015 | 2/28/26 |
| 70 | Francesca's Operations, Inc. | Penn Ross Joint Venture | 225 West Washington St. Indianapolis, IN 46204-3438 | Ross Park Mall 1000 Ross Park Mall Drive Suite J15A Pittsburgh, PA 15237 Boutique #271 | 2/28/26 |
| 71 | Francesca's Operations, Inc. | Pheasant Lane Realty Trust | 225 West Washington St. Indianapolis, IN 46204-3438 | Pheasant Lane Mall 310 Daniel Webster Highway Suite W227 Nashua, NH 3060 Boutique #264 | 2/28/26 |
| 72 | Francesca's Operations, Inc. | Phoenix Premium Outlets LLC | 225 West Washington St. Indianapolis, IN 46204-3438 | Phoenix Premium Outlets 4976 Premium Outlets Way Suite 818 Chandler, AZ 85226 Boutique #2098 | 2/28/26 |
| 73 | Francesca's Operations, Inc. | Piazza Montana, LLC | 15332 Antioch Street Pacific Palisades, CA 90272 | 25 W. Jefferson 25 W Jefferson Ave. Naperville, IL 60540 Boutique #358 | 2/28/26 |
| 74 | Francesca's Operations, Inc. | Preit Associates LP | Woodland Mall Kentwood, MI 49512 | Woodland Mall 3195 28th SE Suite D110 Grand Rapids, MI 49512 Boutique #277 | 2/28/26 |
| 75 | Francesca's Operations, Inc. | Preit Associates LP | One Commerce Square Philadelphia, PA 19103 | Dartmouth Mall 142 Dartmouth Mall Suite 1220A Dartmouth, MA 2747 Boutique #489 | 2/28/26 |
| 76 | Francesca's Operations, Inc. | Premium Outlet Partners LP | 225 West Washington St. Indianapolis, IN 46204-3438 | Allen Premium Outlets 820 Stacy Rd. Suite 632 Allen, TX 75013 Boutique #2067 | 2/28/26 |

| NO. | DEBTOR | COUNTERPARTY | COUNTERPARTY ADDRESS | DESCRIPTION/TITLE | REJECTION DATE |
|---|---|---|---|---|---|
| 77 | Francesca's Operations, Inc. | Premium Outlet Partners LP | 225 West Washington St. Indianapolis, IN 46204-3438 | Philadelphia Premium Outlet 18 West Lightcap Road Suite 629 Pottstown, PA 19464 Boutique #2027 | 2/28/26 |
| 78 | Francesca's Operations, Inc. | Premium Outlet Partners LP | 225 West Washington St. Indianapolis, IN 46204-3438 | Leesburg Premium Outlets 241 Fort Evans Rd. NE Suite 1255 Leesburg, VA 20176 Boutique #2085 | 2/28/26 |
| 79 | Francesca's Operations, Inc. | Prisha LHC LLC | 1136 S. Delano Ct. Chicago, IL 60605 | The Roosevelt Collection 1127 S. Delano Court East Chicago, IL 60605 Boutique #436 | 2/28/26 |
| 80 | Francesca's Operations, Inc. | Pyramid Walden Company LP | 4 Clinton Square Syracuse, NY 13202-1078 | Walden Galleria One Walden Galleria Buffalo, NY 14225 Boutique #578 | 2/28/26 |