| | |
|---|---|
| **UNITED STATES BANKRUPTCY COURT**<br>**DISTRICT OF NEW JERSEY**<br>Caption in Compliance with D.N.J. L.B.R. 9004-1(b)<br><br>**GOODWIN PROCTER LLP**<br>Meredith L. Mitnick, Esq. (NJ Bar No. 337002020)<br>Stacy A. Dasaro, Esq. (*pro hac vice* pending)<br>The New York Times Building<br>620 Eighth Avenue<br>New York, NY 10018<br>Tel: (212) 813-8800<br>Fax: (212) 355-3333<br>Email: mmitnick@goodwinlaw.com<br>        sdasaro@goodwinlaw.com<br><br>*Counsel to GMV (Mall) Owner LLC, Eden Prairie Center, LLC, and REEP-RTL NPM GA LLC* | |
| In re:<br><br>FRANCESCA'S ACQUISITION, LLC *et. al.*,[1]<br><br>        Debtors. | Case No. 26-11312 (MEH)<br><br>Chapter 11<br><br>(Jointly Administered) |

**JOINDER TO OMNIBUS OBJECTION TO MOTIONS OF DEBTORS TO APPROVE STORE CLOSING PROCEDURES AND POST-PETITION FINANCING, AND REQUEST FOR ADEQUATE PROTECTION OF CERTAIN LANDLORDS**

GMV (Mall) Owner LLC, Eden Prairie Center, LLC, and REEP-RTL NPM GA LLC (each, a "Landlord", and collectively, the "Landlords") hereby join (this "Joinder") in the *Omnibus Objection To Motions Of Debtors To Approve Store Closing Procedures And Post-Petition Financing, And Request For Adequate Protection Of Certain Landlords* [Docket No. 210] (the "Objection"). In support of the Joinder, the Landlords respectfully state as follows:

1.    The Landlords are the owner(s) or affiliate(s) of the owner(s) of shopping centers where Francesca's Operations, Inc. (the "Debtor" and together with its affiliated debtors, the

---

[1] The Debtor entities in these chapter 11 cases, along with the last four digits of each Debtor entity's federal tax identification number, are: Francesca's Acquisition, LLC (3616); Francesca's Operations, Inc. (6872); Francesca's Administrative Management, Inc. (5788); and Francesca's IP Company, Inc. (9588). The Debtors' service address is 8760 Clay Road, Suite 100, Houston, TX 77080.

"Debtors") leases retail spaces pursuant to nonresidential real property leases (the "Leases") for stores at the locations listed on the attached **Exhibit A** (the "Leased Premises"). The Leased Premises are located in shopping centers as that term is used in Bankruptcy Code section 365(b)(3).

2. On February 5, 2026 ("Petition Date"), the Debtors filed voluntary petitions for Chapter 11 bankruptcy protection with this Court and continue to manage their business as debtors-in-possession pursuant to sections 1107 and 1108 of the Bankruptcy Code.

3. The Landlords join in, and incorporate herein by reference, the Objection and adopt the arguments in the Objection as its own.

4. The Landlords reserve all rights to supplement and/or amend this Joinder and expressly reserve the right to raise any additional objections with respect to the motions that are the subject of the Objection.

5. The Landlords hereby join in any objections filed by Debtors' other landlords to the extent that such objections are not inconsistent with this Joinder.

**WHEREFORE**, the Landlords request that the Court (i) sustain this Joinder; (ii) condition the entry of any further interim or final order granting the Motions (as defined in the Objection) upon the Debtors' payment of Stub Rent (as defined in the Objection); (iii) condition waivers of Bankruptcy Code sections 506(c) and 552(b) on provision of adequate protection as requested in the Objection and herein; and (iv) grant such other and further relief as this Court deems just and proper.

[*Remainder of Page Intentionally Left Blank*]

Dated: March 5, 2026

/s/ Meredith L. Mitnick

**GOODWIN PROCTER LLP**
Meredith L. Mitnick, Esq. (NJ Bar No. 337002020)
Stacy A. Dasaro, Esq. (*pro hac vice* pending)
The New York Times Building
620 Eighth Avenue
New York, NY 10018
Tel: (212) 813-8800
Fax: (212) 355-3333
Email: mmitnick@goodwinlaw.com
         sdasaro@goodwinlaw.com

*Counsel to GMV (Mall) Owner LLC, Eden Prairie Center, LLC, and REEP-RTL NPM GA LLC*