**MANDELBAUM BARRETT PC**
3 Becker Farm Road, Suite 105
Roseland, New Jersey 07068
(973) 736-4600
(973) 325-7467 Facsimile
Jeffrey M. Rosenthal
jrosenthal@mblawfirm.com
Vincent J. Roldan
vroldan@mblawfirm.com
Katie F. Warren
kwarren@mblawfirm.com
*Proposed Counsel for Francesca's Acquisition, LLC, et al.*

**Order Filed on March 6, 2026
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| In re: | Chapter 11 |
| FRANCESCA'S ACQUISITION, LLC, *et al.*,[1] | Case No. 26 -11312 (MEH) |
| Debtors. | (Jointly Administered) |

## FIRST OMNIBUS ORDER AUTHORIZING DEBTORS TO (I) REJECT CERTAIN (A) UNEXPIRED LEASES OF NONRESIDENTIAL REAL PROPERTY, AND (B) EXECUTORY CONTRACTS, EFFECTIVE AS OF THE PETITION DATE; AND (II) ABANDON PERSONAL PROPERTY
### (Related Docket No. 98)

The relief set forth on the following pages, numbered two (2) through nine (9), is hereby

**ORDERED**

**DATED: March 6, 2026**

_____
**Honorable Mark E. Hall
United States Bankruptcy Judge**

---

[1] The Debtor entities in these chapter 11 cases, along with the last four digits of each Debtor entity's federal tax identification number, are: Francesca's Acquisition, LLC (3616); Francesca's Operations, Inc. (6872); Francesca's Administrative Management, Inc. (5788); and Francesca's IP Company, Inc. (9588). The Debtors' service address is 8760 Clay Road, Suite 100, Houston, TX 77080.

4900-2523-7139, v. 3

Debtors:    FRANCESCA'S ACQUISITION, LLC, *et al.*
Case No.:    26-11312 (MEH)
Caption of Order: FIRST OMNIBUS ORDER AUTHORIZING DEBTORS TO (I) REJECT CERTAIN (A) UNEXPIRED LEASES OF NONRESIDENTIAL REAL PROPERTY, AND (B) EXECUTORY CONTRACTS, AS OF THE PETITION DATE, AND (II) ABANDON PERSONAL PROPERTY

Upon the motion (the "Motion")[1] of the above-captioned debtors and debtors in possession (collectively, the "Debtors") for entry of an order (this "Order"), (a) authorizing, but not directing, the Debtors to (a) reject certain (i) unexpired leases for non-residential real property, set forth on **Schedule 1** hereto (such leases, collectively, the "Rejected Leases"), and (ii) executory contracts set forth on **Schedule 2** hereto (such contracts, collectively, the "Rejected Contracts" and, together with the Rejected Leases, the "Rejected Agreements"), and (b) abandon any burdensome personal property of the Debtors that remains, as of the Petition Date, in any of the Debtors' locations they previously leased pursuant to the Rejected Leases (collectively, the "Rejected Premises") to the extent the Rejected Agreements were not already terminated as of the Petition Date and are subject to assumption or rejection under section 365 of the Bankruptcy Code; and upon the First Day Declaration; and this Court having jurisdiction over this matter pursuant to 28 U.S.C. § 1334; and this Court having found that this is a core proceeding pursuant to 28 U.S.C. § 157(b)(2); and this Court having found that it may enter a final order consistent with Article III of the United States Constitution; and this Court having found that venue of this proceeding and the Motion in this district is permissible pursuant to 28 U.S.C. §§ 1408 and 1409; and this Court having found that the Debtors' notice of the Motion and opportunity for a hearing on the Motion were appropriate under the circumstances and no other notice need be provided; and this Court having determined that the legal and factual bases set forth in support of the Motion establish just cause for the relief granted herein; and upon all of the proceedings had before this Court; and no objections to entry of a final order having been filed on the docket; and all informal

---

[1] Capitalized terms used but not defined herein have the meanings ascribed to them in the Motion.

