**MANDELBAUM BARRETT PC**
3 Becker Farm Road, Suite 105
Roseland, New Jersey 07068
(973) 736-4600
(973) 325-7467 Facsimile
Jeffrey M. Rosenthal
jrosenthal@mblawfirm.com
Vincent J. Roldan
vroldan@mblawfirm.com
Katie F. Warren
kwarren@mblawfirm.com
*Counsel for Francesca's Acquisition, LLC, et al.*

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| In re: | Chapter 11 |
| FRANCESCA'S ACQUISITION, LLC, *et al.*,[1] | Case No. 26 -11312 (MEH) |
| Debtors. | (Jointly Administered) |

**NOTICE OF PROPOSED REJECTION OF**
**EXECUTORY CONTRACTS AND/OR UNEXPIRED LEASES PURSUANT TO**
**REJECTION PROCEDURES ORDER (LEASES 147-246)**

> **PARTIES RECEIVING THIS NOTICE SHOULD LOCATE THEIR NAMES AND THEIR CONTRACTS ON SCHEDULE I ATTACHED HERETO AND READ THE CONTENTS OF THIS NOTICE CAREFULLY.**

On March 6, 2026, the United States Bankruptcy Court for the District of New Jersey (the "Court") entered an order approving procedures for the rejection of executory contracts and unexpired leases and granting related relief (the "Procedures Order") [Dkt 261].[2]

Pursuant to the Procedures Order, the above-captioned debtors and debtors in possession (collectively, the "Debtors") hereby provide this notice (this "Rejection Notice") of their intent to reject the Contract(s) listed in **Schedule 1** attached hereto (collectively, the "Contracts"). Pursuant to the terms of the Procedures Order, the Contract(s) shall be deemed rejected effective as of the

---

[1] The Debtor entities in these chapter 11 cases, along with the last four digits of each Debtor entity's federal tax identification number, are: Francesca's Acquisition, LLC (3616); Francesca's Operations, Inc. (6872); Francesca's Administrative Management, Inc. (5788); and Francesca's IP Company, Inc. (9588). The Debtors' service address is 8760 Clay Road, Suite 100, Houston, TX 77080.

[2] Capitalized terms used but not otherwise defined herein have the meanings ascribed to them in the Procedures Order.

later of the date set forth in **Schedule 1** (the "Rejection Date") or such other date as the Debtors and the applicable Rejection Counterparty agree; *provided* that the effective date for a rejection of a lease of nonresidential real property shall not occur until the later of (i) the Rejection Date set forth on **Schedule 1** and (ii) the date the Debtors relinquish control of the premises by notifying the affected landlord or such landlord's counsel (if known to Debtors' counsel) in writing (email being sufficient) of the Debtors' surrender of the premises as of the date of such writing and, as applicable, (a) turning over keys issued by the landlord, key codes, and/or security codes, if any, to the affected landlord or (b) notifying such affected landlord and such landlord's counsel (if known to Debtors' counsel) in writing (email being sufficient) that the property has been surrendered and the landlord may rekey and re-let the leased premises (the "Rejection Effective Date").

The Debtors intend to abandon the personal property remaining in or on the property for each Contract(s) as described on **Schedule 1** (if any).  Pursuant to the terms of the Procedures Order, upon entry of the Rejection Order (as defined herein), the landlord shall be entitled to dispose of such abandoned personal property without further notice or order from this Court and without liability for such disposal.

If you object to the Debtors' rejection of the Contract(s) listed in **Schedule 1** (including any objections to the Debtors' abandonment of personal property, if any), you must file a written objection with the Court and serve such objection by *electronic mail* so as to be *actually received* by the following parties (collectively, the "Notice Parties") no later than fourteen (14) days after the date that the Debtors served this Notice or such other time period as agreed between you and the Debtors:

    i. **Counsel to the Debtors**: MANDELBAUM BARRETT PC 3 Becker Farm Road, Suite 105 Roseland, New Jersey 07068 Attn: Jeffrey M. Rosenthal at (jrosenthal@mblawfirm.com), Vincent J. Roldan at (vroldan@mblawfirm.com) and Katie F. Warren at (KWarren@mblawfirm.com)

    ii. **The Office of the U.S. Trustee**: Jeffrey Sponder (jeffrey.m.sponder@usdoj.gov) and Samantha Lieb (Samantha.lieb2@usdoj.gov)

    iii. **Counsel to the Prepetition Lender**: Greenberg Traurig, LLP, One International Place, Suite 2000, Boston, MA 02110, Attn: Alan Brody (brodya@gtlaw.com) Jeffrey M. Wolf (Jeffrey.Wolf@gtlaw.com), Julia Frost-Davies (Julia.FrostDavies@gtlaw.com), and Charlie Liu (Charlie.Liu@gtlaw.com).

    iv. **Counsel to the Committee** Fox Rothschild LLP, 49 Market St, Morristown, NJ 07960, Attn: Joseph DiPasquale (jdipasquale@foxrothschild.com) and Michael Herz (mherz@foxrothschild.com).

Pursuant to the terms of the Procedures Order, if no objection is filed and served in accordance with the above procedures, the Debtors may include and file with the Court the above-described Contract(s) in a rejection schedule attached to the proposed form of order under a certificate of no objection, substantially in the form attached hereto as **Exhibit A-1**

(the "Rejection Order").    No Contract shall be deemed rejected absent entry of an applicable Rejection Order.

If an objection is properly filed and served on the Debtors and the Notice Parties, as specified above,[3] unless such parties agree otherwise in writing, a hearing will be scheduled to consider that objection.   The applicable Contract(s) subject to the objection only will be deemed rejected upon entry by the Court of a consensual form of Rejection Order filed under certificate of counsel resolving the objection as between the objecting party and the Debtors, or, if resolution is not reached and/or the objection is not withdrawn, upon further order of the Court.

Pursuant to the terms of the Procedures Order, if the Debtors have deposited monies with a landlord pursuant to a security deposit, the landlord holding such monies may not set-off or recoup or otherwise use such monies without (a) prior approval of the Court or (b) agreement of the Debtors (with the prior consent of the Prepetition Agents).

Pursuant to the terms of the Procedures Order, if you have a claim for any damages as a result of the Debtors' rejection of the above-referenced Contract(s), you must submit a proof of claim by the later of (a) the applicable dates designated by the Bankruptcy Court (or pursuant to the Bankruptcy Rules) as the last date for filing proofs of claims in these Chapter 11 Cases, (b) thirty (30) days following the entry of the order approving such rejection of the applicable Contract, and (c) thirty (30) days following the effective date of such rejection of the applicable Contract.

IF YOU FAIL TO TIMELY SUBMIT A PROOF OF CLAIM IN THE APPROPRIATE FORM BY THE DEADLINE SET FORTH HEREIN, YOU MAY BE FOREVER BARRED, ESTOPPED, AND ENJOINED FROM (I) ASSERTING SUCH CLAIM AGAINST ANY OF THE DEBTORS AND THEIR CHAPTER 11 ESTATES, (II) VOTING ON ANY CHAPTER 11 PLAN OF REORGANIZATION FILED IN THESE CASES ON ACCOUNT OF SUCH CLAIM, AND (III) PARTICIPATING IN ANY DISTRIBUTION IN THE DEBTORS' CHAPTER 11 CASES ON ACCOUNT OF SUCH CLAIM.

Dated:  Roseland, New Jersey
March 12, 2026                                        MANDELBAUM BARRETT PC

By: */s/ Vincent J. Roldan*
3 Becker Farm Road, Suite 105
Roseland, New Jersey 07068
Jeffrey M. Rosenthal
jrosenthal@mblawfirm.com
Vincent J. Roldan
vroldan@mblawfirm.com
Katie F. Warren
kwarren@mblawfirm.com

---

[3]   An objection to the rejection of a particular Contract listed on this Notice shall not constitute an objection to the rejection of any other Contract listed on this Notice.

