**MANDELBAUM BARRETT PC**
3 Becker Farm Road, Suite 105
Roseland, New Jersey 07068
(973) 736-4600
(973) 325-7467 Facsimile
Jeffrey M. Rosenthal
jrosenthal@mblawfirm.com
Vincent J. Roldan
vroldan@mblawfirm.com
Katie F. Warren
kwarren@mblawfirm.com
*Counsel for Francesca's Acquisition, LLC, et al.*

**Order Filed on March 12, 2026
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

**UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY**

| | |
|---|---|
| In re: | Chapter 11 |
| FRANCESCA'S ACQUISITION, LLC, *et al.*,[1] | Case No. 26 -11312 (MEH) |
| Debtors. | (Jointly Administered) |

**ORDER APPROVING SECOND OMNIBUS MOTION AUTHORIZING DEBTORS TO (I) REJECT CERTAIN (A) UNEXPIRED LEASES OF NONRESIDENTIAL REAL PROPERTY, AND (B) EXECUTORY CONTRACTS, EFFECTIVE AS OF FEBRUARY 28, 2026; AND (II) ABANDON PERSONAL PROPERTY**

The relief set forth on the following pages, numbered two (2) through five (5), is hereby

**ORDERED.**

**DATED: March 12, 2026**

**Honorable Mark E. Hall
United States Bankruptcy Judge**

---

[1] The Debtor entities in these chapter 11 cases, along with the last four digits of each Debtor entity's federal tax identification number, are: Francesca's Acquisition, LLC (3616); Francesca's Operations, Inc. (6872); Francesca's Administrative Management, Inc. (5788); and Francesca's IP Company, Inc. (9588). The Debtors' service address is 8760 Clay Road, Suite 100, Houston, TX 77080.

4937-7434-8438, v. 3

Debtors: FRANCESCA'S ACQUISITION, LLC, *et al.*
Case No.: 26-11312 (MEH)
Caption of Order: ORDER APPROVING SECOND OMNIBUS MOTION AUTHORIZING
DEBTORS TO (I) REJECT CERTAIN (A) UNEXPIRED LEASES OF
NONRESIDENTIAL REAL PROPERTY AND (B) EXECUTORY
CONTRACTS, EFFECTIVE AS OF FEBRUARY 28, 2026; AND (II)
ABANDON PERSONAL PROPERTY

Upon the Second Omnibus Motion (the "Motion")[1] of the above-captioned debtors and

debtors in possession (collectively, the "Debtors") for entry of an order (this "Order"), (a)

authorizing, but not directing, the Debtors to (a) reject certain (i) unexpired leases for non-

residential real property, set forth on **Schedule 1** hereto (such leases, collectively, the "Rejected

Leases"), and (ii) executory contracts set forth on **Schedule 2** hereto (such contracts, collectively,

the "Rejected Contracts" and, together with the Rejected Leases, the "Rejected Agreements"), and

(b) abandon any burdensome personal property of the Debtors that remains, as of February 28,

2026 (the "Rejection Date"), in any of the Debtors' locations they previously leased pursuant to

the Rejected Leases (collectively, the "Rejected Premises") to the extent the Rejected Agreements

were not already terminated as of the Rejection Date and are subject to assumption or rejection

under section 365 of the Bankruptcy Code; and this Court having jurisdiction over this matter

pursuant to 28 U.S.C. § 1334; and this Court having found that this is a core proceeding pursuant

to 28 U.S.C. § 157(b)(2); and this Court having found that it may enter a final order consistent with

Article III of the United States Constitution; and this Court having found that venue of this

proceeding and the Motion in this district is permissible pursuant to 28 U.S.C. §§ 1408 and 1409;

and this Court having found that the Debtors' notice of the Motion and opportunity for a hearing

on the Motion were appropriate under the circumstances and no other notice need be provided;

and this Court having determined that the legal and factual bases set forth in support of the Motion

establish just cause for the relief granted herein; and upon all of the proceedings had before this

---

[1] Capitalized terms used but not defined herein have the meanings ascribed to them in the Motion.

