**MANDELBAUM BARRETT PC**
3 Becker Farm Road, Suite 105
Roseland, New Jersey 07068
(973) 736-4600
(973) 325-7467 Facsimile
Jeffrey M. Rosenthal
jrosenthal@mblawfirm.com
Vincent J. Roldan
vroldan@mblawfirm.com
Katie F. Warren
kwarren@mblawfirm.com
*Counsel for Francesca's Acquisition, LLC, et al.*

**Order Filed on March 12, 2026
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

**UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY**

| | |
|---|---|
| In re: | Chapter 11 |
| FRANCESCA'S ACQUISITION, LLC, *et al.*,[1] | Case No. 26 -11312 (MEH) |
| Debtors. | (Jointly Administered) |

**ORDER APPROVING THIRD OMNIBUS MOTION AUTHORIZING DEBTORS TO (I) REJECT CERTAIN (A) UNEXPIRED LEASES OF NONRESIDENTIAL REAL PROPERTY, AND (B) EXECUTORY CONTRACTS, EFFECTIVE AS OF FEBRUARY 28, 2026; AND (II) ABANDON PERSONAL PROPERTY**

The relief set forth on the following pages, numbered two (2) through five (5), is hereby

**ORDERED.**

**DATED: March 12, 2026**

**Honorable Mark E. Hall
United States Bankruptcy Judge**

---

[1] The Debtor entities in these chapter 11 cases, along with the last four digits of each Debtor entity's federal tax identification number, are: Francesca's Acquisition, LLC (3616); Francesca's Operations, Inc. (6872); Francesca's Administrative Management, Inc. (5788); and Francesca's IP Company, Inc. (9588). The Debtors' service address is 8760 Clay Road, Suite 100, Houston, TX 77080.

4920-1477-4934, v. 2

| | |
|---|---|
| Debtors: | FRANCESCA'S ACQUISITIONS, LLC, et al. |
| Case No.: | 26-11312 (MEH) |
| Caption of Order: | ORDER APPROVING THIRD OMNIBUS MOTION AUTHORIZING DEBTORS TO (I) REJECT CERTAIN (A) UNEXPIRED LEASES OF NONRESIDENTIAL REAL PROPERTY AND (B) EXECUTORY CONTRACTS, EFFECTIVE AS OF FEBRUARY 28, 2026; AND (II) ABANDON PERSONAL PROPERTY |

Upon the Third Omnibus Motion (the "Motion")[1] of the above-captioned debtors and debtors in possession (collectively, the "Debtors") for entry of an order (this "Order"), (a) authorizing, but not directing, the Debtors to (a) reject certain (i) unexpired leases for non-residential real property, set forth on **Schedule 1** hereto (such leases, collectively, the "Rejected Leases"), and (ii) executory contracts set forth on **Schedule 2** hereto (such contracts, collectively, the "Rejected Contracts" and, together with the Rejected Leases, the "Rejected Agreements"), and (b) abandon any burdensome personal property of the Debtors that remains, as of February 28, 2026 (the "Rejection Date"), in any of the Debtors' locations they previously leased pursuant to the Rejected Leases (collectively, the "Rejected Premises") to the extent the Rejected Agreements were not already terminated as of the Rejection Date and are subject to assumption or rejection under section 365 of the Bankruptcy Code; and this Court having jurisdiction over this matter pursuant to 28 U.S.C. § 1334; and this Court having found that this is a core proceeding pursuant to 28 U.S.C. § 157(b)(2); and this Court having found that it may enter a final order consistent with Article III of the United States Constitution; and this Court having found that venue of this proceeding and the Motion in this district is permissible pursuant to 28 U.S.C. §§ 1408 and 1409; and this Court having found that the Debtors' notice of the Motion and opportunity for a hearing on the Motion were appropriate under the circumstances and no other notice need be provided; and this Court having determined that the legal and factual bases set forth in support of the Motion establish just cause for the relief granted herein; and upon all of the proceedings had before this

---

[1] Capitalized terms used but not defined herein have the meanings ascribed to them in the Motion.

