**MANDELBAUM BARRETT PC**
3 Becker Farm Road, Suite 105
Roseland, New Jersey 07068
(973) 736-4600
(973) 325-7467 Facsimile
Jeffrey M. Rosenthal
jrosenthal@mblawfirm.com
Vincent J. Roldan
vroldan@mblawfirm.com
Katie F. Warren
kwarren@mblawfirm.com
*Counsel for Francesca's Acquisition, LLC, et al.*

**Order Filed on March 31, 2026
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEW JERSEY

|  |  |
|---|---|
| In re: | Chapter 11 |
| FRANCESCA'S ACQUISITION, LLC, *et al.*,[1] | Case No. 26 -11312 (MEH) |
| Debtors. | |

## ORDER APPROVING THE REJECTION OF CERTAIN
## EXECUTORY CONTRACTS AND/OR UNEXPIRED LEASES AND
## THE ABANDONMENT OF CERTAIN PERSONAL PROPERTY (LEASES 247-346)

**DATED: March 31, 2026**

_____
**Honorable Mark E. Hall
United States Bankruptcy Judge**

---

[1] The Debtor entities in these chapter 11 cases, along with the last four digits of each Debtor entity's federal tax identification number, are: Francesca's Acquisition, LLC (3616); Francesca's Operations, Inc. (6872); Francesca's Administrative Management, Inc. (5788); and Francesca's IP Company, Inc. (9588). The Debtors' service address is 8760 Clay Road, Suite 100, Houston, TX 77080.

Pursuant to the *Order (I) Authorizing and Approving Procedures to Reject Executory Contracts and Unexpired Leases and (II) Granting Related Relief* (the "Procedures Order");[2] and this Court having jurisdiction over this matter pursuant to 28 U.S.C. § 1334; and this Court having found that this is a core proceeding pursuant to 28 U.S.C. § 157(b); and this Court having found that it may enter a final order consistent with Article III of the United States Constitution; and this Court having found that venue of this proceeding and the Motion in this district is proper pursuant to 28 U.S.C. §§ 1408 and 1409; and the Debtors having properly filed[3] and served a Rejection Notice on each applicable party as set forth in the Rejection Schedule, attached hereto as **Exhibit 1**, in accordance with the terms of the Procedures Order; and no timely objections have been filed to the Rejection of such Contracts; and informal objections being resolved by separate order; and due and proper notice of the Procedures Order and the Rejection Notice having been provided to each applicable Rejection Counterparty as set forth in the Rejection Schedule and it appearing that no other notice need be provided; and after due deliberation and sufficient cause appearing therefor, it is HEREBY ORDERED THAT:

1.      **The Motion is GRANTED as set forth herein.**

2.      The Contracts listed on the Rejection Schedule attached hereto as **Exhibit 1** are rejected under section 365 of the Bankruptcy Code effective as of the later of the rejection date set forth on the Rejection Schedule (the "Rejection Date") or such other date as the Debtors and the applicable Rejection Counterparty agree; *provided* that the effective date for a rejection of a lease of nonresidential real property shall not occur until the later of the (i) the Rejection Date set forth on **Exhibit 1** and (ii) the date the Debtors relinquish control of the premises by notifying the

---

[2] Capitalized terms used but not defined herein shall have the meaning ascribed to them in the Procedures Order.

[3] The Rejection Notice corresponding to this order was filed at Docket No. 290.

affected landlord or such landlord's counsel (if any) in writing (email being sufficient) of the Debtors' surrender of the premises and, as applicable (a) turning over keys, key codes, and security codes, if any, to the affected landlord or (b) notifying such affected landlord or such landlord's counsel (if any) in writing (email being sufficient) that the property has been surrendered and that the keys, key codes, and security codes, if any, are not available, but the landlord may rekey the leased premises (the "Rejection Effective Date").

3. Any claims against the Debtors arising from the rejection of any applicable Contracts set forth in the Rejection Schedule must be filed on or before the later of (a) the applicable dates designated by the Bankruptcy Court (or pursuant to the Bankruptcy Rules) as the last date for filing proofs of claims in these Chapter 11 Cases, (b) thirty (30) days following the entry of this order, and (c) thirty (30) days following the effective date of such rejection of the applicable Contract.

