

**MANDELBAUM BARRETT PC**
3 Becker Farm Road, Suite 105
Roseland, New Jersey 07068
(973) 736-4600
(973) 325-7467 Facsimile
Jeffrey M. Rosenthal
jrosenthal@mblawfirm.com
Vincent J. Roldan
vroldan@mblawfirm.com
Katie F. Warren
kwarren@mblawfirm.com
*Counsel for Francesca's Acquisition, LLC, et al.*

**Order Filed on April 2, 2026
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| In re: | Chapter 11 |
| FRANCESCA'S ACQUISITION, LLC, *et al.*,[1] | Case No. 26 -11312 (MEH) |
| Debtors. | |

## ORDER APPROVING THE REJECTION OF CERTAIN
## EXECUTORY CONTRACTS AND/OR UNEXPIRED LEASES AND
## THE ABANDONMENT OF CERTAIN PERSONAL PROPERTY
### (Miscellaneous Agreements 1 – 69)

**DATED: April 2, 2026**

_____
**Honorable Mark E. Hall
United States Bankruptcy Judge**

---

[1] The Debtor entities in these chapter 11 cases, along with the last four digits of each Debtor entity's federal tax identification number, are: Francesca's Acquisition, LLC (3616); Francesca's Operations, Inc. (6872); Francesca's Administrative Management, Inc. (5788); and Francesca's IP Company, Inc. (9588). The Debtors' service address is 8760 Clay Road, Suite 100, Houston, TX 77080.

4933-6932-9565, v. 2

Pursuant to the *Order (I) Authorizing and Approving Procedures to Reject Executory Contracts and Unexpired Leases and (II) Granting Related Relief* (the "Procedures Order");[2] and this Court having jurisdiction over this matter pursuant to 28 U.S.C. § 1334; and this Court having found that this is a core proceeding pursuant to 28 U.S.C. § 157(b); and this Court having found that it may enter a final order consistent with Article III of the United States Constitution; and this Court having found that venue of this proceeding and the Motion in this district is proper pursuant to 28 U.S.C. §§ 1408 and 1409; and the Debtors having properly filed and served a Rejection Notice on each applicable party as set forth in the Rejection Schedule, attached hereto as **Exhibit 1**, in accordance with the terms of the Procedures Order; and no timely objections have been filed to the Rejection of such Contracts; and informal comments received by the Debtors to be addressed by separate order; and due and proper notice of the Procedures Order and the Rejection Notice having been provided to each applicable Rejection Counterparty as set forth in the Rejection Schedule and it appearing that no other notice need be provided; and after due deliberation and sufficient cause appearing therefor, it is HEREBY ORDERED THAT:

1.      **The Motion is GRANTED as set forth herein.**

2.      The Contracts listed on the Rejection Schedule attached hereto as **Exhibit 1** are rejected under section 365 of the Bankruptcy Code effective as of the later of the rejection date set forth on the Rejection Schedule (the "Rejection Date") or such other date as the Debtors and the applicable Rejection Counterparty agree.

3.      Any claims against the Debtors arising from the rejection of any applicable Contracts set forth in the Rejection Schedule must be filed on or before the later of (a) the applicable dates designated by the Bankruptcy Court (or pursuant to the Bankruptcy Rules) as the

---

[2] Capitalized terms used but not defined herein shall have the meaning ascribed to them in the Procedures Order.

last date for filing proofs of claims in these Chapter 11 Cases, (b) thirty (30) days following the entry of this order, and (c) thirty (30) days following the effective date of such rejection of the applicable Contract.

4.      The Debtors are authorized to take all actions necessary to effectuate the relief granted in this Order and the rejection without further order from this Court.

5.      This Court retains exclusive jurisdiction with respect to all matters arising from or related to the implementation, interpretation, and enforcement of this Order.

