**MANDELBAUM BARRETT PC**
3 Becker Farm Road, Suite 105
Roseland, New Jersey 07068
(973) 736-4600
(973) 325-7467 Facsimile
Jeffrey M. Rosenthal
jrosenthal@mblawfirm.com
Vincent J. Roldan
vroldan@mblawfirm.com
Katie F. Warren
kwarren@mblawfirm.com
*Counsel for Francesca's Acquisition, LLC, et al.*

**Order Filed on April 2, 2026
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| In re: | Chapter 11 |
| FRANCESCA'S ACQUISITION, LLC, *et al.*,[1] | Case No. 26 -11312 (MEH) |
| Debtors. | |

## ORDER APPROVING THE REJECTION OF CERTAIN
## EXECUTORY CONTRACTS AND/OR UNEXPIRED LEASES AND
## THE ABANDONMENT OF CERTAIN PERSONAL PROPERTY
### (Misc. Contract No. 29 – BigCommerce Inc.)

**DATED: April 2, 2026**

**Honorable Mark E. Hall
United States Bankruptcy Judge**

---

[1] The Debtor entities in these chapter 11 cases, along with the last four digits of each Debtor entity's federal tax identification number, are: Francesca's Acquisition, LLC (3616); Francesca's Operations, Inc. (6872); Francesca's Administrative Management, Inc. (5788); and Francesca's IP Company, Inc. (9588). The Debtors' service address is 8760 Clay Road, Suite 100, Houston, TX 77080.

Pursuant to the *Order (I) Authorizing and Approving Procedures to Reject Executory Contracts and Unexpired Leases and (II) Granting Related Relief* (the "Procedures Order");[2] and this Court having jurisdiction over this matter pursuant to 28 U.S.C. § 1334; and this Court having found that this is a core proceeding pursuant to 28 U.S.C. § 157(b); and this Court having found that it may enter a final order consistent with Article III of the United States Constitution; and this Court having found that venue of this proceeding and the Motion in this district is proper pursuant to 28 U.S.C. §§ 1408 and 1409; and the Debtors having properly filed and served a Rejection Notice on each applicable party as set forth in the Rejection Schedule, attached hereto as **Exhibit 1**, in accordance with the terms of the Procedures Order; and no timely objections have been filed to the Rejection of such Contracts; and informal comments received by the Debtors to be addressed by this order; and due and proper notice of the Procedures Order and the Rejection Notice having been provided to each applicable Rejection Counterparty as set forth in the Rejection Schedule and it appearing that no other notice need be provided; and after due deliberation and sufficient cause appearing therefor, it is HEREBY ORDERED THAT:

1.      **The Motion is GRANTED as set forth herein.**

2.      The Contracts listed on the Rejection Schedule attached hereto as **Exhibit 1** are rejected under section 365 of the Bankruptcy Code effective as of the later of the rejection date set forth on the Rejection Schedule (the "Rejection Date") or such other date as the Debtors and the applicable Rejection Counterparty agree.

3.      For the avoidance of doubt, entry of this Order authorizes and approves the rejection of those certain contracts between BigCommerce Inc. and Feedonomics Holdings, LLC (collectively, "BigCommerce") and the Debtors, as identified on Schedule 1 annexed hereto (the

---

[2] Capitalized terms used but not defined herein shall have the meaning ascribed to them in the Procedures Order.

4897-4473-0781, v. 1

"Rejected BigCommerce Contracts") effective as of the Rejection Date. Upon entry of this Order, the automatic stay under section 362 of the Bankruptcy Code shall be modified to permit BigCommerce to terminate the Rejected BigCommerce Contracts pursuant to, and in accordance with, the terms of such contracts effective as of the Rejection Date.

4.      Any claims against the Debtors arising from the rejection of any applicable Contracts set forth in the Rejection Schedule must be filed on or before the later of (a) the applicable dates designated by the Bankruptcy Court (or pursuant to the Bankruptcy Rules) as the last date for filing proofs of claims in these Chapter 11 Cases, (b) thirty (30) days following the entry of this order, and (c) thirty (30) days following the effective date of such rejection of the applicable Contract.

5.      The Debtors are authorized to take all actions necessary to effectuate the relief granted in this Order and the rejection without further order from this Court.

6.      This Court retains exclusive jurisdiction with respect to all matters arising from or related to the implementation, interpretation, and enforcement of this Order.

4897-4473-0781, v. 1

**<u>Exhibit 1</u>**

**Schedule of Rejected Contracts**

4897-4473-0781, v. 1

| NO. | DEBTOR | COUNTERPARTY | COUNTERPARTY ADDRESS | DESCRIPTION/TITLE | REJECTION DATE |
|---|---|---|---|---|---|
| 29 | Francesca's Acquisition LLC | Bigcommerce Inc | 11920 Alterra Parkway D11 / Suite 100 8th Floor Attn: General Counsel Austin, TX 78758 | Master Enterprise Agreement E-Commerce Platform | 3/31/26 |