Form ntchrgbk

## UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

Case No.:  26–11312–MEH
Chapter:  11
Judge:  Mark Edward Hall

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
  Francesca's Acquisition LLC
  8760 Clay Road
  Suite 100
  Houston, TX 77080

Social Security No.:


Employer's Tax I.D. No.:
  86–1353616

## NOTICE OF HEARING


PLEASE TAKE NOTICE that a hearing will be held at

Meeting held by Zoom, visit join.zoom.us, Enter Meeting ID 160 346 3948, Click on JOIN using passcode 337273, or call 1–646–828–7666

on 5/19/26 at 10:00 AM

to consider and act upon the following:


*379* – Monthly Fee Statement. For the Month of March 2026. Objection Date is 4/24/2026. Filed by Katie F. Warren on behalf of SierraConstellation Partners LLC. (Warren, Katie)

*389* – Monthly Fee Statement. For the Month of March 2026. Objection Date is 4/29/2026. Filed by Katie F. Warren on behalf of Mandelbaum Barrett PC. (Warren, Katie)

*396* – Objection to (Omnibus) Monthly Fee Statements Of The Debtors' Professionals Sierraconstellation Partners, LLC And Mandelbaum Barrett PC For The Period Of March 1, 2026 Through March 31, 2026 (related document:379 Monthly Fee Statement. For the Month of March 2026. Objection Date is 4/24/2026. Filed by Katie F. Warren on behalf of SierraConstellation Partners LLC. filed by Other Prof. SierraConstellation Partners LLC, 389 Monthly Fee Statement. For the Month of March 2026. Objection Date is 4/29/2026. Filed by Katie F. Warren on behalf of Mandelbaum Barrett PC. filed by Attorney Mandelbaum Barrett PC) filed by Joseph J. DiPasquale on behalf of Official Committee of Unsecured Creditors. (DiPasquale, Joseph)

*407* – Response to (related document:396 Objection to (Omnibus) Monthly Fee Statements Of The Debtors' Professionals Sierraconstellation Partners, LLC And Mandelbaum Barrett PC For The Period Of March 1, 2026 Through March 31, 2026 (related document:379 Monthly Fee Statement. For the Month of March 2026. Objection Date is 4/24/2026. Filed by Katie F. Warren on behalf of SierraConstellation Partners LLC. filed by Other Prof. SierraConstellation Partners LLC, 389 Monthly Fee Statement. For the Month of March 2026. Objection Date is 4/29/2026. Filed by Katie F. Warren on behalf of Mandelbaum Barrett PC. filed by Attorney Mandelbaum Barrett PC) filed by Joseph J. DiPasquale on behalf of Official Committee of Unsecured Creditors. filed by Attorney Official Committee of Unsecured Creditors) filed by Vincent J. Roldan on behalf of Francesca's Acquisition LLC. (Roldan, Vincent)

Dated: 5/1/26

Jeanne Naughton
Clerk, U.S. Bankruptcy Court