**MANDELBAUM BARRETT PC**
3 Becker Farm Road, Suite 105
Roseland, New Jersey 07068
(973) 736-4600
(973) 325-7467 Facsimile
Jeffrey M. Rosenthal
jrosenthal@mblawfirm.com
Vincent J. Roldan
vroldan@mblawfirm.com
Katie F. Warren
kwarren@mblawfirm.com
*Counsel for Francesca's Acquisition, LLC, et al.*

## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| In re: | Chapter 11 |
| FRANCESCA'S ACQUISITION, LLC, *et al.*,[1] | Case No. 26 -11312 (MEH) |
| Debtors. | (Jointly Administered) |

## NOTICE OF PROPOSED REJECTION OF
## EXECUTORY CONTRACTS AND/OR UNEXPIRED LEASES PURSUANT TO
## REJECTION PROCEDURES ORDER (MISCELLANEOUS AGREEMENTS)

> **PARTIES RECEIVING THIS NOTICE SHOULD LOCATE THEIR NAMES AND THEIR CONTRACTS ON SCHEDULE I ATTACHED HERETO AND READ THE CONTENTS OF THIS NOTICE CAREFULLY.**

On March 6, 2026, the United States Bankruptcy Court for the District of New Jersey (the "Court") entered an order approving procedures for the rejection of executory contracts and unexpired leases and granting related relief (the "Procedures Order") [Dkt 261].[2]

Pursuant to the Procedures Order, the above-captioned debtors and debtors in possession (collectively, the "Debtors") hereby provide this notice (this "Rejection Notice") of their intent to reject the Contract(s) listed in **Schedule 1** attached hereto (collectively, the "Contracts"). Pursuant to the terms of the Procedures Order, the Contract(s) shall be deemed rejected effective as of the

---

[1] The Debtor entities in these chapter 11 cases, along with the last four digits of each Debtor entity's federal tax identification number, are: Francesca's Acquisition, LLC (3616); Francesca's Operations, Inc. (6872); Francesca's Administrative Management, Inc. (5788); and Francesca's IP Company, Inc. (9588). The Debtors' service address is 8760 Clay Road, Suite 100, Houston, TX 77080.

[2] Capitalized terms used but not otherwise defined herein have the meanings ascribed to them in the Procedures Order.

later of the date set forth in **Schedule 1** (the "Rejection Date") or such other date as the Debtors and the applicable Rejection Counterparty agree; *provided* that the effective date for a rejection of a lease of nonresidential real property shall not occur until the later of (i) the Rejection Date set forth on **Schedule 1** and (ii) the date the Debtors relinquish control of the premises by notifying the affected landlord or such landlord's counsel (if known to Debtors' counsel) in writing (email being sufficient) of the Debtors' surrender of the premises as of the date of such writing and, as applicable, (a) turning over keys issued by the landlord, key codes, and/or security codes, if any, to the affected landlord or (b) notifying such affected landlord and such landlord's counsel (if known to Debtors' counsel) in writing (email being sufficient) that the property has been surrendered and the landlord may rekey and re-let the leased premises (the "Rejection Effective Date").

The Debtors intend to abandon the personal property remaining in or on the property for each Contract(s) as described on **Schedule 1** (if any).  Pursuant to the terms of the Procedures Order, upon entry of the Rejection Order (as defined herein), the landlord shall be entitled to dispose of such abandoned personal property without further notice or order from this Court and without liability for such disposal.

If you object to the Debtors' rejection of the Contract(s) listed in **Schedule 1** (including any objections to the Debtors' abandonment of personal property, if any), you must file a written objection with the Court and serve such objection by *electronic mail* so as to be *actually received* by the following parties (collectively, the "Notice Parties") no later than fourteen (14) days after the date that the Debtors served this Notice or such other time period as agreed between you and the Debtors:

i.   **Counsel to the Debtors**: MANDELBAUM BARRETT PC 3 Becker Farm Road, Suite 105 Roseland, New Jersey 07068 Attn: Jeffrey M. Rosenthal at (jrosenthal@mblawfirm.com),  Vincent J. Roldan at (vroldan@mblawfirm.com) and Katie F. Warren at (kwarren@mblawfirm.com)

