**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

**MANDELBAUM BARRET PC**
Jeffrey M. Rosenthal
Vincent Roldan
3 Becker Farm Road, Suite 105
Roseland, New Jersey 07068
Telephone: (973) 736-4600
Facsimile: (973) 325-7467
JRosenthal@mblaw.com
VRoldan@mblaw.com

*Counsel to the Debtors and Debtors in Possession*

| | |
|---|---|
| In re: | Chapter 11 |
| FRANCESCA'S ACQUISITION, LLC, *et al.* | Case No. 26-11312 (MEH) |
| Debtors.[1] | (Jointly Administered) |

# APPLICATION FOR ORDER SHORTENING NOTICE FOR A HEARING ON DEBTORS' MOTION FOR AN ORDER (I) APPROVING SETTLEMENT PURSUANT TO FEDERAL RULE OF BANKRUPTCY PROCEDURE 9019; AND (II) GRANTING RELATED RELIEF

The above-captioned Debtors and Debtors-in-possession (the "Debtors"), by and through their undersigned counsel, respectfully requests that the notice period for setting a hearing on Debtors' motion (the "9019 Motion") to approve a global settlement (the "Global Settlement") by and among the Debtors, the Official Committee of Unsecured Creditors appointed in these chapter 11 cases, and the Debtors' prepetition lenders and other case constituents, filed contemporaneously herewith, as required by D.N.J. LBR 9013-2, be shortened pursuant to Fed. R. Bankr. P. 9006(c)(1), for the reasons set forth below.

[1] The Debtor entities in these chapter 11 cases, along with the last four digits of each Debtor entity's federal tax identification number, are: Francesca's Acquisition, LLC (3616); Francesca's Operations, Inc. (6872); Francesca's Administrative Management, Inc. (5788); and Francesca's IP Company, Inc. (9588). The Debtors' service address is 8760 Clay Road, Suite 100, Houston, TX 77080.



4907-8206-3551, v. 1

1. The Debtors seek a shortened notice for a hearing on the 9019 Motion because consensual use of cash collateral that would pave way for a potential exit in these chapter 11 cases is conditioned upon the approval of the 9019 Motion and the Global Settlement encapsulated therein. With the final hearing on the cash collateral motion currently scheduled for July 29, 2026, there is no reason for this Court to bifurcate that hearing and the hearing on 9019 Motion, which would only create unnecessary delay, uncertainty and waste of judicial and estate resources.

2. A reduction of the time period is not prohibited under Fed. R. Bankr. P. 9006(c).

3. Accordingly, the Debtors respectfully request that the Court schedule the hearing on the 9019 Motion on July 29, 2026 at 10:00 a.m. (ET) by entering the proposed order shortening time, filed herewith

Dated: July 22, 2026

**MANDELBAUM BARRETT PC**

By: /s/ Vincent J. Roldan
3 Becker Farm Road, Suite 105
Roseland, New Jersey 07068
Jeffrey M. Rosenthal
(N.J. Bar No. 008231982)
jrosenthal@mblawfirm.com
Vincent J. Roldan
(N.J. Bar No. 045371998)
vroldan@mblawfirm.com
Katie F. Warren
(N.J. Bar No. 540842025)
KWarren@mblawfirm.com

*Counsel for Francesca's Acquisition, LLC, et al.*