| | |
|---|---|
| **UNITED STATES BANKRUPTCY COURT**<br>**DISTRICT OF NEW JERSEY** | |
| **Caption in Compliance with D.N.J. LBR 9004-1(b)**<br><br>**MANDELBAUM BARRET PC**<br>Jeffrey M. Rosenthal<br>Vincent Roldan<br>3 Becker Farm Road, Suite 105<br>Roseland, New Jersey 07068<br>Telephone: (973) 736-4600<br>Facsimile: (973) 325-7467<br>JRosenthal@mblaw.com<br>VRoldan@mblaw.com<br><br>*Counsel to the Debtors and Debtors in Possession* | |
| In re:<br><br>FRANCESCA'S ACQUISITION, LLC, *et al.*<br><br>Debtors.[1] | Chapter 11<br><br>Case No. 26-11312 (MEH)<br><br>(Jointly Administered) |

**ORDER SHORTENING TIME PERIOD FOR NOTICE**

The relief set forth on the following page, numbered two (2) through three (3) is hereby **ORDERED**.

[1] The Debtor entities in these chapter 11 cases, along with the last four digits of each Debtor entity's federal tax identification number, are: Francesca's Acquisition, LLC (3616); Francesca's Operations, Inc. (6872); Francesca's Administrative Management, Inc. (5788); and Francesca's IP Company, Inc. (9588). The Debtors' service address is 8760 Clay Road, Suite 100, Houston, TX 77080.

Upon the review of the above-captioned debtors' and debtors in possessions' (collectively, the "Debtors") *Application for Order Shortening Time for Hearing on Debtors' Motion for an Order (I) Approving Settlement Pursuant to Federal Rule of Bankruptcy Procedure 9019; and (II) Granting Related Relief* (the "Application");[2] and it appearing that approval of the relief requested in the Application is fair and reasonable, in the best interests of the Debtors' estates; and after due deliberation and consideration, and good and sufficient cause appearing therefor,

**IT IS HEREBY ORDERED THAT:**

1. A hearing will be conducted on the 9019 Motion on July 29, 2026 at 10:00 a.m. (E.T.), before the Honorable Judge Mark E. Hall, via Zoom.

2. The Debtors must serve a copy of this Order, and all related documents, to all parties in interest by overnight mail or email, as applicable.

3. Service must be made within 1 day of the date of this Order.

4. Notice by telephone is not required.

5. Any objections to the 9019 Motion must be filed with the Court and served on all parties in interest by electronic or overnight mail no later than July 27, 2026.

6. Court appearances are required to prosecute said motion and any objections.

7. The hearing will be conducted via a specialized Zoom link. See instructions below:

ZOOM LINK FOR JUDGE HALL'S REMOTE HEARINGS

Meeting ID: 160 346 3948

Passcode: 337273

Telephone Dial-In Information

[2] Capitalized terms used but not otherwise defined herein have the meaning ascribed to them in the Application.

(dial by location)

• +1 551 285 1373 US (New Jersey)

• +1 669 254 5252 US (San Jose)

• +1 646 828 7666 US (New York)

• +1 646 964 1167 US (US Spanish Line)