2

Debtors:            FRANCESCA'S ACQUISITION, LLC, *et al.*
Case No.:           26-11312 (MEH)
Caption of Order:   FIRST OMNIBUS ORDER AUTHORIZING DEBTORS TO (I) REJECT
                    CERTAIN (A) UNEXPIRED LEASES OF NONRESIDENTIAL REAL
                    PROPERTY, AND (B) EXECUTORY CONTRACTS, AS OF THE
                    PETITION DATE, AND (II) ABANDON PERSONAL PROPERTY

objections received by the Debtors being resolved and after due deliberation and sufficient cause appearing therefor, it is HEREBY ORDERED THAT,

1.      The Motion is GRANTED as set forth herein.

2.      To the extent the Rejected Agreements were not already terminated as of the Petition Date and are subject to assumption or rejection under section 365 of the Bankruptcy Code, pursuant to sections 105(a) and 365(a) of the Bankruptcy Code and Bankruptcy Rule 6006, the Rejected Leases and Rejected Contracts set forth on **Schedule 1** and **Schedule 2** hereto, respectively, shall be deemed rejected by the Debtors effective as of the Petition Date.

3.      Pursuant to sections 105(a) and 554(a) of the Bankruptcy Code and Bankruptcy Rule 6007, as of the Petition Date any Personal Property remaining on the Rejected Premises is hereby abandoned by the Debtors free and clear of all liens, claims, encumbrances, interests, and rights of third parties effective as of the Petition Date.  Landlords of the Rejected Premises may dispose of any and all abandoned Personal Property remaining on the Rejected Premises without further notice or liability to any third party. The automatic stay, to the extent applicable, is modified solely to allow for such disposition.

4.      If the Debtors have deposited monies with a counterparty to a Rejected Agreement as a security deposit or other arrangement, such counterparty may not setoff or recoup or otherwise use such deposit without the prior authority of this Court.

5.      Any person or entity that holds a claim arising from the rejection of the Rejected Agreements must file a proof of claim for rejection damages claims, if any, on or before the later of:  (a) the general deadline established for filing proofs of claim for these Chapter 11 Cases and (b) thirty days after the entry of this Order, or else be forever barred from asserting such claim.

3

4900-2523-7139, v. 3

Debtors:            FRANCESCA'S ACQUISITION, LLC, *et al.*
Case No.:           26-11312 (MEH)
Caption of Order:   FIRST OMNIBUS ORDER AUTHORIZING DEBTORS TO (I) REJECT CERTAIN (A) UNEXPIRED LEASES OF NONRESIDENTIAL REAL PROPERTY, AND (B) EXECUTORY CONTRACTS, AS OF THE PETITION DATE, AND (II) ABANDON PERSONAL PROPERTY

6.     The Debtors confirm that the relief requested in their *Motion for Entry of an Order (I) Authorizing Procedures to Reject Executory Contracts and Unexpired Leases and (II) Granting Related Relief* [Docket No. 100] (the "Rejection Procedures Motion"), to the extent such relief should be so-ordered by the Court, applies to this Motion and the relief set forth in this order. To the extent the Rejection Procedures Motion and resulting rejection procedures order (the "Rejection Procedures Order") is inconsistent with this Order, the terms of the Rejection Procedures Order shall govern.

7.     All rights and defenses of the Debtors are preserved, including all rights and defenses of the Debtors with respect to a claim for damages arising from the rejection of a Contract, including any right to assert an offset, recoupment, counterclaim, or deduction. In addition, nothing in this Order or the Motion shall limit the Debtors' ability to subsequently assert that any particular Contract is terminated and is no longer an executory contract.

8.     Notwithstanding the relief granted herein and any actions taken pursuant to such relief, nothing in this Order shall be deemed: (a) an admission as to the amount of, basis for, or validity of any claim against a Debtor entity under the Bankruptcy Code or other applicable nonbankruptcy law; (b) a waiver of the Debtors' or any other party in interest's right to dispute any claim on any grounds; (c) a promise or requirement to pay any claim; (d) an implication or admission that any particular claim is of a type specified or defined in the Motion or any order granting the relief requested by the Motion or a finding that any particular claim is an administrative expense claim or other priority claim; (e) a request or authorization to assume or adopt any agreement, contract, or lease pursuant to section 365 of the Bankruptcy Code; (f) an admission as to the validity, priority, enforceability, or perfection of any lien on, security interest

4

Debtors:           FRANCESCA'S ACQUISITION, LLC, *et al.*
Case No.:          26-11312 (MEH)
Caption of Order:  FIRST OMNIBUS ORDER AUTHORIZING DEBTORS TO (I) REJECT
                   CERTAIN (A) UNEXPIRED LEASES OF NONRESIDENTIAL REAL
                   PROPERTY, AND (B) EXECUTORY CONTRACTS, AS OF THE
                   PETITION DATE, AND (II) ABANDON PERSONAL PROPERTY

in, or other encumbrance on property of the Debtors' estates; (g) a waiver or limitation of the

Debtors', or any other party in interest's, rights under the Bankruptcy Code or any other applicable

law; or (h) a concession by the Debtors that any liens (contractual, common law, statutory, or

otherwise) that may be satisfied pursuant to the relief requested in the Motion are valid, and the

rights of all parties in interest are expressly reserved to contest the extent, validity, or perfection

or seek avoidance of all such liens.