**Schedule 1**

**Schedule of Rejected Contracts**

**List of Lease Rejections**

| NO. | DEBTOR | COUNTERPARTY | COUNTERPARTY ADDRESS | DESCRIPTION/TITLE | REJECTION DATE |
|---|---|---|---|---|---|
| 147 | Francesca's Operations, Inc. | 1308 Simon Property Group (Texas) LP | 225 West Washington St. Indianapolis, IN 46204 | Firewheel Town Center 265 Cedar Sage Dr. Garland, TX 75040 Boutique #374 | 3/31/26 |
| 148 | Francesca's Operations, Inc. | 168th and Dodge LP | One East Washington Street Phoenix, AZ 85004 | Village Pointe SC 17151 Davenport Suite 113 Omaha, NE 68118 Boutique #31 | 3/31/26 |
| 149 | Francesca's Operations, Inc. | Acadiana Mall LLC | 100 Innovation Irvine, CA 92617 | The Mall of Acadiana 5725 Johnston Street Lafayette, LA 70503 Boutique #255 | 3/31/26 |
| 150 | Francesca's Operations, Inc. | Alderwood Mall LLC | 350 N. Orleans St. Suite 300 Chicago, IL 60654 | Alderwood Mall 3000 184th St SW Lynnwood, WA 98037 Boutique #195 | 3/31/26 |
| 151 | Francesca's Operations, Inc. | Ameream LLC | One Meadowlands Plaza 14th Floor East Rutherford, NJ 07073 | American Dream 1 American Dream Way Suite B119 East Rutherford, NJ 07073 Boutique #696 | 3/31/26 |
| 152 | Francesca's Operations, Inc. | American Assets Trust, LP | 3420 Carmel Mountain Road Suite 100 San Diego, CA 92121 | Alamo Quarry Market 255 E Basse Rd San Antonio, TX 78209 Boutique #14 | 3/31/26 |
| 153 | Francesca's Operations, Inc. | American National Insurance Co | 2660 Eastchase Lane Montgomery, AL 36117 | Edgewater Mall 2600 Beach Boulevard Suite 30 Biloxi, MS 39531 Boutique #535 | 3/31/26 |
| 154 | Francesca's Operations, Inc. | Arden Fair Associates, L.P. | 1689 Arden Way Sacramento, CA 95815 | Arden Fair 1689 Arden Way Suite 1334 Sacramento, CA 95815 Boutique #215 | 3/31/26 |
| 155 | Francesca's Operations, Inc. | Atlanta Outlet JV LLC | 2030 Hamilton Place Blvd. Suite 500 Chattanooga, TN 37421 | The Outlet Shoppes at Atlanta 915 Ridgewalk Parkway Suite H-870 Woodstock, GA 30188 Boutique #2044 | 3/31/26 |
| 156 | Francesca's Operations, Inc. | Battlefield Mall LLC | 225 West Washington St. Indianapolis, IN 46204-3438 | Battlefield Mall 2825 S. Glenstone Suite UO3A Springfield, MO 65804 Boutique #256 | 3/31/26 |

| NO. | DEBTOR | COUNTERPARTY | COUNTERPARTY ADDRESS | DESCRIPTION/TITLE | REJECTION DATE |
|---|---|---|---|---|---|
| 157 | Francesca's Operations, Inc. | Baybrook Mall LLC | 350 N. Orleans St. Suite 300 Chicago, IL 60654 | Baybrook Mall 500 Baybrook Mall Friendswood, TX 77546 Boutique #118 | 3/31/26 |
| 158 | Francesca's Operations, Inc. | BEI-Beach LLC | 312 Park Avenue South Pasadena, CA 91199-1841 | The Market Common at Myrtle Beach 3323 Reed Ave Suite A6-700 Myrtle Beach, SC 29577 Boutique #104 | 3/31/26 |
| 159 | Francesca's Operations, Inc. | Bel Air Plaza LLC | C/O Crosspoint Realty Services San Francisco, CA 94120-7365 | Bel Aire Plaza 3634 Bel Aire Plaza Napa, CA 94558 Boutique #507 | 3/31/26 |
| 160 | Francesca's Operations, Inc. | BPR-FF LLC | 350 N. Orleans St. Suite 300 Chicago, IL 60654 | Columbiana Centre 100 Columbiana Circle Columbia, SC 29212 Boutique #164 | 3/31/26 |
| 161 | Francesca's Operations, Inc. | BPR-FF LLC | 350 N. Orleans St. Suite 300 Chicago, IL 60654 | The Maine Mall 364 Maine Mall Rd. Suite S-174 South Portland, ME 4106 Boutique #191 | 3/31/26 |
| 162 | Francesca's Operations, Inc. | Brandon (Tampa) LP | 2049 Century Park East 41st Floor Los Angeles, CA 90067 | Brandon Exchange 406 Brandon Town Center Brandon, FL 33511 Boutique #521 | 3/31/26 |
| 163 | Francesca's Operations, Inc. | Bridgewater Pacific LLC | 2049 Century Park East Suite 1550N Los Angles, CA 90067 | Bridgewater Commons 400 Bridgewater Commons Bridgewater, NJ 8807 Boutique #131 | 3/31/26 |
| 164 | Francesca's Operations, Inc. | Burroughs & Chapin Company Inc | PO Box 7577 Myrtle Beach, SC 29572 | Barefoot Landing 4848 Highway 17 South Suite 52 North Myrtle Beach, SC 29582 Boutique #229 | 3/31/26 |
| 165 | Francesca's Operations, Inc. | Buyer Retail Company IV LLC | 2222 Arlington Avenue Atlanta, GA 30374-0455 | The Summit 200 Summit Blvd Suite 600 Birmingham, AL 35243 Boutique #34 | 3/31/26 |
| 166 | Francesca's Operations, Inc. | BVA Avenue LLC | 176 North Main Street Suite 210 Florida, NY 10921 | The Avenue Murfreesboro 2615 Medical Center Pkwy Murfreesboro, TN 37129 Boutique #77 | 3/31/26 |
| 167 | Francesca's Operations, Inc. | C.F. Smith Property Group, LLC | 100 Magnolia Road Suite 300 Pinehurst, NC 28374 | Pinecrest Plaza 4 Pinecrest Plaza Southern Pines, NC 28387 Boutique #561 | 3/31/26 |
| 168 | Francesca's Operations, Inc. | Capital Realty Group | 1200 Howard Ave Burlingame, CA 94010 | 1235 Burlingame Avenue 1235 Burlingame Ave Burlingame, CA 94010 Boutique #214 | 3/31/26 |

| NO. | DEBTOR | COUNTERPARTY | COUNTERPARTY ADDRESS | DESCRIPTION/TITLE | REJECTION DATE |
|---|---|---|---|---|---|
| 169 | Francesca's Operations, Inc. | Carlsbad 2525, LLC | 350 N. Orleans St. Suite 300 Chicago, IL 60654 | The Shoppes at Carlsbad 2525 El Camino Real Suite 230 Carlsbad, CA 92008 Boutique #682 | 3/31/26 |
| 170 | Francesca's Operations, Inc. | Carolina Place LLC | 350 N. Orleans St. Suite 300 Chicago, IL 60654 | Carolina Place 11025 Carolina Place Parkway Suite A-20 Pineville, NC 28134 Boutique #307 | 3/31/26 |
| 171 | Francesca's Operations, Inc. | CBL & Associates LP | 2030 Hamilton Place Blvd. Suite 500 Chattanooga, TN 37421 | Mayfaire Town Center 6823 Main Street Wilmington, NC 28405 Boutique #79 | 3/31/26 |
| 172 | Francesca's Operations, Inc. | CBL & Associates LP | 2030 Hamilton Place Blvd. Suite 500 Chattanooga, TN 37421 | Fayette Mall 3401 Nicholasville Road Lexington, KY 40503 Boutique #254 | 3/31/26 |
| 173 | Francesca's Operations, Inc. | CBL & Associates LP | 2030 Hamilton Place Blvd. Suite 500 Chattanooga, TN 37421 | Post Oak Mall 1500 Harvey Road College Station, TX 77840 Boutique #365 | 3/31/26 |
| 174 | Francesca's Operations, Inc. | CBL & Associates LP | 2030 Hamilton Place Blvd. Suite 500 Chattanooga, TN 37421 | Pearland Town Center 11200 Broadway Pearland, TX 77584 Boutique #370 | 3/31/26 |
| 175 | Francesca's Operations, Inc. | CBL & Associates LP | 2030 Hamilton Place Blvd. Suite 500 Chattanooga, TN 37421 | Dakota Square 2400 10th Street SW Minot, ND 58701 Boutique #488 | 3/31/26 |
| 176 | Francesca's Operations, Inc. | CBL & Associates LP | 2030 Hamilton Place Blvd. Suite 500 Chattanooga, TN 37421 | Turtle Creek Mall 1000 Turtle Creek Drive Suite 420 Hattiesburg, MS 39402 Boutique #543 | 3/31/26 |
| 177 | Francesca's Operations, Inc. | CBL & Associates LP | 2030 Hamilton Place Blvd. Suite 500 Chattanooga, TN 37421 | Richland Mall 6001 West Waco Drive Suite 44 Waco, TX 76710 Boutique #627 | 3/31/26 |
| 178 | Francesca's Operations, Inc. | CBL & Associates LP | 2030 Hamilton Place Blvd. Suite 500 Chattanooga, TN 37421 | Parkdale Mall 6155 Eastex Freeway Suite G-712 Beaumont, TX 77706 Boutique #658 | 3/31/26 |
| 179 | Francesca's Operations, Inc. | CBL & Associates LP | 2030 Hamilton Place Blvd. Suite 500 Chattanooga, TN 37421 | Meridian Mall 1982 W Grand River Ave Suite 231 Okemos, MI 48864 Boutique #707 | 3/31/26 |