4937-7434-8438, v. 3

Debtors:                    FRANCESCA'S ACQUISITION, LLC, et al.
Case No.:                   26-11312 (MEH)
Caption of Order:           ORDER APPROVING SECOND OMNIBUS MOTION AUTHORIZING
                            DEBTORS TO (I) REJECT CERTAIN (A) UNEXPIRED LEASES OF
                            NONRESIDENTIAL REAL PROPERTY AND (B) EXECUTORY
                            CONTRACTS, EFFECTIVE AS OF FEBRUARY 28, 2026; AND (II)
                            ABANDON PERSONAL PROPERTY

Court; and after due deliberation and sufficient cause appearing therefor, it is HEREBY

ORDERED THAT,

1.      The Motion is GRANTED as set forth herein.

2.      Contracts listed on the Rejection Schedule attached hereto as **Exhibit 1** are rejected

under section 365 of the Bankruptcy Code and terminated effective as of the later of the rejection

date set forth on the Rejection Schedule (the "Rejection Date") or such other date as the Debtors

and the applicable Rejection Counterparty agree; *provided* that the effective date for a rejection of

a lease of nonresidential real property shall not occur until the later of the (i) the Rejection Date

set forth on **Exhibit 1** and (ii) the date the Debtors relinquish control of the premises by notifying

the affected landlord or such landlord's counsel (if any) in writing (email being sufficient) of the

Debtors' surrender of the premises and, as applicable (a) turning over keys, key codes, and security

codes, if any, to the affected landlord or (b) notifying such affected landlord or such landlord's

counsel (if any) in writing (email being sufficient) that the property has been surrendered and that

the keys, key codes, and security codes, if any, are not available, but the landlord may rekey the

leased premises (the "Rejection Effective Date").

3.      The Debtors are authorized, but not directed, at any time on or before the applicable

Rejection Effective Date, to remove or abandon any of the Debtors' personal property that may be

located on the Debtors' leased premises that are subject to a rejected Contract.  The personal

property will be deemed abandoned pursuant to section 554 of the Bankruptcy Code, as is,

effective as of the Rejection Effective Date.  Landlords may, in their sole discretion and without

further notice or order of this Court, utilize and/or dispose of such personal property without notice

4937-7434-8438, v. 3

Debtors:          FRANCESCA'S ACQUISITION, et al.
Case No.:         26-11312 (MEH)
Caption of Order:  ORDER APPROVING SECOND OMNIBUS MOTION AUTHORIZING
                  DEBTORS TO (I) REJECT CERTAIN (A) UNEXPIRED LEASES OF
                  NONRESIDENTIAL REAL PROPERTY AND (B) EXECUTORY
                  CONTRACTS, EFFECTIVE AS OF FEBRUARY 28, 2026; AND (II)
                  ABANDON PERSONAL PROPERTY

or liability to the Debtors, the Debtors' bankruptcy estates, or third parties and, to the extent applicable, the automatic stay is modified solely to allow such disposition, and the 14-day stay under F.R.B.P. 4001(a)(4) is waived. Notwithstanding anything to the contrary herein, the Debtors may not abandon any personal property that is hazardous or containing any "personally identifiable information," as that term is defined in Bankruptcy Code § 101(41A), but rather shall remove any such personal property before the Rejection Date.

4.     If the Debtors have deposited monies with a counterparty to a Rejected Agreement as a security deposit, such counterparty may not setoff or recoup or otherwise use such deposit without the prior authority of this Court.

5.     Any person or entity that holds a claim arising from the rejection of the Rejected Agreements must file a proof of claim for rejection damages claims, if any, on or before the later of:  (a) the applicable dates designated by the Bankruptcy Court (or pursuant to the Bankruptcy Rules) as the last date for filing proofs of claims in these Chapter 11 Cases, (b) thirty (30) days following the entry of the order approving such rejection of the applicable Contract, and (c) thirty (30) days following the effective date of such rejection of the applicable Contract. If no proof of claim is timely filed, such claimant may be forever barred from asserting a claim for damages arising from the rejection and from participating in any distributions on such a claim that may be made in connection with these Chapter 11 Cases.

6.     The Debtors confirm that the relief requested in their *Motion for Entry of an Order (I) Authorizing Procedures to Reject Executory Contracts and Unexpired Leases and (II) Granting Related Relief* [Docket No. 100] (the "Rejection Procedures Motion"), to the extent such relief

4937-7434-8438, v. 3

Debtors:                FRANCESCA'S ACQUISITION, LLC, et al.
Case No.:               26-11312 (MEH)
Caption of Order:       ORDER APPROVING SECOND OMNIBUS MOTION AUTHORIZING
                        DEBTORS TO (I) REJECT CERTAIN (A) UNEXPIRED LEASES OF
                        NONRESIDENTIAL REAL PROPERTY AND (B) EXECUTORY
                        CONTRACTS, EFFECTIVE AS OF FEBRUARY 28, 2026; AND (II)
                        ABANDON PERSONAL PROPERTY

should be so-ordered by the Court, applies to this Motion and the relief set forth in this order.  To

the extent the Rejection Procedures Motion and resulting rejection procedures order (the

"Rejection Procedures Order") is inconsistent with this Order, the terms of the Rejection

Procedures Motion and Rejection Procedures Order shall govern.