Debtors:            FRANCESCA'S ACQUISITION, et al.
Case No.:           26-11312 (MEH)
Caption of Order:   ORDER APPROVING THIRD OMNIBUS MOTION AUTHORIZING
                    DEBTORS TO (I) REJECT CERTAIN (A) UNEXPIRED LEASES OF
                    NONRESIDENTIAL REAL PROPERTY AND (B) EXECUTORY
                    CONTRACTS, EFFECTIVE AS OF FEBRUARY 28, 2026; AND (II)
                    ABANDON PERSONAL PROPERTY

Court; and after due deliberation and sufficient cause appearing therefor, it is HEREBY

ORDERED THAT,

1.      The Motion is GRANTED as set forth herein.

2.      Contracts listed on the Rejection Schedule attached hereto as **Exhibit 1** are rejected

under section 365 of the Bankruptcy Code and terminated effective as of the later of the rejection

date set forth on the Rejection Schedule (the "Rejection Date") or such other date as the Debtors

and the applicable Rejection Counterparty agree; *provided* that the effective date for a rejection of

a lease of nonresidential real property shall not occur until the later of the (i) the Rejection Date

set forth on **Exhibit 1** and (ii) the date the Debtors relinquish control of the premises by notifying

the affected landlord or such landlord's counsel (if any) in writing (email being sufficient) of the

Debtors' surrender of the premises and, as applicable (a) turning over keys, key codes, and security

codes, if any, to the affected landlord or (b) notifying such affected landlord or such landlord's

counsel (if any) in writing (email being sufficient) that the property has been surrendered and that

the keys, key codes, and security codes, if any, are not available, but the landlord may rekey the

leased premises (the "Rejection Effective Date").

3.      The Debtors are authorized, but not directed, at any time on or before the applicable

Rejection Effective Date, to remove or abandon any of the Debtors' personal property that may be

located on the Debtors' leased premises that are subject to a rejected Contract.  The personal

property will be deemed abandoned pursuant to section 554 of the Bankruptcy Code, as is,

effective as of the Rejection Effective Date.  Landlords may, in their sole discretion and without

further notice or order of this Court, utilize and/or dispose of such personal property without notice

4920-1477-4934, v. 2

| Debtors: | FRANCESCA'S ACQUISITION, et al. |
| Case No.: | 26-11312 (MEH) |
| Caption of Order: | ORDER APPROVING THIRD OMNIBUS MOTION AUTHORIZING DEBTORS TO (I) REJECT CERTAIN (A) UNEXPIRED LEASES OF NONRESIDENTIAL REAL PROPERTY AND (B) EXECUTORY CONTRACTS, EFFECTIVE AS OF FEBRUARY 28, 2026; AND (II) ABANDON PERSONAL PROPERTY |

or liability to the Debtors, the Debtors' bankruptcy estates, or third parties and, to the extent applicable, the automatic stay is modified solely to allow such disposition, and the 14-day stay under F.R.B.P. 4001(a)(4) is waived.  Notwithstanding anything to the contrary herein, the Debtors may not abandon any personal property that is hazardous or containing any "personally identifiable information," as that term is defined in Bankruptcy Code § 101(41A), but rather shall remove any such personal property before the Rejection Date.

4.     If the Debtors have deposited monies with a counterparty to a Rejected Agreement as a security deposit, such counterparty may not setoff or recoup or otherwise use such deposit without the prior authority of this Court.

5.     Any person or entity that holds a claim arising from the rejection of the Rejected Agreements must file a proof of claim for rejection damages claims, if any, on or before the later of:  (a) the applicable dates designated by the Bankruptcy Court (or pursuant to the Bankruptcy Rules) as the last date for filing proofs of claims in these Chapter 11 Cases, (b) thirty (30) days following the entry of the order approving such rejection of the applicable Contract, and (c) thirty (30) days following the effective date of such rejection of the applicable Contract. If no proof of claim is timely filed, such claimant may be forever barred from asserting a claim for damages arising from the rejection and from participating in any distributions on such a claim that may be made in connection with these Chapter 11 Cases.