4. The Debtors are authorized, but not directed, at any time on or before the applicable Rejection Effective Date, to remove or abandon any of the Debtors' personal property that may be located on the Debtors' leased premises that are subject to a rejected Contract pursuant to the Order (Authorizing and Approving Procedures to Reject Executory Contracts and Unexpired Leases and (II) Granting Related Relief. The personal property will be deemed abandoned pursuant to section 554 of the Bankruptcy Code, as is, effective as of the Rejection Effective Date. Landlords may, in their sole discretion and without further notice or order of this Court, utilize and/or dispose of such personal property without notice or liability to the Debtors or third parties and, to the extent applicable, the automatic stay is modified to allow such disposition.

5. The Debtors are authorized to take all actions necessary to effectuate the relief granted in this Order and the rejection without further order from this Court.

6.      This Court retains exclusive jurisdiction with respect to all matters arising from or related to the implementation, interpretation, and enforcement of this Order.

4931-5700-9052, v. 2

## <u>Exhibit 1</u>

**Schedule of Rejected Leases/Contracts**

**List of Lease Rejections**

| NO. | DEBTOR | COUNTERPARTY | COUNTERPARTY ADDRESS | DESCRIPTION/TITLE | REJECTION DATE |
|---|---|---|---|---|---|
| 247 | Francesca's Operations, Inc. | H/S Victoria LP | 1190 Interstate Parkway Augusta, GA 30909 | Victoria Mall<br>7800 N. Navarro<br>Suite 375<br>Victoria, TX 77904<br>Boutique #634 | 3/31/26 |
| 248 | Francesca's Operations, Inc. | HCW Private Development LLC | 100 Branson Landing Blvd Branson, MO 65616 | Branson Landing<br>319 Branson Landing<br>Branson, MO 65616<br>Boutique #55 | 3/31/26 |
| 249 | Francesca's Operations, Inc. | Hines Global REIT 11 Properties LP | 2800 Post Oak Blvd Houston, TX 77056 | Promenade at Briargate<br>1645 Briargate Parkway<br>Suite 209<br>Colorado Springs, CO 80920<br>Boutique #375 | 3/31/26 |
| 250 | Francesca's Operations, Inc. | HistoricThird Ward Development | 225 East St. Paul Avenue Milwaukee, WI 53202 | Broadway Market Lofts<br>327 N. Broadway<br>Suite 3<br>Milwaukee, WI 53202<br>Boutique #676 | 3/31/26 |
| 251 | Francesca's Operations, Inc. | Holyoke Mall Company LP | 4 Clinton Square Syracuse, NY 13202-1078 | Holyoke Mall<br>50 Holyoke Street<br>Suite B-321<br>Holyoke, MA 1040<br>Boutique #651 | 3/31/26 |
| 252 | Francesca's Operations, Inc. | Hoover Mall LLC | 350 N. Orleans St. Suite 300 Chicago, IL 60654 | Riverchase Galleria<br>2000 Galleria Circle<br>Suite 118<br>Birmingham, AL 35244<br>Boutique #188 | 3/31/26 |
| 254 | Francesca's Operations, Inc. | Huntington Mall Company | 5577 Youngstown-Warren Road Niles, OH 44446 | Huntington Mall<br>500 Mall Rd.<br>Suite 180<br>Barboursville, WV 25504<br>Boutique #679 | 3/31/26 |
| 255 | Francesca's Operations, Inc. | HUSPP Birkdale Village LLC | P.O. Box 739722 Dallas, TX 75373-9722 | Birkdale Village<br>16845-B Birkdale Commons Pkwy<br>Huntersville, NC 28078<br>Boutique #96 | 3/31/26 |
| 256 | Francesca's Operations, Inc. | Institutional Mall Investors LLC | 5750 Old Orchard Road Suite 400 Skokie, IL 60077 | Miracle Mile Mall Shops<br>3663 Las Vegas Boulevard South<br>Las Vegas, NV 89109<br>Boutique #373 | 3/31/26 |