4933-6932-9565, v. 2

4933-6932-9565, v. 2

**List of Rejected Contracts**

| NO. | DEBTOR | COUNTERPARTY | COUNTERPARTY ADDRESS | DESCRIPTION/TITLE | REJECTION DATE |
|---|---|---|---|---|---|
| 1 | Francesca's Acquisition LLC | YunExpress USA Inc. | 5215 S Boyle Avenue Attn: Vincent D'Amato Vernon, CA 90058 | Master Services Agreement Outbound Freight (E-Commerce) | 3/16/26 |
| 2 | Francesca's Acquisition LLC | DiCentral Corporation | 1199 NASA Parkway Attn: Legal Department Houston, TX 77058 | Master Service and License Agreement EDI Services | 3/16/26 |
| 3 | Francesca's Administrative Management, Inc | Google Inc. | 1600 Amphitheatre Parkway Attn: Attn: Legal Dept Mountain View, CA 94043 | Terms of Services Google Paid Advertising | 3/16/26 |
| 4 | Francesca's Administrative Management, Inc | Facebook Inc | 1601 Williow Rd Attn: Attn: Legal Dept Menlo Park, CA 94025 | Terms of Service Facebook/Instagram Paid Advertising | 3/16/26 |
| 5 | Francesca's Administrative Management, Inc | Snowflake Inc | 106 East Babcock St Suite 3A Attn: Ruben Rosado Bozeman, MT 59715 | Capacity Order Form Enterprise Data Warehouse | 3/16/26 |
| 6 | Francesca's Administrative Management, Inc | Delinea Inc. | 221 Main St Suite 1300 Attn: Brian McClintock San Francisco, CA 94105 | IT Services Agreement | 3/16/26 |
| 7 | Francesca's Administrative Management, Inc | Zirlen Technologies, Inc | 10998 S Wilcrest Drive Suite 240 Attn: Chandrasekar Kancharla Houston, TX 77099 | Services Agreement E-Commerce Development Support | 3/16/26 |
| 8 | Francesca's Administrative Management, Inc | Pivotree Inc | 6300 Northam Dr Mississauga, ON L4V 1H7 | Master Services Agreement Managed Services and Control Tower | 3/16/26 |
| 9 | Francesca's Administrative Management, Inc | Pivotree Inc | 6300 Northam Dr Mississauga, ON L4V 1H7 | Master Services Agreement Yantra Connect | 3/16/26 |
| 10 | Francesca's Administrative Management, Inc | Bounteous Inc | 4115 N. Ravenswood Ave Suite 101 Attn: Larry Hinz Chicago, IL 60613 | GA 360 Services Agreement Google Ads Analytics Platform | 3/16/26 |
| 11 | Francesca's Administrative Management, Inc | Impact Tech Inc | 223 E De La Guerra Santa Barbara, CA 93101 | Master Subscription & Services Agreement Affiliate Marketing | 3/16/26 |
| 12 | Francesca's Administrative Management, Inc | Salsify Inc | 101 Federal St Suite 2600 | Master Subscription Services Agreement | 3/16/26 |