ii.  **The Office of the U.S. Trustee**: Jeffrey Sponder (jeffrey.m.sponder@usdoj.gov) and Samantha Lieb (Samantha.lieb2@usdoj.gov)

iii. **Counsel to the Prepetition Lender**: Greenberg Traurig, LLP, One International Place, Suite 2000, Boston, MA 02110, Attn: Alan Brody (brodya@gtlaw.com) Jeffrey M. Wolf (Jeffrey.Wolf@gtlaw.com), Julia Frost-Davies (Julia.FrostDavies@gtlaw.com), and Charlie Liu (Charlie.Liu@gtlaw.com).

iv.  **Counsel to the Committee** Fox Rothschild LLP, 49 Market St, Morristown, NJ 07960, Attn: Joseph DiPasquale (jdipasquale@foxrothschild.com) and Michael Herz (mherz@foxrothschild.com).

Pursuant to the terms of the Procedures Order, if no objection is filed and served in accordance with the above procedures, the Debtors may include and file with the Court the above-described Contract(s) in a rejection schedule attached to the proposed form of order under a certificate of no objection, substantially in the form attached hereto as **Exhibit A-1**

(the "Rejection Order"). No Contract shall be deemed rejected absent entry of an applicable Rejection Order.

If an objection is properly filed and served on the Debtors and the Notice Parties, as specified above,[3] unless such parties agree otherwise in writing, a hearing will be scheduled to consider that objection. The applicable Contract(s) subject to the objection only will be deemed rejected upon entry by the Court of a consensual form of Rejection Order filed under certificate of counsel resolving the objection as between the objecting party and the Debtors, or, if resolution is not reached and/or the objection is not withdrawn, upon further order of the Court.

Pursuant to the terms of the Procedures Order, if the Debtors have deposited monies with a landlord pursuant to a security deposit, the landlord holding such monies may not set-off or recoup or otherwise use such monies without (a) prior approval of the Court or (b) agreement of the Debtors (with the prior consent of the Prepetition Agents).

Pursuant to the terms of the Procedures Order, if you have a claim for any damages as a result of the Debtors' rejection of the above-referenced Contract(s), you must submit a proof of claim by the later of (a) the applicable dates designated by the Bankruptcy Court (or pursuant to the Bankruptcy Rules) as the last date for filing proofs of claims in these Chapter 11 Cases, (b) thirty (30) days following the entry of the order approving such rejection of the applicable Contract, and (c) thirty (30) days following the effective date of such rejection of the applicable Contract.

IF YOU FAIL TO TIMELY SUBMIT A PROOF OF CLAIM IN THE APPROPRIATE FORM BY THE DEADLINE SET FORTH HEREIN, YOU MAY BE FOREVER BARRED, ESTOPPED, AND ENJOINED FROM (I) ASSERTING SUCH CLAIM AGAINST ANY OF THE DEBTORS AND THEIR CHAPTER 11 ESTATES, (II) VOTING ON ANY CHAPTER 11 PLAN OF REORGANIZATION FILED IN THESE CASES ON ACCOUNT OF SUCH CLAIM, AND (III) PARTICIPATING IN ANY DISTRIBUTION IN THE DEBTORS' CHAPTER 11 CASES ON ACCOUNT OF SUCH CLAIM.

Dated: Roseland, New Jersey
May 6, 2026                                          MANDELBAUM BARRETT PC

                                                    By: */s/ Vincent J. Roldan*
                                                    3 Becker Farm Road, Suite 105
                                                    Roseland, New Jersey 07068
                                                    Jeffrey M. Rosenthal
                                                    jrosenthal@mblawfirm.com
                                                    Vincent J. Roldan
                                                    vroldan@mblawfirm.com
                                                    Katie F. Warren
                                                    kwarren@mblawfirm.com

---

[3] An objection to the rejection of a particular Contract listed on this Notice shall not constitute an objection to the rejection of any other Contract listed on this Notice.