9.      The requirements in Bankruptcy Rules 6006 and 6007 are satisfied.

10.     Notice of the Motion as provided therein shall be deemed good and sufficient and

satisfies the requirements of Bankruptcy Rule 6004(a) and the Bankruptcy Local Rules.

11.     Notwithstanding any applicability of Bankruptcy Rule 6004(h), the terms and

conditions of this Order shall be effective and enforceable immediately upon its entry.

12.     The Debtors are authorized to take all actions necessary to effectuate the relief

granted in this Order in accordance with the Motion.

13.     This Court retains jurisdiction with respect to all matters arising from or related to

the implementation, interpretation, and enforcement of this Order.

5

Page (6)
Debtors:          FRANCESCA'S ACQUISITION, LLC, *et al.*
Case No.:         26 -11312 (MEH)

Caption of Order:    FIRST OMNIBUS ORDER AUTHORIZING DEBTORS TO (I) REJECT CERTAIN
(A) UNEXPIRED LEASES OF NONRESIDENTIAL REAL PROPERTY, AND (B) EXECUTORY
CONTRACTS, EFFECTIVE AS OF THE PETITION DATE; AND (II) ABANDON PERSONAL PROPERTY

**Schedule 1**

**List of Rejected
Leases[1]**

| NO. | DEBTOR | COUNTERPARTY | COUNTERPARTY ADDRESS | DESCRIPTION/TITLE | REJECTION DATE |
|---|---|---|---|---|---|
| 1 | Francesca's Operations, Inc. | TB Mall at UTC LLC | 200 East Long Lake Road Suite 300 Bloomfield Hills, MI 48304 | The Mall at University Town Center 140 University Town Center Drive #251A Sarasota, FL 34243 Boutique #527 | 2/5/26 |
| 2 | Francesca's Operations, Inc | Causeway LLC | 3301 Veterans Memorial Boulevard Suite 209 Metairie, LA 70002 | Lakeside Shopping Center 3301 Veterans Memorial Blvd #89 Metairie, LA 70002 Boutique #178 | 2/5/26 |
| 3 | Francesca's Operations, Inc | Montgomery Mall Realty Holding LLC | Montgomery Mall Realty Holding LLC c/o Summit Malls Management LLC Attn: Legal Department 1350 Avenue of the Americas 19th Floor Suite 1925 New York, NY 10019 | Montgomery Mall 282 Montgomery Mall North Wales, PA 19454 Boutique #399 | 2/5/26 |
| 4 | Francesca's Operations, Inc | Fox Run Venture LLC | Fox Run Venture LLC c/o Torrington Properties 125 High Street 5th Floor | Fox Run Mall 50 Fox Run Road Newington, NH 03801 Boutique #492 | 2/5/26 |

---

[1]    The Rejected Leases referenced herein include any amendments, modifications, subleases, termination agreements, or other ancillary documents related thereto, each as may have been amended, modified, or supplemented from time to time and together with any schedules thereto.

4900-2523-7139, v. 3

Page (7)

Debtors:            FRANCESCA'S ACQUISITION, LLC, *et al.*

Case No.:           26 -11312 (MEH)

Caption of Order:   FIRST OMNIBUS ORDER AUTHORIZING DEBTORS TO (I) REJECT CERTAIN
(A) UNEXPIRED LEASES OF NONRESIDENTIAL REAL PROPERTY, AND (B) EXECUTORY
CONTRACTS, EFFECTIVE AS OF THE PETITION DATE; AND (II) ABANDON PERSONAL PROPERTY

| NO. | DEBTOR | COUNTERPARTY | COUNTERPARTY ADDRESS | DESCRIPTION/TITLE | REJECTION DATE |
|---|---|---|---|---|---|
| | | | Boston, MA 02110 | | |
| 5 | Francesca's Operations, Inc | PPF RTL Rosedale Shopping Center, LLC | 3344 Peachtree Road NE Suite 1200 Atlanta, GA 30326 | Rosedale Center 1595 Highway 36 W #220 Saint Paul, MN 55113 Boutique #135 | 2/5/26 |
| | Francesca's Operations, Inc. | Scottsdale Fashion Square, LLC | 7014-590 East Camelback Rd Scottsdale, AZ 85251 Attention: Center Manager | Scottsdale Fashion Square LLC 7014 E Camelback Rd Suite 2100 Scottsdale, AZ 85251 | 2/15/26 |