| NO. | DEBTOR | COUNTERPARTY | COUNTERPARTY ADDRESS | DESCRIPTION/TITLE | REJECTION DATE |
|---|---|---|---|---|---|
| 180 | Francesca's Operations, Inc. | CBL Mesa Mall, LLC | 2030 Hamilton Place Blvd. Suite 500 Chattanooga, TN 37421 | Mesa Mall 2424 Highway 6 Suite 84 Grand Junction, CO 81505 Boutique #563 | 3/31/26 |
| 181 | Francesca's Operations, Inc. | CBL-T-C LLC | Oak Park Mall, LLC Atlanta, GA 30353 | Oak Park Mall 11445 W 95th St. Overland Park, KS 66214 Boutique #127 | 3/31/26 |
| 182 | Francesca's Operations, Inc. | CBL-T-C LLC | 2030 Hamilton Place Blvd. Suite 500 Chattanooga, TN 37421-6000 | West County Mall 80 West County Center Suite 1194 Des Peres, MO 63131 Boutique #140 | 3/31/26 |
| 183 | Francesca's Operations, Inc. | CBL-TRS Friendly Center 2023 LLC | 2030 Hamilton Place Blvd. Suite 500 Chattanooga, TN 37421-6000 | The Shops at Friendly Center 3326 W Friendly Greensboro, NC 27410 Boutique #59 | 3/31/26 |
| 184 | Francesca's Operations, Inc. | CC Plaza Owner - Rent Collection Lockbox | P.O. Box 738846 Dallas, TX 75373-8846 | Country Club Plaza 4724 Broadway Kansas City, MO 64112 Boutique #124 | 3/31/26 |
| 185 | Francesca's Operations, Inc. | Charlotte Premium Outlets | 225 West Washington St. Indianapolis, IN 46204-3438 | Charlotte Outlets 5410 New Fashion Way Suite 210 Charlotte, NC 28278 Boutique #2009 | 3/31/26 |
| 186 | Francesca's Operations, Inc. | Charter DW Watters Creek Village LLC | 970 Garden Park Dr Allen, TX 75013 | Watters Creek at Montgomery Farm 843 Watters Creek Boulevard Allen, TX 75013 Boutique #93 | 3/31/26 |
| 187 | Francesca's Operations, Inc. | Chelsea Pocono Finance LLC | 225 West Washington St. Indianapolis, IN 46204 | The Crossings Premium Outlets 1000 Premium Outlets Dr. Suite B01 Tannersville, PA 18372 Boutique #2087 | 3/31/26 |
| 188 | Francesca's Operations, Inc. | Chino Dunhill LLC | 227 W. Monroe Street Chicago, IL 60600 | Shoppes at Chino Hills 13855 City Center Drive Suite 3040 Chino Hills, CA 91709 Boutique #579 | 3/31/26 |
| 189 | Francesca's Operations, Inc. | Christiana Mall LLC | 350 N. Orleans St. Suite 300 Chicago, IL 60654 | Christiana Mall 132 Christiana Mall Newark, DE 19702 Boutique #500 | 3/31/26 |
| 190 | Francesca's Operations, Inc. | Clark Investment Company | 10 North Main Street, PH 1 West Hartford, CT 06107 | West Farms 985 Farmington Avenue West Hartford, CT 6107 Boutique #570 | 3/31/26 |
| 191 | Francesca's Operations, Inc. | Clearfork Retail Venture LLC | 225 West Washington St. Indianapolis, IN 46204-3438 | Shops at Clearfork 5240 Marathon Ave. | 3/31/26 |

| NO. | DEBTOR | COUNTERPARTY | COUNTERPARTY ADDRESS | DESCRIPTION/TITLE | REJECTION DATE |
|---|---|---|---|---|---|
| | | | | Fort Worth, TX 76109<br>Boutique #671 | |
| 192 | Francesca's Operations, Inc. | Coastland Center LLC | 110 N. Wacker Dr.<br>Chicago, IL 60606 | Coastland Center<br>1766 Tamiami Trail<br>Naples, FL 34102<br>Boutique #261 | 3/31/26 |
| 193 | Francesca's Operations, Inc. | Columbia Mall LLC | 350 N. Orleans St.<br>Suite 300<br>Chicago, IL 60606 | Columbia Mall<br>2300 Bernadette Drive<br>Columbia, MO 65203<br>Boutique #317 | 3/31/26 |
| 194 | Francesca's Operations, Inc. | Concord Mills Mall LP | 225 West Washington St.<br>Indianapolis, IN 46204 | Concord Mills<br>8111 Concord Mills Boulevard<br>Suite 226<br>Concord, NC 28027<br>Boutique #2024 | 3/31/26 |
| 195 | Francesca's Operations, Inc. | Contrarian Properties GP LLC | 350 N. Orleans St.<br>Suite 300<br>Chicago, IL 60654 | Crossroads Center<br>4201 West Division Street<br>Suite B0027<br>Saint Cloud, MN 56301<br>Boutique #314 | 3/31/26 |
| 196 | Francesca's Operations, Inc. | Corpus Christi Retail Venture LP | P.O. Box 843945<br>Dallas, TX 75284-3945 | La Palmera<br>5488 South Padre Island<br>Suite 1430<br>Corpus Christi, TX 78411<br>Boutique #72 | 3/31/26 |
| 197 | Francesca's Operations, Inc. | Countryside Mall LLC | 27001 US Highway 19 N<br>Clearwater, FL 33761 | Countryside Mall<br>27001 US Hwy 19N<br>Suite 1057<br>Clearwater, FL 33761<br>Boutique #675 | 3/31/26 |
| 198 | Francesca's Operations, Inc. | CPT Arlington Highlands 1 LP | 1 East Wacker Drive<br>Suite 3110<br>Chicago, IL 60601 | Arlington Highlands<br>3900 Arlington Highlands Blvd<br>Suite 173<br>Arlington, TX 76018<br>Boutique #71 | 3/31/26 |
| 199 | Francesca's Operations, Inc. | CR Mount Pleasant LLC | 1427 Clarkview ROAD<br>Baltimore, MD 21209 | Mount Pleasant Towne Centre<br>1237 Belk Drive<br>Mount Pleasant, SC 29464<br>Boutique #69 | 3/31/26 |
| 200 | Francesca's Operations, Inc. | Craig Realty Group | 4100 MacArthur Boulevard, Suite 200<br>New port Beach, CA 92660 | Outlets at Castle Rock<br>5050 Factory Shops Blvd.<br>Suite 462<br>Castle Rock, CO 80108<br>Boutique #2037 | 3/31/26 |
| 201 | Francesca's Operations, Inc. | CRC Lakeside Village Coinvest LLC | 1427 Clarkview Road<br>Ste 500<br>Baltimore, MD 21209 | Lakeside Village<br>1437 Town Center Dr<br>Lakeland, FL 33803<br>Boutique #575 | 3/31/26 |
| 202 | Francesca's Operations, Inc. | Crestview Hills | 3825 Edwards Road<br>Suite 200<br>Cincinnati, OH 45209 | Crestview Hills TC<br>2868 Town Center Blvd<br>Suite 7055<br>Crestview Hills, KY 41017<br>Boutique #41 | 3/31/26 |

| NO. | DEBTOR | COUNTERPARTY | COUNTERPARTY ADDRESS | DESCRIPTION/TITLE | REJECTION DATE |
|---|---|---|---|---|---|
| 203 | Francesca's Operations, Inc. | Crocker Park LLC | 629 Euclid Avenue Cleveland, OH 44114 | Crocker Park 161 Main Street Westlake, OH 44145 Boutique #198 | 3/31/26 |
| 204 | Francesca's Operations, Inc. | Crossgates Mall Company Newco | 4 Clinton Square Syracuse, NY 13202-1078 | Crossgates Mall 1 Crossgates Mall Road Suite B232 Albany, NY 12203 Boutique #304 | 3/31/26 |
| 205 | Francesca's Operations, Inc. | Del Monte Merchants Association | 3420 Carmel Mountain Road Suite 100 San Diego, CA 92121 | Del Monte Center 690 Del Monte Center Monterey, CA 93940 Boutique #205 | 3/31/26 |
| 206 | Francesca's Operations, Inc. | Destin Commons Ltd | 19501 Biscayne Boulevard Aventura, FL 33180 | Destin Commons 4138 Legendary Dr. Suite B-104 Destin, FL 32541 Boutique #119 | 3/31/26 |
| 207 | Francesca's Operations, Inc. | DPEG Commons LLC | 11333 Fountain Lake Drive Stafford, TX 77477 | Kingwood Commons 732 Kingwood Dr. Kingwood, TX 77339 Boutique #562 | 3/31/26 |
| 208 | Francesca's Operations, Inc. | DTPS B-2 LLC | 555 S. Sunrise Way Suite 200 Palm Springs, CA 92264 | Downtown Palm Springs 175 North Palm Canyon Dr. Suite 120 Palm Springs, CA 92262 Boutique #281 | 3/31/26 |
| 209 | Francesca's Operations, Inc. | Easton Town Center II LLC | 4016 Townsfair Way Suite 201 Columbus, OH 43219 | Easton Town Center 108 Easton Town Center Columbus, OH 43219 Boutique #40 | 3/31/26 |
| 210 | Francesca's Operations, Inc. | Eastwood Mall | 5577 Youngstown-Warren Road Niles, OH 44446 | Eastwood Mall 5555 Youngstown-Warren Rd. Suite 435 Niles, OH 44446 Boutique #608 | 3/31/26 |
| 211 | Francesca's Operations, Inc. | Ellenton Premium Outlets | 225 West Washington St. Indianapolis, IN 46204-3438 | Ellenton Premium Outlets 5419 Factory Shops Blvd. Suite 125 Ellenton, FL 34222 Boutique #2100 | 3/31/26 |
| 212 | Francesca's Operations, Inc. | Elmwal Associates, LLC | 1341 West Main Road Middletown, RI 02842 | The Shops at Long Wharf 15 Long Wharf Mall Newport, RI 2840 Boutique #260 | 3/31/26 |
| 213 | Francesca's Operations, Inc. | Fairfax Company of Virginia LLC | 600 Madison Avenue, 14th Floor New York, NY 10022 | Fair Oaks 11750 Fair Oaks Mall Suite K-113 Fairfax, VA 22033 Boutique #341 | 3/31/26 |