7.      All rights and defenses of the Debtors and counterparties are preserved, including

all rights and defenses of the Debtors and counterparties with respect to a claim for damages arising

from the rejection of a Contract, including any right to assert an offset, recoupment, counterclaim,

or deduction. In addition, nothing in this Order or the Motion shall limit the Debtors' ability to

subsequently assert that any particular Contract is terminated  and  is no  longer an  executory

contract or unexpired leases, respectively.

8.      Notwithstanding the relief granted herein and any actions taken pursuant to  such

relief, nothing in  this Order shall be deemed:  (a) an admission as to  the amount of, basis for, or

validity of any claim against a Debtor entity under the Bankruptcy Code or other applicable

nonbankruptcy law; (b) a  waiver of the Debtors' or any other party in  interest's right to  dispute

any claim on any grounds; (c) a promise or requirement to pay any claim; (d) an implication or

admission that any particular claim is of a type specified or defined in the Motion or any order

granting  the  relief  requested  by  the  Motion  or  a  finding  that  any  particular  claim  is  an

administrative expense claim or other priority claim; (e) a request or  authorization to assume or

adopt any  agreement, contract, or  lease pursuant to  section 365 of  the  Bankruptcy Code; (f) an

admission as to the validity, priority, enforceability, or perfection of any lien on, security interest

in, or  other encumbrance on property of the Debtors' estates; (g) a waiver or limitation of the

4937-7434-8438, v. 3

Debtors:                FRANCESCA ACQUISITION, LLC, et al.
Case No.:               26-11312 (MEH)
Caption of Order:       ORDER APPROVING SECOND OMNIBUS MOTION AUTHORIZING
                        DEBTORS TO (I) REJECT CERTAIN (A) UNEXPIRED LEASES OF
                        NONRESIDENTIAL REAL PROPERTY AND (B) EXECUTORY
                        CONTRACTS, EFFECTIVE AS OF FEBRUARY 28, 2026; AND (II)
                        ABANDON PERSONAL PROPERTY

Debtors', or any other party in interest's, rights under the Bankruptcy Code or any other applicable law; or (h) a concession by the Debtors that any liens (contractual, common law, statutory, or otherwise) that may be satisfied pursuant to the relief requested in the Motion are valid, and the rights of all parties in interest are expressly reserved to contest the extent, validity, or perfection or seek avoidance of all such liens.

9.      Nothing shall relieve the Debtors of their obligations pursuant to section 365(d)(3) of the Bankruptcy Code.

10.     The requirements in Bankruptcy Rules 6006, 6007, and LBR 6007-1 are satisfied.

11.     Notice of the Motion as provided therein shall be deemed good and sufficient and satisfies the requirements of Bankruptcy Rule 6004(a) and the Bankruptcy Local Rules.

12.     Notwithstanding any applicability of Bankruptcy Rule 6004(h), the terms and conditions of this Order shall be effective and enforceable immediately upon its entry.

13.     The Debtors are authorized to take all actions necessary to effectuate the relief granted in this Order in accordance with the Motion.

14.     This Court retains jurisdiction with respect to all matters arising from or related to the implementation, interpretation, and enforcement of this Order.