6.     The Debtors confirm that the relief requested in their *Motion for Entry of an Order (I) Authorizing Procedures to Reject Executory Contracts and Unexpired Leases and (II) Granting Related Relief* [Docket No. 100] (the "Rejection Procedures Motion"), to the extent such relief

Debtors:            FRANCESCA'S ACQUISITION, LLC, et al.
Case No.:           26-11312 (MEH)
Caption of Order:   ORDER APPROVING THIRD OMNIBUS MOTION AUTHORIZING DEBTORS TO (I) REJECT CERTAIN (A) UNEXPIRED LEASES OF NONRESIDENTIAL REAL PROPERTY AND (B) EXECUTORY CONTRACTS, EFFECTIVE AS OF FEBRUARY 28, 2026; AND (II) ABANDON PERSONAL PROPERTY

should be so-ordered by the Court, applies to this Motion and the relief set forth in this order. To the extent the Rejection Procedures Motion and resulting rejection procedures order (the "Rejection Procedures Order") is inconsistent with this Order, the terms of the Rejection Procedures Motion and Rejection Procedures Order shall govern.

7.      All rights and defenses of the Debtors and counterparties are preserved, including all rights and defenses of the Debtors and counterparties with respect to a claim for damages arising from the rejection of a Contract, including any right to assert an offset, recoupment, counterclaim, or deduction. In addition, nothing in this Order or the Motion shall limit the Debtors' ability to subsequently assert that any particular Contract is terminated and is no longer an executory contract or unexpired leases, respectively.

8.      Notwithstanding the relief granted herein and any actions taken pursuant to such relief, nothing in this Order shall be deemed: (a) an admission as to the amount of, basis for, or validity of any claim against a Debtor entity under the Bankruptcy Code or other applicable nonbankruptcy law; (b) a waiver of the Debtors' or any other party in interest's right to dispute any claim on any grounds; (c) a promise or requirement to pay any claim; (d) an implication or admission that any particular claim is of a type specified or defined in the Motion or any order granting the relief requested by the Motion or a finding that any particular claim is an administrative expense claim or other priority claim; (e) a request or authorization to assume or adopt any agreement, contract, or lease pursuant to section 365 of the Bankruptcy Code; (f) an admission as to the validity, priority, enforceability, or perfection of any lien on, security interest in, or other encumbrance on property of the Debtors' estates; (g) a waiver or limitation of the

4920-1477-4934, v. 2

Debtors:        FRANCESCA'S ACQUISITIONS LLC, et al.
Case No.:       26-11312 (MEH)
Caption of Order:  ORDER APPROVING THIRD OMNIBUS MOTION AUTHORIZING DEBTORS TO (I) REJECT CERTAIN (A) UNEXPIRED LEASES OF NONRESIDENTIAL REAL PROPERTY AND (B) EXECUTORY CONTRACTS, EFFECTIVE AS OF FEBRUARY 28, 2026; AND (II) ABANDON PERSONAL PROPERTY

Debtors', or any other party in interest's, rights under the Bankruptcy Code or any other applicable law; or (h) a concession by the Debtors that any liens (contractual, common law, statutory, or otherwise) that may be satisfied pursuant to the relief requested in the Motion are valid, and the rights of all parties in interest are expressly reserved to contest the extent, validity, or perfection or seek avoidance of all such liens.

9.      Nothing shall relieve the Debtors of their obligations pursuant to section 365(d)(3) of the Bankruptcy Code.

10.     The requirements in Bankruptcy Rules 6006, 6007, and LBR 6007-1 are satisfied.

11.     Notice of the Motion as provided therein shall be deemed good and sufficient and satisfies the requirements of Bankruptcy Rule 6004(a) and the Bankruptcy Local Rules.

12.     Notwithstanding any applicability of Bankruptcy Rule 6004(h), the terms and conditions of this Order shall be effective and enforceable immediately upon its entry.

13.     The Debtors are authorized to take all actions necessary to effectuate the relief granted in this Order in accordance with the Motion.

14.     This Court retains jurisdiction with respect to all matters arising from or related to the implementation, interpretation, and enforcement of this Order.