| NO. | DEBTOR | COUNTERPARTY | COUNTERPARTY ADDRESS | DESCRIPTION/TITLE | REJECTION DATE |
|---|---|---|---|---|---|
| 257 | Francesca's Operations, Inc. | Jamestown Premier SLO Retail II LP | 675 Ponde de Leon Avenue NE Atlanta, GA 30308 | Monterey Street 846 Monterey Street Suite B-104 San Luis Obispo, CA 93401 Boutique #638 | 3/31/26 |
| 258 | Francesca's Operations, Inc. | Jersey Shore Premium Outlets LLC | 225 West Washington St. Indianapolis, IN 46204-3438 | Jersey Shore Outlet One Premium Outlets Blvd Suite 301 Tinton Falls, NJ 7753 Boutique #2010 | 3/31/26 |
| 259 | Francesca's Operations, Inc. | KG South 2022 LLC | 5307 W. Loop 289 Lubbock, TX 79414 | Kingsgate Center 8201 Quaker Avenue Lubbock, TX 79424 Boutique #299 | 3/31/26 |
| 260 | Francesca's Operations, Inc. | Kimco Realty Corporation | 500 N. Broadway Suite 291 Jericho, NY 11753 | Suburban Square 33 Coulter Avenue Suite 76 Ardmore, PA 19003 Boutique #321 | 3/31/26 |
| 261 | Francesca's Operations, Inc. | King of Prussia Associates 3172 | 225 West Washington St. Indianapolis, IN 46204 | The Plaza 160 North Gulph Road Suite 1132A King Of Prussia, PA 19406 Boutique #518 | 3/31/26 |
| 262 | Francesca's Operations, Inc. | KP IV Navy, LLC Lockbox | 1999 Avenue of the Stars Suite 2000 Los Angeles, CA 90067 | Westfield Annapolis 2002 Annapolis Mall Suite 1484 Annapolis, MD 21401 Boutique #163 | 3/31/26 |
| 263 | Francesca's Operations, Inc. | KRG Town Square Ventures LLC | 1560 E. Southlake Boulevard Southlake, TX 76092 | Southlake Town Square 214 State St Southlake, TX 76092 Boutique #20 | 3/31/26 |
| 264 | Francesca's Operations, Inc. | LaCenterra at Cinco Ranch - Retail | 23501 Cinco Ranch Blvd Katy, TX 77494 | La Centerra at Cinco Ranch 23501 Cinco Ranch Blvd Katy, TX 77494 Boutique #450 | 3/31/26 |
| 265 | Francesca's Operations, Inc. | Lakeline Developers | 225 West Washington St. Indianapolis, IN 46204-3438 | Lakeline Mall 11200 Lakeline Mall Dr. Suite K01 Cedar Park, TX 78613 Boutique #637 | 3/31/26 |
| 266 | Francesca's Operations, Inc. | Lehigh Valley Associates | 225 West Washington St. Indianapolis, IN 46204-3438 | Lehigh Valley 107 Lehigh Valley Mall Whitehall, PA 18052 Boutique #501 | 3/31/26 |
| 267 | Francesca's Operations, Inc. | Levis Commons LLC | 4701 Nett Street Houston, TX 77008 | The Town Center at Levis Commons 3195 Levis Commons Blvd. Suite 285 Perrysburg, OH 43551 Boutique #47 | 3/31/26 |

| NO. | DEBTOR | COUNTERPARTY | COUNTERPARTY ADDRESS | DESCRIPTION/TITLE | REJECTION DATE |
|---|---|---|---|---|---|
| 268 | Francesca's Operations, Inc. | Lynnhaven Mall LLC | 350 N. Orleans St. Suite 300 Chicago, IL 60654 | Lynnhaven Mall 701 Lynnhaven Pkwy Suite C15B Virginia Beach, VA 23452 Boutique #202 | 3/31/26 |
| 269 | Francesca's Operations, Inc. | Macerich Crabtree LP | 4325 Glenwood Avenue Suite 1026 Raleigh, NC 27612 | Crabtree Valley Mall 4325 Glenwood Ave. Suite 1084 Raleigh, NC 27615 Boutique #109 | 3/31/26 |
| 270 | Francesca's Operations, Inc. | MACWH LP | 7 Backus Avenue Danbury, CT 06810 | Danbury Fair Mall 7 Backus Avenue Suite G109 Danbury, CT 6810 Boutique #147 | 3/31/26 |
| 271 | Francesca's Operations, Inc. | Madison-West Towne LLC | 2030 Hamilton Place Blvd. Suite 500 Chattanooga, TN 37421 | West Towne Mall 42 West Towne Mall Suite A10 Madison, WI 53719 Boutique #143 | 3/31/26 |
| 272 | Francesca's Operations, Inc. | Mall at Johnson City REIT LLC | 4900 East Dublin Granville Road 4th Floor Columbus, OH 43081 | Johnson City Mall 2011 N Roan St. Suite 21 Johnson City, TN 37601 Boutique #639 | 3/31/26 |
| 273 | Francesca's Operations, Inc. | Mall at Rockingham LLC | 225 West Washington St. Indianapolis, IN 46204-3438 | Mall at Rockingham Park 99 Rockingham Park Blvd. Suite E135 Salem, NH 3079 Boutique #269 | 3/31/26 |
| 274 | Francesca's Operations, Inc. | Mall at Smith Haven LLC | 225 West Washington St. Indianapolis, IN 46204-3438 | Smith Haven Mall 313 Smith Haven Mall Suite L20 Lake Grove, NY 11755 Boutique #243 | 3/31/26 |
| 275 | Francesca's Operations, Inc. | Market Street Woodlands LP | 9595 Six Pines Drive Suite 6290 The Woodlands, TX 77380 | Market Street 9595 Six Pines Suite 980 The Woodlands, TX 77380 Boutique #54 | 3/31/26 |
| 276 | Francesca's Operations, Inc. | Mayfair Mall LLC | PO Box 772816 Chicago, IL 60677-2816 | Mayfair 2500 N. Mayfair Road Suite 264 Milwaukee, WI 53226 Boutique #251 | 3/31/26 |
| 277 | Francesca's Operations, Inc. | MCA Promenade Owner LLC | 4467 Lyons Road Suite 102B Coconut Creek, FL 33073 | The Promenade at Coconut Creek 4425 Lyons Rd Suite F-104 Coconut Creek, FL 33073 Boutique #112 | 3/31/26 |
| 278 | Francesca's Operations, Inc. | Meadowood Mall SPE LLC | 225 West Washington St. Indianapolis, IN 46204-3438 | Meadowood 5365 Meadowood Mall Circle | 3/31/26 |