| NO. | DEBTOR | COUNTERPARTY | COUNTERPARTY ADDRESS | DESCRIPTION/TITLE | REJECTION DATE |
|---|---|---|---|---|---|
| | | | Attn: Noah Gilbert<br>Boston, MA 2110 | Product Information Management Platform | |
| 13 | Francesca's Administrative Management, Inc | Klaviyo, Inc | 125 Summer St<br>Floor 6<br>Boston, MA 2111 | Terms of Service<br>E-Mail Marketing Platform | 3/16/26 |
| 14 | Francesca's Administrative Management, Inc | Fluent Commerce | 315 Madison Ave<br>3rd Floor<br>New York, NY 10017 | Master Services Agreement<br>Order Management | 3/16/26 |
| 15 | Francesca's Administrative Management, Inc | Fast Simon Inc | 691 S. Milpitas Blvd<br>Suite 212<br>Attn: Zohar Gilad<br>Milpitas, CA 95035 | Enterprise Subscription E-Commerce Merchandisng & Search | 3/16/26 |
| 16 | Francesca's Administrative Management, Inc | Narvar, Inc | 3 East Third Avenue<br>Suite 211<br>Attn: Jim Emerlich<br>San Mateo, CA 94401 | Service Order<br>E-Commerce Returns Management | 3/16/26 |
| 17 | Francesca's Administrative Management, Inc | Dash Hudson Inc | 1668 Barrington Street<br>Suite 600<br>Halifax, NS B3J 2A2 | Master Services Agreement<br>Social Media Management | 3/16/26 |
| 18 | Francesca's Administrative Management, Inc | Korber Supply Chain US, Inc / Infios | 7760 France Ave S<br>Suite 800<br>Bloomington, MN 55435 | Transportation Operations Services<br>Freight Auditing Services | 3/16/26 |
| 19 | Francesca's Administrative Management, Inc | C.H. Robinson Worldwide, Inc. | 842 W Sam Houston Pkwy N<br>Suite 325<br>Houston, TX | Carrier Agreement<br>Inbound Freight Carrier | 3/16/26 |
| 20 | Francesca's Administrative Management, Inc | Feedonomics Holdings, LLC | 11305 Four Points Dr<br>Building II Floor 1<br>Austin, TX 78726 | Premier Marketplace Services E-Commerce Services | 3/16/26 |
| 21 | Francesca's Administrative Management, Inc | GetEmails, LLC dba Retention.com | 1401 Lavaca St<br>Unit 298<br>Austin, TX 78701 | Services Agreement<br>E-Commerce Retention | 3/16/26 |
| 22 | Francesca's Administrative Management, Inc | Xverify | 1411 McHenry Road<br>Suite 228<br>Buffalo Grove, IL 60089 | Supplier Agreement<br>E-Mail Verification | 3/16/26 |
| 23 | Francesca's Administrative Management, Inc | Addrexx | 11718 SE Federal Hwy<br>#340<br>Hobe Sound, FL 33455 | Supplier Agreement<br>Address Verification | 3/16/26 |
| 24 | Francesca's Administrative Management, Inc | E-Bates Shopping dba Rakuten | 800 Concar Drive<br>Suite 175<br>San Mateo, CA 94402 | Supplier Agreement<br>Coupons | 3/16/26 |
| 25 | Francesca's Administrative Management, Inc | Monday.com | 6 Yitzhak Sadeh St.<br>Tel Aviv, Israel 6777506 | Terms of Service & Sales Order<br>Project Management | 3/16/26 |
| 26 | Francesca's Administrative Management, Inc | Ubeo, LLC | 300 Tri-State International<br>Suite 400 | Supplier Agreement<br>Printers | 3/16/26 |

| NO. | DEBTOR | COUNTERPARTY | COUNTERPARTY ADDRESS | DESCRIPTION/TITLE | REJECTION DATE |
|---|---|---|---|---|---|
| | | | Attn: Contracts Department Lincolnshire, IL 60069 | | |
| 27 | Francesca's Administrative Management, Inc | Ubeo LLC | PO Box 660831 Dallas, TX 75266 | Supplier Agreement Printers | 3/16/26 |
| 28 | Francesca's Administrative Management, Inc | Stored Value Solutions | 101 Bullitt Lane Suite 305 Louisville, KY 40222 | Services Agreement Boutique / E-Commerce Gift Cards | 3/31/26 |
| 30 | Francesca's Administrative Management, Inc | StoreMapper | 5201 Eden Ave Suite 300 Edina, MN 55436 | Supplier Agreement Boutique Locator | 3/31/26 |
| 31 | Francesca's Administrative Management, Inc | Workshop Software, Inc. | 1229 Millwork Avenue Suite 200 Omaha, NE 68102 | Supplier Agreement | 3/31/26 |
| 32 | Francesca's Administrative Management, Inc | SenSource, Inc. | 3890 Oakwood Avenue Youngstown, OH 44515-3033 | Traffic Counter Services Agreement Boutique Traffic Counters | 3/31/26 |
| 33 | Francesca's Administrative Management, Inc | Avalara, Inc | 225 South King St Suite 1800 Seattle, WA 98104 | Terms of Serviice Tax Compliance Software | 3/31/26 |
| 34 | Francesca's Administrative Management, Inc | Parks Coffee | 421 MacArthur Drive Carrollton, TX 75007 | Services Agreement | 3/31/26 |
| 35 | Francesca's Administrative Management, Inc | Proventus LLC | 241 Quail Meadow Irvine, CA 92603 | Customer Service Agreement | 3/31/26 |
| 36 | Francesca's Administrative Management, Inc | De Lage Landen Financial Services Inc | 1111 Old Eagle School Rd Wayne, PA 19087 | Equipment Lease Agreement | 3/31/26 |
| 37 | Francesca's Administrative Management, Inc | Hewlett Packard Enterprise Financial Services | 1701 E Mossy Oaks Road Spring, TX 77389 | Supplier Agreement Printers | 3/31/26 |
| 38 | Francesca's Administrative Management, Inc | LinkedIn Corporation | 1000 W. Maude Ave Sunnyvale, CA 94085 | Order Terms Online Recruiting | 3/31/26 |
| 39 | Francesca's Administrative Management, Inc | Amazon Capital Services Inc | 410 Terry Ave North Seattle, WA 98109 | Supplier Agreement Boutique Supplies | 3/31/26 |
| 40 | Francesca's Administrative Management, Inc | Crown Equipment Corporation | PO Box 641173 Cincinnati, OH 45264-1173 | Supplier Agreement Equipment | 3/31/26 |
| 41 | Francescas's Operations, Inc. | Johnson Controls Security Solutions | PO Box 371994 Pittsburgh, PA 15250 | National Account Master Agreement Boutique Security Systems | 3/31/26 |