3

**Schedule 1**

37414764.5

**Schedule of Rejected Contracts**

| NO. | DEBTOR | COUNTERPARTY | COUNTERPARTY ADDRESS | DESCRIPTION/TITLE | REJECTION DATE |
|---|---|---|---|---|---|
| 1 | Francesca's Administrative Management, Inc | Uberall Inc | 19 Clifford St Detroit, MI 48226 | Uberall Essentials Agreement Boutique Information Management | 4/30/26 |
| 2 | Francesca's Administrative Management, Inc | Softchoice Corporation | 1 World Wide Way St Louis, MO 63146 | IT Services Agreement NinjaOne | 4/30/26 |
| 3 | Francesca's Administrative Management, Inc | Active Cyber LLC | 5001 Spring Valley Road Suite 450E Dallas, TX 75244 | Subscription Agreement Microstrategy | 4/30/26 |
| 4 | Francesca's Administrative Management, Inc | Navex Global Inc | 5500 Meadows Rd. Suite 500 Lake Oswego, OR 97035 | Enterprise Agreement Ethics Hotline | 4/30/26 |
| 5 | Francesca's Administrative Management, Inc | Level 3 Communications LLC | PO Box 52015 Phoenix, AZ 85072-2015 | Supplier Agreement Lumen IP and Data Services | 4/30/26 |
| 6 | Francescas's Operations, Inc. | Granite Telecommunications, LLC | 1 Heritage Dr. Qunicy, MA 2171 | Supplier Agreement Mobile Services | 4/30/26 |
| 5 | Francesca's Administrative Management, Inc | Hire Right LLC | PO Box 847891 Dallas, TX 75284-7891 | Supplier Agreement Background Check Services | 4/30/26 |

**Exhibit A-1**

**Proposed Rejection Order**

**MANDELBAUM BARRETT PC**
3 Becker Farm Road, Suite 105
Roseland, New Jersey 07068
(973) 736-4600
(973) 325-7467 Facsimile
Jeffrey M. Rosenthal
jrosenthal@mblawfirm.com
Vincent J. Roldan
vroldan@mblawfirm.com
Katie F. Warren
kwarren@mblawfirm.com
*Counsel for Francesca's Acquisition, LLC, et al.*

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| In re: | Chapter 11 |
| FRANCESCA'S ACQUISITION, LLC, *et al.*,[1] | Case No. 26 -11312 (MEH) |
| Debtors. | |

**ORDER APPROVING THE REJECTION OF CERTAIN**
**EXECUTORY CONTRACTS AND/OR UNEXPIRED LEASES AND**
**THE ABANDONMENT OF CERTAIN PERSONAL PROPERTY**
**(MISCELLANEOUS AGREEMENTS)**

Pursuant to the *Order (I) Authorizing and Approving Procedures to Reject Executory Contracts and Unexpired Leases and (II) Granting Related Relief* (the "Procedures Order");[2] and this Court having jurisdiction over this matter pursuant to 28 U.S.C. § 1334; and this Court having found that this is a core proceeding pursuant to 28 U.S.C. § 157(b); and this Court having found that it may enter a final order consistent with Article III of the United States Constitution; and this Court having found that venue of this proceeding and the Motion in this district is proper pursuant

---

[1] The Debtor entities in these chapter 11 cases, along with the last four digits of each Debtor entity's federal tax identification number, are: Francesca's Acquisition, LLC (3616); Francesca's Operations, Inc. (6872); Francesca's Administrative Management, Inc. (5788); and Francesca's IP Company, Inc. (9588). The Debtors' service address is 8760 Clay Road, Suite 100, Houston, TX 77080.

[2] Capitalized terms used but not defined herein shall have the meaning ascribed to them in the Procedures Order.

to 28 U.S.C. §§ 1408 and 1409; and the Debtors having properly filed and served a Rejection Notice on each applicable party as set forth in the Rejection Schedule, attached hereto as **Exhibit 1**, in accordance with the terms of the Procedures Order; and no timely objections have been filed to the Rejection of such Contracts; and due and proper notice of the Procedures Order and the Rejection Notice having been provided to each applicable Rejection Counterparty as set forth in the Rejection Schedule and it appearing that no other notice need be provided; and after due deliberation and sufficient cause appearing therefor, it is HEREBY ORDERED THAT:

1. **The Motion is GRANTED as set forth herein.**

2. The Contracts listed on the Rejection Schedule attached hereto as **Exhibit 1** are rejected under section 365 of the Bankruptcy Code effective as of the later of the rejection date set forth on the Rejection Schedule (the "Rejection Date") or such other date as the Debtors and the applicable Rejection Counterparty agree; *provided* that the effective date for a rejection of a lease of nonresidential real property shall not occur until the later of the (i) the Rejection Date set forth on **Exhibit 1** and (ii) the date the Debtors relinquish control of the premises by notifying the affected landlord or such landlord's counsel (if any) in writing (email being sufficient) of the Debtors' surrender of the premises and, as applicable (a) turning over keys, key codes, and security codes, if any, to the affected landlord or (b) notifying such affected landlord or such landlord's counsel (if any) in writing (email being sufficient) that the property has been surrendered and that the keys, key codes, and security codes, if any, are not available, but the landlord may rekey the leased premises (the "Rejection Effective Date").

3. Any claims against the Debtors arising from the rejection of any applicable Contracts set forth in the Rejection Schedule must be filed on or before the later of (a) the applicable dates designated by the Bankruptcy Court (or pursuant to the Bankruptcy Rules) as the

last date for filing proofs of claims in  these Chapter 11 Cases, (b) thirty (30) days following the

entry of this order, and (c) thirty (30) days following the effective date of such rejection of the

applicable Contract.

4.     The Debtors are authorized, but not directed, at any time on or before the applicable

Rejection Effective Date, to remove or abandon any of the Debtors' personal property that may be

located on the Debtors' leased premises that are subject to a rejected Contract pursuant to the Order

(Authorizing and Approving Procedures to Reject Executory Contracts and Unexpired Leases and

(II) Granting Related Relief.  The personal property will be deemed abandoned pursuant to section

554 of the Bankruptcy Code, as is, effective as of the Rejection Effective Date.  Landlords may,

in their sole discretion and without further notice or order of this Court, utilize and/or dispose of

such personal property without notice or liability to the Debtors or third parties and, to the extent

applicable, the automatic stay is modified to allow such disposition.

5.     The Debtors are authorized to take all actions necessary to effectuate the relief

granted in this Order and the rejection without further order from this Court.

6.     This Court retains exclusive jurisdiction with respect to all matters arising from or

related to the implementation, interpretation, and enforcement of this Order.

## <u>Exhibit 1</u>

**Schedule of Rejected Contracts**

**Schedule of Rejected Contracts**

| NO. | DEBTOR | COUNTERPARTY | COUNTERPARTY ADDRESS | DESCRIPTION/TITLE | REJECTION DATE |
|---|---|---|---|---|---|
| 1 | Francesca's Administrative Management, Inc | Uberall Inc | 19 Clifford St Detroit, MI 48226 | Uberall Essentials Agreement Boutique Information Management | 4/30/26 |
| 2 | Francesca's Administrative Management, Inc | Softchoice Corporation | 1 World Wide Way St Louis, MO 63146 | IT Services Agreement NinjaOne | 4/30/26 |
| 3 | Francesca's Administrative Management, Inc | Active Cyber LLC | 5001 Spring Valley Road Suite 450E Dallas, TX 75244 | Subscription Agreement Microstrategy | 4/30/26 |
| 4 | Francesca's Administrative Management, Inc | Navex Global Inc | 5500 Meadows Rd. Suite 500 Lake Oswego, OR 97035 | Enterprise Agreement Ethics Hotline | 4/30/26 |
| 5 | Francesca's Administrative Management, Inc | Level 3 Communications LLC | PO Box 52015 Phoenix, AZ 85072-2015 | Supplier Agreement Lumen IP and Data Services | 4/30/26 |
| 6 | Francescas's Operations, Inc. | Granite Telecommunications, LLC | 1 Heritage Dr. Qunicy, MA 2171 | Supplier Agreement Mobile Services | 4/30/26 |
| 5 | Francesca's Administrative Management, Inc | Hire Right LLC | PO Box 847891 Dallas, TX 75284-7891 | Supplier Agreement Background Check Services | 4/30/26 |