4900-2523-7139, v. 3

Page (7)

Debtors:          FRANCESCA'S ACQUISITION, LLC, *et al.*

Case No.:         26 -11312 (MEH)

Caption of Order:   FIRST OMNIBUS ORDER AUTHORIZING DEBTORS TO (I) REJECT CERTAIN
(A) UNEXPIRED LEASES OF NONRESIDENTIAL REAL PROPERTY, AND (B) EXECUTORY
CONTRACTS, EFFECTIVE AS OF THE PETITION DATE; AND (II) ABANDON PERSONAL PROPERTY

**Schedule 2**

**List of Rejected Contracts[1]**

| NO. | DEBTOR | COUNTERPARTY | COUNTERPARTY ADDRESS | DESCRIPTION/TITLE | REJECTION DATE |
|---|---|---|---|---|---|
| | Francesca's Administrative Management, Inc. | Invent Analytics LLC | 3 Germay Drive Suite 5 PMB Wilmington, DE 19804 | Master Services Agreement | 2/5/26 |
| | Francesca's Administrative Management, Inc. | Invent Analytics LLC | 3 Germay Drive Suite 5 PMB Wilmington, DE 19804 | Statement of Work #1 | 2/5/26 |
| | Francesca's Operations, Inc. | Global Recruiters of Lowcountry | 293 Fiddleback Drive Summerville, SC 29486 | Recruiting Agreement | 2/5/26 |
| | Francesca's Administrative Management, Inc. | ProAlign LLC | 2629 Manhattan Avenue Unit 132 Hermosa Beach, CA 90254 | Corporate Brand Monitoring | 2/5/26 |
| | Francesca's Administrative Management, Inc. | Aquent LLC | 501 Boylston Street Boston, MA 02116 | Staffing Services Agreement | 2/5/26 |
| | Francesca's Administrative Management, Inc. | Winback LLC | 123 George Street Brooklyn, NY 11237 | Master Services Agreement | 2/5/26 |
| | Francesca's Administrative Management, Inc. | Winback LLC | 123 George Street Brooklyn, NY 11237 | Statement of Work #1 | 2/5/26 |
| | Francesca's Administrative Management, Inc. | Winback LLC | 123 George Street Brooklyn, NY 11237 | Statement of Work #2 | 2/5/26 |

---

[1]   The Rejected Contracts referenced herein include any agreements, subcontracts, riders, schedules, certificates, memoranda, amendments, supplements, guaranties, purchase orders, work orders, change orders, or other ancillary documents related thereto, each as may have been amended, modified, or supplemented from time to time and together with any schedules thereto.

Page (8)
Debtors:            FRANCESCA'S ACQUISITION, LLC, *et al.*
Case No.:           26 -11312 (MEH)
Caption of Order:   FIRST OMNIBUS ORDER AUTHORIZING DEBTORS TO (I) REJECT CERTAIN
                    (A) UNEXPIRED LEASES OF NONRESIDENTIAL REAL PROPERTY, AND (B) EXECUTORY
                    CONTRACTS, EFFECTIVE AS OF THE PETITION DATE; AND (II) ABANDON PERSONAL PROPERTY