| NO. | DEBTOR | COUNTERPARTY | COUNTERPARTY ADDRESS | DESCRIPTION/TITLE | REJECTION DATE |
|---|---|---|---|---|---|
| 214 | Francesca's Operations, Inc. | Fashion Outlets at Foxwoods LLC | 3200 Northline Avenue Suite 360 Greensboro, NC 27408 | Foxwoods Outlet 455 Trolley Line Blvd Suite 560 Mashantucket, CT 06338 Boutique #2023 | 3/31/26 |
| 215 | Francesca's Operations, Inc. | Fashion Valley Mall LLC3172637 | 225 West Washington St. Indianapolis, IN 46204-3438 | Fashion Valley Mall 7007 Friars Road Suite 583 A San Diego, CA 92108 Boutique #212 | 3/31/26 |
| 216 | Francesca's Operations, Inc. | Federal Realty OP LP | 909 Rose Avenue Suite 200 North Bethesda, MD 20852 | The Shops at Pembroke Gardens 505 SW 145th Terrace Pembroke Pines, FL 33027 Boutique #82 | 3/31/26 |
| 217 | Francesca's Operations, Inc. | Federal Realty OP LP | 909 Rose Avenue Suite 200 North Bethesda, MD 20852 | Promenade at Virginia Gateway 14009 Promenade Commons St. Gainesville, VA 20155 Boutique #504 | 3/31/26 |
| 218 | Francesca's Operations, Inc. | Fort Smith Realty LLC | 150 Great Neck Road Great Neck, NY 11021 | Central Mall 5111 Rodgers Ave. Fort Smith, AR 72903 Boutique #326 | 3/31/26 |
| 219 | Francesca's Operations, Inc. | Fort Wayne IND Mall, LLC | PO Box 641066 Pittsburgh, PA 15264-1066 | Glenbrook Square 4201 Coldwater Road Suite C03 Fort Wayne, IN 46805 Boutique #250 | 3/31/26 |
| 220 | Francesca's Operations, Inc. | Four State Properties LLC | 350 N. Orleans St. Suite 300 Chicago,, IL 60654 | Park Meadows 8505 Park Meadows Center Drive Lone Tree, CO 80124 Boutique #400 | 3/31/26 |
| 221 | Francesca's Operations, Inc. | Frederick Westview Properties | 9640 Deereco Road Timonium, MD 21093 | Westview Promenade 5251 Buckeyestown Pike Frederick, MD 21704 Boutique #604 | 3/31/26 |
| 222 | Francesca's Operations, Inc. | Freehold Chandler Trust LLC | P.O. Box 51603 Los Angeles, CA 90051-5903 | Chandler Fashion Center 3111 W Chandler Blvd Suite 2024 Chandler, AZ 85226 Boutique #306 | 3/31/26 |
| 223 | Francesca's Operations, Inc. | Freemall Associates, LLC | 401 Wilshire Blvd. Suite 700 Santa Monica, CA 90401 | Freehold Raceway Mall 3710 Route 9 Suite #B214 Freehold, NJ 07728-4895 Boutique #239 | 3/31/26 |
| 224 | Francesca's Administrative Management, Inc. | G&I Intermediate Ranger II LLC | 3040 Post Oak Blvd. Suite 600 Houston, TX 77056 | Corporate Office 8760 Clay Rd Suite 100 Houston, TX 77080 Boutique #9905 | 3/31/26 |
| 225 | Francesca's Operations, Inc. | Galway Centerra, LLC | P.O. Box 45 McFarland, WI 53558 | The Promenade Shops at Centerra 5855 Sky Pond Dr Suite F124 | 3/31/26 |

| NO. | DEBTOR | COUNTERPARTY | COUNTERPARTY ADDRESS | DESCRIPTION/TITLE | REJECTION DATE |
|---|---|---|---|---|---|
| | | | | Loveland, CO 80538<br>Boutique #45 | |
| 226 | Francesca's Operations, Inc. | Garden City Venture LLC | 400 Atlantic Avenue<br>Boston, MA 02110-3333 | Garden City Shopping Center<br>37 Hillside Dr.<br>Cranston, RI 2920<br>Boutique #180 | 3/31/26 |
| 227 | Francesca's Operations, Inc. | GGP Limited Partnership | 350 N. Orleans St.<br>Suite 300<br>Chicago, IL 60654 | Fox River Mall<br>4301 West Wisconsin Avenue<br>Suite 120<br>Appleton, WI 54913<br>Boutique #237 | 3/31/26 |
| 228 | Francesca's Operations, Inc. | GGP LP | 110 N. Wacker Dr.<br>Chicago, IL 60606 | Boise Towne Square<br>350 N. Milwaukee<br>Boise, ID 83704<br>Boutique #274 | 3/31/26 |
| 229 | Francesca's Operations, Inc. | GGP LP | 350 N. Orleans St.<br>Suite 300<br>Chicago, IL 60654 | Apache Mall<br>333 Apache Mall<br>Rochester, MN 55902<br>Boutique #316 | 3/31/26 |
| 230 | Francesca's Operations, Inc. | GGP LP | 350 N. Orleans St.<br>Suite 300<br>Chicago, IL 60654 | The Mall in Columbia<br>10300 Little Patuxent Parkway<br>Suite 2800<br>Columbia, MD 21044<br>Boutique #346 | 3/31/26 |
| 231 | Francesca's Operations, Inc. | GGP LP | 350 N. Orleans St.<br>Suite 300<br>Chicago, IL 60654 | Sooner Mall<br>3301 W. Main Street<br>Norman, OK 73072<br>Boutique #546 | 3/31/26 |
| 232 | Francesca's Operations, Inc. | GGP LP Real Estate Inc | 350 N. Orleans St.<br>Suite 300<br>Chicago, IL 60654 | Deerbrook Mall<br>20131 Hwy 59 N<br>Humble, TX 77338<br>Boutique #200 | 3/31/26 |
| 233 | Francesca's Operations, Inc. | GGP Natick TR | 350 N. Orleans St.<br>Suite 300<br>Chicago, IL 60654 | Natick Mall<br>1245 Worcester St<br>Suite 1032<br>Natick, MA 1760<br>Boutique #177 | 3/31/26 |
| 234 | Francesca's Operations, Inc. | GGP/Homart II LLC | 350 N. Orleans St.<br>Suite 300<br>Chicago, IL 60654 | Altamonte Mall<br>451 East Altamonte Dr<br>Suite 2157<br>Altamonte Springs, FL 32701<br>Boutique #194 | 3/31/26 |
| 235 | Francesca's Operations, Inc. | GGP/Homart II LLC | 350 N. Orleans St.<br>Suite 300<br>Chicago, IL 60654 | First Colony Mall<br>16535 Southwest Frwy.<br>Sugar Land, TX 77479<br>Boutique #213 | 3/31/26 |
| 236 | Francesca's Operations, Inc. | GGP/Homart II LLC | 350 N. Orleans St.<br>Suite 300<br>Chicago, IL 60654 | Stonebriar Centre<br>2601 Preston Rd.<br>Suite 1055<br>Frisco, TX 75034<br>Boutique #672 | 3/31/26 |