4937-7434-8438, v. 3

**Schedule 1- List of Rejected Leases**

| NO. | DEBTOR | COUNTERPARTY | COUNTERPARTY ADDRESS | DESCRIPTION/TITLE | REJECTION DATE |
|---|---|---|---|---|---|
| 1 | Francesca's Operations, Inc. | 108 North State St (Chicago) Owner LLC | 108 North State Street Chicago, IL 60602 | Block 37 108 North State Suite 186 Chicago, IL 60602 Boutique #683 | 2/28/26 |
| 2 | Francesca's Operations, Inc. | AMLI Retail | 5057 Keller Springs Road Suite 250 Addison, TX 75001 | 2nd Street District 241 W 2nd St Austin, TX 78701 Boutique #378 | 2/28/26 |
| 3 | Francesca's Operations, Inc. | Annapolis Harbour Center Assoc | 2000 Tower Oaks Blvd. Rockville, MD 20852 | Annapolis Harbour Center 2506 Solomons Island Road Annapolis, MD 21401 Boutique #534 | 2/28/26 |
| 4 | Francesca's Operations, Inc. | Bel Air Realty Holding LLC | 1909 Tyler Street Suite 401 Hollywood, FL 33020 | Bel Air Mall 3217-B Bel Air Mall Mobile, AL 36606 Boutique #478 | 2/28/26 |
| 5 | Francesca's Operations, Inc. | Belden Mall LLC | 2029 Century Park East Suite 1550 Los Angeles, CA 90067 | Belden Village 4230 Belden Village Mall Suite D7 Canton, OH 44718 Boutique #515 | 2/28/26 |
| 6 | Francesca's Operations, Inc. | BK PlazaAmericas LTD | 3700 Buffalo Speedway Suite 400 Houston, TX 77098 | Plazamericas Mall 201 Sharpstown Center Houston, TX 77036 Boutique #1997 | 2/28/26 |
| 7 | Francesca's Operations, Inc. | Bluegrass Outlet Shoppes CMBS LLC | 131 West Seaway Drive Suite 220 Muskegon, MI 49444 | The Outlet Shoppes at Bluegrass 1155 Buck Creek Road Suite H-812 Simpsonville, KY 40067 Boutique #2011 | 2/28/26 |
| 8 | Francesca's Operations, Inc. | Bradley Fair Properties LLC | 400 Atlantic Avenue Boston, MA 02110 | Bradley Fair Shopping Center 2000 North Rock Rd. Suite 134 Wichita, KS 67206 Boutique #132 | 2/28/26 |
| 9 | Francesca's Operations, Inc. | BVAGlade SPE LLC | 6723 Weaver Road Suite 108 Rockford, IL 61114 | Glade Park 1200 Chisholm Trail Suite 700 Euless, TX 76039 Boutique #686 | 2/28/26 |
| 10 | Francesca's Operations, Inc. | Capital Augusta Properties LLC | 33 Boylston Street Suite 3000 Chestnut Hill, MA 02467 | The Marketplace at Augusta 2 Stephen King Dr. Suite 3 Augusta, ME 04330 Boutique #703 | 2/28/26 |
| 11 | Francesca's Operations, Inc. | Carousel Center Company LP | 4 Clinton Square Syracuse, NY 13202 | Carousel Center 9090 Carousel Center Drive | 2/28/26 |

| NO. | DEBTOR | COUNTERPARTY | COUNTERPARTY ADDRESS | DESCRIPTION/TITLE | REJECTION DATE |
|---|---|---|---|---|---|
| | | | | Syracuse, NY 13290<br>Boutique #224 | |
| 12 | Francesca's Operations, Inc. | Castleton Square LLC | 225 West Washington St.<br>Indianapolis, IN 46204 | Castleton Square<br>6020 East 82nd Street<br>Suite 878<br>Indianapolis, IN 46250<br>Boutique #141 | 2/28/26 |
| 13 | Francesca's Operations, Inc. | CBL & Associates LP | 2030 Hamilton Place Blvd.<br>Suite 500<br>Chattanooga, TN 37421 | Kirkwood Mall<br>744 Kirkwood Mall<br>Bismarck, ND 58504<br>Boutique #486 | 2/28/26 |
| 14 | Francesca's Operations, Inc. | CBL & Associates LP | 2030 Hamilton Place Blvd.<br>Suite 500<br>Chattanooga, TN 37421 | Valley View Mall<br>4802 Valley View Blvd.<br>Roanoke, VA 24012<br>Boutique #508 | 2/28/26 |
| 15 | Francesca's Operations, Inc. | CBL & Associates LP | 2030 Hamilton Place Blvd.<br>Suite 500<br>Chattanooga, TN 37421 | Parkway Place<br>2801 Memorial Pkwy South<br>Suite 166<br>Huntsville, AL 35801<br>Boutique #382 | 2/28/26 |
| 16 | Francesca's Operations, Inc. | CBL & Associates LP | PO Box 955607<br>Saint Louis, MO 63195-5607 | Northpark Mall<br>101 North Range Line Rd<br>Suite 154<br>Joplin, MO 64801<br>Boutique #555 | 2/28/26 |
| 17 | Francesca's Operations, Inc. | CBL-T-C LLC | 2030 Hamilton Place Blvd.<br>Suite 500<br>Chattanooga, TN 37421 | CoolSprings Galleria<br>1800 Galleria Blvd.<br>Franklin, TN 37067<br>Boutique #186 | 2/28/26 |
| 18 | Francesca's Operations, Inc. | Centennial VTC LLC | 8750 N Central Expressway<br>Dallas, TX 75231 | Westfield Valencia<br>24201 Valencia Blvd.<br>Suite 3537<br>Valencia, CA 91355<br>Boutique #211 | 2/28/26 |
| 19 | Francesca's Operations, Inc. | Champaign Market Place LLC | 350 N. Orleans St.<br>Suite 300<br>Chicago, IL 60654 | Market Place Shopping Center<br>2000 N. Neil Street<br>Champaign, IL 61820<br>Boutique #320 | 2/28/26 |
| 20 | Francesca's Operations, Inc. | Chicago Premium Outlets LLC | 225 West Washington St.<br>Indianapolis, IN 46204-3438 | Chicago Premium Outlets<br>1650 Premium Outlet Blvd.<br>Suite 1237<br>Aurora, IL 60502<br>Boutique #2071 | 2/28/26 |
| 21 | Francesca's Operations, Inc. | Citrus Park Mall Owner LLC | 1190 Interstate Parkway<br>Augusta, GA 30909 | Citrus Park<br>7949 Citrus Park Center<br>Tampa, FL 33625<br>Boutique #246 | 2/28/26 |
| 22 | Francesca's Operations, Inc. | Columbia Village District SPE LLC | One Independent Drive<br>Suite 114<br>Jacksonville, FL 32202 | Cameron Village Shopping Center<br>424 Woodburn Ave<br>Raleigh, NC 27605<br>Boutique #99 | 2/28/26 |