4920-1477-4934, v. 2

**Schedule 1- List of Rejected Leases**

| NO. | DEBTOR | COUNTERPARTY | COUNTERPARTY ADDRESS | DESCRIPTION/TITLE | REJECTION DATE |
|---|---|---|---|---|---|
| 81 | Francesca's Operations, Inc. | QR Rushmore LLC | 2200 N Maple Ave Rapid City, SD 57701 | Rushmore Mall 2200 N. Maple Ave. Rapid City, SD 57701 Boutique #495 | 2/28/26 |
| 82 | Francesca's Operations, Inc. | R & B University Village LTD | 1800 St. James Place Houston, TX 77056 | 2515 University Ave 2515 University Blvd. Houston, TX 77005 Boutique #600 | 2/28/26 |
| 83 | Francesca's Operations, Inc. | RB Schereville Crossings LLC | 7742 Solution Center Chicago, IL 60677-7007 | Shops on Main 79 US Highway 41 Suite 205 Schererville, IN 46375 Boutique #659 | 2/28/26 |
| 84 | Francesca's Operations, Inc. | Ridgedale REIT SUB LLC | 350 N. Orleans St. Suite 300 Chicago, IL 60654 | Ridgedale Center 12323 Wayzata Blvd Minnetonka, MN 55305 Boutique #234 | 2/28/26 |
| 85 | Francesca's Operations, Inc. | Rimrock Owner LP | 1010 Northern Blvd. Suite 212 Great Neck, NY 11021 | Rimrock Mall 300 S. 24th Street W. Suite C-08 Billings, MT 59102 Boutique #519 | 2/28/26 |
| 86 | Francesca's Operations, Inc. | River City Centre LLC | 2030 Hamilton Place Blvd. Suite 500 Chattanooga, TN 37421 | West Park Mall 3049 William Street Suite 248 Cape Girardeau, MO 63703 Boutique #596 | 2/28/26 |
| 87 | Francesca's Operations, Inc. | River Hills Mall Realty Holding LLC | 1350 Avenue of the Americas New York, NY 10019 | River Hills Mall 1850 Adams Street Mankato, MN 56001 Boutique #414 | 2/28/26 |
| 88 | Francesca's Operations, Inc. | River Park Square LLC | 999 W. Riverside Ave. Spokane, WA 99201 | River Park Square 808 W. Main Ave. Suite 245 Spokane, WA 99201 Boutique #460 | 2/28/26 |
| 89 | Francesca's Operations, Inc. | Rivertown Crossings Mall, LLC | 350 N. Orleans St. Suite 300 Chicago, IL 60654 | Rivertown Crossings 3700 Rivertown Pkwy SW Grandville, MI 49418 Boutique #179 | 2/28/26 |
| 90 | Francesca's Operations, Inc. | Robinson Mall Realty Holding LLC | 1010 Northern Blvd. Suite 212 Great Neck, NY 11021 | Mall at Robinson 100 Robinson Centre Dr. Suite 1790 Pittsburgh, PA 15205 Boutique #549 | 2/28/26 |
| 91 | Francesca's Operations, Inc. | RPAI US Management LLC | 30 South Meridian Street Suite 1100 Indianapolis, IN 46204 | The Shops at Legacy 7201 Bishop Road Suite E-9 | 2/28/26 |