| NO. | DEBTOR | COUNTERPARTY | COUNTERPARTY ADDRESS | DESCRIPTION/TITLE | REJECTION DATE |
|---|---|---|---|---|---|
| | | | | Reno, NV 89502<br>Boutique #216 | |
| 279 | Francesca's Operations, Inc. | Melbourne-JCP Associates LTD | 4900 East Dublin Granville Road<br>4th Floor<br>Columbus, OH 43081 | Melbourne Square<br>1700 West New Haven Ave<br>Suite 755<br>Melbourne, FL 32904<br>Boutique #481 | 3/31/26 |
| 280 | Francesca's Operations, Inc. | Memorial City Mall LP | 820 Gessner<br>Suite 1800<br>Houston, TX 77024 | Memorial City Mall<br>303 Memorial City Mall<br>Houston, TX 77024<br>Boutique #106 | 3/31/26 |
| 281 | Francesca's Operations, Inc. | Meridian Centercal LLC | 1600 E. Franklin Avenue<br>El Segundo, CA 90245 | Village at Meridian<br>3540 East Longwing Lane<br>Suite Suite 150<br>Meridian, ID 83646<br>Boutique #470 | 3/31/26 |
| 282 | Francesca's Operations, Inc. | Mershops Galleria at Sunset LLC | PO Box 104204<br>Pasadena, CA 91189-4204 | Galleria at Sunset<br>1300 W Sunset Rd.<br>Suite 2313<br>Henderson, NV 89014<br>Boutique #614 | 3/31/26 |
| 283 | Francesca's Operations, Inc. | Miromar Outlet West LLC | 10801 Corkscrew Road<br>Ste. 305<br>Estero, FL 33928 | Miromar Outlets<br>10801 Corkscrew Rd.<br>Suite 166<br>Estero, FL 33928<br>Boutique #2068 | 3/31/26 |
| 284 | Francesca's Operations, Inc. | MOAC Mall Holdings LLC | Mall of America<br>NW 5826<br>Minneapolis, MN 55485-5826 | Mall of America<br>216 North Garden<br>Suite N216<br>Bloomington, MN 55425<br>Boutique #171 | 3/31/26 |
| 285 | Francesca's Operations, Inc. | Monarchs Holdings LLC | P.O. Box 734271<br>Dallas, TX 75373-427 | Zona Rosa<br>7250 NW 86th Terrace<br>Kansas City, MO 64153<br>Boutique #580 | 3/31/26 |
| 286 | Francesca's Operations, Inc. | Montgomery EastChase LLC | 945 Heights Blvd.<br>Houston, TX 77008 | The Shoppes at EastChase Shopping Center<br>6830 Eastchase Pkwy<br>Montgomery, AL 36117<br>Boutique #43 | 3/31/26 |
| 287 | Francesca's Operations, Inc. | Montgomery Mall Owner LLC | 2049 Century Park East<br>41st Floor<br>Los Angeles, CA 90067 | Montgomery Mall<br>7101 Democracy Blvd.<br>Bethesda, MD 20817<br>Boutique #446 | 3/31/26 |
| 288 | Francesca's Operations, Inc. | Morgantown Mall Realty Holding LLC | 1010 Northern Blvd.<br>Suite 234<br>Great Neck, NY 11021 | Morgantown<br>9707 Mall Road<br>Morgantown, WV 26501<br>Boutique #402 | 3/31/26 |
| 289 | Francesca's Operations, Inc. | MXD Fort Collins LLC | P.o. BOX 51723<br>Los Angeles, CA 90051-6023 | Foothills Mall<br>215 E Foothills Pkwy<br>Suite 430<br>Fort Collins, CO 80525<br>Boutique #697 | 3/31/26 |