| NO. | DEBTOR | COUNTERPARTY | COUNTERPARTY ADDRESS | DESCRIPTION/TITLE | REJECTION DATE |
|---|---|---|---|---|---|
| 42 | Francescas's Operations, Inc. | Mood Media | 2100 South Interstate 35 Frontage Road Suite 200 Austin, TX 78704 | Account Service Agreement Boutique Music | 3/31/26 |
| 43 | Francescas's Operations, Inc. | Yoobic Inc | 80 Broad St New York, NY 10004 | SAAS Master Services Agreement Boutique Operations Management | 3/31/26 |
| 44 | Francesca's Administrative Management, Inc | Enterprise Purchasing Group | 638 Camino De Los Mares STE3 H130-497 San Clemente, CA 92763 | Supplier Agreement Group Purchasing Agent | 3/31/26 |
| 45 | Francesca's Administrative Management, Inc | Accruent, LLC | 11500 Alterra Pkwy Suite 110 Austin, TX 78758 | SAAS Services Agreement Lease Administration | 3/31/26 |
| 46 | Francesca's Administrative Management, Inc | Gorgias Inc | 180 Sansome Street, Suite 1800 Attn: Legal San Francisco, CA 94104 | Supplier Agreement Helpdesk Software | 3/31/26 |
| 47 | Francesca's Administrative Management, Inc | EasyDMARC Inc | 8 The Green # 7668 Dover, DE 19901 | Enterprise Subscription and Support | 3/31/26 |
| 48 | Francesca's Administrative Management, Inc | Windstream Service LLC | 4001 N Rodney Parham Rd Little Rock, AR 72212 | Service Agreement Internet and Telephony | 3/31/26 |
| 49 | Francesca's Administrative Management, Inc | Manhattan Associates, Inc. | 2300 Windy Ridge Pkwy 10th Floor Atlanta, GA 30339 | Technologent Framework Agreement | 3/31/26 |
| 50 | Francesca's Administrative Management, Inc | OLR America, Inc | 100 South Fifth Street Suite 850 Minneapolis, MN 55402 | IT Services Agreement Boutique POS Support Services | 3/31/26 |
| 51 | Francesca's Administrative Management, Inc | BlueYonder, Inc | 15059 N. Scottsdale Rd Suite 400 Scottsdale, AZ 85254 | Master Agreement JDA/MMS Software | 3/31/26 |
| 52 | Francesca's Administrative Management, Inc | Thomas Gallaway Company LLC dba Technologent | 100 Spectrum Center Drive Suite 700 Attn: David Lipnick Irvine, CA 92618 | IT Services Agreement Database Automation Support | 3/31/26 |
| 53 | Francesca's Administrative Management, Inc | Thomas Gallaway Company LLC dba Technologent | 100 Spectrum Center Drive Suite 700 Attn: David Lipnick Irvine, CA 92618 | IT Services Agreement IBM MSP | 3/31/26 |
| 54 | Francesca's Administrative Management, Inc | Thomas Gallaway Company LLC dba Technologent | 100 Spectrum Center Drive Suite 700 Attn: David Lipnick Irvine, CA 92618 | IT Services Agreement Metallic Office | 3/31/26 |
| 55 | Francesca's Administrative Management, Inc | Thomas Gallaway Company LLC dba Technologent | 100 Spectrum Center Drive Suite 700 | IT Services Agreement Commonvault | 3/31/26 |