| NO. | DEBTOR | COUNTERPARTY | COUNTERPARTY ADDRESS | DESCRIPTION/TITLE | REJECTION DATE |
|---|---|---|---|---|---|
|  | Francesca's Administrative Management, Inc. | Tinker Tin LLC | 3275 Corporate View Vista, CA 92081 | Master Services Agreement | 2/5/26 |
|  | Francesca's Administrative Management, Inc. | Tinker Tin LLC | 3275 Corporate View Vista, CA 92081 | SOW FR-DS-11-25 | 2/5/26 |
|  | Francesca's Administrative Management, Inc. | Zebra Technologies International, LLC | 6048 Eagle Way Chicago, IL 60678 | Zebra Solution Subscription Agreement | 2/5/26 |
|  | Francesca's Administrative Management, Inc. | Zebra Technologies International, LLC | 6048 Eagle Way Chicago, IL 60678 | Z-0002346622 | 2/5/26 |
|  | Francesca's Administrative Management, Inc. | Clarkston-Potomac Group, Inc | 2655 Meridian Parkway Durham, NC 27713 | Master Services Agreement | 2/5/26 |
|  | Francesca's Acquisition, LLC | Contract Datascan LP | 2941 Trade Center Dr Suite 100 Carrollton, TX 75007 | Master Services Agreement | 2/5/26 |
|  | Francesca's Acquisition LLC | Andrew Clarke | 1507 Kipling St Houston, TX 77006 | Executive Separation Agreement | 2/5/26 |
|  | Francesca's Administrative Management, Inc. | Newmark Midwest Region, LLC | 500 W. Monroe Street Suite 2900 Chicago, IL 60661 | Master Agreement for Services | 2/5/26 |
|  | Francesca's Administrative Management, Inc. | Newmark Midwest Region, LLC | 500 W. Monroe Street Suite 2900 Chicago, IL 60661 | First Amendment to Master Agreement for Services | 2/5/26 |
|  | Francesca's Administrative Management, Inc. | Adam Piandes International | 403 N. Venice Blvd. Apt A Venice, CA 90291 | Services Agreement | 2/5/26 |
|  | Francesca's Administrative Management, Inc. | Take Flight Marketing | 522 W Riverside Ave Suite 4463 Spokane, WA 99201 | Advertising Agency Services Agreement | 2/5/26 |
|  | Francesca's Administrative Management, Inc. | Zaelab LLC | 55 Post Road West 2nd Floor Westport, CT 06880 | Master Services Agreement (and Change Orders) | 2/5/26 |

4900-2523-7139, v. 3

Page (9)
Debtors: FRANCESCA'S ACQUISITION, LLC, *et al.*
Case No.: 26 -11312 (MEH)
Caption of Order: FIRST OMNIBUS ORDER AUTHORIZING DEBTORS TO (I) REJECT CERTAIN
(A) UNEXPIRED LEASES OF NONRESIDENTIAL REAL PROPERTY, AND (B) EXECUTORY
CONTRACTS, EFFECTIVE AS OF THE PETITION DATE; AND (II) ABANDON PERSONAL PROPERTY

| NO. | DEBTOR | COUNTERPARTY | COUNTERPARTY ADDRESS | DESCRIPTION/TITLE | REJECTION DATE |
|---|---|---|---|---|---|
| | | | | | |
| | Francesca's Administrative Management, Inc. | Trellis Inc | 350 Main Street Suite 620 Malden, MA 02148 | Maintenance Retainer SOW | 2/5/26 |
| | Francesca's Administrative Management, Inc. | Movable, Inc. | 5 Bryant Park 1065 6th Avenue 9th Floor New York, NY 10018 | Services Agreement (and Order Forms) | 2/5/26 |
| | Francesca's Operations, Inc. | Vintage Construction Management, LLC | PO Box 1012 Greeneville, SC 29602 | Construction Contract Lakeside Shopping Center Metairie, LA | 2/5/26 |
| | Francesca's Operations, Inc. | Torcom Construction, LLC | 34406 N 27th Drive Building 7 Suite 170 Phoenix, AZ 85085 | Construction Contract University Town Center Sarasota, FL | 2/5/26 |
| | Francesca's Administrative Management, Inc. | Federal Express Corporation | PO Box 660481 Dallas, TX 75266 | FedEx Pricing Agreement (and Amendments) | 2/5/26 |
| | Francesca's Administrative Management, Inc. | Oncall Staffing Inc | PO Box 55569 Houston, TX 77255 | Staffing Agreement | 2/5/26 |
| | Francesca's Administrative Management, Inc. | Vaco LLC | 5501 Virginia Way Suite 120 Brentwood, TN 37027 | Staffing Agreement | 2/5/26 |
| | Francesca's Administrative Management, Inc. | Element 78 Partners LLC | 1301 W 22nd St Suite 410 Oak Brook, IL 60523 | Staffing Agreement | 2/5/26 |
| | Francesca's Administrative Management, Inc. | Robert Half Inc | PO Box 743295 Los Angeles, CA 90074 | Staffing Agreement | 2/5/26 |
| | Francesca's Administrative Management, Inc. | Cox Consulting Network LLC | 12600 Hill Country Blvd. Suite R-275 Austin, TX 78738 | Staffing Agreement | 2/5/26 |

4900-2523-7139, v. 3