| NO. | DEBTOR | COUNTERPARTY | COUNTERPARTY ADDRESS | DESCRIPTION/TITLE | REJECTION DATE |
|---|---|---|---|---|---|
| 237 | Francesca's Operations, Inc. | GGPLP Real Estate Inc | 350 N. Orleans St. Suite 300 Chicago, IL 60654 | Mall of Louisiana 6401 Bluebonnet Blvd Suite 1146 Baton Rouge, LA 70836 Boutique #537 | 3/31/26 |
| 238 | Francesca's Operations, Inc. | GGP-Providence Place LLC | PO Box 86 SDS-12-3060 Minneapolis, MN 55486-3060 | Providence Place 1 Providence Place Suite 3235 Providence, RI 2903 Boutique #149 | 3/31/26 |
| 239 | Francesca's Operations, Inc. | GGP-TRS LLC | 350 N. Orleans St. Suite 300 Chicago, IL 60654 | Galleria at Tyler 1240 Galleria at Tyler Suite 109 Riverside, CA 92503 Boutique #60 | 3/31/26 |
| 240 | Francesca's Operations, Inc. | Glen Eagle Retail, LLC | 3678 Paysphere Circle Chicago, IL 60674 | Glen Eagle Square 535 Wilmington West Chester Pike Glen Mills, PA 19342 Boutique #381 | 3/31/26 |
| 241 | Francesca's Operations, Inc. | GMV (Mall) Owner LLC | 13350 Dallas Parkway Dallas, TX 75240 | Galleria Dallas 13350 Dallas Parkway Dallas, TX 75240 Boutique #428 | 3/31/26 |
| 242 | Francesca's Operations, Inc. | Governor's Square Company | 5577 Youngstown-Warren Road Niles, OH 44446 | Governor's Square 2801 Wilma-Rudolph Blvd. Suite 415 Clarksville, TN 37040 Boutique #558 | 3/31/26 |
| 243 | Francesca's Operations, Inc. | Grand Traverse Realty LLC | 350 N. Orleans St. Suite 300 Chicago, IL 60654 | Grand Traverse Mall 3200 W South Airport Rd Suite 506 Traverse City, MI 49684 Boutique #567 | 3/31/26 |
| 244 | Francesca's Operations, Inc. | Greenen Dekock Properties LLC | 12 W. 8th Street Holland, MI 49423 | 5 West 8th Street 5 West 8th Street Holland, MI 49423 Boutique #542 | 3/31/26 |
| 245 | Francesca's Operations, Inc. | Greenwood Mall Realty Holding LLC | 8111 Douglas Avenue Suite 600 Dallas, TX 75225 | Greenwood Mall 2625 Scottsville Road Bowling Green, KY 42104 Boutique #387 | 3/31/26 |
| 246 | Francesca's Operations, Inc. | GRI-Regency LLC | One Independent Drive Suite 114 Jacksonville, FL 32202 | Festival at Woodholme 1809 Reisterstown Rd Baltimore, MD 21208 Boutique #294 | 3/31/26 |

**<u>Exhibit A-1</u>**

**Proposed Rejection Order**

**MANDELBAUM BARRETT PC**
3 Becker Farm Road, Suite 105
Roseland, New Jersey 07068
(973) 736-4600
(973) 325-7467 Facsimile
Jeffrey M. Rosenthal
jrosenthal@mblawfirm.com
Vincent J. Roldan
vroldan@mblawfirm.com
Katie F. Warren
kwarren@mblawfirm.com
*Counsel for Francesca's Acquisition, LLC, et al.*

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| In re: | Chapter 11 |
| FRANCESCA'S ACQUISITION, LLC, *et al.*,[1] | Case No. 26 -11312 (MEH) |
| Debtors. | |

**ORDER APPROVING THE REJECTION OF CERTAIN**
**EXECUTORY CONTRACTS AND/OR UNEXPIRED LEASES AND**
**THE ABANDONMENT OF CERTAIN PERSONAL PROPERTY**

Pursuant to the *Order (I) Authorizing and Approving Procedures to Reject Executory Contracts and Unexpired Leases and (II) Granting Related Relief* (the "Procedures Order");[2] and this Court having jurisdiction over this matter pursuant to 28 U.S.C. § 1334; and this Court having found that this is a core proceeding pursuant to 28 U.S.C. § 157(b); and this Court having found that it may enter a final order consistent with Article III of the United States Constitution; and this Court having found that venue of this proceeding and the Motion in this district is proper pursuant

---

[1] The Debtor entities in these chapter 11 cases, along with the last four digits of each Debtor entity's federal tax identification number, are: Francesca's Acquisition, LLC (3616); Francesca's Operations, Inc. (6872); Francesca's Administrative Management, Inc. (5788); and Francesca's IP Company, Inc. (9588). The Debtors' service address is 8760 Clay Road, Suite 100, Houston, TX 77080.

[2] Capitalized terms used but not defined herein shall have the meaning ascribed to them in the Procedures Order.

to 28 U.S.C. §§ 1408 and 1409; and the Debtors having properly filed and served a Rejection Notice on each applicable party as set forth in the Rejection Schedule, attached hereto as **Exhibit 1**, in accordance with the terms of the Procedures Order; and no timely objections have been filed to the Rejection of such Contracts; and due and proper notice of the Procedures Order and the Rejection Notice having been provided to each applicable Rejection Counterparty as set forth in the Rejection Schedule and it appearing that no other notice need be provided; and after due deliberation and sufficient cause appearing therefor, it is HEREBY ORDERED THAT:

1. **The Motion is GRANTED as set forth herein.**

2. The Contracts listed on the Rejection Schedule attached hereto as **Exhibit 1** are rejected under section 365 of the Bankruptcy Code effective as of the later of the rejection date set forth on the Rejection Schedule (the "Rejection Date") or such other date as the Debtors and the applicable Rejection Counterparty agree; *provided* that the effective date for a rejection of a lease of nonresidential real property shall not occur until the later of the (i) the Rejection Date set forth on **Exhibit 1** and (ii) the date the Debtors relinquish control of the premises by notifying the affected landlord or such landlord's counsel (if any) in writing (email being sufficient) of the Debtors' surrender of the premises and, as applicable (a) turning over keys, key codes, and security codes, if any, to the affected landlord or (b) notifying such affected landlord or such landlord's counsel (if any) in writing (email being sufficient) that the property has been surrendered and that the keys, key codes, and security codes, if any, are not available, but the landlord may rekey the leased premises (the "Rejection Effective Date").

3. Any claims against the Debtors arising from the rejection of any applicable Contracts set forth in the Rejection Schedule must be filed on or before the later of (a) the applicable dates designated by the Bankruptcy Court (or pursuant to the Bankruptcy Rules) as the

last date for filing proofs of claims in these Chapter 11 Cases, (b) thirty (30) days following the entry of this order, and (c) thirty (30) days following the effective date of such rejection of the applicable Contract.

4. The Debtors are authorized, but not directed, at any time on or before the applicable Rejection Effective Date, to remove or abandon any of the Debtors' personal property that may be located on the Debtors' leased premises that are subject to a rejected Contract pursuant to the Order (Authorizing and Approving Procedures to Reject Executory Contracts and Unexpired Leases and (II) Granting Related Relief. The personal property will be deemed abandoned pursuant to section 554 of the Bankruptcy Code, as is, effective as of the Rejection Effective Date. Landlords may, in their sole discretion and without further notice or order of this Court, utilize and/or dispose of such personal property without notice or liability to the Debtors or third parties and, to the extent applicable, the automatic stay is modified to allow such disposition.

5. The Debtors are authorized to take all actions necessary to effectuate the relief granted in this Order and the rejection without further order from this Court.

6. This Court retains exclusive jurisdiction with respect to all matters arising from or related to the implementation, interpretation, and enforcement of this Order.

**Exhibit 1**

**Schedule of Rejected Contracts**

**List of Lease Rejections**

| NO. | DEBTOR | COUNTERPARTY | COUNTERPARTY ADDRESS | DESCRIPTION/TITLE | REJECTION DATE |
|---|---|---|---|---|---|
| 147 | Francesca's Operations, Inc. | 1308 Simon Property Group (Texas) LP | 225 West Washington St. Indianapolis, IN 46204 | Firewheel Town Center 265 Cedar Sage Dr. Garland, TX 75040 Boutique #374 | 3/31/26 |
| 148 | Francesca's Operations, Inc. | 168th and Dodge LP | One East Washington Street Phoenix, AZ 85004 | Village Pointe SC 17151 Davenport Suite 113 Omaha, NE 68118 Boutique #31 | 3/31/26 |
| 149 | Francesca's Operations, Inc. | Acadiana Mall LLC | 100 Innovation Irvine, CA 92617 | The Mall of Acadiana 5725 Johnston Street Lafayette, LA 70503 Boutique #255 | 3/31/26 |
| 150 | Francesca's Operations, Inc. | Alderwood Mall LLC | 350 N. Orleans St. Suite 300 Chicago, IL 60654 | Alderwood Mall 3000 184th St SW Lynnwood, WA 98037 Boutique #195 | 3/31/26 |
| 151 | Francesca's Operations, Inc. | Ameream LLC | One Meadowlands Plaza 14th Floor East Rutherford, NJ 07073 | American Dream 1 American Dream Way Suite B119 East Rutherford, NJ 07073 Boutique #696 | 3/31/26 |
| 152 | Francesca's Operations, Inc. | American Assets Trust, LP | 3420 Carmel Mountain Road Suite 100 San Diego, CA 92121 | Alamo Quarry Market 255 E Basse Rd San Antonio, TX 78209 Boutique #14 | 3/31/26 |
| 153 | Francesca's Operations, Inc. | American National Insurance Co | 2660 Eastchase Lane Montgomery, AL 36117 | Edgewater Mall 2600 Beach Boulevard Suite 30 Biloxi, MS 39531 Boutique #535 | 3/31/26 |
| 154 | Francesca's Operations, Inc. | Arden Fair Associates, L.P. | 1689 Arden Way Sacramento, CA 95815 | Arden Fair 1689 Arden Way Suite 1334 Sacramento, CA 95815 Boutique #215 | 3/31/26 |
| 155 | Francesca's Operations, Inc. | Atlanta Outlet JV LLC | 2030 Hamilton Place Blvd. Suite 500 Chattanooga, TN 37421 | The Outlet Shoppes at Atlanta 915 Ridgewalk Parkway Suite H-870 Woodstock, GA 30188 Boutique #2044 | 3/31/26 |
| 156 | Francesca's Operations, Inc. | Battlefield Mall LLC | 225 West Washington St. Indianapolis, IN 46204-3438 | Battlefield Mall 2825 S. Glenstone Suite UO3A Springfield, MO 65804 Boutique #256 | 3/31/26 |