| NO. | DEBTOR | COUNTERPARTY | COUNTERPARTY ADDRESS | DESCRIPTION/TITLE | REJECTION DATE |
|---|---|---|---|---|---|
| 23 | Francesca's Operations, Inc. | Columbus Outlets LLC | 3200 Northline Avenue Suite 360 Greensboro, NC 27408 | Columbus Outlet 400 South Wilson Road Suite 650 Sunbury, OH 43074 Boutique #2041 | 2/28/26 |
| 24 | Francesca's Operations, Inc. | Coral Ridge Mall LLC | 350 N. Orleans St. Suite 300 Chicago, IL 60654 | Coral Ridge Mall 1451 Coral Ridge Ave. Suite 402 Coralville, IA 52241 Boutique #204 | 2/28/26 |
| 25 | Francesca's Operations, Inc. | Crawfish LLC | 1701 River Run Suite 500 Fort Worth, TX 76107 | Perkins Rowe 10156 Perkins Rowe Baton Rouge, LA 70810 Boutique #83 | 2/28/26 |
| 26 | Francesca's Operations, Inc. | Crossroads Mall Realty Holding LLC | 1350 Avenue of the Americas, 19th Floor Suite 1925 New York, NY 10019 | The Crossroads 6650 South Westnedge Avenue Suite 216 Portage, MI 49024 Boutique #353 | 2/28/26 |
| 27 | Francesca's Operations, Inc. | CSHV HCG Retail LLC | 2001 Ross Avenue Dallas, TX 75201 | Hill Country Galleria 12821 Hill Country Blvd Suite C2-115 Bee Cave, TX 78738 Boutique #81 | 2/28/26 |
| 28 | Francesca's Operations, Inc. | Day Jay Associates | 350 N. Orleans St. Suite 300 Chicago, IL 60606 | Quail Springs Mall 2501 West Memorial Rd. Oklahoma City, OK 73134 Boutique #359 | 2/28/26 |
| 29 | Francesca's Operations, Inc. | Del Amo Fashion Center | 225 West Washington St. Indianapolis, IN 46204-3438 | Del Amo Fashion Center 3525 Carson Street Suite 175 Torrance, CA 90503 Boutique #228 | 2/28/26 |
| 30 | Francesca's Operations, Inc. | Denver Pavilions Owner Co LLC | 299 Milwaukee Street, Denver, CO 80206 | Denver Pavilions 500 16th Street Suite 211 Denver, CO 80202 Boutique #625 | 2/28/26 |
| 31 | Francesca's Operations, Inc. | Dream Big Partners LLC | 1801 SW Wanamaker Rd Topeka, KS 66604 | West Ridge Mall 1801 SW Wanamaker Rd Suite E01B Topeka, KS 66604 Boutique #540 | 2/28/26 |
| 32 | Francesca's Operations, Inc. | Eden Prairie Center LLC | Po Box 713880 Cincinnati, OH 45271-3880 | Eden Prairie Mall 8251 Flying Cloud Drive Eden Prairie, MN 55344 Boutique #419 | 2/28/26 |
| 33 | Francesca's Operations, Inc. | Ethan Conrad (ECT/TPB1 LLC) | 1300 National Drive Ste 100 Sacramento, CA 95834 | Chico Mall 1950 E 20th St. Suite G-701 Chico, CA 95928 Boutique #611 | 2/28/26 |