| NO. | DEBTOR | COUNTERPARTY | COUNTERPARTY ADDRESS | DESCRIPTION/TITLE | REJECTION DATE |
|---|---|---|---|---|---|
| | | | | Plano, TX 75024 Boutique #328 | |
| 92 | Francesca's Operations, Inc. | RPI Chesterfield LLC | 350 N. Orleans St. Suite 300 Chicago,, IL 60654 | Chesterfield Towne Center 11500 Midlothian Turnpike Suite 258 Richmond, VA 23235 Boutique #265 | 2/28/26 |
| 93 | Francesca's Operations, Inc. | Rreef America REIT II Corp.bbb | 1200 Rosecrans Ave Manhattan Beach, CA 90266 | Manhattan Village 3200 N Sepulveda Suite D10 Manhattan Beach, CA 90266 Boutique #13 | 2/28/26 |
| 94 | Francesca's Operations, Inc. | Sawgrass Mills | 225 West Washington St. Indianapolis, IN 46204-3438 | Sawgrass Mills 12801 W Sunrise Blvd Suite 647 Sunrise, FL 33323 Boutique #2099 | 2/28/26 |
| 95 | Francesca's Operations, Inc. | SCP II Oaks, LLC | PO Box 739258 Dallas, TX 75373-9258 | The Oaks 548 N Hillcrest Dr Thousand Oaks, CA 91360 Boutique #226 | 2/28/26 |
| 96 | Francesca's Operations, Inc. | Sea Girt LP | P.O. Box 8500-9320 Philadelphia, PA 19178-9320 | Brook 35 2150 Hwy. 35 Suite 20E Sea Girt, NJ 8750 Boutique #517 | 2/28/26 |
| 97 | Francesca's Operations, Inc. | Seattle Premium Outlets | 225 West Washington St. Indianapolis, IN 46204 | Seattle Premium Outlets 10600 Quil Ceda Blvd Suite 316 Tulalip, WA 98271 Boutique #2096 | 2/28/26 |
| 98 | Francesca's Operations, Inc. | Settlers' R1, Inc. | 1340 Centre Street Suite 201 Newton, MA 02459 | Outlet at Settlers Green Streetside 2 Common Ct. Suite B18 North Conway, NH 03860 Boutique #2064 | 2/28/26 |
| 99 | Francesca's Operations, Inc. | Sherman Oaks Fashion Associates LP | 2049 Century Park East, 41st Floor Los Angeles, CA 90067 | Westfield Fashion Square 14006 Riverside Dr Suite 72 Sherman Oaks, CA 91423 Boutique #571 | 2/28/26 |
| 100 | Francesca's Operations, Inc. | Shopping Center Associates | 225 West Washington St. Indianapolis, IN 46204-3438 | Menlo Park Mall 100 Menlo Park Suite 2425 Edison, NJ 8837 Boutique #169 | 2/28/26 |
| 101 | Francesca's Operations, Inc. | Shops at Mission Viejo LLC | 225 West Washington St. Indianapolis, IN 46204-3438 | Shops at Mission Viejo 555 Shoppes at Mission Viejo Suite 906-A Mission Viejo, CA 92691 Boutique #262 | 2/28/26 |

| NO. | DEBTOR | COUNTERPARTY | COUNTERPARTY ADDRESS | DESCRIPTION/TITLE | REJECTION DATE |
|---|---|---|---|---|---|
| 102 | Francesca's Operations, Inc. | Simon Capital GP | 225 West Washington St. Indianapolis, IN 46204-3438 | Tyrone Square 6901 Tyrone Square Saint Petersburg, FL 33710 Boutique #506 | 2/28/26 |
| 103 | Francesca's Operations, Inc. | Simon Financing Partnership | 225 West Washington St. Indianapolis, IN 46204-3438 | Folsom Premium Outlets 13000 Folsom Blvd Suite 903 Folsom, CA 95630 Boutique #2095 | 2/28/26 |
| 104 | Francesca's Operations, Inc. | Simon Property Group (Texas) LP | 225 West Washington St. Indianapolis, IN 46204-3438 | The Domain Phase II 11010 Domain Drive Suite V03 Austin, TX 78758 Boutique #630 | 2/28/26 |
| 105 | Francesca's Operations, Inc. | Simon Property Group Inc | 225 West Washington St. Indianapolis, IN 46204-3438 | Ocean County Mall 1201 Hooper Avenue Suite 1081 Toms River, NJ 8753 Boutique #242 | 2/28/26 |
| 106 | Francesca's Operations, Inc. | Simon Property Group LP | 225 West Washington St. Indianapolis, IN 46204 | Empire Mall 4001 West 41st Street Suite 705A Sioux Falls, SD 57106 Boutique #505 | 2/28/26 |
| 107 | Francesca's Operations, Inc. | Simon Property Group LP | 225 West Washington St. Indianapolis, IN 46204-3438 | San Francisco Premium Outlets 2774 Livermore Outlets Dr. Suite 3530 Livermore, CA 94551 Boutique #2089 | 2/28/26 |
| 108 | Francesca's Operations, Inc. | Simon Property Group LP | 225 West Washington St. Indianapolis, IN 46204-3438 | Tippecanoe Mall 2415 Sagamore Parkway South Lafayette, IN 47905 Boutique #386 | 2/28/26 |
| 109 | Francesca's Operations, Inc. | Simon Property Group LP | 225 West Washington St. Indianapolis, IN 46204-3438 | Cincinnati Premium Outlets 816 Premium Outlets Dr. Monroe, OH 45050 Boutique #2078 | 2/28/26 |
| 110 | Francesca's Operations, Inc. | South Hills Village | 225 West Washington St. Indianapolis, IN 46204-3438 | South Hills Village 301 S Hills Vlg Suite 1070 A Pittsburgh, PA 15241 Boutique #310 | 2/28/26 |
| 111 | Francesca's Operations, Inc. | SPUS9 FB Paddock Prop LLC | PO Box 7411166 Chicago, IL 60674-1116 | Paddock Shops 4262 Summit Plaza Dr Louisville, KY 40241 Boutique #150 | 2/28/26 |
| 112 | Francesca's Operations, Inc. | SREG White Marsh Mall LLC | P.O. Box 201801 Dallas, TX 75320-1801 | White Marsh Mall 8200 Perry Hall Blvd Baltimore, MD 21236 Boutique #272 | 2/28/26 |
| 113 | Francesca's Operations, Inc. | Stoneridge Properties LLC | 225 West Washington St. Indianapolis, IN 46204-3438 | Stoneridge SC 1336 Stoneridge Mall Rd Suite D-120 | 2/28/26 |