| NO. | DEBTOR | COUNTERPARTY | COUNTERPARTY ADDRESS | DESCRIPTION/TITLE | REJECTION DATE |
|---|---|---|---|---|---|
| 290 | Francesca's Operations, Inc. | NED Altoona LLC | 400 Atlantic Avenue Boston, MA 02110-3333 | Outlets of Des Moines 801 Bass Pro Dr. NW Suite 660 Altoona, IA 50009 Boutique #2059 | 3/31/26 |
| 291 | Francesca's Operations, Inc. | New River Center Mall II LP | 849 E. Commerce Street San Antonio, TX 78205 | Rivercenter 849 E. Commerce St. Suite 235 San Antonio, TX 78205 Boutique #592 | 3/31/26 |
| 292 | Francesca's Operations, Inc. | North County Shops BGI GP LLC | 112 Northern Concourse North Syracuse, NY 13212 | Westfield North County 200 E Via Rancho Pkwy Suite 325 Escondido, CA 92025 Boutique #199 | 3/31/26 |
| 293 | Francesca's Operations, Inc. | NW Arkansas Mall Realty LLC | 150 Great Neck Road Great Neck, NY 11021 | Northwest Arkansas Mall 4201 N. Shiloh Drive Suite 1665 Fayetteville, AR 72703 Boutique #325 | 3/31/26 |
| 294 | Francesca's Operations, Inc. | Oakridge Mall LLC | 2049 Century Park East 41st Floor Los Angeles, CA 90074- 5714 | Westfield Oakridge 925 Blossom Hill Road Suite 1204 San Jose, CA 95123 Boutique #190 | 3/31/26 |
| 295 | Francesca's Operations, Inc. | Oaks Mall LLC | 350 N. Orleans St. Suite 300 Chicago, IL 60654 | The Oaks Mall 6391 Newberry Rd. Gainesville, FL 32605 Boutique #207 | 3/31/26 |
| 296 | Francesca's Operations, Inc. | OKC Outlets JV LLC | 3200 Northline Avenue Suite 360 Greensboro, NC 27408 | Outlet Shops at Oklahoma City 7638 W Reno Suite 545 Oklahoma City, OK 73127 Boutique #2005 | 3/31/26 |
| 297 | Francesca's Operations, Inc. | Old Orchard Urban LP | Westfield Old Orchard Chicago, IL 60677-1006 | Westfield Old Orchard 4999 Old Orchard Ctr. Suite E-45 Skokie, IL 60077 Boutique #174 | 3/31/26 |
| 298 | Francesca's Operations, Inc. | Opry Mills LP | 225 West Washington St. Indianapolis, IN 46204-3438 | Opry Mills 310 Opry Mills Dr. Nashville, TN 37214 Boutique #2048 | 3/31/26 |
| 299 | Francesca's Operations, Inc. | Orland LP | 225 West Washington St. Indianapolis, IN 46204-3438 | Orland Square 317 Orland Square Suite CO4B Orland Park, IL 60462 Boutique #286 | 3/31/26 |
| 300 | Francesca's Operations, Inc. | Paddock Mall LLC | 2030 Hamilton Place Blvd. Suite 500 Chattanooga, TN 37421 | Paddock Mall 3100 SW College Rd Suite 336B Ocala, FL 34474 Boutique #523 | 3/31/26 |