| NO. | DEBTOR | COUNTERPARTY | COUNTERPARTY ADDRESS | DESCRIPTION/TITLE | REJECTION DATE |
|---|---|---|---|---|---|
| | | | Attn: David Lipnick Irvine, CA 92618 | | |
| 56 | Francesca's Administrative Management, Inc | Thomas Gallaway Company LLC dba Technologent | 100 Spectrum Center Drive Suite 700 Attn: David Lipnick Irvine, CA 92618 | IT Services Agreement Darktrace | 3/31/26 |
| 57 | Francesca's Administrative Management, Inc | Thomas Gallaway Company LLC dba Technologent | 100 Spectrum Center Drive Suite 700 Attn: David Lipnick Irvine, CA 92618 | IT Services Agreement Fortinet | 3/31/26 |
| 58 | Francesca's Administrative Management, Inc | Thomas Gallaway Company LLC dba Technologent | 100 Spectrum Center Drive Suite 700 Attn: David Lipnick Irvine, CA 92618 | IT Services Agreement RedHat | 3/31/26 |
| 59 | Francesca's Administrative Management, Inc | Thomas Gallaway Company LLC dba Technologent | 100 Spectrum Center Drive Suite 700 Attn: David Lipnick Irvine, CA 92618 | IT Services Agreement Park Place | 3/31/26 |
| 60 | Francesca's Administrative Management, Inc | Thomas Gallaway Company LLC dba Technologent | 100 Spectrum Center Drive Suite 700 Attn: David Lipnick Irvine, CA 92618 | IT Services Agreement KnowB4 | 3/31/26 |
| 61 | Francesca's Administrative Management, Inc | Thomas Gallaway Company LLC dba Technologent | 100 Spectrum Center Drive Suite 700 Attn: David Lipnick Irvine, CA 92618 | IT Services Agreement Robot SW | 3/31/26 |
| 62 | Francesca's Administrative Management, Inc | Thomas Gallaway Company LLC dba Technologent | 100 Spectrum Center Drive Suite 700 Attn: David Lipnick Irvine, CA 92618 | IT Services Agreement Garland Tech | 3/31/26 |
| 63 | Francesca's Administrative Management, Inc | Thomas Gallaway Company LLC dba Technologent | 100 Spectrum Center Drive Suite 700 Attn: David Lipnick Irvine, CA 92618 | IT Services Agreement Hardware | 3/31/26 |
| 64 | Francesca's Administrative Management, Inc | Softchoice Corporation | 1 World Wide Way St Louis, MO 63146 | IT Services Agreement CrowdStrike | 3/31/26 |
| 65 | Francesca's Administrative Management, Inc | United Parcel Service, Inc | 55 Glenlake Parkway NE Attn: Office of the General Counsel Atlanta, GA 30328 | Carrier Agreement Outbound Freight (Boutique/E-Commerce) | 3/31/26 |
| 66 | Francesca's Administrative Management, Inc | Attentive Mobile, Inc. | 221 River Street Suite 9047 Attn: Geoff Winchell Hoboken, NJ 7030 | Master Subscription Agreement E-Mail Marketing | 3/31/26 |
| 67 | Francesca's Administrative Management, Inc | Matrix Retail, Inc | 365 41st Ave Place NW Hickory, NC 28601 | Master SAAS Agreement Boutique Scheduling | 3/31/26 |

| NO. | DEBTOR | COUNTERPARTY | COUNTERPARTY ADDRESS | DESCRIPTION/TITLE | REJECTION DATE |
|---|---|---|---|---|---|
| 68 | Francesca's Administrative Management, Inc | Acquia Inc | 53 State Street 10th floor Boston, MA 2109 | Subscription and Services Agreement Customer Data Management | 3/31/26 |
| 69 | Francesca's Administrative Management, Inc | Christine Kaighn | 4549 Ackerly Farm Road New Albany, OH 43054 | Employment Agreement | 3/31/26 |