| NO. | DEBTOR | COUNTERPARTY | COUNTERPARTY ADDRESS | DESCRIPTION/TITLE | REJECTION DATE |
|---|---|---|---|---|---|
| 157 | Francesca's Operations, Inc. | Baybrook Mall LLC | 350 N. Orleans St. Suite 300 Chicago, IL 60654 | Baybrook Mall 500 Baybrook Mall Friendswood, TX 77546 Boutique #118 | 3/31/26 |
| 158 | Francesca's Operations, Inc. | BEI-Beach LLC | 312 Park Avenue South Pasadena, CA 91199-1841 | The Market Common at Myrtle Beach 3323 Reed Ave Suite A6-700 Myrtle Beach, SC 29577 Boutique #104 | 3/31/26 |
| 159 | Francesca's Operations, Inc. | Bel Air Plaza LLC | C/O Crosspoint Realty Services San Francisco, CA 94120-7365 | Bel Aire Plaza 3634 Bel Aire Plaza Napa, CA 94558 Boutique #507 | 3/31/26 |
| 160 | Francesca's Operations, Inc. | BPR-FF LLC | 350 N. Orleans St. Suite 300 Chicago, IL 60654 | Columbiana Centre 100 Columbiana Circle Columbia, SC 29212 Boutique #164 | 3/31/26 |
| 161 | Francesca's Operations, Inc. | BPR-FF LLC | 350 N. Orleans St. Suite 300 Chicago, IL 60654 | The Maine Mall 364 Maine Mall Rd. Suite S-174 South Portland, ME 4106 Boutique #191 | 3/31/26 |
| 162 | Francesca's Operations, Inc. | Brandon (Tampa) LP | 2049 Century Park East 41st Floor Los Angeles, CA 90067 | Brandon Exchange 406 Brandon Town Center Brandon, FL 33511 Boutique #521 | 3/31/26 |
| 163 | Francesca's Operations, Inc. | Bridgewater Pacific LLC | 2049 Century Park East Suite 1550N Los Angles, CA 90067 | Bridgewater Commons 400 Bridgewater Commons Bridgewater, NJ 8807 Boutique #131 | 3/31/26 |
| 164 | Francesca's Operations, Inc. | Burroughs & Chapin Company Inc | PO Box 7577 Myrtle Beach, SC 29572 | Barefoot Landing 4848 Highway 17 South Suite 52 North Myrtle Beach, SC 29582 Boutique #229 | 3/31/26 |
| 165 | Francesca's Operations, Inc. | Buyer Retail Company IV LLC | 2222 Arlington Avenue Atlanta, GA 30374-0455 | The Summit 200 Summit Blvd Suite 600 Birmingham, AL 35243 Boutique #34 | 3/31/26 |
| 166 | Francesca's Operations, Inc. | BVA Avenue LLC | 176 North Main Street Suite 210 Florida, NY 10921 | The Avenue Murfreesboro 2615 Medical Center Pkwy Murfreesboro, TN 37129 Boutique #77 | 3/31/26 |
| 167 | Francesca's Operations, Inc. | C.F. Smith Property Group, LLC | 100 Magnolia Road Suite 300 Pinehurst, NC 28374 | Pinecrest Plaza 4 Pinecrest Plaza Southern Pines, NC 28387 Boutique #561 | 3/31/26 |
| 168 | Francesca's Operations, Inc. | Capital Realty Group | 1200 Howard Ave Burlingame, CA 94010 | 1235 Burlingame Avenue 1235 Burlingame Ave Burlingame, CA 94010 Boutique #214 | 3/31/26 |

| NO. | DEBTOR | COUNTERPARTY | COUNTERPARTY ADDRESS | DESCRIPTION/TITLE | REJECTION DATE |
|---|---|---|---|---|---|
| 169 | Francesca's Operations, Inc. | Carlsbad 2525, LLC | 350 N. Orleans St. Suite 300 Chicago, IL 60654 | The Shoppes at Carlsbad 2525 El Camino Real Suite 230 Carlsbad, CA 92008 Boutique #682 | 3/31/26 |
| 170 | Francesca's Operations, Inc. | Carolina Place LLC | 350 N. Orleans St. Suite 300 Chicago, IL 60654 | Carolina Place 11025 Carolina Place Parkway Suite A-20 Pineville, NC 28134 Boutique #307 | 3/31/26 |
| 171 | Francesca's Operations, Inc. | CBL & Associates LP | 2030 Hamilton Place Blvd. Suite 500 Chattanooga, TN 37421 | Mayfaire Town Center 6823 Main Street Wilmington, NC 28405 Boutique #79 | 3/31/26 |
| 172 | Francesca's Operations, Inc. | CBL & Associates LP | 2030 Hamilton Place Blvd. Suite 500 Chattanooga, TN 37421 | Fayette Mall 3401 Nicholasville Road Lexington, KY 40503 Boutique #254 | 3/31/26 |
| 173 | Francesca's Operations, Inc. | CBL & Associates LP | 2030 Hamilton Place Blvd. Suite 500 Chattanooga, TN 37421 | Post Oak Mall 1500 Harvey Road College Station, TX 77840 Boutique #365 | 3/31/26 |
| 174 | Francesca's Operations, Inc. | CBL & Associates LP | 2030 Hamilton Place Blvd. Suite 500 Chattanooga, TN 37421 | Pearland Town Center 11200 Broadway Pearland, TX 77584 Boutique #370 | 3/31/26 |
| 175 | Francesca's Operations, Inc. | CBL & Associates LP | 2030 Hamilton Place Blvd. Suite 500 Chattanooga, TN 37421 | Dakota Square 2400 10th Street SW Minot, ND 58701 Boutique #488 | 3/31/26 |
| 176 | Francesca's Operations, Inc. | CBL & Associates LP | 2030 Hamilton Place Blvd. Suite 500 Chattanooga, TN 37421 | Turtle Creek Mall 1000 Turtle Creek Drive Suite 420 Hattiesburg, MS 39402 Boutique #543 | 3/31/26 |
| 177 | Francesca's Operations, Inc. | CBL & Associates LP | 2030 Hamilton Place Blvd. Suite 500 Chattanooga, TN 37421 | Richland Mall 6001 West Waco Drive Suite 44 Waco, TX 76710 Boutique #627 | 3/31/26 |
| 178 | Francesca's Operations, Inc. | CBL & Associates LP | 2030 Hamilton Place Blvd. Suite 500 Chattanooga, TN 37421 | Parkdale Mall 6155 Eastex Freeway Suite G-712 Beaumont, TX 77706 Boutique #658 | 3/31/26 |
| 179 | Francesca's Operations, Inc. | CBL & Associates LP | 2030 Hamilton Place Blvd. Suite 500 Chattanooga, TN 37421 | Meridian Mall 1982 W Grand River Ave Suite 231 Okemos, MI 48864 Boutique #707 | 3/31/26 |

| NO. | DEBTOR | COUNTERPARTY | COUNTERPARTY ADDRESS | DESCRIPTION/TITLE | REJECTION DATE |
|---|---|---|---|---|---|
| 180 | Francesca's Operations, Inc. | CBL Mesa Mall, LLC | 2030 Hamilton Place Blvd. Suite 500 Chattanooga, TN 37421 | Mesa Mall 2424 Highway 6 Suite 84 Grand Junction, CO 81505 Boutique #563 | 3/31/26 |
| 181 | Francesca's Operations, Inc. | CBL-T-C LLC | Oak Park Mall, LLC Atlanta, GA 30353 | Oak Park Mall 11445 W 95th St. Overland Park, KS 66214 Boutique #127 | 3/31/26 |
| 182 | Francesca's Operations, Inc. | CBL-T-C LLC | 2030 Hamilton Place Blvd. Suite 500 Chattanooga, TN 37421-6000 | West County Mall 80 West County Center Suite 1194 Des Peres, MO 63131 Boutique #140 | 3/31/26 |
| 183 | Francesca's Operations, Inc. | CBL-TRS Friendly Center 2023 LLC | 2030 Hamilton Place Blvd. Suite 500 Chattanooga, TN 37421-6000 | The Shops at Friendly Center 3326 W Friendly Greensboro, NC 27410 Boutique #59 | 3/31/26 |
| 184 | Francesca's Operations, Inc. | CC Plaza Owner - Rent Collection Lockbox | P.O. Box 738846 Dallas, TX 75373-8846 | Country Club Plaza 4724 Broadway Kansas City, MO 64112 Boutique #124 | 3/31/26 |
| 185 | Francesca's Operations, Inc. | Charlotte Premium Outlets | 225 West Washington St. Indianapolis, IN 46204-3438 | Charlotte Outlets 5410 New Fashion Way Suite 210 Charlotte, NC 28278 Boutique #2009 | 3/31/26 |
| 186 | Francesca's Operations, Inc. | Charter DW Watters Creek Village LLC | 970 Garden Park Dr Allen, TX 75013 | Watters Creek at Montgomery Farm 843 Watters Creek Boulevard Allen, TX 75013 Boutique #93 | 3/31/26 |
| 187 | Francesca's Operations, Inc. | Chelsea Pocono Finance LLC | 225 West Washington St. Indianapolis, IN 46204 | The Crossings Premium Outlets 1000 Premium Outlets Dr. Suite B01 Tannersville, PA 18372 Boutique #2087 | 3/31/26 |
| 188 | Francesca's Operations, Inc. | Chino Dunhill LLC | 227 W. Monroe Street Chicago, IL 60600 | Shoppes at Chino Hills 13855 City Center Drive Suite 3040 Chino Hills, CA 91709 Boutique #579 | 3/31/26 |
| 189 | Francesca's Operations, Inc. | Christiana Mall LLC | 350 N. Orleans St. Suite 300 Chicago, IL 60654 | Christiana Mall 132 Christiana Mall Newark, DE 19702 Boutique #500 | 3/31/26 |
| 190 | Francesca's Operations, Inc. | Clark Investment Company | 10 North Main Street, PH 1 West Hartford, CT 06107 | West Farms 985 Farmington Avenue West Hartford, CT 6107 Boutique #570 | 3/31/26 |
| 191 | Francesca's Operations, Inc. | Clearfork Retail Venture LLC | 225 West Washington St. Indianapolis, IN 46204-3438 | Shops at Clearfork 5240 Marathon Ave. | 3/31/26 |