| NO. | DEBTOR | COUNTERPARTY | COUNTERPARTY ADDRESS | DESCRIPTION/TITLE | REJECTION DATE |
|---|---|---|---|---|---|
| 34 | Francesca's Operations, Inc. | Fashion Centre Associates LLC | PO Box 402792 Atlanta, GA 30384-2792 | Fashion Centre at Pentagon City 1100 South Hayes Street Suite Q-7 Arlington, VA 22202 Boutique #245 | 2/28/26 |
| 35 | Francesca's Operations, Inc. | Federal Realty OP LP | 909 Rose Avenue Suite 200 North Bethesda, MD 20852 | Town Center Plaza 5256 W 119th St Suite 2000 Leawood, KS 66209 Boutique #75 | 2/28/26 |
| 36 | Francesca's Operations, Inc. | FHR Main Retail Center LLC | 1 East Wacker Drive Suite 3110 Chicago, IL 60601 | Redmond Town Center 7330 164th Ave NE Suite E133 Redmond, WA 98052 Boutique #662 | 2/28/26 |
| 37 | Francesca's Operations, Inc. | Forward Wichita Falls | 3111 Midwestern Parkway Suite 280 Wichita Falls, TX 76308 | Sikes Center 3111 Midwestern Pkwy Suite 680 Wichita Falls, TX 76308 Boutique #513 | 2/28/26 |
| 38 | Francesca's Operations, Inc. | Galveston Outlets LLC | 3200 Northline Avenue Suite 360 Greensboro, NC 27408 | Galveston Outlet 5885 Gulf Freeway Suite 375 Texas City, TX 77591 Boutique #2002 | 2/28/26 |
| 39 | Francesca's Operations, Inc. | Geneva Retail LLC | 695 Route 46 Suite 210 Fairfield, NJ 07849 | Geneva Commons 1520 Commons Dr. Geneva, IL 60134 Boutique #11 | 2/28/26 |
| 40 | Francesca's Operations, Inc. | Ggcal LLC | 3904 Boston St. Suite 402 Baltimore, MD 21224 | Hunt Valley Center 118 Shawan Road Hunt Valley, MD 21030 Boutique #397 | 2/28/26 |
| 41 | Francesca's Operations, Inc. | GGP LP | 350 N. Orleans St. Suite 300 Chicago, IL 60654 | Oxmoor Center Mall 7900 Shellbyville Rd. Suite E04 Louisville, KY 40222 Boutique #130 | 2/28/26 |
| 42 | Francesca's Operations, Inc. | Gilroy Premium Outlets LLC | 225 West Washington St. Indianapolis, IN 46204 | Gilroy Premium Outlets 8300 Arroyo Circle Suite B050 Gilroy, CA 95020 Boutique #2070 | 2/28/26 |
| 43 | Francesca's Operations, Inc. | Gloucester Premium Outlets | 225 West Washington St. Indianapolis, IN 46204-3438 | Gloucester Premium Outlets 100 Premium Outlets Drive Suite 725 Blackwood, NJ 8012 Boutique #2029 | 2/28/26 |
| 44 | Francesca's Operations, Inc. | Greene Town Center LLC | 600 Madison Avenue 14th Floor New York, NY 10022 | The Greene 73 Plum Street Beavercreek, OH 45440 Boutique #183 | 2/28/26 |

| NO. | DEBTOR | COUNTERPARTY | COUNTERPARTY ADDRESS | DESCRIPTION/TITLE | REJECTION DATE |
|---|---|---|---|---|---|
| 45 | Francesca's Operations, Inc. | Greenville Center SC LLC | 234 N. James Street Newport, DE 19804 | Greenville Center 3801 Kennett Pike Greenville, DE 19807 Boutique #114 | 2/28/26 |
| 46 | Francesca's Operations, Inc. | Greenwood Park Mall, LLC | 225 West Washington St. Indianapolis, IN 46204-3438 | Greenwood Park Mall 1251 Us Highway 31 N Suite D11B Greenwood, IN 46142 Boutique #327 | 2/28/26 |
| 47 | Francesca's Operations, Inc. | Grove City Factory Shops LP | 225 West Washington St. Indianapolis, IN 46204-3438 | Grove City Premium Outlets 1911 Leesburg Grove City Rd. Suite 1035 Grove City, PA 16127 Boutique #2090 | 2/28/26 |
| 48 | Francesca's Operations, Inc. | GTM Denton | 3100 Maple Avenue, Dallas, TX 77080 | Golden Triangle Mall 2201 S Interstate 35 E Suite P-12 Denton, TX 76205 Boutique #595 | 2/28/26 |
| 49 | Francesca's Operations, Inc. | Hamilton Corner CMBS II LLC | 2030 Hamilton Place Blvd. Suite 500 Chattanooga, TN 37421 | Hamilton Corner 2115 Gunbarrel Rd Suite C Chattanooga, TN 37421 Boutique #48 | 2/28/26 |
| 50 | Francesca's Operations, Inc. | Hamilton TC LLC | 225 West Washington St. Indianapolis, IN 46204-3438 | Hamilton Town Center 13170 Harrell Parkway Suite 400 Noblesville, IN 46060 Boutique #270 | 2/28/26 |
| 51 | Francesca's Operations, Inc. | Harford Mall | 2030 Hamilton Place Blvd. Suite 500 Chattanooga, TN 37421 | Harford Mall 688 Bel Air Road Suite 15 Bel Air, MD 21014 Boutique #548 | 2/28/26 |
| 52 | Francesca's Operations, Inc. | Hudson Village Finance Company | 1138 W. 9th Street Cleveland, OH 44113 | First and Main 96 First St. Suite 320 Hudson, OH 44236 Boutique #612 | 2/28/26 |
| 53 | Francesca's Operations, Inc. | Kennedy Mall LTD | 5577 Youngstown-Warren Road Niles, OH 44446 | Kennedy Mall 555 JFK Road Suite 438 Dubuque, IA 52002 Boutique #656 | 2/28/26 |
| 54 | Francesca's Operations, Inc. | Kentucky Oaks Mall Company | 5577 Youngstown-Warren Road Niles, OH 44446 | Kentucky Oaks Mall 5101 Hinkleville Road Suite 670 Paducah, KY 42001 Boutique #655 | 2/28/26 |
| 55 | Francesca's Operations, Inc. | La Encantada | La Encantada Shopping Center | La Encantada 2905 E. Skyline Dr. Suite 143 | 2/28/26 |