| NO. | DEBTOR | COUNTERPARTY | COUNTERPARTY ADDRESS | DESCRIPTION/TITLE | REJECTION DATE |
|---|---|---|---|---|---|
| | | | | Pleasanton, CA 94588<br>Boutique #305 | |
| 114 | Francesca's Operations, Inc. | Sunbelt Investment Holdings | Bank Of America Lockbox Los Angeles, CA 90074-6692 | The Village at Arrowhead<br>20022 North 67th Ave<br>Suite 122<br>Glendale, AZ 85308<br>Boutique #89 | 2/28/26 |
| 115 | Francesca's Operations, Inc. | Tanger Management, LLC 2028 | 3200 Northline Avenue Suite 360 Greensboro, NC 27408 | Grand Rapids Outlet<br>350 84th Street SW<br>Suite 1050<br>Byron Center, MI 49315<br>Boutique #2028 | 2/28/26 |
| 116 | Francesca's Operations, Inc. | Tanger Properties LP | 3200 Northline Avenue Suite 360 Greensboro, NC 27408 | Mebane Outlets<br>4000 Arrowhead Blvd<br>Suite 830<br>Mebane, NC 27302<br>Boutique #2004 | 2/28/26 |
| 117 | Francesca's Operations, Inc. | Tanger Properties LP | 3200 Northline Avenue Suite 360 Greensboro, NC 27408 | Deer Park Outlet<br>316 The Arches Circle<br>Deer Park, NY 11729<br>Boutique #2018 | 2/28/26 |
| 118 | Francesca's Operations, Inc. | Tanger Properties LP | 3200 Northline Avenue Suite 360 Greensboro, NC 27408 | Pittsburgh Outlet<br>2200 Tanger Blvd.<br>Suite 517<br>Washington, PA 15301<br>Boutique #2020 | 2/28/26 |
| 119 | Francesca's Operations, Inc. | Tanger Properties LP | 3200 Northline Avenue Suite 360 Greensboro, NC 27408 | Riverhead Outlet<br>404 Tanger Mall Dr<br>Riverhead, NY 11901<br>Boutique #2022 | 2/28/26 |
| 120 | Francesca's Operations, Inc. | Tanger Properties LP | 3200 Northline Avenue Suite 360 Greensboro, NC 27408 | Lancaster Outlet<br>1227 Stanley K Tanger Blvd<br>Lancaster, PA 17602<br>Boutique #2058 | 2/28/26 |
| 121 | Francesca's Operations, Inc. | Teachers Insurance Annuity Association | 730 Third Avenue New York, NY 10017 | Princeton Marketfair<br>3535 US Highway 1<br>Suite 167<br>Princeton, NJ 8540<br>Boutique #538 | 2/28/26 |
| 122 | Francesca's Operations, Inc. | The Falls Shopping Center Assoc LLC | 225 West Washington St. Indianapolis, IN 46204-3438 | The Falls<br>8888 SW 136 St.<br>Suite 368<br>Miami, FL 33176<br>Boutique #121 | 2/28/26 |
| 123 | Francesca's Operations, Inc. | The Prudential Insurance Company | 1770 Kirby Parkway Memphis, TN 38138 | The Promenade Shops at Saucon Valley<br>2960 Center Valley Parkway<br>Suite 733<br>Center Valley, PA 18034<br>Boutique #63 | 2/28/26 |
| 124 | Francesca's Operations, Inc. | The Retail Property Trust | 225 West Washington St. Indianapolis, IN 46204 | Burlington Mall<br>75 Middlesex Turnpike<br>Suite 2018 | 2/28/26 |