| NO. | DEBTOR | COUNTERPARTY | COUNTERPARTY ADDRESS | DESCRIPTION/TITLE | REJECTION DATE |
|---|---|---|---|---|---|
| 301 | Francesca's Operations, Inc. | Paramus Park Shopping Center | 350 N. Orleans St. Suite 300 Chicago, IL 60654 | Paramus Park 700 Paramus Park Suite 1105 Paramus, NJ 7652 Boutique #148 | 3/31/26 |
| 302 | Francesca's Operations, Inc. | Park City Center LLC | 350 N. Orleans St. Suite 300 Chicago, IL 60654 | Park City Center 220 Park City Center Lancaster, PA 17601 Boutique #142 | 3/31/26 |
| 303 | Francesca's Operations, Inc. | Parkview Financial REIT LP | 1770 Kirby Parkway Suite 215 Memphis, TN 38118 | Perry Crossing 351 Marketplace Mile Suite 164 Plainfield, IN 46168 Boutique #632 | 3/31/26 |
| 304 | Francesca's Operations, Inc. | Partners Mall Abilene LLC | PO Box 4897 Dept 409 Houston, TX 77210 | Mall of Abilene 4310 Buffalo Gap Rd Suite 1320 Abilene, TX 79606 Boutique #557 | 3/31/26 |
| 305 | Francesca's Operations, Inc. | PC Group Retail LLC | PO Box 741808 Los Angeles, CA 90074-1808 | Pacific City 21028 Pacific Coast Hwy Suite E116 Huntington Beach, CA 92648 Boutique #597 | 3/31/26 |
| 306 | Francesca's Operations, Inc. | Penn Square Mall LLC | 225 West Washington St. Indianapolis, IN 46204-3438 | Penn Square Mall 1901 NW Expressway Suite 1009A Oklahoma City, OK 73118 Boutique #120 | 3/31/26 |
| 307 | Francesca's Operations, Inc. | Perimeter Mall Venture LLC | 350 N. Orleans St. Suite 300 Chicago,, IL 60654 | Perimeter Mall 4400 Ashford Dunwoody Road Suite 1435 Atlanta, GA 30346 Boutique #249 | 3/31/26 |
| 308 | Francesca's Operations, Inc. | PFP Columbus II LLC | PO Box 3581 Columbus, OH 43260 | Polaris Fashion Place 1500 Polaris Parkway Suite 1042 Columbus, OH 43240 Boutique #159 | 3/31/26 |
| 309 | Francesca's Operations, Inc. | Pinnacle North IV, LLC | 601 State Street Bristol, VA 24201 | The Pinnacle 546 Pinnacle Parkway Suite 609 Bristol, TN 37620 Boutique #617 | 3/31/26 |
| 310 | Francesca's Operations, Inc. | PPI Real Estate | 225 Broadway San Diego, CA 92101 | Girard Avenue 7886 Girad Avenue La Jolla, CA 92037 Boutique #19 | 3/31/26 |
| 311 | Francesca's Operations, Inc. | PR Capital City LP | One Commerce Square Philadelphia, PA 19103 | Capital City Mall 3564 Capital City Mall Drive Suite 236 Camp Hill, PA 17011 Boutique #499 | 3/31/26 |

| NO. | DEBTOR | COUNTERPARTY | COUNTERPARTY ADDRESS | DESCRIPTION/TITLE | REJECTION DATE |
|---|---|---|---|---|---|
| 312 | Francesca's Operations, Inc. | Preit Associates LP | Cherry Hill Center LLC Cleveland, OH 44193 | Cherry Hill Mall 2000 Route 38 Suite 1260 Cherry Hill, NJ 8002 Boutique #197 | 3/31/26 |
| 313 | Francesca's Operations, Inc. | Preit Associates LP | PO Box 73747 Cleveland, OH 44193-3747 | Willow Grove Mall 2500 West Moreland Road Willow Grove, PA 19090 Boutique #350 | 3/31/26 |
| 314 | Francesca's Operations, Inc. | Premium Outlet Partners LP | 225 West Washington St. Indianapolis, IN 46204-3438 | Wrentham Premium Outlets 1 Premium Outlets Blvd. Suite 525B Wrentham, MA 2093 Boutique #2082 | 3/31/26 |
| 315 | Francesca's Operations, Inc. | Premium Outlet Partners LP | 225 West Washington St. Indianapolis, IN 46204-3438 | Clinton Crossing Premium Outlets 20-A Killingworth Turnpike Suite 234 Clinton, CT 06413 Boutique #2091 | 3/31/26 |
| 316 | Francesca's Operations, Inc. | Premium Outlet Partners LP | 225 West Washington St. Indianapolis, IN 46204-3438 | Aurora Farms Premium Outlets 549 S. Chillicothe Rd. Suite 460 Aurora, OH 44202 Boutique #2092 | 3/31/26 |
| 317 | Francesca's Operations, Inc. | Rani Management | 571 West 183rd Street New York, NY 10033 | 318 Washington Street 318 Washington St Hoboken, NJ 7030 Boutique #593 | 3/31/26 |
| 318 | Francesca's Operations, Inc. | REEP-RTL NPM GA LLC | 350 N. Orleans St. Suite 300 Chicago, IL 60654 | North Point Mall 1190 North Point Circle Alpharetta, GA 30022 Boutique #138 | 3/31/26 |
| 319 | Francesca's Operations, Inc. | Regency Centers LP | P.O. Box 532955 Atlanta, GA 30353-2955 | Blakeney 9830 Rea Road Suite C Charlotte, NC 28277 Boutique #70 | 3/31/26 |
| 320 | Francesca's Operations, Inc. | Regency Centers LP | One Independent Drive Suite 114 Jacksonville, FL 32202 | The Longmeadow Shops 704 Bliss Rd. Longmeadow, MA 1106 Boutique #279 | 3/31/26 |
| 321 | Francesca's Operations, Inc. | Revenue Properties Southland LP | 551 S. Powerline Road Pompano Beach, FL 33069 | Southland Mall 5953 West Park Avenue Suite 3043 Houma, LA 70364 Boutique #648 | 3/31/26 |
| 322 | Francesca's Operations, Inc. | Riderwood USA Inc | 400 South Baldwin Avenue Arcadia, CA 91007 | Westfield Santa Anita 400 Baldwin Ave. Suite 372-L Arcadia, CA 91007 Boutique #291 | 3/31/26 |