| NO. | DEBTOR | COUNTERPARTY | COUNTERPARTY ADDRESS | DESCRIPTION/TITLE | REJECTION DATE |
|---|---|---|---|---|---|
| | | | | Fort Worth, TX 76109<br>Boutique #671 | |
| 192 | Francesca's Operations, Inc. | Coastland Center LLC | 110 N. Wacker Dr.<br>Chicago, IL 60606 | Coastland Center<br>1766 Tamiami Trail<br>Naples, FL 34102<br>Boutique #261 | 3/31/26 |
| 193 | Francesca's Operations, Inc. | Columbia Mall LLC | 350 N. Orleans St.<br>Suite 300<br>Chicago, IL 60606 | Columbia Mall<br>2300 Bernadette Drive<br>Columbia, MO 65203<br>Boutique #317 | 3/31/26 |
| 194 | Francesca's Operations, Inc. | Concord Mills Mall LP | 225 West Washington St.<br>Indianapolis, IN 46204 | Concord Mills<br>8111 Concord Mills Boulevard<br>Suite 226<br>Concord, NC 28027<br>Boutique #2024 | 3/31/26 |
| 195 | Francesca's Operations, Inc. | Contrarian Properties GP LLC | 350 N. Orleans St.<br>Suite 300<br>Chicago, IL 60654 | Crossroads Center<br>4201 West Division Street<br>Suite B0027<br>Saint Cloud, MN 56301<br>Boutique #314 | 3/31/26 |
| 196 | Francesca's Operations, Inc. | Corpus Christi Retail Venture LP | P.O. Box 843945<br>Dallas, TX 75284-3945 | La Palmera<br>5488 South Padre Island<br>Suite 1430<br>Corpus Christi, TX 78411<br>Boutique #72 | 3/31/26 |
| 197 | Francesca's Operations, Inc. | Countryside Mall LLC | 27001 US Highway 19 N<br>Clearwater, FL 33761 | Countryside Mall<br>27001 US Hwy 19N<br>Suite 1057<br>Clearwater, FL 33761<br>Boutique #675 | 3/31/26 |
| 198 | Francesca's Operations, Inc. | CPT Arlington Highlands 1 LP | 1 East Wacker Drive<br>Suite 3110<br>Chicago, IL 60601 | Arlington Highlands<br>3900 Arlington Highlands Blvd<br>Suite 173<br>Arlington, TX 76018<br>Boutique #71 | 3/31/26 |
| 199 | Francesca's Operations, Inc. | CR Mount Pleasant LLC | 1427 Clarkview ROAD<br>Baltimore, MD 21209 | Mount Pleasant Towne Centre<br>1237 Belk Drive<br>Mount Pleasant, SC 29464<br>Boutique #69 | 3/31/26 |
| 200 | Francesca's Operations, Inc. | Craig Realty Group | 4100 MacArthur Boulevard, Suite 200<br>New port Beach, CA 92660 | Outlets at Castle Rock<br>5050 Factory Shops Blvd.<br>Suite 462<br>Castle Rock, CO 80108<br>Boutique #2037 | 3/31/26 |
| 201 | Francesca's Operations, Inc. | CRC Lakeside Village Coinvest LLC | 1427 Clarkview Road<br>Ste 500<br>Baltimore, MD 21209 | Lakeside Village<br>1437 Town Center Dr<br>Lakeland, FL 33803<br>Boutique #575 | 3/31/26 |
| 202 | Francesca's Operations, Inc. | Crestview Hills | 3825 Edwards Road<br>Suite 200<br>Cincinnati, OH 45209 | Crestview Hills TC<br>2868 Town Center Blvd<br>Suite 7055<br>Crestview Hills, KY 41017<br>Boutique #41 | 3/31/26 |

| NO. | DEBTOR | COUNTERPARTY | COUNTERPARTY ADDRESS | DESCRIPTION/TITLE | REJECTION DATE |
|---|---|---|---|---|---|
| 203 | Francesca's Operations, Inc. | Crocker Park LLC | 629 Euclid Avenue Cleveland, OH 44114 | Crocker Park 161 Main Street Westlake, OH 44145 Boutique #198 | 3/31/26 |
| 204 | Francesca's Operations, Inc. | Crossgates Mall Company Newco | 4 Clinton Square Syracuse, NY 13202-1078 | Crossgates Mall 1 Crossgates Mall Road Suite B232 Albany, NY 12203 Boutique #304 | 3/31/26 |
| 205 | Francesca's Operations, Inc. | Del Monte Merchants Association | 3420 Carmel Mountain Road Suite 100 San Diego, CA 92121 | Del Monte Center 690 Del Monte Center Monterey, CA 93940 Boutique #205 | 3/31/26 |
| 206 | Francesca's Operations, Inc. | Destin Commons Ltd | 19501 Biscayne Boulevard Aventura, FL 33180 | Destin Commons 4138 Legendary Dr. Suite B-104 Destin, FL 32541 Boutique #119 | 3/31/26 |
| 207 | Francesca's Operations, Inc. | DPEG Commons LLC | 11333 Fountain Lake Drive Stafford, TX 77477 | Kingwood Commons 732 Kingwood Dr. Kingwood, TX 77339 Boutique #562 | 3/31/26 |
| 208 | Francesca's Operations, Inc. | DTPS B-2 LLC | 555 S. Sunrise Way Suite 200 Palm Springs, CA 92264 | Downtown Palm Springs 175 North Palm Canyon Dr. Suite 120 Palm Springs, CA 92262 Boutique #281 | 3/31/26 |
| 209 | Francesca's Operations, Inc. | Easton Town Center II LLC | 4016 Townsfair Way Suite 201 Columbus, OH 43219 | Easton Town Center 108 Easton Town Center Columbus, OH 43219 Boutique #40 | 3/31/26 |
| 210 | Francesca's Operations, Inc. | Eastwood Mall | 5577 Youngstown-Warren Road Niles, OH 44446 | Eastwood Mall 5555 Youngstown-Warren Rd. Suite 435 Niles, OH 44446 Boutique #608 | 3/31/26 |
| 211 | Francesca's Operations, Inc. | Ellenton Premium Outlets | 225 West Washington St. Indianapolis, IN 46204-3438 | Ellenton Premium Outlets 5419 Factory Shops Blvd. Suite 125 Ellenton, FL 34222 Boutique #2100 | 3/31/26 |
| 212 | Francesca's Operations, Inc. | Elmwal Associates, LLC | 1341 West Main Road Middletown, RI 02842 | The Shops at Long Wharf 15 Long Wharf Mall Newport, RI 2840 Boutique #260 | 3/31/26 |
| 213 | Francesca's Operations, Inc. | Fairfax Company of Virginia LLC | 600 Madison Avenue, 14th Floor New York, NY 10022 | Fair Oaks 11750 Fair Oaks Mall Suite K-113 Fairfax, VA 22033 Boutique #341 | 3/31/26 |