| NO. | DEBTOR | COUNTERPARTY | COUNTERPARTY ADDRESS | DESCRIPTION/TITLE | REJECTION DATE |
|---|---|---|---|---|---|
| | | | Space #143<br>Tucson, AZ 85701-8577 | Tucson, AZ 85718<br>Boutique #116 | |
| 56 | Francesca's Operations, Inc. | Lafayette Clocktower LLC | 208 Vintage Way<br>Novato, CA 94945 | Clocktower<br>3569 Mt Diablo Blvd<br>Lafayette, CA 94549<br>Boutique #379 | 2/28/26 |
| 57 | Francesca's Operations, Inc. | Leeds Retail Center LLC | 6200 Grand River Blvd. East<br>Suite 446<br>Leeds, AL 35092 | The Outlets at Grand River<br>6200 Grand River Blvd E<br>Suite 630<br>Leeds, AL 35094<br>Boutique #2101 | 2/28/26 |
| 58 | Francesca's Operations, Inc. | Liberty Center LLC | 2200 Magnolia Avenue South<br>Suite 101<br>Birmingham, AL 35205 | Liberty Center<br>7567 Bales Street<br>Liberty Township, OH 45069<br>Boutique #589 | 2/28/26 |
| 59 | Francesca's Operations, Inc. | Lima Mall Realty Holding LLC | 1010 Northern Boulevard<br>Suite 234<br>Great Neck, NY 11021 | Lima Mall<br>2400 Elida Road<br>Suite 354<br>Lima, OH 45805<br>Boutique #576 | 2/28/26 |
| 60 | Francesca's Operations, Inc. | LS Howell LLC | 3200 Northline Avenue<br>Suite 360<br>Greensboro, NC 27408 | Kensington Valley Outlets<br>1475 N. Burkhart Rd.<br>Suite B120<br>Howell, MI 48855<br>Boutique #2057 | 2/28/26 |
| 61 | Francesca's Operations, Inc. | Mall at White Oaks LLC | 225 West Washington St.<br>Indianapolis, IN 46204-3438 | White Oaks Mall<br>2501 Wabash Avenue<br>Suite H05B<br>Springfield, IL 62704<br>Boutique #323 | 2/28/26 |
| 62 | Francesca's Operations, Inc. | Mashpee Commons II LLC | PO. Box 1530<br>Mashpee, MA 02649 | Mashpee Commons<br>24 Central Square<br>Suite Bldg 10 Suite 101<br>Mashpee, MA 2649<br>Boutique #620 | 2/28/26 |
| 63 | Francesca's Operations, Inc. | Mayflower Cape Cod LLC | 225 West Washington St.<br>Indianapolis, IN 46204-3438 | Cape Cod Mall<br>769 Iyannough Rd<br>Suite 184<br>Hyannis, MA 2601<br>Boutique #241 | 2/28/26 |
| 64 | Francesca's Operations, Inc. | Merrimack Premium Outlets Center LLC | 225 West Washington St.<br>Indianapolis, IN 46204 | Merrimack Premium Outlets<br>80 Premium Outlets Blvd<br>Suite 673<br>Merrimack, NH 3054<br>Boutique #2066 | 2/28/26 |
| 65 | Francesca's Operations, Inc. | Mill Shops LLC | 15 SW Colorado Avenue<br>Bend, OR 97702 | Old Mill District<br>520 Southwest Powerhouse Dr.<br>Suite 601<br>Bend, OR 97702<br>Boutique #389 | 2/28/26 |