| NO. | DEBTOR | COUNTERPARTY | COUNTERPARTY ADDRESS | DESCRIPTION/TITLE | REJECTION DATE |
|---|---|---|---|---|---|
| | | | | Burlington, MA 1803<br>Boutique #551 | |
| 125 | Francesca's Operations, Inc. | The Retail Property Trust | 225 West Washington St.<br>Indianapolis, IN 46204-3438 | Rockaway Townsquare<br>301 Mt Hope Ave<br>Suite 1018<br>Rockaway, NJ 7866<br>Boutique #161 | 2/28/26 |
| 126 | Francesca's Operations, Inc. | The Retail Property Trust | 225 West Washington St.<br>Indianapolis, IN 46204-3438 | South Shore Plaza<br>250 Granite St.<br>Suite 1250<br>Braintree, MA 2184<br>Boutique #170 | 2/28/26 |
| 127 | Francesca's Operations, Inc. | TIA Holdings Rocky River LLC | 2503 East Broad Street<br>Columbus, OH 43209 | Beachcliff Market Square SC<br>19344 Detroit Rd<br>Rocky River, OH 44116<br>Boutique #56 | 2/28/26 |
| 128 | Francesca's Operations, Inc. | TM Partridge Creek Mall LP | 112 Northem Concourse<br>North Syracuse, NY 13212 | The Mall at Partridge Creek<br>17360 Hall Road<br>Suite 179<br>Clinton Township, MI 48038<br>Boutique #231 | 2/28/26 |
| 129 | Francesca's Operations, Inc. | Town Square West LLC | One Town Square Boulevard<br>Suite 330<br>Asheville, NC 28803-5007 | Biltmore Park<br>19 Town Square Blvd<br>Suite 120<br>Asheville, NC 28803<br>Boutique #530 | 2/28/26 |
| 130 | Francesca's Operations, Inc. | TPI REIT Operating Partnership | 800 Boylston Street<br>Suite 1300<br>Boston, MA 02199 | Freeport Village Station<br>1 Freeport Village Station<br>Suite 345E<br>Freeport, ME 4032<br>Boutique #2053 | 2/28/26 |
| 131 | Francesca's Operations, Inc. | TREA NW Forum at Carlsbad Owner | 1819 Wazee St.<br>Denver, CO 80202 | The Forum at Carlsbad<br>1923 Calle Barcelona<br>Suite 146<br>Carlsbad, CA 92009<br>Boutique #21 | 2/28/26 |
| 132 | Francesca's Operations, Inc. | Tuscaloosa LLC | 1001 Pennsylvania Avenue, NW,<br>Washington DC,, DC 20004 | Midtown Village<br>1800 McFarland Blvd<br>Suite 217<br>Tuscaloosa, AL 35404<br>Boutique #377 | 2/28/26 |
| 133 | Francesca's Operations, Inc. | Twin City Outlets Eagan LLC | 225 West Washington St.<br>Indianapolis, IN 46204-3438 | Paragon Outlets<br>3925 Eagan Outlets Pkwy<br>Suite 870<br>Eagan, MN 55122<br>Boutique #2013 | 2/28/26 |
| 134 | Francesca's Operations, Inc. | U S Properties Group Inc | P.o. BOX 64-3906<br>Cincinnati, OH 45264-3906 | The Shoppes at Montage<br>2451 Shoppes Blvd.<br>Moosic, PA 18507<br>Boutique #337 | 2/28/26 |
| 135 | Francesca's Operations, Inc. | University Park Mall LLC | 225 West Washington St.<br>Indianapolis, IN 46204-3438 | University Park Mall<br>6501 N. Grape Rd.<br>Suite 108 | 2/28/26 |