| NO. | DEBTOR | COUNTERPARTY | COUNTERPARTY ADDRESS | DESCRIPTION/TITLE | REJECTION DATE |
|---|---|---|---|---|---|
| 323 | Francesca's Operations, Inc. | RM Member LLC | 350 N. Orleans St. Suite 300 Chicago, IL 60654 | Victoria Gardens 7839 Kew Ave Suite 5620 Rancho Cucamonga, CA 91739 Boutique #26 | 3/31/26 |
| 324 | Francesca's Operations, Inc. | Rochester Malls LLC | 1265 Scottsville Road Rochester, NY 14624 | Eastview Mall 180 Eastview Mall Victor, NY 14564 Boutique #128 | 3/31/26 |
| 325 | Francesca's Operations, Inc. | Rockstep Manhattan LLC | 8080 Park Lane Suite 800 Dallas, TX 75231 | Manhattan Town Center 100 Manhattan Town Center Manhattan, KS 66502 Boutique #473 | 3/31/26 |
| 326 | Francesca's Operations, Inc. | Rockstep Riverwalk LLC | 500 Port of New Orleans Place New Orleans, LA 70130 | The Outlet Collection Riverwalk 500 Port of New Orleans Pl. Suite 159 New Orleans, LA 70130 Boutique #2080 | 3/31/26 |
| 327 | Francesca's Operations, Inc. | Rogers Retail LLC | 350 N. Orleans St. Suite 300 Chicago, IL 60654 | Pinnacle Hills Promenade 2203 Promenade Blvd Rogers, AR 72758 Boutique #110 | 3/31/26 |
| 328 | Francesca's Operations, Inc. | Roseville Shoppingtown LLC | 2049 Century Park East 41st Floor Los Angeles, CA 90067 | Westfield Galleria at Roseville 1151 Galleria Blvd. Suite 257A Roseville, CA 95678 Boutique #208 | 3/31/26 |
| 329 | Francesca's Operations, Inc. | Round Rock Premium Outlets LP | 225 West Washington St. Indianapolis, IN 46204-3438 | Round Rock Premium Outlets 4401 N. IH 35 Suite 766 Round Rock, TX 78664 Boutique #2073 | 3/31/26 |
| 330 | Francesca's Operations, Inc. | SA Galleria, LLC | 225 West Washington St. Indianapolis, IN 46204-3438 | Houston Galleria IV 5135 West Alabama Suite 7275 Houston, TX 77056 Boutique #653 | 3/31/26 |
| 331 | Francesca's Operations, Inc. | Sagemore Management, LLC | 8000 Sagemore Drive Suite 8201 Marlton, NJ 08053 | The Promenade at Sagemore 500 Route 73 South Marlton, NJ 8053 Boutique #101 | 3/31/26 |
| 332 | Francesca's Operations, Inc. | Saul Holdings LP | PO Box 64288 Baltimore, MD 21297-8042 | Thruway Shopping Center 284 South Stratford Rd Winston Salem, NC 27103 Boutique #111 | 3/31/26 |
| 333 | Francesca's Operations, Inc. | Seayco-THF Conway Dev LLC | 211 North Stadium Boulevard Columbia, MO 65203 | Conway Commons 774 Elsinger Blvd. Conway, AR 72032 Boutique #691 | 3/31/26 |
| 334 | Francesca's Operations, Inc. | SFV Canton Holdings LLC | 33 Boylston Street Chestnut Hill, MA 02467 | The Shoppes at Farmington Valley 110 Albany Turnpike Suite 711 | 3/31/26 |