| NO. | DEBTOR | COUNTERPARTY | COUNTERPARTY ADDRESS | DESCRIPTION/TITLE | REJECTION DATE |
|---|---|---|---|---|---|
| 214 | Francesca's Operations, Inc. | Fashion Outlets at Foxwoods LLC | 3200 Northline Avenue Suite 360 Greensboro, NC 27408 | Foxwoods Outlet 455 Trolley Line Blvd Suite 560 Mashantucket, CT 06338 Boutique #2023 | 3/31/26 |
| 215 | Francesca's Operations, Inc. | Fashion Valley Mall LLC3172637 | 225 West Washington St. Indianapolis, IN 46204-3438 | Fashion Valley Mall 7007 Friars Road Suite 583 A San Diego, CA 92108 Boutique #212 | 3/31/26 |
| 216 | Francesca's Operations, Inc. | Federal Realty OP LP | 909 Rose Avenue Suite 200 North Bethesda, MD 20852 | The Shops at Pembroke Gardens 505 SW 145th Terrace Pembroke Pines, FL 33027 Boutique #82 | 3/31/26 |
| 217 | Francesca's Operations, Inc. | Federal Realty OP LP | 909 Rose Avenue Suite 200 North Bethesda, MD 20852 | Promenade at Virginia Gateway 14009 Promenade Commons St. Gainesville, VA 20155 Boutique #504 | 3/31/26 |
| 218 | Francesca's Operations, Inc. | Fort Smith Realty LLC | 150 Great Neck Road Great Neck, NY 11021 | Central Mall 5111 Rodgers Ave. Fort Smith, AR 72903 Boutique #326 | 3/31/26 |
| 219 | Francesca's Operations, Inc. | Fort Wayne IND Mall, LLC | PO Box 641066 Pittsburgh, PA 15264-1066 | Glenbrook Square 4201 Coldwater Road Suite C03 Fort Wayne, IN 46805 Boutique #250 | 3/31/26 |
| 220 | Francesca's Operations, Inc. | Four State Properties LLC | 350 N. Orleans St. Suite 300 Chicago,, IL 60654 | Park Meadows 8505 Park Meadows Center Drive Lone Tree, CO 80124 Boutique #400 | 3/31/26 |
| 221 | Francesca's Operations, Inc. | Frederick Westview Properties | 9640 Deereco Road Timonium, MD 21093 | Westview Promenade 5251 Buckeyestown Pike Frederick, MD 21704 Boutique #604 | 3/31/26 |
| 222 | Francesca's Operations, Inc. | Freehold Chandler Trust LLC | P.O. Box 51603 Los Angeles, CA 90051-5903 | Chandler Fashion Center 3111 W Chandler Blvd Suite 2024 Chandler, AZ 85226 Boutique #306 | 3/31/26 |
| 223 | Francesca's Operations, Inc. | Freemall Associates, LLC | 401 Wilshire Blvd. Suite 700 Santa Monica, CA 90401 | Freehold Raceway Mall 3710 Route 9 Suite #B214 Freehold, NJ 07728-4895 Boutique #239 | 3/31/26 |
| 224 | Francesca's Administrative Management, Inc. | G&I Intermediate Ranger II LLC | 3040 Post Oak Blvd. Suite 600 Houston, TX 77056 | Corporate Office 8760 Clay Rd Suite 100 Houston, TX 77080 Boutique #9905 | 3/31/26 |
| 225 | Francesca's Operations, Inc. | Galway Centerra, LLC | P.O. Box 45 McFarland, WI 53558 | The Promenade Shops at Centerra 5855 Sky Pond Dr Suite F124 | 3/31/26 |

| NO. | DEBTOR | COUNTERPARTY | COUNTERPARTY ADDRESS | DESCRIPTION/TITLE | REJECTION DATE |
|---|---|---|---|---|---|
| | | | | Loveland, CO 80538<br>Boutique #45 | |
| 226 | Francesca's Operations, Inc. | Garden City Venture LLC | 400 Atlantic Avenue<br>Boston, MA 02110-3333 | Garden City Shopping Center<br>37 Hillside Dr.<br>Cranston, RI 2920<br>Boutique #180 | 3/31/26 |
| 227 | Francesca's Operations, Inc. | GGP Limited Partnership | 350 N. Orleans St.<br>Suite 300<br>Chicago, IL 60654 | Fox River Mall<br>4301 West Wisconsin Avenue<br>Suite 120<br>Appleton, WI 54913<br>Boutique #237 | 3/31/26 |
| 228 | Francesca's Operations, Inc. | GGP LP | 110 N. Wacker Dr.<br>Chicago, IL 60606 | Boise Towne Square<br>350 N. Milwaukee<br>Boise, ID 83704<br>Boutique #274 | 3/31/26 |
| 229 | Francesca's Operations, Inc. | GGP LP | 350 N. Orleans St.<br>Suite 300<br>Chicago, IL 60654 | Apache Mall<br>333 Apache Mall<br>Rochester, MN 55902<br>Boutique #316 | 3/31/26 |
| 230 | Francesca's Operations, Inc. | GGP LP | 350 N. Orleans St.<br>Suite 300<br>Chicago, IL 60654 | The Mall in Columbia<br>10300 Little Patuxent Parkway<br>Suite 2800<br>Columbia, MD 21044<br>Boutique #346 | 3/31/26 |
| 231 | Francesca's Operations, Inc. | GGP LP | 350 N. Orleans St.<br>Suite 300<br>Chicago, IL 60654 | Sooner Mall<br>3301 W. Main Street<br>Norman, OK 73072<br>Boutique #546 | 3/31/26 |
| 232 | Francesca's Operations, Inc. | GGP LP Real Estate Inc | 350 N. Orleans St.<br>Suite 300<br>Chicago, IL 60654 | Deerbrook Mall<br>20131 Hwy 59 N<br>Humble, TX 77338<br>Boutique #200 | 3/31/26 |
| 233 | Francesca's Operations, Inc. | GGP Natick TR | 350 N. Orleans St.<br>Suite 300<br>Chicago, IL 60654 | Natick Mall<br>1245 Worcester St<br>Suite 1032<br>Natick, MA 1760<br>Boutique #177 | 3/31/26 |
| 234 | Francesca's Operations, Inc. | GGP/Homart II LLC | 350 N. Orleans St.<br>Suite 300<br>Chicago, IL 60654 | Altamonte Mall<br>451 East Altamonte Dr<br>Suite 2157<br>Altamonte Springs, FL 32701<br>Boutique #194 | 3/31/26 |
| 235 | Francesca's Operations, Inc. | GGP/Homart II LLC | 350 N. Orleans St.<br>Suite 300<br>Chicago, IL 60654 | First Colony Mall<br>16535 Southwest Frwy.<br>Sugar Land, TX 77479<br>Boutique #213 | 3/31/26 |
| 236 | Francesca's Operations, Inc. | GGP/Homart II LLC | 350 N. Orleans St.<br>Suite 300<br>Chicago, IL 60654 | Stonebriar Centre<br>2601 Preston Rd.<br>Suite 1055<br>Frisco, TX 75034<br>Boutique #672 | 3/31/26 |

| NO. | DEBTOR | COUNTERPARTY | COUNTERPARTY ADDRESS | DESCRIPTION/TITLE | REJECTION DATE |
|---|---|---|---|---|---|
| 237 | Francesca's Operations, Inc. | GGPLP Real Estate Inc | 350 N. Orleans St. Suite 300 Chicago, IL 60654 | Mall of Louisiana 6401 Bluebonnet Blvd Suite 1146 Baton Rouge, LA 70836 Boutique #537 | 3/31/26 |
| 238 | Francesca's Operations, Inc. | GGP-Providence Place LLC | PO Box 86 SDS-12-3060 Minneapolis, MN 55486-3060 | Providence Place 1 Providence Place Suite 3235 Providence, RI 2903 Boutique #149 | 3/31/26 |
| 239 | Francesca's Operations, Inc. | GGP-TRS LLC | 350 N. Orleans St. Suite 300 Chicago, IL 60654 | Galleria at Tyler 1240 Galleria at Tyler Suite 109 Riverside, CA 92503 Boutique #60 | 3/31/26 |
| 240 | Francesca's Operations, Inc. | Glen Eagle Retail, LLC | 3678 Paysphere Circle Chicago, IL 60674 | Glen Eagle Square 535 Wilmington West Chester Pike Glen Mills, PA 19342 Boutique #381 | 3/31/26 |
| 241 | Francesca's Operations, Inc. | GMV (Mall) Owner LLC | 13350 Dallas Parkway Dallas, TX 75240 | Galleria Dallas 13350 Dallas Parkway Dallas, TX 75240 Boutique #428 | 3/31/26 |
| 242 | Francesca's Operations, Inc. | Governor's Square Company | 5577 Youngstown-Warren Road Niles, OH 44446 | Governor's Square 2801 Wilma-Rudolph Blvd. Suite 415 Clarksville, TN 37040 Boutique #558 | 3/31/26 |
| 243 | Francesca's Operations, Inc. | Grand Traverse Realty LLC | 350 N. Orleans St. Suite 300 Chicago, IL 60654 | Grand Traverse Mall 3200 W South Airport Rd Suite 506 Traverse City, MI 49684 Boutique #567 | 3/31/26 |
| 244 | Francesca's Operations, Inc. | Greenen Dekock Properties LLC | 12 W. 8th Street Holland, MI 49423 | 5 West 8th Street 5 West 8th Street Holland, MI 49423 Boutique #542 | 3/31/26 |
| 245 | Francesca's Operations, Inc. | Greenwood Mall Realty Holding LLC | 8111 Douglas Avenue Suite 600 Dallas, TX 75225 | Greenwood Mall 2625 Scottsville Road Bowling Green, KY 42104 Boutique #387 | 3/31/26 |
| 246 | Francesca's Operations, Inc. | GRI-Regency LLC | One Independent Drive Suite 114 Jacksonville, FL 32202 | Festival at Woodholme 1809 Reisterstown Rd Baltimore, MD 21208 Boutique #294 | |