| NO. | DEBTOR | COUNTERPARTY | COUNTERPARTY ADDRESS | DESCRIPTION/TITLE | REJECTION DATE |
|---|---|---|---|---|---|
| 66 | Francesca's Operations, Inc. | MNH Mall LLC | 225 West Washington St. Indianapolis, IN 46204-3438 | Mall of New Hampshire 1500 South Willow Street Manchester, NH 3103 Boutique #409 | 2/28/26 |
| 67 | Francesca's Operations, Inc. | NE Gateway Mall PROPCO LLC | 4900 East Dublin Granville Road, Columbus, OH 43081 | Gateway Mall 6100 O Street Suite 208 Lincoln, NE 68505 Boutique #704 | 2/28/26 |
| 68 | Francesca's Operations, Inc. | Oakwood Hills Mall LLC | 350 N. Orleans St. Suite 300 Chicago, IL 60654 | Oakwood Mall 4800 Golf Road Suite 332 Eau Claire, WI 54701 Boutique #456 | 2/28/26 |
| 69 | Francesca's Operations, Inc. | Omaha Outlets SPE LLC | 21209 Nebraska Crossing Drive Suite #C - 100 Gretna, NE 68028 | Nebraska Outlets 21355 Nebraska Crossing Drive Suite F105 Gretna, NE 68028 Boutique #2015 | 2/28/26 |
| 70 | Francesca's Operations, Inc. | Penn Ross Joint Venture | 225 West Washington St. Indianapolis, IN 46204-3438 | Ross Park Mall 1000 Ross Park Mall Drive Suite J15A Pittsburgh, PA 15237 Boutique #271 | 2/28/26 |
| 71 | Francesca's Operations, Inc. | Pheasant Lane Realty Trust | 225 West Washington St. Indianapolis, IN 46204-3438 | Pheasant Lane Mall 310 Daniel Webster Highway Suite W227 Nashua, NH 3060 Boutique #264 | 2/28/26 |
| 72 | Francesca's Operations, Inc. | Phoenix Premium Outlets LLC | 225 West Washington St. Indianapolis, IN 46204-3438 | Phoenix Premium Outlets 4976 Premium Outlets Way Suite 818 Chandler, AZ 85226 Boutique #2098 | 2/28/26 |
| 73 | Francesca's Operations, Inc. | Piazza Montana, LLC | 15332 Antioch Street Pacific Palisades, CA 90272 | 25 W. Jefferson 25 W Jefferson Ave. Naperville, IL 60540 Boutique #358 | 2/28/26 |
| 74 | Francesca's Operations, Inc. | Preit Associates LP | Woodland Mall Kentwood, MI 49512 | Woodland Mall 3195 28th SE Suite D110 Grand Rapids, MI 49512 Boutique #277 | 2/28/26 |
| 75 | Francesca's Operations, Inc. | Preit Associates LP | One Commerce Square Philadelphia, PA 19103 | Dartmouth Mall 142 Dartmouth Mall Suite 1220A Dartmouth, MA 2747 Boutique #489 | 2/28/26 |
| 76 | Francesca's Operations, Inc. | Premium Outlet Partners LP | 225 West Washington St. Indianapolis, IN 46204-3438 | Allen Premium Outlets 820 Stacy Rd. Suite 632 Allen, TX 75013 Boutique #2067 | 2/28/26 |

| NO. | DEBTOR | COUNTERPARTY | COUNTERPARTY ADDRESS | DESCRIPTION/TITLE | REJECTION DATE |
|---|---|---|---|---|---|
| 77 | Francesca's Operations, Inc. | Premium Outlet Partners LP | 225 West Washington St. Indianapolis, IN 46204-3438 | Philadelphia Premium Outlet 18 West Lightcap Road Suite 629 Pottstown, PA 19464 Boutique #2027 | 2/28/26 |
| 78 | Francesca's Operations, Inc. | Premium Outlet Partners LP | 225 West Washington St. Indianapolis, IN 46204-3438 | Leesburg Premium Outlets 241 Fort Evans Rd. NE Suite 1255 Leesburg, VA 20176 Boutique #2085 | 2/28/26 |
| 79 | Francesca's Operations, Inc. | Prisha LHC LLC | 1136 S. Delano Ct. Chicago, IL 60605 | The Roosevelt Collection 1127 S. Delano Court East Chicago, IL 60605 Boutique #436 | 2/28/26 |
| 80 | Francesca's Operations, Inc. | Pyramid Walden Company LP | 4 Clinton Square Syracuse, NY 13202-1078 | Walden Galleria One Walden Galleria Buffalo, NY 14225 Boutique #578 | 2/28/26 |