| NO. | DEBTOR | COUNTERPARTY | COUNTERPARTY ADDRESS | DESCRIPTION/TITLE | REJECTION DATE |
|---|---|---|---|---|---|
| | | | | Mishawaka, IN 46545<br>Boutique #329 | |
| 136 | Francesca's Operations, Inc. | US Centennial Vancouver Mall | 8750 N. Central Expressway<br>Dallas, TX 75231 | Vancouver Mall<br>8700 NE Vancouver Mall Drive<br>Suite 127<br>Vancouver, WA 98662<br>Boutique #417 | 2/28/26 |
| 137 | Francesca's Operations, Inc. | Valley View Realty Holdings LLC | 1010 Northern Boulevard<br>Suite 234<br>Great Neck, NY 11021 | Valley View<br>3800 State Highway 16<br>Suite 163<br>La Crosse, WI 54601<br>Boutique #559 | 2/28/26 |
| 138 | Francesca's Operations, Inc. | VORH Associates LLC | 350 North Old Woodward Avenue<br>Birmingham, MI 48009 | The Village of Rochester Hills<br>160 N. Adams Road<br>Rochester, MI 48309<br>Boutique #151 | 2/28/26 |
| 139 | Francesca's Operations, Inc. | W/S/K Seekonk Associates LLC | P.O. Box 845061<br>Boston, MA 02284-5061 | Seekonk Square<br>7 Commerce Way<br>Suite A-190<br>Seekonk, MA 02771<br>Boutique #702 | 2/28/26 |
| 140 | Francesca's Operations, Inc. | West Village 2004 | 3699 McKinney Avenue<br>Dallas, TX 75204 | West Village<br>3699 McKinney Ave.<br>Suite 501<br>Dallas, TX 75204<br>Boutique #687 | 2/28/26 |
| 141 | Francesca's Operations, Inc. | Westgate Mall Realty LLC | P.O. Box 25078<br>Tampa, FL 33622 | Westgate Mall<br>7701 W Interstate 40<br>Amarillo, TX 79121<br>Boutique #257 | 2/28/26 |
| 142 | Francesca's Operations, Inc. | Woodbury Corporation | 575 E University Prkwy - 260<br>Suite #N<br>Orem, UT 84097 | University Mall SC<br>575 East University Parkway<br>Orem, UT 84097<br>Boutique #312 | 2/28/26 |
| 143 | Francesca's Operations, Inc. | Woodbury Lakes | 19 West 44th Street<br>New York, NY 10036 | Woodbury Lakes<br>9020 Hudson Rd<br>Woodbury, MN 55125<br>Boutique #37 | 2/28/26 |
| 144 | Francesca's Operations, Inc. | Woodland Hills Mall LLC | 225 West Washington St.<br>Indianapolis, IN 46204-3438 | Woodland Hills Mall<br>7021 South Memorial Dr.<br>Suite 184A<br>Tulsa, OK 74133<br>Boutique #126 | 2/28/26 |
| 145 | Francesca's Operations, Inc. | York Galleria LP | 2030 Hamilton Place Blvd.<br>Suite 500<br>Chattanooga, TN 37421 | York Galleria<br>2899 Whiteford Rd<br>Suite 167<br>York, PA 17402<br>Boutique #498 | 2/28/26 |
| 146 | Francesca's Operations, Inc. | YTC Mall Ownwer LLC | 100 N. Pacific Coast Highway<br>El Segundo, CA 90245 | Yorktown Center<br>203 Yorktown Center<br>Suite 240 | 2/28/26 |

| NO. | DEBTOR | COUNTERPARTY | COUNTERPARTY ADDRESS | DESCRIPTION/TITLE | REJECTION DATE |
|---|---|---|---|---|---|
| | | | | Lombard, IL 60148<br>Boutique #547 | |