| NO. | DEBTOR | COUNTERPARTY | COUNTERPARTY ADDRESS | DESCRIPTION/TITLE | REJECTION DATE |
|---|---|---|---|---|---|
| | | | | Canton, CT 6019<br>Boutique #219 | |
| 335 | Francesca's Operations, Inc. | Shelter Cove III LLC | 2743 Perimeter Pkwy<br>Augusta, GA 30909 | Shelter Cove Town Center<br>32 Shelter Cove Lane<br>Suite 131<br>Hilton Head Island, SC 29928<br>Boutique #565 | 3/31/26 |
| 336 | Francesca's Operations, Inc. | Short Pump Town Center LLC | 350 N. Orleans St.<br>Suite 300<br>Chicago, IL 60654-1607 | Short Pump Town Center<br>11800 West Broad St<br>Suite 2316<br>Richmond, VA 23233<br>Boutique #160 | 3/31/26 |
| 337 | Francesca's Operations, Inc. | Silver Sand GL I LLC | 225 West Washington St.<br>Indianapolis, IN 46204-3438 | Silver Sands Premium Outlets<br>10406 Emerald Coast Parkway West<br>Suite 66B<br>Destin, FL 32550<br>Boutique #2074 | 3/31/26 |
| 338 | Francesca's Operations, Inc. | Simon / Woodmont Development LLC | 225 West Washington St.<br>Indianapolis, IN 46204-3438 | St. Louis Premium Outlets<br>18517 Outlet Blvd.<br>Suite 209<br>Chesterfield, MO 63005<br>Boutique #2076 | 3/31/26 |
| 339 | Francesca's Operations, Inc. | Simon Capital LP | 225 West Washington St.<br>Indianapolis, IN 46204-3438 | Bay Park Square<br>645 Bay Park Square<br>Suite 645<br>Green Bay, WI 54304<br>Boutique #333 | 3/31/26 |
| 340 | Francesca's Operations, Inc. | Simon Property Group LP | 225 West Washington St.<br>Indianapolis, IN 46204-3438 | Haywood Mall<br>700 Haywood Rd.<br>Suite 1018<br>Greenville, SC 29607<br>Boutique #168 | 3/31/26 |
| 341 | Francesca's Operations, Inc. | Simon Property Group LP | 225 West Washington St.<br>Indianapolis, IN 46204-3438 | LaPlaza Mall<br>2200 South 10th Street<br>Suite E02A<br>Mcallen, TX 78503<br>Boutique #230 | 3/31/26 |
| 342 | Francesca's Operations, Inc. | Simon Property Group LP | 225 West Washington St.<br>Indianapolis, IN 46204-3438 | North East Mall<br>1101 Melbourne St<br>Suite 3052<br>Hurst, TX 76053<br>Boutique #235 | 3/31/26 |
| 343 | Francesca's Operations, Inc. | Simon Property Group LP | 225 West Washington St.<br>Indianapolis, IN 46204-3438 | Cordova Mall<br>5100 North 9th Avenue<br>Suite D-431<br>Pensacola, FL 32504<br>Boutique #295 | 3/31/26 |
| 344 | Francesca's Operations, Inc. | Simon Property Group LP | 225 West Washington St.<br>Indianapolis, IN 46204-3438 | Miller Hill Mall<br>1600 Miller Trunk Highway<br>Suite L06<br>Duluth, MN 55811<br>Boutique #324 | 3/31/26 |

| NO. | DEBTOR | COUNTERPARTY | COUNTERPARTY ADDRESS | DESCRIPTION/TITLE | REJECTION DATE |
|---|---|---|---|---|---|
| 345 | Francesca's Operations, Inc. | Simon Property Group LP | 225 West Washington St. Indianapolis, IN 46204-3438 | San Marcos Outlet 3939 Interstate Highway 35 S San Marcos, TX 78666 Boutique #2003 | 3/31/26 |
| 346 | Francesca's Operations, Inc. | Simon Property Group LP | 225 West Washington St. Indianapolis, IN 46204 | Orlando International Premium Outlets 4969 International Drive Suite 3 E02 Orlando, FL 32819 Boutique #2069 | 3/31/26 |